Case 1:23-cv-24163

# Defendant No.:1

# Store:

# Ambitelligence

# Platform:

# Amazon





amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Medical Care & Pharmacy Best Sellers Amazon Basics Customer Service Prime New Releases Shop can't-miss teen vogue faves

**Pay** ~~$29.99~~ **$0.00 for this order.** Get a $60 Amazon Gift Card upon approval for the Amazon Store Card.
Find out how

**$60**
Amazon Gift Card

# Shopping Cart

Candle Warmer Lamp with Timer, Dimmable Candle Lamp Warmer

**$29.99**

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$29.99**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.99**

☐ This order contains a gift

Proceed to checkout

**Customers who shopped for Candle Warmer Lamp with Timer, Dimmable Candle Lam... also shopped for:**

XJZJY Candle Warmer Lamp with 2...
266
$29.99
Add to Cart

Qoyntuer Candle Warmer Lamp with...
115
$36.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with...
194
$56.99
Only 7 left in stock - orde...
Add to Cart

Candle Warmer Lamp with 4 Bulbs - Candle...
103
$39.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Customers Who Bought Items in Your Recent History Also Bought

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps





Roll over image to zoom in

## Candle Warmer Lamp with Timer, Dimmable Candle Lamp Warmer Electric Candle Warmer Compatible with Small and Large Scented Candles, Candle Melter for Bedroom Home Decor Gifts for Mom (Black)

Brand: Ambitelligence

4.7 ★★★★½ | 49 ratings

$29.99

FREE Returns ∨

Eligible for Return, Refund or Replacement within 30 days of receipt ∨

| Color | Black |
|---|---|
| Material | Metal |
| Brand | Ambitelligence |
| Product Dimensions | 2"L x 2"W x 2"H |
| Finish Type | Metal |

### About this item

- Adjustable Brightness Candle Warmer & Timer: The electric candle warmer lamp with three levels of brightness adjustment, you can adjust the brightness of the light according to your needs, control the heat release and melting speed, caters to different fragrance concentrations and wax longevity. The set timer of 2/4/8 hours lets you have a good sleep without worrying about accidents or overheating your candle.

- Safety and Environmental Friendly: Many house fires are caused by candle fire each year, so use candle warmer lamp to say goodbye to indoor flames. Electric candle heating lamp use 50 watt halogen heating bulbs (included) to melt the candle from top to bottom without the risk of an open flame, and it can also extend candle life by 50%, reduce carbon monoxide emission by 82%.

- High Quality Candle Melting Lamp: The candle melting lamp is made of metal, which is strong and durable and not easy to bend. You value quality materials, so do we. Candle lamp warmer can be used as a home decor, elegant yet simplistic design that to complement your room surroundings. Soft halogen light creates a cozy atmosphere, and candle warmer lantern distributes your favorite candle scent evenly throughout the room for a



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$29.99

FREE Returns ∨

FREE delivery September 28 - October 2

Or fastest delivery September 26 - 28

Deliver to Daytona Beach 32118

Qty: 1 ∨

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Ambitelligence |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon

# Ambitelligence

Visit the Ambitelligence storefront

⭐⭐⭐⭐⯪  |  **94% positive** in the last 12 months (18 ratings)

---

## About Seller

Ambitelligence is committed to providing each customer with the highest standard of customer service.

**Have a question for Ambitelligence?**

[ Ask a question ]

---

## Feedback

⭐⭐⭐⭐☆ **4.7 out of 5**
18 ratings

[ 12 months ▾ ]

| | |
|---|---|
| 5 star | 83% |
| 4 star | 11% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 6% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

**18 total feedbacks in 12 months**

⭐☆☆☆☆    " Cuts off once placed on neck "
By Taneyah on September 2, 2023.

⭐⭐⭐⭐⭐    " I like it "
By Christina H on September 1, 2023.

⭐⭐⭐⭐⭐    " Awesome little, but mighty portable/removable fan which works PERFECT on my exercise bike. Great price, fast/free shipment, awesome 5 star seller. Thanks for a... "
Read more
By Nimue on August 30, 2023.

⭐⭐⭐⭐⭐    " Looks very versatile and useful. I'm excited to get it all hooked up. "
By Koz on August 29, 2023.

⭐⭐⭐⭐⭐    " Good product. Great service and price "
By frank schreier on August 28, 2023.

Previous Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** yi wu shi zhen ji dian zi shang wu shang hang
**Business Address:**
荷叶塘工业区物华路76号3楼
义乌市福田街道
金华市
浙江
322001
CN

---

## Shipping Policies                                            ⌄

Case 1:23-cv-24163

# Defendant No.: 2

# Store:
# Anderui

# Platform:

# Amazon



# Anderui

Visit the Anderui storefront

⭐⭐⭐⭐☆ | **71% positive** in the last 12 months (17 ratings)

## About Seller

Anderui is committed to providing each customer with the highest standard of customer service.

### Have a question for Anderui?

Ask a question

## Feedback

⭐⭐⭐⭐☆  4.1 out of 5
17 ratings

12 months ▼

| | |
|---|---|
| 5 star | 71% |
| 4 star | 0% |
| 3 star | 12% |
| 2 star | 0% |
| 1 star | 18% |

▼ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

### FILTER BY

All stars ▼

17 total feedbacks in 12 months

⭐⭐⭐⭐⭐ "timely delivery. product works well, satisfactory."
By prc on July 28, 2023.

⭐⭐⭐⭐⭐ "The chair is comfortable because I'm in the chair for about 4 to 5 hours on zoom calls and doing my podcast. I couldn't have picked a better chair I love my cha... "
Read more
By LaVonda Stevens on July 27, 2023.

⭐⭐☆☆☆ "~~I opened the package and installed batteries. The door opened right up, but when I covered the light sensor it would start to close then stop. I put it in a com...~~ "
Read more
By Hammer on July 24, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐☆☆☆☆ "Promes delivery 7 /18/23 "
By Miguel M. on July 22, 2023.

⭐⭐⭐⭐⭐ "Excelente producto y a tiempo "
By Carlos t. on July 20, 2023.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.







amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $23.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$26.01** |

Learn more

# Shopping Cart

yzbao Candle Warmer Lamp, Electric Candle Lamp Warmer with

**$23.99**

**Lowest price in 30 days**

In Stock

Shipped from: Anderui

Gift options not available. Learn more

**Color:** Bronze

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$23.99**

Subtotal (1 item): **$23.99**

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…

274

$29.99

Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…

197

$56.99

Add to Cart

Candle Wax Warmer Lamp,Compatible wit…

486

$39.99

Add to Cart

Graceful By Design Chores Chart for Kids…

96

$10.99

Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Products related to items in your cart

Sponsored

ADVIAH Candle Warm…

$37.77 prime

See all buying options

LumiGlow Electric Can…

5

$49.95 prime

See all buying options

Rug Tape,16 Pcs Dual…

7,542

$8.99 prime

See all buying options

Candle Warmer Lamp…

$27.99 prime

See all buying options

ELM ALLEY Candle Wa

$45.99 prime

See all buying options

DARJEN Grey Votive Candle Holders, Set of 36...  $39.99 prime    Sponsored

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



6 VIDEOS

Roll over image to zoom in

## yzbao Candle Warmer Lamp, Electric Candle Lamp Warmer with Timer and Auto Shut Off, Dimmable Candle Warmer Lantern for Jar Candles, Candle Warmer Light with 2 Bulbs,Gifts for Mom (Bronze)

Visit the yzbao Store

4.6 ★★★★½   35 ratings

**Lowest price in 30 days**

-20% **$23**⁹⁹

List Price: $29.99 ⓘ

Eligible for Return, Refund or Replacement within 30 days of receipt ⌄

**Color: Bronze**



$23.99    $29.99

| Style | Modern |
|---|---|
| Brand | Yzbao |
| Color | Bronze |
| Product Dimensions | 1.8"D x 7"W x 12.2"H |
| Special Feature | Dimmable |

### About this item

- 【Two Dimming Methods】Our electric candle warmers with 4 level brightness adjustments,The light can be adjusted by touching any part of the metal of the lamp body or by using a dimmer ,the speed of candle melting depends on the brightness of the light. Our candle warming lamp melts candles and wax from the top down, sending a scent immediately throughout your house. when you turn it off, candles solidify back like it was never used. It'll save you money on candles

- 【More Safe More Healthy】Our wax candle warmer with 3 timing functions, you can set a timer of 2/4/8 hours, and the lamp automatically shut off when the time is up. The candle warmeris Flameless and Smokeless which will greatly reduces the risks of fire concerns and keep you away from any hazardous substances.



Delivery    Pickup

$23⁹⁹

FREE delivery **September 14 - 19.** Details

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Anderui |
| Sold by | Anderui |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

Add to List

---

New (2) from $23⁹⁹ & FREE Shipping  ›

---

**Other Sellers on Amazon**

$29.99    Add to Cart

& FREE Shipping. Details

Sold by: tdyzbao

Have one to sell?

Sell on Amazon

Case 1:23-cv-24163

# Defendant No.: 3

# Store:

# Chenshibaicaotang

# Platform:

# Amazon

# Aojio team real

Visit the Aojio team real storefront

⭐⭐⭐⭐⭐   **100% positive** lifetime (14 total ratings)

## About Seller

Aojio team real is committed to providing each customer with the highest standard of customer service.

**Have a question for Aojio team real?**

[ Ask a question ]

## Feedback

⭐⭐⭐⭐⭐   4.9 out of  5
14 ratings

[ Lifetime ▾ ]

| | | |
|---|---|---|
| 5 star | ████████ | 86% |
| 4 star | ██ | 14% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

**14 total feedbacks in Lifetime**

⭐⭐⭐⭐⭐  " It works. "
By Nancy L. Estabrook on January 2, 2023.

⭐⭐⭐⭐⭐  " Very smooth ordered anditcame "
By Tracy U. on December 31, 2022.

⭐⭐⭐⭐⭐  " Item as pictured and received quickly "
By Jacqueline Reid on November 30, 2022.

⭐⭐⭐⭐⭐  " Everything is good "
By Donald Davis on November 30, 2022.

⭐⭐⭐⭐⭐  " Basted my brisket just fine "
By Richard s. Lee on October 30, 2021.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** ZhengJieJinShuZhiPinJiaGongYouXianZeRenGongSi
**Business Address:**
　铁西路南头向东400米路南
　安阳市
　龙安区
　河南省
　455000
　CN

## Shipping Policies  ˅

## Other Policies  ˅

## Help  ˅







amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Off to College Back to School Works with Alexa Medical Care & Pharmacy prime THURSDAY NIGHT FOOTBALL 64 : 17 : 00

**$50 instant gift card**

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $29.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$20.01** |

Learn more

# Shopping Cart

Candle Warmer Lamp, Electric Candle Warmer with Timer & 2

**$29.99**

Temporarily out of stock.

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$29.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.99**

☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
276
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$54.99
Add to Cart

Candle Wax Warmer Lamp,Compatible wi…
486
$39.99
Add to Cart

Graceful By Design Chores Chart for Kid…
96
$10.99
Add to Cart

## Customers who shopped for Candle Warmer Lamp, Electric Candle Warmer with Ti... also shopped for:

Roll over image to zoom in

     

## Candle Warmer Lamp, Electric Candle Warmer with Timer & 2 Bulbs Dimmable Candle Lamp Candle Melter Top Melting for Small and Large Scented Candles, Vintage Candle Holder for Home Decor (White)

**Brand: Yeliney**

5.0 ★★★★★ ▾ | 1 rating

$29.99

FREE Returns ▾

Get $50 off instantly: Pay $0.00 $29.99 upon approval for Amazon Visa. No annual fee.

| Color | White |
|---|---|
| Material | Metal |
| Brand | Yeliney |
| Product Dimensions | 2"L x 2"W x 2"H |
| Number of Pieces | 1 |

### About this item

- Timable Candle Warmer: Upgraded version of the candle warmer lamp with timing function, so you can enjoy the fragrance of jar candles without worry. Timer mode has 3 options: 2/4/8 hours, you can set the timing according to your own ideas, and the candle warmer lamp will turn off by itself when the time is up.

- Dimmable Candle Lamp Warmer: This electric candle warmer can set the brightness of the light, a total of 3 modes of brightness can be adjusted. You can set different candle warmer lamp brightness according to different use scenarios and also decorate your room.

- Vintage Home Decor: The all-metal design of the vintage lamp candle warmer with funnel-shaped shade and exquisite design adds a vintage atmosphere to your room and is the best choice for home decoration! The bottom of the candle warmer lamp has a non-slip pad that prevents the candle wax warmer from moving and making a crashing sound.

- Suitable All Sizes Jar Candle: The candle warming lamp has enough space reserved for all sizes of jarred scented candles, so you don't have to worry about not being able to fit your jarred candles. This product is a candle warmer lamp with timer only and does not include candles.

- Best Choice for Gift Giving: The scented candle warmer is beautifully designed and is the best choice for gifts to family and friends. Electric candle lamp warmer can be used as birthday gift, mother's day gift, father's day gift, Christmas gift, Halloween gift, New Year gift.



**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

$29.99

FREE Returns ▾

FREE delivery

Deliver to Daytona Beach 32118

**Temporarily out of stock.**
We are working hard to be back in stock. Place your order and we'll email you when we have an estimated delivery date. You won't be charged until the item ships.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Aojio team real |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

**Sell on Amazon**



Romadedi Wood Candle Holder Set, Rustic Farmhouse Style...

★★★★☆ 137

$33.99 ✓prime

Sponsored ⓘ

Case 1:23-cv-24163

# Defendant No.: 4

## Store:

## Deciowoo

## Platform:

## Amazon

# Deciowoo

Visit the Deciowoo storefront

⭐⭐⭐⭐⭐ | **100% positive** lifetime (6 total ratings)

---

## About Seller

Deciowoo is committed to providing each customer with the highest standard of customer service.

**Have a question for Deciowoo?**

[ Ask a question ]

---

## Feedback

⭐⭐⭐⭐⭐ 5 out of 5
6 ratings

[ Lifetime ▾ ]

| | | |
|---|---|---|
| 5 star | ██████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

▾ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

6 total feedbacks in Lifetime

⭐⭐⭐⭐⭐ " Love it! "
By Kindle Customer on August 28, 2023.

⭐⭐⭐⭐⭐ " Perfect for my husbands classroom "
By Hannah on August 24, 2023.

⭐⭐⭐⭐⭐ " Very attractive. This lamp blends with my decor perfectly and warms my candles completely. I especially appreciate the timer function so I don't need to manuall... "
Read more
By neenee on June 5, 2023.

⭐⭐⭐⭐⭐ " Best place to buy "
By Amazon Customer on February 18, 2023.

⭐⭐⭐⭐⭐ " It arrived fast. The seller needs to make the box it comes in more heavy duty. When I opened the shipping box the box that the tree parts was in had torn and th... "
Read more
By Kristy evelhoch on December 4, 2022.

Previous **Next**

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** cangshanqujianxinzhenwudeqiangrizayongpinshanghang
**Business Address:**
涂坊镇马屋村卢屋16组28号
龙岩
长汀县
福建
366300
CN



amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Prime **Shop can't-miss teen vogue faves**

**Pay ~~$62.99~~ $2.99 for this order.** Get a $60 Amazon Gift Card upon approval for the Amazon Store Card.
Find out how

**$60**
Amazon
Gift
Card

# Shopping Cart

Candle Warmer Lamp, Timer & Dimmable for Jar Candles, Melter

**$62.99**

In Stock
Eligible for FREE Shipping
& FREE Returns

Save 50%
Clip Coupon

☐ This is a gift Learn more

Qty: 1 | Delete | Save for later | Share

Subtotal (1 item): **$62.99**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$62.99**

☐ This order contains a gift

Proceed to checkout

**Customers Who Bought Items in Your Recent History Also Bought**

XJZJY Candle Warmer Lamp with 2…
274
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$56.99
Add to Cart

Candle Wax Warmer Lamp,Compatible wit…
486
$39.99
Add to Cart

Graceful By Design Chores Chart for Kids…
96
$10.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

**Your recently viewed items**

amazon
Deliver to Daytona B... 32118

Home & Kitchen ▾    Search Amazon    🔍

EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    🛒 0

☰ All    Off to College    Back to School    Medical Care & Pharmacy ▾    Best Sellers    Amazon Basics    Prime ▾    Shop can't-miss teen vogue faves

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improven

DewBright Candle Warmer Lamp, Electric, Dimmable...    $24.99 ✓prime    Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

## Candle Warmer Lamp, Timer & Dimmable for Jar Candles, Melter Electric Scented Candle Electric Melter Light with 2 Bulbs, Home Decor and Gift for Mother, Her, Wedding-Black Metal Double Rods

Visit the SESIIduo Store

**$62.99**

FREE Returns ▾

**Coupon:** ☐ Apply 50% coupon | Shop items › | Terms

Get $50 off instantly: Pay $12.99 $62.99 upon approval for Amazon Visa. No annual fee.

| Color | Black Metal Double Rods |
|---|---|
| Material | Metal |
| Brand | SESIIduo |
| Product Dimensions | 5.71"L x 5.71"W x 11.2"H |
| Finish Type | Metallic |

### About this item

- 【More Economize】Warms it's up's way to make wax disappear slowly that more durable than direct combustion. It melts the wax perfectly and makes the scent of the candle last for a long time. If you have a broken candle wick that cannot continue to be ignited, Don't worry, our candle warmer lamp can alternative burning way and warm the candle to continue to work

- 【Safe & Simple】This melts the candle with heat so it's smoke-less and you are free from any hazardous substances. You can enjoy your candles without the smoke and not worry about the burning of candles polluting the air in your home. Without ignition, you are no longer afraid about the children or pets at home will accidentally touch the fire of the candle.

- 【Dimmable and Timer】The dimming feature is very convenient and allows you to adjust how intense the scent is. The timer would really help when leaving and or sleeping, it can apply to a variety of Scented candles like Yankee Candle, 3 Wick Candle, aurora candle, etc

- 【Aesthetic & Beautiful Decor】A great design for home decor perfect for living rooms,

Roll over image to zoom in

**$62.99**
FREE Returns ▾

Prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

**$62.99**

FREE Returns ▾

FREE delivery **Sunday, September 17**

Or fastest delivery **Tomorrow, September 12.** Order within 2 hrs 49 mins

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now

Payment      Secure transaction
Ships from    Amazon
Sold by       Deciowoo
Returns       Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



DARJEN Grey Votive Candle Holders, S of 36...

Sponsored ⓘ

Case 1:23-cv-24163

# Defendant No.: 5

## Store:

## Dyreps

## Platform:

## Amazon



## About Seller

**We, Dyreps**

Aiming at providing diversified convenience for customers' lives .

We specialize in home supplies, daily use items and other office necessities.

Our products are carefully selected and packaged, as well as strict quality inspections, so products are popular in various countries around the world.

**Free user support：**

Not sure how to get your **Dyreps** product to work properly?

Contact our friendly support team for quick solutions.

**Contact us：**

On this same page, please click "Ask a questi...

⌄ See more

### Have a question for Dyreps®?

Ask a question

## Feedback

4.9 out of  5
93 ratings

| 12 months |

5 star ▭▭▭▭▭▭ 91%
4 star ▭ 8%
3 star ▯ 1%
2 star  0%
1 star  0%

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

| All stars |

93 total feedbacks in 12 months

"Works great and looks fantastic! "

By James W. Fuller on October 18, 2023.

"My box contained 3 items but the box itself pictures 4 items & 4 items are promoted by wording on the box .Am I missing one? What's up? "

By J. Spin on October 17, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Nice little tank "

By William C. on October 14, 2023.

"Good product "

By Amazon Customer on October 5, 2023.

"Exactly what I wanted in an outdoor thermometer. "

By hngio on October 5, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

# Checkout (1 item)



| 1 | **Shipping address** | Carlos M Arias Jiron<br>9360 FONTAINEBLEAU BLVD APT D206<br>MIAMI, FL 33172-5608<br>Add delivery instructions | Change |

| 2 | **Payment method** | Paying with Mastercard 1953<br>Billing address: ENCARGA ROBERTO ROMER… | Change |

∧ Add a gift card or promotion code or voucher

Enter code    [ Apply ]

## 3    Review items and shipping

---

**Want to save time on your next order and go directly to this step when checking out?**

☐ Default to this delivery address and payment method.

---

**Before you place your order:**

Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

---

Select **No-Rush Shipping** and enjoy a $1 digital reward

**Delivery: Oct. 30, 2023** If you order in the next 11 hours and 10 minutes (Details)
Items shipped from Amazon.com

**Dyreps Candle Warmer Lamp with 3 Bulbs, Dimmable Candle Light Melter, Electric Candle Warmer with Candle Jar, Candle Holders for Home Decor (Black)**
**$26.99**
& FREE Returns
Qty: 1
Sold by: Dyreps®
🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**

Ship in Amazon packaging

**Choose your Prime delivery option:**
● **Monday, Oct. 30**
FREE Prime Delivery
○ **Wednesday, Nov. 1**
FREE No-Rush Shipping
Get a $1 digital reward
○ **Thursday, Nov. 2**
FREE Amazon Day Delivery
**Fewer boxes, fewer trips.**
Change delivery day

**Or choose your pickup location:**
● Pickup available nearby
Choose a location

---

Place your order

**Order total: $28.88**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

---

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| Items: | $26.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $26.99 |
| Estimated tax to be collected: | $1.89 |
| **Order total:** | **$28.88** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

Deliver to Carlos
Miami 33172

Tools & Home Improvement ▾    Search Amazon

EN ▾    Hello, Roberto
Account & Lists ▾

Returns
& Orders    0

All    Holiday Deals    Medical Care ▾    Prime Video    Help Center    Buy Again    Amazon Basics    Today's Deals    Decorate for the holidays

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home    Shop by Room

**CHIACHIA Candle Warmer Lamp with Timer, Compatible with Jar Candles, Metal Top Dimmable Candle Warmer with 2 Bulbs for Scented Candles (Black)**    ★★★★☆ 158    $57.99 ✓prime    Save 5% with coupon

Sponsored

## Customers who viewed this item also viewed



**XJZJY Candle Warmer Lamp with 2 Bulbs,Electric Candle Warmer with Timer,Christmas Gifts for Candle**    410    $27.99



**Ohenjoy Candle Warmer, Candle Warmer Lamp with Timer 2/4/8h, Dimmable Candle Lamp Fit with All**    3    $32.39



**WISHBETY Candle Warmer Lamp with Timer- 2 Bulbs,Vintage,Electric Dimmable Melter for Jar**    40    $29.99

Home & Kitchen ›  Home Décor Products ›  Candles & Holders ›  Candleholders ›  Candle Lamps



Roll over image to zoom in

VIDEO

### Dyreps Candle Warmer Lamp with 3 Bulbs, Dimmable Candle Light Melter, Electric Candle Warmer with Candle Jar, Candle Holders for Home Decor (Black)

Brand: Dyreps

3.0    2 ratings

$26.99

FREE Returns

Coupon ✓  Apply $4 coupon   Shop items ›  Terms

Get a **$200 Amazon Gift Card** upon approval for the Amazon Business Prime Card. Offer ends 12/12/23. Terms apply. Learn more

Color: **Black**

| | |
|---|---|
| Style | Modern |
| Brand | Dyreps |
| Color | Black |
| Special Feature | Dimmable |
| Light Source Type | Halogen |

### About this item
- Customize Your Fragrance Experience: Our candle warmer lamp with three levels of brightness adjustment and a set timer of 2/4/8 hours, you can control the heat release and melting speed to cater to different fragrance concentrations and wax longevity, making it easy to create your ideal atmosphere
- Safe and Environmentally Friendly: Say goodbye to indoor flames and the risk of accidents with our electric candle warmer lamp. Featuring a 50 watt halogen heating bulb, it melts the candle from top to bottom without an open flame, providing a safer melting experience while also reducing carbon monoxide emission
- High-Quality Materials: Made of durable metal, our wax warmer candle is designed to last. Its elegant yet simplistic design makes it an excellent home decor, while its soft halogen light creates a warm and cozy atmosphere. Experience happiness and soothing at the end of the day with evenly-distributed candle fragrance

Delivery    Pickup

$26.99

FREE Returns

FREE delivery **Monday, October 30**. Order within 11 hrs 21 mins

Deliver to Carlos - Miami 33172

**Only 2 left in stock - order soon.**

Qty: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Dyreps®
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt
Payment   Secure transaction

˅ See more

☐ Add a gift receipt for easy returns

Add to List



**Candle Warmer, Candle Warmer Lamp with Timer, Dimmable Candl...**    $23.99 ✓prime

Sponsored

Case 1:23-cv-24163

# Defendant No.: 6

## Store:

## GoolooTech

## Platform:

## Amazon



amazon | Deliver to Daytona B... 32118 | [Home & Kitchen] | Search Amazon 🔍 | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0

≡ All | Off to College | Back to School | Medical Care & Pharmacy ▾ | Best Sellers | Amazon Basics | Prime ▾ | Shop can't-miss teen vogue faves

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Homemory Rechargeable LED Tea Lights, 6-Pack... ⭐⭐⭐⭐½ 2,117 **$18**⁹⁹ ✓prime

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Sponsored ⓘ



Roll over image to zoom in

       VIDEO

## Candle Warmer Lamp with Timer, Electric Candle Warmer with 3 Bulbs, Wax Candle Melter Dimmable Light, Aromatic Candle Holder for Home Decor Gift Ideas, Compatible with Small and Large Candles-White

Brand: MOVNOGIFT
5.0 ⭐⭐⭐⭐⭐ ▾ 4 ratings

**$29**⁹⁹

FREE Returns ▾

**Coupon:** ☐ Apply 10% coupon Shop items › | Terms

Get $50 off instantly: Pay $0.00 $29.99 upon approval for Amazon Visa. No annual fee.

**Color: White**


$29.99 | $29.99

| Color | White |
|---|---|
| Material | Metal |
| Brand | MOVNOGIFT |
| Product Dimensions | 6.6"L x 6.6"W x 12.2"H |
| Finish Type | Painted |

### About this item

- Safer & Healthier - The candle warmer lamp with timer offers flexibility with options of 2/4/8 hours, you can set the candle lamp to automatically turn off. Say goodbye to indoor flames, smoke and soot, keep you away from any hazardous substances. The candle lamp warmer with 2 high quality metal lamp poles, excellent support and stable base, making it not easy to fall, skew, rust, or fade.

- Maximize Candle Lifespan - The candle warmer lamp utilizes heat energy to gradually melt jar candles or scented wax from top to bottom. Compared to traditional burning, candle warming lamp extends candle usage by up to twice as long and saves money for additional purchases.

- Electric Dimmable Design - Experience ultimate control with the advanced electric dimmable technology of the electric lamp candle warmer. Effortlessly adjust the brightness and warmth of the light to match your desired atmosphere, all at the touch of a button of candle light warmer. (Includes 2*50 Watts GU10 bulb and 1*5 watts led bulb).


✓prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

---

**Delivery** | Pickup

**$29**⁹⁹

FREE Returns ▾

FREE delivery **Sunday, September 17**

Or fastest delivery **Tomorrow, September 12**. Order within 6 hrs 34 mins

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | GooloolTech
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?
**Sell on Amazon**


Touch Candle Warmer Lamp with USB Charging...
**$29**⁹⁹ ✓prime

Sponsored ⓘ

# GoolooTech

Visit the GoolooTech storefront

★★★★★ | **100% positive** in the last 12 months (33 ratings)

## About Seller

GoolooTech is committed to providing each customer with the highest standard of customer service.

**Have a question for GoolooTech?**

Ask a question

## Feedback

★★★★★  4.9 out of 5
33 ratings

| 12 months ▾ |

5 star ▬▬▬▬▬▬ 94%
4 star ▬ 6%
3 star 0%
2 star 0%
1 star 0%

∨ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

| All stars ▾ |

33 total feedbacks in 12 months

★☆☆☆☆  "I contacted Amazon to process return and supervisor was blatantly rude, condescending and disrespectful. Unprofessional rude supervisor stated he cannot process..."
Read more

By Purchaser on September 2, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Quick delivery, good price, good quality (these FFP2 (EU) may not be as good as N95 (US) but may be comparable to KF95 (Korean) but quality of KN 95 (China) is..."
Read more

By Amazon Customer on August 29, 2023.

★★★★★  "Fast delivery and product was as described. Very happy with the product. Thank you."

By Monica Grusenmeyer on August 25, 2023.

★☆☆☆☆  "I received the wrong item. And I have not received the correct item or a refund. I ordered Genndy Tartakovskys and got two basketball stickers."

By jose carreaga on July 18, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Great product and great price"

By Beautiful USA on May 28, 2023.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information



amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Prime **Shop can't-miss teen vogue faves**

**$50 instant gift card**

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $29.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$20.01** |

Learn more

# Shopping Cart

Candle Warmer Lamp with Timer, Electric Candle Warmer with 3

**$29.99**

In Stock

Eligible for FREE Shipping

& FREE Returns

Save 10%
Clip Coupon

☐ This is a gift Learn more

**Color:** White

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$29.99**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.99**

☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
274
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$56.99
Add to Cart

Graceful By Design Chores Chart for Kids…
96
$10.99
Add to Cart

Arofum Shower Bombs Aromatherapy, 6 Pack…
28
$15.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## You might also like

Case 1:23-cv-24163

# Defendant No.: 7

# Store:

# Guangsha

# Platform:

# Amazon



amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 0
All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Prime Shop can't-miss teen vogue faves

# Guangsha

Visit the Guangsha storefront

Just launched | No feedback yet

## About Seller

Guangsha is committed to providing each customer with the highest standard of customer service.

**Have a question for Guangsha?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** zhong shan shi guangsha zhao ming you xian gong si
**Business Address:**
古四顾所街六巷4号首层之1
中山市
古镇镇
广东省
528421
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

amazon

Deliver to
Daytona B... 32118

Home & Kitchen ▾ | Search Amazon

🌐 EN ▾ | Hello, sign in
Account & Lists ▾ | Returns
& Orders | 🛒 0

☰ All | Off to College | Back to School | Medical Care & Pharmacy ▾ | Best Sellers | Amazon Basics | Prime ▾ | **Shop can't-miss teen vogue faves**

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvem



𝖵eenray  |  **Healthy Gift Ideas for Beloved One**  |  **$146.99** ✓prime  Save 15% with coupon

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in

    

## reehasa Candle Warmer with Timer，Adjustable Brightness Wax Warmer lamp，Compatible with Jar Candles, Aromatic Candle Holders for Home Decoration

Brand: Reehasa

**$72.00**

FREE Returns ▾

**Coupon:** ☐ Apply 50% coupon  Shop items › |
Terms

Get $50 off instantly: Pay $22.00 ~~$72.00~~ upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| **Color** | White |
| **Material** | Marble |
| **Brand** | Reehasa |
| **Product Dimensions** | 6.7"L x 6.7"W x 12.2"H |
| **Item Weight** | 1.76 Pounds |

### About this item

- Safety and Environmental Friendly: The electric candle warmer lamp works on a 50-watt halogen warming bulb (included) melts the candle form the top down. No open fire means no flame, no smoke, no soot and no pollution

- Adjustable brightness: Candle Warmer with dimming allows you to adjust the brightness of the bulb.

- Customizable Controls: This candle warmer lamp comes with adjustable controls to customize your fragrance experience. The dimming feature lets you adjust the brightness of the light and strength of the fragrance, while the timer allows you to choose between 2, 4, and 8 hour intervals for a worry-free experience.

- Keep Your House Safe From Fire: lots of house fires are caused by candle fire in the US every year. Say Good Bye to candle flames, smoke, and soot. Safely enjoy your favorite candles fire-free with our lamp style candle melter

- The Safe Choice:This not only looks great, but the included bulb is strong enough to melt the candle without burning you. Marble base, high hardness, and corrosion resistance. This would make a great gift for friends, family, couples, teens, children, etc.

 prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

**$72.00**

FREE Returns ▾

**FREE delivery Sunday, September 17**

Or fastest delivery **Wednesday, September 13**. Order within **15 hrs 56 mins**

⦿ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | Guangsha
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt
Support | Product support included

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

# Checkout (1 item)

| | | | |
|---|---|---|---|
| **1** | **Shipping address** | Carlos M Arias Jiron<br>9360 FONTAINEBLEAU BLVD APT D206<br>MIAMI, FL 33172-5608<br>Add delivery instructions | Change |
| **2** | **Payment method** | Paying with Mastercard 1953<br>Billing address: ENCARGA ROBERTO ROMER… | Change |

⌃ Add a gift card or promotion code or voucher

[ Enter code ]   [ Apply ]

**3**    **Review items and shipping**

> **Want to save time on your next order and go directly to this step when checking out?**
> ☐ Default to this delivery address and payment method.

> **Before you place your order:**
> Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your **payment method**.

> Select **No-Rush Shipping** and enjoy a $1 **digital reward**

**Delivery: Oct. 30, 2023** If you order in the next 9 hours and 9 minutes (Details)
Items shipped from Amazon.com



**reehasa Candle Warmer with Timer,  Adjustable Brightness Wax Warmer lamp,  Compatible with Jar Candles, Aromatic Candle Holders for Home Decoration**
$59.00
& FREE Returns
[ Qty: 1 ]
Sold by: Guangsha
🎁 Add gift options

**Choose your Prime delivery option:**
- ◉ **Monday, Oct. 30**
  FREE Prime Delivery
- ○ **Wednesday, Nov. 1**
  FREE No-Rush Shipping
  Get a $1 **digital reward**
- ○ **Monday, Oct. 30**
  FREE Amazon Day Delivery
  **Fewer boxes, fewer trips.**
  Change delivery day

**Or choose your pickup location:**
🅰 **Pickup available nearby**
Choose a location

[ Place Your Order and Pay ]

You'll be securely redirected to MasterCard to complete this transaction.

**Order total: $63.13**
By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

---

## Place Your Order and Pay

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's **privacy notice** and **conditions of use.**

## Order Summary

| | |
|---|---|
| Items: | $59.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $59.00 |
| Estimated tax to be collected: | $4.13 |
| **Order total:** | **$63.13** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

| Place Your Order and Pay |
| --- |

You'll be securely redirected to MasterCard to complete this transaction.

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
| --- | --- |
| Items: | $59.00 |
| Shipping & handling: | $0.00 |
| Total before tax: | $59.00 |
| Estimated tax to be collected: | $4.13 |
| **Order total:** | **$63.13** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.

Case 1:23-cv-24163

# Defendant No.: 8

# Store:

# Igeshur

# Platform:

# Amazon









amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Customer Service | Prime | New Releases | Shop can't-miss teen vogue faves

**Pay ~~$34.99~~ $0.00 for this order.** Get a $60 Amazon Gift Card upon approval for the Amazon Store Card.
Find out how

**$60** Amazon Gift Card

# Shopping Cart

Candle Warmer Lamp Metal Vintage Candle Warmer with Timer

**$34.99**

In Stock

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$34.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$34.99**

☐ This order contains a gift

Proceed to checkout

**Customers who bought Candle Warmer Lamp Metal Vintage Candle Warmer wit... also bought these items from other categories:**

LA JOLIE MUSE Candle Warmer Lamp with...
194
$56.99
Only 7 left in stock - orde...
Add to Cart

MAIPSIG Candle Warmer, Adjustable...
90
$22.99
Add to Cart

yzbao Vintage Jar Candle Warmer with...
85
$38.99
Only 17 left in stock - ord...
Add to Cart

Candle Wax Warmer Lamp,Compatible wit...
483
$39.99
Add to Cart

## Customers Who Bought Items in Your Recent History Also Bought

amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Customer Service | Prime | New Releases | Shop can't-miss teen vogue faves

# Igesur

Visit the Igesur storefront

Just launched | No feedback yet

## About Seller

Igesur is committed to providing each customer with the highest standard of customer service.

**Have a question for Igesur?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Nicolas Hernan Miguel Leon
**Business Address:**
Sanchez 1882
Ciudad Autonoma de Buenos Aires
Capital Federal
1416
AR

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

## Customers who viewed items in your browsing history also viewed

Roll over image to zoom in

     

WAVEWISE Candle Warmer Lamp with Timer...  $32.99 ✓prime

Sponsored

## Candle Warmer Lamp Metal Vintage Candle Warmer with Timer Wax Melt Warmer for Jar Candles Aromatic Candle Holders for Home Office Decoration (Black)

Brand: PearlyCats

4.3 ★★★★☆  60 ratings

**$34.99**

FREE Returns ⌄

| Material | Metal |
| --- | --- |
| Brand | PearlyCats |
| Finish Type | Metal |
| Color | Black |
| Style | Safety,Vintage |

### Customer ratings by feature

| Brightness | ★★★★☆ 3.8 |
| --- | --- |
| Scent | ★★★★☆ 3.5 |
| Timer function | ★★★★☆ 3.2 |

See all reviews

Candle Warmer Lamp with Dimmer, 2H/4H/8H Timer,...
$59.00 ✓prime

Sponsored

### prime
**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with Fast, FREE Delivery

**Delivery** | Pickup

**$34.99**

FREE Returns ⌄

FREE delivery **Wednesday, September 13**

Or fastest delivery **Tomorrow, September 8.** Order within 6 hrs 41 mins

⊙ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
| --- | --- |
| Ships from | Amazon |
| Sold by | Igesur |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

### Frequently bought together

 + 

Total price: $83.97

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

☑ **This item:** Candle Warmer Lamp Metal Vintage Candle... $34.99

☑ Mandy's 20pcs White Flowers Artificial Tulip Silk... $18.99 ($0.95/Count)

☑ luzdiosa Candle Warmer Lamp with 2 Bulbs Compatibl... $29.99

 

XJZJY Candle Warmer Lamp with...
★★★★☆ 266
$29.99 ✓prime
Save 5% with coupon

Sponsored

https://www.amazon.com/dp/B0BN6NRH8P  1/6

Case 1:23-cv-24163

# Defendant No.: 9

## Store:

## IPLUCKER

## Platform:

## Amazon



amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | Shop can't-miss teen vogue faves

**$50 instant gift card**

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $29.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$20.01** |

Learn more

# Shopping Cart

Candle Warmer Lamp,Dimmable Candle Lamp Warmer with Timer,2

**$29.99**

Join Prime to buy this item at $23.99

In Stock

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

**Color:** White

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$29.99**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.99**

☐ This order contains a gift

Proceed to checkout

**Customers who shopped for Candle Warmer Lamp,Dimmable Candle Lamp Warmer wit... also shopped for:**

XJZJY Candle Warmer Lamp with 2...
276
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with...
197
$56.99
Add to Cart

Elenhome Candle Warmer Lamp, Moder...
80
$44.99
Add to Cart

NVRGIUP Candle Warmer, Candle...
185
$39.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Customers Who Bought Items in Your Recent History Also Bought

# IPLUCKER-US

Visit the IPLUCKER-US storefront

⭐⭐⭐⭐⭐    **100% positive** in the last 12 months (28 ratings)

## About Seller

IPLUCKER-US is committed to providing each customer with the highest standard of customer service.

**Have a question for IPLUCKER-US?**

[ Ask a question ]

## Feedback

⭐⭐⭐⭐⭐    4.9 out of  5

28 ratings

[ 12 months ▾ ]

**FILTER BY**

[ All stars ▾ ]

5 star ▮▮▮▮▮▮▮▮  89%

4 star  11%

3 star  0%

2 star  0%

1 star  0%

28 total feedbacks in 12 months

⭐⭐⭐⭐⭐  " Very comfortable when you're eating outside all you have to do is turn them on what a blessing "

By Joe T. 🏅 on September 4, 2023.

⭐⭐⭐⭐⭐  " like these "

By Sue Stahl on September 2, 2023.

⭐⭐⭐⭐☆  " Love it It doesn't come with lamp but good value "

By Fariba F. on August 31, 2023.

⭐⭐⭐⭐⭐  " Works well and without the smoke of a lit wick. "

By pjk3256 on August 27, 2023.

⭐⭐⭐⭐⭐  " Loved the candle warmer, it's perfect for my bedroom. Only issue was the light bulb was not included in the package. I purchased another light and had an extra... "

Read more

By Angela Scruggs on August 25, 2023.

▾ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** chengduxiongxingxikejiyouxiangongsi

**Business Address:**

莲塘路

35号

中山市

石岐区

广东省

528400

CN



Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in



VIDEO

## Candle Warmer Lamp,Dimmable Candle Lamp Warmer with Timer,2 Wax Warmer Bulbs,Electric Candle Warmer Light for Candle Jars,Aromatic Candle Holders for Vintage Bedroom Decor,Gifts for Mom/Lover,White

Brand: IPLUCKER

5.0 ★★★★★ · 16 ratings

$29⁹⁹

FREE Returns ▾

Join Prime to buy this item at $23.99

Get $50 off instantly: Pay $0.00 $29.99 upon approval for Amazon Visa. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color:
**White**

| | |
|---|---|
| Style | Modern |
| Brand | IPLUCKER |
| Color | White |
| Special Feature | Dimmable, Adjustable Height |
| Light Source Type | Halogen |

## About this item

- ✨【Modern and Elegant Design】: This dimmable candle warming lamp has stylish and modern design that combines the functionality of the candle warmer with the elegance of the table lamp. The designer of the candle warming lamp keeps your space warm and fully comfortable with a simple color combination. It promotes relaxation and relieves stress.

- ✨【Multifunctional Lamp】: Candle warmer lamp is compatible with various types of candles with functions such as even heating, regulation and timing. You can also set the auto-off time and adjust the light from the top candle warmer as needed. 4 levels of dimming effect, you can use the remote control to adjust according to your desired brightness to create an elegantly scented atmosphere.

- ✨【Safe and Environmental Protection】: Our candle warming lamp without lighting the candle, evenly heated candles, this heating method not only extends the life of the candle, but also makes the aromatherapy candles in a non-combustible, smokeless state melting. Evenly disperses fragrance and rejects wax pits. Use our jar candle warming lamps to safely melt candles and enjoy pure fragrance.

- ✨【Exquisite Craftsmanship】: This wax melting warming lamp is equipped with two GU10 halogen bulbs, which can be adjusted by remote control to turn on the light to control the brightness and easy to operate. Multi-process processing of solid iron base, good bearing capacity, anti-slip, anti-scratch. High-temperature baking paint iron lampshade, after high-



Case 1:23-cv-24163

# Defendant No.: 10

# Store:

# JIUYUEMAOYI

# Platform:

# Amazon

# JIUYUEMAOYI

Visit the JIUYUEMAOYI storefront

⭐⭐⭐⭐⭐ | **100% positive** lifetime (3 total ratings)

---

## About Seller

JIUYUEMAOYI is committed to providing each customer with the highest standard of customer service.

Have a question for JIUYUEMAOYI?

[ Ask a question ]

---

## Feedback

⭐⭐⭐⭐⭐ **5 out of 5**

3 ratings

[ Lifetime ⌄ ]

**FILTER BY**

[ All stars ⌄ ]

3 total feedbacks in Lifetime

| 5 star | ████████████ | 100% |
| 4 star |  | 0% |
| 3 star |  | 0% |
| 2 star |  | 0% |
| 1 star |  | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

⭐⭐⭐⭐⭐  "Works very good. No problem. "

By Bruce E. on July 29, 2023.

⭐⭐⭐⭐⭐  "Excellent price, excellent product. Highly recommend seller. "

By James on July 13, 2023.

⭐⭐⭐⭐⭐  "Good product "

By Timothy f. on June 14, 2023.

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** Foshanshijiuyuemaoyiyouxiangongsi

**Business Address:**

禅城区张槎街道季华一路

26号二座一幢1504房-D30

佛山市

广东

528000

CN

---

## Shipping Policies  ⌄

## Other Policies  ⌄

## Help  ⌄

---

## Products

See all products currently offered by the seller.



Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



      

Roll over image to zoom in

# Candle Warmer Lamps, Dimmable Candle Lamp, Top Down Candle Light Melter, Aluminum Alloy Base Candle Melting Lamps for Scented Jar Candles with 2 Bulbs(White)

Visit the Pridcier Store

3.3 ★★★☆☆ ∨    3 ratings

**$19.99**

Get **Fast, Free Shipping** with **Amazon Prime**
FREE Returns ∨

Get $50 off instantly: Pay $0.00 $19.99 upon approval for Amazon Visa. No annual fee.

**Color:**
White

| | |
|---|---|
| Color | White |
| Material | Metal |
| Brand | Pridcier |
| Product Dimensions | 6.5"L x 6.5"W x 12.6"H |
| Finish Type | Metal |

## About this item

- 【Product Material】The Wax Warmer base is made of sturdy, high-quality metal material that won't bend easily. Product Size:6.5 inch/16.5CM*12.8 inch/32.5CM, Weight:1lb. Candle lamp warmer is suitable for all sizes of candles.

- 【Safety】Say goodbye to indoor flames, smoke, and soot. No open fire, smokeless, no pollution and reduces fire risk.Don't burn candles, melt them safety. Enjoy your favorite flameless candles safely with our lamp-style candle melter.

- 【Stepless Dimming】You can freely adjust the brightness of the candle heater to create a perfect atmosphere to meet the different needs of melting wax and make the candle emit different concentrations of fragrance.

- 【Beautiful Home Decor】The candle warmer lamp for scented wax is an exquisite functional decorative lamps, night light perfect for home living rooms, bedrooms, study rooms, offices, yoga studios and more.

- 【Perfect Gift】This electric scented wax warmer is a stylish, modern, combines practicality and creative candle melting lamp. The wax melter will be the best gift choice to show your love to your families, lover, or friends on Valentine's Day, Thanksgiving, Christmas, New Year, Housewarming or other special occasions.



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

**$19.99**

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ∨

**FREE delivery Thursday, September 21** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, September 13.** Order within **11 hrs 46 mins**

Deliver to Daytona Beach 32118

**Only 18 left in stock - order soon**

Qty: 1

**Add to Cart**

**Buy Now**

Payment — Secure transaction
Ships from — Amazon
Sold by — JIUYUEMAOYI
Returns — Eligible for Return, Refund or Replacement within 30 days of receipt
Packaging — Shows what's inside

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?
Sell on Amazon



**Candle Holder-Exclusive Champagne Gold Color**

DARJEN Votive Tea Lights Candles...
★★★★★ 1,563
34% off    Deal
$26.34 $39.99 ✓prime



amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Prime Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $19.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$30.01** |

Learn more

# Shopping Cart

Candle Warmer Lamps, Dimmable Candle Lamp, Top Down Candle

**$19.99**

Only 18 left in stock - order soon.

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

**Color:** White

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$19.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Add $5.01 of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$19.99**

☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2...

274

$29.99

Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with...

197

$56.99

Add to Cart

Candle Wax Warmer Lamp,Compatible wit...

486

$39.99

Add to Cart

Graceful By Design Chores Chart for Kids...

96

$10.99

Add to Cart

## Customers who shopped for Candle Warmer Lamps, Dimmable Candle Lamp, Top Dow... also shopped for:

Case 1:23-cv-24163

# Defendant No.: 11

## Store:

## Kkddnf

## Platform:

## Amazon



amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Prime Shop can't-miss teen vogue faves

**Pay ~~$22.99~~ $0.00 for this order.** Get a **$60 Amazon Gift Card** upon approval for the Amazon Store Card.
Learn more

# Shopping Cart

Candle Warmer with Timer, Dimmable Candle Lamp, Electric

**$22.99**

Only 10 left in stock - order soon.

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

**Color:** Black

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$22.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Add $2.01 of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$22.99**

☐ This order contains a gift

Proceed to checkout

**Products related to items in your cart**

Sponsored

LumiGlow Electric Ca...
5
$49.95
See all buying options

ADVIAH Candle War...
$37.77
See all buying options

Candle Wax Warmer...
3
$33.99
See all buying options

HOOOME Candle Wa...
$39.99
See all buying options

## Customers Who Bought Items in Your Recent History Also Bought

# kkddnf

Visit the kkddnf storefront

★☆☆☆☆ | **0% positive** lifetime (1 total ratings)

## About Seller

kkddnf is committed to providing each customer with the highest standard of customer service.

**Have a question for kkddnf?**

[ Ask a question ]

## Feedback

★☆☆☆☆ | 1 out of 5

1 ratings

[ Lifetime ▾ ]

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 100% |

▾ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▾ ]

1 total feedbacks in Lifetime

★★☆☆☆  "Hello- I had ordered this item in white, but I received it in black instead."

By Sara MacDonald on March 6, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★☆☆☆☆  "This is the second drum has not been received fraudulent!!!!!"

By Amazon Customer on March 5, 2023.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** chenzhoufanzengmaoyiyouxiangongsi

**Business Address:**
白露塘镇林邑大道东侧
郴州市战略性新兴产业园1 2栋701-19室
郴州市
湖南省
423000
CN

## Shipping Policies                                                                        ⌄

## Other Policies                                                                           ⌄

## Help                                                                                     ⌄

## Products

See all products currently offered by the seller.



amazon | Deliver to Daytona B... 32118 | Home & Kitchen ▾ | Search Amazon | 🔍 | 🇺🇸 EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | Off to College | Back to School | Medical Care & Pharmacy ▾ | Best Sellers | Amazon Basics | Prime ▾ | Shop can't-miss teen vogue faves

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

creative co-op | Creative Co-Op 2-Tone Sculptural Terracotta Pillar Candle Holder, Distressed Green | ★★★★½ 980 | $13.31 ✓prime

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps





Roll over image to zoom in

## Candle Warmer with Timer, Dimmable Candle Lamp, Electric Candle Warmer Lamp, Compatible with Small and Large Candles, Aromatic Candle Holders for Home Decoration, 2 Bulbs Included(Black)

Brand: BROVOKIN

3.9 ★★★★☆ | 7 ratings

**-12%** **$22**⁹⁹

List Price: $25.98

Get Fast, Free Shipping with Amazon Prime
FREE Returns ▾

Eligible for Return, Refund or Replacement within 30 days of receipt ▾

Color:
**Black**

| | |
|---|---|
| **Color** | Black |
| **Material** | Metal |
| **Brand** | BROVOKIN |
| **Product Dimensions** | 6.7"L x 6.7"W x 12.2"H |
| **Finish Type** | Metal |

### About this item

- 【About the product material and size 】This candle heater is suitable for most candles on the market. The base is made of sturdy metal material, which is not easy to bend. Product size: 6.7 inches/17 cm * 12.2 inches/31 cm, weight: 1 pound (candle not included in the product)

- 【Adjustable brightness and timer function】Stepless dimming allows you to adjust the brightness of the bulb. The warm light gives you a comfortable and relaxing ambience, and the 1/2/4 hour timer function allows you to get a good night's sleep without worrying about accidents or overheating candles.

- 【Bringing Long-Lasting Scent】The candle melter works with candles so you can choose your favorite scent to fill your home, it helps you eliminate the most unpleasant odors such as smoke, tobacco, pet urine, garbage and unpleasant bathroom odors. Refresh your room, home, break room, office, garage, kitchen, basement or any place you frequent.



**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$22⁹⁹

Get Fast, Free Shipping with Amazon Prime

FREE Returns ▾

FREE delivery **Sunday, September 17** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, September 13**. Order within 20 hrs 35 mins

📍 Deliver to Daytona Beach 32118

**Only 10 left in stock - order soon**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | kkddnf |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

**Sell on Amazon**



ASAWASA Candle Warmer for Large Ja
★★★★½ 4,304

Sponsored ⓘ

Case 1:23-cv-24163

# Defendant No.: 12

## Store:

## Krefoha

## Platform:

## Amazon



amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $32.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$17.01** |

Learn more

# Shopping Cart

Candle Warmer with Timer with 2 Bulbs Dimmable Candle Light

**$32.99**

Only 2 left in stock - order soon.

Eligible for FREE Shipping & FREE Returns

This is a gift Learn more

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$32.99**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$32.99**

This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
276
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$56.99
Add to Cart

Candle Wax Warmer Lamp,Compatible wit…
486
$39.99
Add to Cart

Graceful By Design Chores Chart for Kids…
96
$10.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Customers who shopped for Candle Warmer with Timer with 2 Bulbs Dimmable Can... also shopped for:

# Krefoha

Visit the Krefoha storefront

★★★★★ | **100% positive** in the last 12 months (23 ratings)

---

## About Seller

Krefoha is committed to providing each customer with the highest standard of customer service.

**Have a question for Krefoha?**

[ Ask a question ]

---

## Feedback

★★★★★  4.9 out of  5

23 ratings

**FILTER BY**

[ 12 months ▾ ]

[ All stars ▾ ]

5 star ████████████ 91%

4 star  9%

3 star  0%

2 star  0%

1 star  0%

**23 total feedbacks in 12 months**

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

★☆☆☆☆  "~~I never received this item. My other packages were delivered that date, but nowhere in the box nor was there a separate box I could find it. Would I be able to...~~"

Read more

By Gina on September 2, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Very sparkly!"

By Julie G on September 1, 2023.

★★★★☆  "good product"

By LAH on August 28, 2023.

★★★★★  "Works well, thanks."

By LiseKatherine on August 25, 2023.

★☆☆☆☆  "~~Item never arrived~~"

By Alejandra herrera on August 2, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** Xiamen Jinghuiyixiang e-commerce Co., Ltd.

**Business Address:**

长虹路33号跨境电商产业园一号楼605单元之一

厦门

湖里

福建

361000

CN

**amazon**

Deliver to
Daytona B... 32118

Home & Kitchen ▾ | Search Amazon | 🔍

EN ▾ | Hello, sign in
Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | Off to College | Back to School | Medical Care & Pharmacy ▾ | Best Sellers | Amazon Basics | Prime ▾ | Shop can't-miss teen vogue faves

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

DARLEN | **Candle Holder- Exclusive Champagne Gold Color** | 34% off | Deal | $26.34 $39.99 ✓prime

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in



## Candle Warmer with Timer with 2 Bulbs Dimmable Candle Light Electric Candle Melter Compatible with Small/Large Candles (White)

Brand: Meisuitd

5.0 ★★★★★ ▾  2 ratings

**$32.99**

FREE Returns ▾

Get $50 off instantly: Pay $0.00 $32.99 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Brand | Meisuitd |
| Color | White |
| Special Feature | Dimmable |
| Finish Type | Metallic |
| Material | Metal |

### About this item

- 【Saving & Long Lasting】The candle warmer uses heat energy from top to bottom to melt the candle and wax instead of lighting it, releasing a vibrant, clean fragrance that lasts twice as long as burning.
- 【Adjustable】- Our electric candle warmer allows you to adjust the brightness of the bulb. If you're always worried about forgetting to blow out your candles and starting a fire, this candle warming lamp with timer can take your worry away. 2/4/8 hour timer function allows you to sleep well without worrying about accidents or overheating candles.
- 【Fits Most Candles】Enjoy the scent of your favorite scented jar candles, including any La Jolie Muse candles and wax melts. It helps you get rid of the worst smells like pet urine, trash and unpleasant bathroom smells.
- 【Reliable Material】The candle warmer is carefully designed for a long service life, so you can use it safely for many years. The base is made of high-quality metal material, which is not easy to bend.
- 【Perfect Gift for Candle Lovers】- Not only do our candle warmers look great, but the included bulbs are sturdy enough to match any home style. It will be a thoughtful gift for friends, family, couples, teens, kids and more.

---



**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

**$32.99**

FREE Returns ▾

**FREE delivery Wednesday, September 20**

Or fastest delivery **Wednesday, September 13**. Order within 5 hrs 36 mins

◉ Deliver to Daytona Beach 32118

**Only 2 left in stock - order soon**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | Krefoha
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt
Packaging | Shows what's inside

**Add a Protection Plan:**
☐ 3-Year Protection for $5.99
☐ 4-Year Protection for $7.99
☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon



**Romadedi Iron Plate Candle Holders, Set of 8...**
★★★★☆ 27
$23.98 ✓prime

Case 1:23-cv-24163

# Defendant No.: 13

# Store:

# LeeNabao

# Platform:

# Amazon





amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Prime Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $30.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$19.01** |

Learn more

# Shopping Cart

Candle Warmer Lamp with Timer, Adjustable Brightness Wax Warmer

**$30.99**

In Stock

Eligible for FREE Shipping & FREE Returns

This is a gift Learn more

**Color:** Black

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$30.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$30.99**

This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
274
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$56.99
Add to Cart

Graceful By Design Chores Chart for Kids…
96
$10.99
Add to Cart

Ominia Theft and Drop Protection Phone…
17
$10.99
Add to Cart

## Products related to items in your cart

Sponsored

Wax Melt Warmer for Scented Wax Melts 3-in-1 Electric Ceramic Candle Wax Warmer Burner Fragrance Wax Melter for Home Office Bedroom Gift & Decor (Leaf)  ★★★★☆ 674  $16.99 ✓prime

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in

  

$34.99  $34.99

## Candle Warmer Lamp with Timer, Adjustable Brightness Wax Warmer lamp, Compatible with Small and Large Candles, Aromatic Candle Holders for Home Decor (Black)

Visit the LeeNabao Store

4.4 ★★★★☆  31 ratings

$30.99

FREE Returns ∨

**Save 50%** on 1 when you buy 5  Shop items ›

Available at a lower price from other sellers that may not offer free Prime shipping.

Eligible for Return, Refund or Replacement within 30 days of receipt ∨

Color: **Black**

| $30.99 | $34.99 | $34.99 |

| Brand | LeeNabao |
|---|---|
| Color | Black |
| Product Dimensions | 6.5"D x 6.5"W x 12.8"H |
| Special Feature | Dimmable |
| Finish Type | Metal |

### About this item
- 【Adjustable Brightness and Timer】: Our electric candle warmer allows you to adjust the brightness of the bulb. 2/4/8 hour timer function allows you to sleep well without worrying about accidents or candles overheating.
- 【Fits All Sizes of Candles】: This candle warmer fits most candles on the market. Product Size: 6.5 inch/16.5CM*12.8 inch/32.5CM, Weight: 1lb. (Candles are not included)
- 【Eliminate Odors】: Candle warmer works with candles and you can choose your favorite scent to fill your home, it helps you eliminate the worst odors such as smoke, tobacco, pet urine, garbage, and unpleasant bathroom smells. Freshen up your room, home, break room, office, garage, kitchen, basement, or anywhere you frequent.



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$30.99

FREE Returns ∨

FREE delivery **Sunday, September 17**

Or fastest delivery **Tomorrow, September 12**. Order within 8 hrs 45 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | LeeNabao |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

Add a Protection Plan:
- 3-Year Protection for $5.99
- 4-Year Protection for $7.99
- Add a gift receipt for easy returns

Add to List

New & Used (2) from $28.83 & FREE Shipping.

Have one to sell?

Sell on Amazon

# LeeNabao

Visit the LeeNabao storefront

★★★★★ | **90% positive** in the last 12 months (10 ratings)

## About Seller

LeeNabao is committed to providing each customer with the highest standard of customer service.

**Have a question for LeeNabao?**

[ Ask a question ]

## Feedback

★★★★★ 4.8 out of 5
10 ratings

[ 12 months ⌄ ]

| | |
|---|---|
| 5 star | 90% |
| 4 star | 0% |
| 3 star | 10% |
| 2 star | 0% |
| 1 star | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

10 total feedbacks in 12 months

★★★★★ "Adorable"
By Elizabeth on September 4, 2023.

★★★★★ "Item was packaged well"
By Peter on September 1, 2023.

★★★☆☆ "Not charging my phone I don't know it right thing for my phone but I like it"
By Audrey m. on August 29, 2023.

★★★★★ "It is exactly what I expected"
By MariaHelena on August 24, 2023.

★☆☆☆☆ ~~"Sin control, sin adaptador de corriente.caja sin empaque y sin sellar."~~
By Ángel Rodrigo Restrepo on August 24, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhenshi Linghu keji Youxian Gongsi
**Business Address:**
华强北街道赛格广场32楼3201C
深圳市
福田区
广东省
518000
CN

## Shipping Policies                                                    ⌄

Case 1:23-cv-24163

# Defendant No.:14

# Store:

# MakytwowUS

# Platform:

# Amazon





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | **Shop can't-miss teen vogue faves**

**Pay ~~$55.99~~ $0.00 for this order.** Get a $60 Amazon Gift Card upon approval for the Amazon Store Card.
Find out how

**$60** Amazon Gift Card

# Shopping Cart

MAKYWOW Candle Warmer Lamp with Marble, Candle Warmer Light

**$55.99**

In Stock
Eligible for FREE Shipping
& FREE Returns

Save $15.00
Clip Coupon

This is a gift Learn more
**Color:** MacaronYellow

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$55.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$55.99**
This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
274
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$56.99
Add to Cart

Candle Wax Warmer Lamp,Compatible wit…
486
$39.99
Add to Cart

Graceful By Design Chores Chart for Kids…
96
$10.99
Add to Cart

## Products related to items in your cart

Sponsored

DARJEN Gold Votive Candle Holders Set of 24... $30.99 prime

Sponsored

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps





# MAKYWOW Candle Warmer Lamp with Marble, Candle Warmer Light with Macaron Yellow Shade for Scented Jar Candles, Modern Home Decor, Christmas, Thanksgiving, Birthday Gift for Her, Terrazzo

Brand: MAKYTWOW

4.7 ★★★★½   28 ratings

**$55.99**

FREE Returns ⌄

**Coupon:** ☐ Apply $15 coupon   Shop items › | Terms

Eligible for Return, Refund or Replacement within 30 days of receipt ⌄

Color:
**MacaronYellow**

Roll over image to zoom in

| | |
|---|---|
| **Style** | Modern |
| **Brand** | MAKYTWOW |
| **Color** | MacaronYellow |
| **Product Dimensions** | 8"D x 8"W x 13"H |
| **Special Feature** | Dimmable |

## About this item

- Convenient to Use: The candle warmer lamp is equipped with a multifunctional controller. A long press of the "+" or "-" can adjust the light intensity as you want, while short presses switch brightness from the system setting.
- Superb Home Décor: Trendy and simple one-piece design, well fitted to various types of candles, merged with the home, terrazzo texture, low-key luxury.
- Safe and Friendly: The candle lamp has a timer setting including 2/4/8h in case of negligence of turning off the power. The melting process produces no smoke and soot. Without the threat of open flame, it's a perfect product for those who have children or pets.
- Relaxing Atmosphere: This candle lamp helps spread the pleasant fragrance of candles and helps create a cozy air. It applies to a romantic dinner, deep sleep, and reading experience.
- Great Gift: Festival gift-choosing could be a problem for many people, however, you

Prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$55.99

FREE Returns ⌄

FREE delivery **Sunday, September 17**

Or fastest delivery **Wednesday, September 13**. Order within **18 hrs**

○ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | MakytwowUS |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

**Add a Protection Plan:**
- ☐ 3-Year Protection for $7.99
- ☐ 4-Year Protection for $10.99
- ☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon



DARJEN Clear Votive Candle Holders, Set of 24...
$29.99 prime

Sponsored

# MakytwowUS

Visit the MakytwowUS storefront

⭐⭐⭐⭐⭐ | **100% positive** in the last 12 months (15 ratings)

## About Seller

MakytwowUS is committed to providing each customer with the highest standard of customer service.

**Have a question for MakytwowUS?**

Ask a question

## Feedback

⭐⭐⭐⭐⭐ 5 out of 5

15 ratings

| 12 months ▾ |

| | |
|---|---|
| 5 star | ████████ 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

▾ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

| All stars ▾ |

**15 total feedbacks in 12 months**

⭐⭐⭐⭐⭐ " Awesome packaging and arrived very quickly "

By Paula on June 23, 2023.

⭐⭐⭐⭐⭐ " I love these candle warmers. Place I lived at Doesn't allow lighted candles. This help a lot. "

By Nell on June 19, 2023.

⭐⭐⭐⭐⭐ " Enjoying! "

By CCC on June 12, 2023.

⭐⭐⭐⭐⭐ " Arrived on time, well packaged, & as described. "

By CTCMEGASUSS on May 17, 2023.

⭐⭐⭐⭐⭐ " No problems. Would order again. "

By Sanibeljac on May 13, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Xiangxuan Xiamen Xinnengyuan Kejiyouxiangongsi

**Business Address:**
同安工业集中区同安园133号
（西侧）502单元
厦门市
同安区
福建省
361001
CN

## Shipping Policies ▾

## Other Policies ▾

Case 1:23-cv-24163

# Defendant No.:15

# Store:

# Mayung

# Platform:

# Amazon

# Mayung

Visit the Mayung storefront

★★★★★ | **100% positive** in the last 12 months (28 ratings)

## About Seller

**CUSTOMER SERVICE IS EVERYTHING TO US**

We are in the business of disposable cutlery but equally so we are in the business of customer service. If for any reason you are unsatisfied with your service or products please email us and we assure you that we will make it right. Thank you.

Our average time to answer e-mails is 4 hours. How do we know? Amazon.com keeps track and we're trying to make it even faster. We want to make you happy and if for any reason things don't go as planned, let us know a...

⌄ See more

### Have a question for Mayung?

[ Ask a question ]

## Feedback



★★★★★  5 out of  5
28 ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓▓▓ | 96% |
| 4 star | ▎ | 4% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ 12 months ⌄ ]

[ All stars ⌄ ]

28 total feedbacks in 12 months

★★★★★  "Holds up well "
By Michael R Loflin on September 8, 2023.

★★★★★  "Exelente "
By Lypm 💕 on September 6, 2023.

★★★★★  "Product worked great, yielding an excellently clean cut. Fast shipping. "
By Pop O on August 21, 2023.

★★★★★  "Perfect for carrying in my purse to always have a fan with me so I can cool off. I love that it's a flashlight and a power bank too. "
By Debbie on August 18, 2023.

★★★★★  "Haven't really had to use this yet. "
By Arnie on August 12, 2023.

Previous  Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** yiwushimeiyunxiangbaoyouxiangongsi
**Business Address:**
　万洋众创城E区25栋二单元
　金华市
　浦江县郑宅镇
　浙江省





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Shop can't-miss teen vogue faves

**$50 instant gift card**

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $29.49 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$20.51** |

Learn more

# Shopping Cart

Candle Warmer Lamp with 3 Bulbs, Electric Wax Melter Warmer with

**$29.49**

In Stock

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

**Color:** Black

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$29.49**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.49**

☐ This order contains a gift

Proceed to checkout

## Customers who shopped for Candle Warmer Lamp with 3 Bulbs, Electric Wax Melt... also shopped for:

Romadedi Candle Warmer Lamp with...
1
$29.99
Add to Cart

Candle Warmer Lamp - Dimmable Candle La...
15
$29.99
Add to Cart

Aimoptg Candle Warmer Lamp with...
26
$29.99
Add to Cart

XJZJY Candle Warmer Lamp with 2...
273
$29.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Customers Who Bought Items in Your Recent History Also Bought

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Sponsored



3 VIDEOS

Roll over image to zoom in

## Candle Warmer Lamp with 3 Bulbs, Electric Wax Melter Warmer with Timer, Dimmable Candle Warmer Light with White Jar for Small & Large Jar Candles, Aromatic Candle Holders Heater for Home Decor (Black)

Visit the MEINV Store

5.0 ★★★★★  4 ratings

**$29⁴⁹**

FREE Returns ∨

Eligible for Return, Refund or Replacement within 30 days of receipt ∨

| Color: | |
|---|---|
| **Black** | |

| Style | Vintage |
|---|---|
| Brand | MEINV |
| Color | Black |
| Product Dimensions | 6.5"D x 6.5"W x 12.8"H |
| Special Feature | Corded |

### About this item

- ADJUSTABLE BRIGHTNESS & TIMER: The brighter the light, the faster the candle melts. So you can freely adjust the 4 levels of brightness of the bulb to control the duration of the scent. Setting a 2/4/8 hour timer allows you to sleep well, no need to worry about accidents or candle overheating.

- SAFETY AND HEALTH: If you are always worried that no blow out your candles will start a fire, this candle warmer lamp with a timer will eliminate all your worries. Also, the candle warmer lamp works without flames and smoke, which keeps the room air comfortable, and reduces the risk of fire, keeping you away from any harmful substances.

- SAVE ON ALL COSTS: Candle melting lamp with 3 replaceable energy-saving bulbs and 1 candle jar (candles not included) power consumption less than 0.05kw-h for 1 hour of operation. also, you can add candles and essential oils to the candle jar and reusable them after they have cooled and solidified. Save money on high electricity bills and candle purchases.



**Prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$29⁴⁹

FREE Returns ∨

**FREE delivery Friday, September 15**

Or fastest delivery **Sunday, September 10**. Order within 8 hrs 32 mins

⊙ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ∨

**Add to Cart**

**Buy Now**

Payment   Secure transaction
Ships from   Amazon
Sold by   Mayung
Returns   Eligible for Return, Refund or Replacement within 30 days of receipt
Packaging   Shows what's inside

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon



Popubabi OneTouch Candle Warmer Lamp, Dimmable...

Sponsored

Case 1:23-cv-24163-RAR Document 8-1 Entered on FLSD Docket 11/28/2023 Page 61 of 541

Case 1:23-cv-24163

# Defendant No.:16

# Store:

# Melrose Home Décor

# Platform:

# Amazon







# Melrose Home Décor

Visit the Melrose Home Décor storefront

★★★★★ | **100% positive** in the last 12 months (649 ratings)

**LA JOLIE MUSE Candle Warmer L...**

USD 56.99

Add to Cart

## About Seller

Melrose Home Décor is committed to providing each customer with the highest standard of customer service.

**Have a question for Melrose Home Décor?**

Ask a question

## Feedback

★★★★★ 4.9 out of 5

649 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 93% |
| 4 star | | 7% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

649 total feedbacks in 12 months

★★★★★ "Gives off a good amount of scent, not week like other candles."

By elizabeth gonzales on September 7, 2023.

★★★★★ "The gnome is so cute and exactly as pictured on the site."

By Jaime S on September 2, 2023.

★★★★★ "The jar is so pretty and the scent is great too, not too over powering. Other scents in this line, yug - the sage/eucalyptus to me, horrible smell"

By mkmalan86 on September 2, 2023.

★★★★★ "Quality item and as described by seller. I would recommend seller."

By Kindle Customer on September 2, 2023.

★★★☆☆ "~~I thought the pot had a draining tray, which is why I sent it back last week. Still waiting for refund. Or a pot with a tray. You should have refunded my pot by...~~"

Read more

By E.L.G. on September 1, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** 杭州亚塞家居饰品有限公司

**Business Address:**

南苑街道祺御商务中心2幢1003室A

amazon Deliver to Daytona B... 32118 | Home & Kitchen | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Customer Service | New Releases | Music | Prime | Shop can't-miss teen vogue faves

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

VinciGANT VINCIGANT Crystal Candelabra Centerpieces… 286 $69.99 prime

Sponsored

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Roll over image to zoom in

4 VIDEOS

# LA JOLIE MUSE Candle Warmer Lamp with Timer, Dimmable, Electric Candle Melter, Compatible with Small & Large Candle, 2 Bulbs Included

Visit the LA JOLIE MUSE Store

4.6 194 ratings

Amazon's Choice in Candle Lamps by LA JOLIE MUSE

-5% $56.99

List Price: ~~$59.99~~

FREE Returns

Get $50 off instantly: Pay $6.99 ~~$56.99~~ upon approval for Amazon Visa. No annual fee.

Color: **White & Gold**

$56.99 | $49.99 | $49.99 | See available options

See available options

Item Shape: **Two Rods**

Two Rods | Single Rod

| | |
|---|---|
| **Color** | White & Gold |
| **Material** | Metal |
| **Brand** | LA JOLIE MUSE |
| **Product Dimensions** | 5.9"L x 5.9"W x 11.3"H |
| **Finish Type** | Gold,Metal |

## About this item

- ADJUSTABLE BRIGHTNESS & TIMER - The stepless dimming allows you to adjust the brightness of the bulb. The set timer of 1/2/4 hours lets you have a good sleep without worrying about accidents or overheating your candle. (2 bulbs included).
- FITS All CANDLE SIZES - This candle warmer fits most candles including any La Jolie Muse candles and wax melts.
- MINIMALIST DESIGN - Comes with a pearl white lampshade and base support with a matte gold holder. This candle warmer can match any home style. A great gift for birthdays and other special occasions.

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

Delivery | Pickup

$56.99

FREE Returns

FREE delivery **Tuesday, September 12**

Or fastest delivery **Friday, September 8**. Order within 4 hrs 4 mins

Deliver to Daytona Beach 32118

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Melrose Home Décor |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Product support included |

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Customer Service | Prime | New Releases | Shop can't-miss teen vogue faves

**Pay ~~$56.99~~ $0.00 for this order.** Get a $60 Amazon Gift Card upon approval for the Amazon Store Card.
Find out how

**$60** Amazon Gift Card

# Shopping Cart

LA JOLIE MUSE Candle Warmer Lamp with Timer, Dimmable,

**$56.99**

Only 7 left in stock - order soon.

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

**Color:** White & Gold

**Item Shape:** Two Rods

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$56.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$56.99**

☐ This order contains a gift

Proceed to checkout

**Customers who bought LA JOLIE MUSE Candle Warmer Lamp with Timer, Dimma... also bought these items from other categories:**

LA JOLIE MUSE Moroccan Amber…
756
$27.99
Add to Cart

LA JOLIE MUSE Woody Jasmine Candles for…
432
$26.78
Add to Cart

WENSHUO Chubby Jewelry Tray, Cute…
170
$28.99
Add to Cart

XJZJY Candle Warmer Lamp with 2…
266
$29.99
Add to Cart

**Customers Who Bought Items in Your Recent History Also Bought**

Case 1:23-cv-24163

# Defendant No.:17

# Store:
# Mosquito Trade

# Platform:
# Amazon

# Mosquito Trade

Visit the Mosquito Trade storefront

★★★★★ | **100% positive** lifetime (6 total ratings)

## About Seller

Mosquito Trade is committed to providing each customer with the highest standard of customer service.

Have a question for Mosquito Trade?

[ Ask a question ]

## Feedback

★★★★★  **5 out of  5**

6 ratings

[ Lifetime ▼ ]

| | |
|---|---|
| 5 star | ■■■■■■■ 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

▼ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▼ ]

6 total feedbacks in Lifetime

★★★★★  "Beautiful and functional. "

By Sandy Wyatt on September 5, 2023.

★★★★★  "Just beautiful can't wait to put flowers in it for my gift to my daughter inlaw "

By Maureen Smith on July 29, 2023.

★☆☆☆☆  "~~Has not been delivered!! Not happy~~ "

By Marbelia sosa on July 24, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Nice "

By s.c.moore on July 24, 2023.

★★★★★  "Beautiful "

By Theresa B. on July 10, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Foshan Mosquito International Trade Co.

**Business Address:**
南庄镇季华西路129号绿岛湖广场D2座1106房
佛山市
禅城区
广东省
528000
CN

## Shipping Policies            ⌄

## Other Policies            ⌄

# Checkout (1 item)

| | | | |
|---|---|---|---|
| **1** | **Shipping address** | Carlos M Arias Jiron<br>9360 FONTAINEBLEAU BLVD APT D206<br>MIAMI, FL 33172-5608<br>Add delivery instructions | Change |
| **2** | **Payment method** | Paying with Mastercard 1953<br>Billing address: ENCARGA ROBERTO ROMER... | Change |

∧ Add a gift card or promotion code or voucher

Enter code    Apply

**3    Review items and shipping**

**Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Before you place your order:**
Shop with Points allows customers to pay for Amazon.com purchases using credit card rewards. To see if you have rewards available or to change the rewards amount for this purchase, please change your payment method.

┌─────────────────────────────────────────────────┐
│ **Select FREE Amazon Day Delivery to receive orders in fewer boxes on a single day.** │
└─────────────────────────────────────────────────┘

**Arriving Nov. 6, 2023** If you order in the next 11 hours and 43 minutes (Details)
Items shipped from Amazon.com



**VOYSILI Candle Warming Lamps, Candle Heating Lamps with Adjustable Brightness, Electric Melting Lamps for Jar Candles, Aromatic Candle Holders for Home Decoration (White)**
**$25.99** Prime FREE Delivery
& FREE Returns
Qty: 1
Sold by: Mosquito Trade
🎁 Add gift options

**Item arrives in packaging that shows what's inside.** To hide it, choose **Ship in Amazon packaging.**
Ship in Amazon packaging

**Choose your Prime delivery option:**
◉ **Monday, Nov. 6**
   FREE Prime Delivery
○ **Monday, Nov. 6**
   FREE Amazon Day Delivery
   🍃 Fewer boxes, fewer trips.
   Change delivery day

**Or choose your pickup location:**
📍 Pickup available nearby
   Choose a location

---

Place your order
**Order total: $27.81**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

*Why has sales tax been applied? See tax and seller information.

### Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

## Order Summary

| | |
|---|---|
| Items: | $25.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $25.99 |
| Estimated tax to be collected: | $1.82 |
| **Order total:** | **$27.81** |

How are shipping costs calculated?

Prime shipping benefits have been applied to your order.



Glasseam Glass Cylinder Hurricane Candle Holder Set... ⭐⭐⭐⭐ 138 $21.98 prime

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Sponsored ⓘ



Roll over image to zoom in

4 VIDEOS

## VOYSILI Candle Warming Lamps, Candle Heating Lamps with Adjustable Brightness, Electric Melting Lamps for Jar Candles, Aromatic Candle Holders for Home Decoration (White)…

Visit the VOYSILI Store

5.0 ⭐⭐⭐⭐⭐ ˅   4 ratings

$27.99

FREE Returns ˅

**Coupon:** ☐ Apply 8% coupon   Shop items › | Terms

Eligible for Return, Refund or Replacement within 30 days of receipt ˅ | Product support included ˅

Color: **White**

 
$27.99   $25.99

| Style | Traditional |
|---|---|
| Brand | VOYSILI |
| Color | White |
| Product Dimensions | 6.5"D x 6.5"W x 12.79"H |
| Special Feature | Dimmable |

### About this item

- 【Adjustable brightness】 You can freely adjust the brightness of the VOYSILI candle light warmer, use the light heat to meet the different needs of melting wax, so that the candle emits different concentrations of fragrance.

- 【Suitable for all sizes of candles】 This candle warmer is suitable for most of the candles on the market. Product size: 6.5 inches/16.5CM*12.8 inches/32.5CM, weight: 1 lb. (Candles not included)

- 【Fire Safe】 Put your favorite candle inside and enjoy the fun without soot, smoke or open flame, suitable for pet family, baby family. The electric candle melter uses the heat of a 50-watt halogen bulb to melt the candle from top to bottom, providing an elegant and charming scent that lasts. Enjoy your favorite flameless candles safely with our lamp candle melter.



**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$27.99

FREE Returns ˅

FREE delivery **Sunday, September 17**

Or fastest delivery **Thursday, September 14**. Order within 19 hrs 11 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ˅

**Add to Cart**

**Buy Now**

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Mosquito Trade |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Product support included |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon



Wehnniee Low Temperature Candles, Black...

$9.99 prime

Sponsored ⓘ

Case 1:23-cv-24163

# Defendant No.:18

## Store:

## Popubabi

## Platform:

## Amazon

# Popubabi

Visit the Popubabi storefront

⭐⭐⭐⭐⯪  |  **91% positive** in the last 12 months (11 ratings)

## About Seller

Popubabi is committed to providing each customer with the highest standard of customer service.

Have a question for Popubabi?

[ Ask a question ]

## Feedback

⭐⭐⭐⭐☆ 4.5 out of 5

11 ratings

| | | |
|---|---|---|
| 5 star | ████████████ | 73% |
| 4 star | ███ | 18% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ██ | 9% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

FILTER BY

[ All stars ⌄ ]

11 total feedbacks in 12 months

[ 12 months ⌄ ]

⭐☆☆☆☆  "~~When I got it, it sounded like something was broken! I put the lightbulb in and didn't even work. My husband opened the bottom part and none of the wires were c...~~ "

Read more

By rene mejia on August 23, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐⭐⭐⭐⭐  "Nice, works very well and like the timer. "

By Cathy Parmer on August 10, 2023.

⭐⭐⭐⭐⭐  "Amazed how pretty this is and how great it works! So much better than burning! "

By Judy J on July 30, 2023.

⭐⭐☆☆☆  "~~the light bulbs included don't work~~ "

By Amber on July 29, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐⭐⭐⭐☆  "Really love this for my bookshelf super cute addition. The shipping was fast. I loved how protected the package was in bubble wrap "

By Thebrownsx_4 on July 16, 2023.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshihuiyangtongdianzishangwuyouxiangongsi
**Business Address:**
　　longhuaqulonghuajiedaoqinghushequqinghuxincun
　　xishixiangyihao403
　　shenzhen





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $31.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$18.01** |

Learn more

# Shopping Cart

yzbao Electric Candle Warmer, Warmer Lamp with Timer and

**$31.99**

In Stock

Eligible for FREE Shipping & FREE Returns

This is a gift Learn more

**Color:** Black

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$31.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$31.99**

This order contains a gift

Proceed to checkout

## Pair with your cart

Stardrops - The Pink Stuff - The Miracle All…
189,271
$4.99
Add to Cart

GenSwin Flameless Ivory Taper Candles…
10,247
$32.99
Add to Cart

SUJUN Matte Black Candle Holders Set of…
6,007
$15.99
Add to Cart

2 Pack Battery Operated Light Bulbs…
914
$17.98
Add to Cart

## Customers who bought yzbao Electric Candle Warmer, Warmer Lamp with Tim... also bought these items from other categories:

Utopia Home Stackable Tea Bag Organizer, 3 Pack... ⭐⭐⭐⭐⭐ 1,945 $20.99 ✓prime

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Sponsored ⓘ



Roll over image to zoom in

     

3 VIDEOS

## yzbao Electric Candle Warmer, Warmer Lamp with Timer and Dimmable Light, Plug in Wax for Large & Small Jar Candles, Aromatic Holders Home Decoration Black

Brand: yzbao

4.4 ⭐⭐⭐⭐☆ ⌄ | 75 ratings

$31.99

FREE Returns ⌄

Get $50 off instantly: Pay $0.00 $31.99 upon approval for Amazon Visa. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.



Color: **Black**



   

$31.99   $29.99   $31.99   $31.99

| Color | Black |
|---|---|
| Material | Iron |
| Brand | Yzbao |
| Product Dimensions | 8.6"L x 8.6"W x 13.3"H |
| Item Weight | 1.1 Pounds |

### About this item

- 【Candle Warmer Adjustable Brightness and Timer】The stepless dimming candle warmer light bulbs with 3 Level Brightness Options. The set timer of 2/4/8 hours lets you have a good sleep without worrying about accidents or overheating your candle.

- 【Electric Candle Warmer Fit Most Candles】Product Size:length:17cm/ 7inch, height: 31cm/12.2inch, Weight: 0.5kg. Fit Candle diameter <10cm, candle height <13cm (Candles are not included in the product)

- 【Easy and Safe Candle Warmer Lamp】Say goodbye to indoor flames. Enjoy your favourite flameless candles safely with our lamp-style candle melter. It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance, Suitable for pet family, baby family.

- 【Vintage Candle Lamp Warmer】Comes with a pearl white/ Black/ Gold/ Red lampshade and base support with a matte gold holder. This candle warmer wax melts shade presents a simple style with clean line, easy to fit in most decor for modern, classic, rustic, industrial. A great gift for birthdays and other special.

- 【Candle Warmer Auto Shut Off】The candle warmer with timer works with candles and you can choose your favourite scent to fill your home, it helps you eliminate

Prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

**Delivery** | Pickup

**Buy new:**
$31.99

FREE Returns ⌄

FREE delivery **Friday, September 15**

Or fastest delivery **Tomorrow, September 10**. Order within 7 hrs 1 min

⬤ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | Popubabi
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt
Packaging | Shows what's inside

☐ Add a gift receipt for easy returns

○ **Save with Used - Like New**
$22.99

FREE delivery: **Friday, Sep 15** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (2) from $22.99 FREE Shipping on orders over $25.00 shipped by Amazon.

Have one to sell?

Sell on Amazon

Case 1:23-cv-24163

# Defendant No.:19

## Store:

## QIGAPAV

## Platform:

## Amazon



# QIGAPAV

Visit the QIGAPAV storefront

Just launched | No feedback yet

## About Seller

QIGAPAV is committed to providing each customer with the highest standard of customer service.

**Have a question for QIGAPAV?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** jiyujianzhu
**Business Address:**
禅城区南庄镇
季华西路129号绿岛广场D2座1103房
佛山市
广东
528000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page



**Customers who viewed items in your browsing history also viewed**

Page 1 of 10





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | Shop can't-miss teen vogue faves

Get a **$50 Amazon Gift Card instantly** upon approval for **Amazon Visa**

| | |
|---|---|
| Current Total: | $24.99 |
| **Savings:** | **- $50.00** |
| **Cost After Savings:** | **$0.00** |
| **Savings Remaining:** | **$25.01** |

Learn more

# Shopping Cart

Candle Warmer，Adjustable Brightness Wax Warmer lamp，

**$24.99**

In Stock

Eligible for FREE Shipping & FREE Returns

This is a gift Learn more

**Color:** Black

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$24.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Add $0.01 of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$24.99**

This order contains a gift

Proceed to checkout

**Customers Who Bought Items in Your Recent History Also Bought**

XJZJY Candle Warmer Lamp with 2…
274
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$56.99
Add to Cart

Graceful By Design Chores Chart for Kids…
96
$10.99
Add to Cart

Arofum Shower Bombs Aromatherapy, 6 Pack…
28
$15.99
Add to Cart

**Customers who shopped for Candle Warmer，Adjustable Brightness Wax Warmer lam... also shopped for:**

Page 1 of 4

Wax Melt Warmer for Scented Wax Melts 3-in-1 Electric Ceramic Candle Wax Warmer Burner Fragrance Wax Melter for Home Office Bedroom Gift & Decor (Leaf)
★★★★☆ 674
$16.99 ✓prime
Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in



4 VIDEOS

## Candle Warmer，Adjustable Brightness Wax Warmer lamp，Compatible with Small and Large Candles, Aromatic Holders for Home (Black)…

Visit the QIGAPAV Store

4.8 ★★★★★  6 ratings

**$24.99**

Get Fast, Free Shipping with Amazon Prime
FREE Returns ⌄

Get $50 off instantly: Pay $0.00 $24.99 upon approval for Amazon Visa. No annual fee.

Color: **Black**

| | |
|---|---|
| $24.99 | $23.99 |

| | |
|---|---|
| Color | Black |
| Brand | QIGAPAV |
| Product Dimensions | 6.69"L x 6.69"W x 12.2"H |
| Finish Type | Powder Coated |
| Item Weight | 1.4 Pounds |

Sponsored ⓘ

### Buy it with

 +  +

Total price: **$112.97**

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

This item: Candle Warmer，Adjustable Brightness Wax…
$24.99

Qoyntuer Candle Warmer Lamp with Timer, Dimmable…
$30.99

LA JOLIE MUSE Candle Warmer Lamp with Timer, Dimmable,…
$56.99

### 4 stars and above

Sponsored ⓘ

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime
Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

**$24.99**

Get Fast, Free Shipping with Amazon Prime
FREE Returns ⌄

**FREE delivery Sunday, September 17** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, September 12**. Order within **6 hrs 24 mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | QIGAPAV |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

**Sell on Amazon**



Touch Candle Warmer Lamp with USB Charging…
**$29.99** ✓prime

Sponsored ⓘ

Case 1:23-cv-24163

# Defendant No.:20

# Store:
# service first shop

# Platform:

# Amazon

# service first shop

Visit the service first shop storefront

★★☆☆☆  |  **25% positive** lifetime (8 total ratings)

## About Seller

service first shop is committed to providing each customer with the highest standard of customer service.

**Have a question for service first shop?**

[ Ask a question ]

## Feedback

★★☆☆☆   2.1 out of  5
8 ratings

[ Lifetime ⌄ ]

5 star ▇▇ 13%
4 star ▇▇ 13%
3 star ▇▇ 13%
2 star 0%
1 star ▇▇▇▇▇▇ 63%

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

8 total feedbacks in Lifetime

★☆☆☆☆   " ~~Said it was left in mail box .but i checked two days and no item.want what i ordered to come to my site 3033 n Hancock ave LOT 23 not my mail box pleasr~~ "

By Arthur a lumsdon on August 10, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   " Was exactly as described "

By Jeff Everson on August 10, 2023.

★☆☆☆☆   " It's not for a harley-davidson more like a Minibike "

By stan hatch on July 21, 2023.

★★★☆☆   " It was just a box with the ring laying in it. There was no card with it. "

By Britani Stewart on March 9, 2023.

★★★★☆   " The picture of the angel shows a gold halo. I received a thick, blue color circle that sits on top of her head - very odd looking. Can you send me a gold halo? "

By sarah on February 28, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** yiwushijiuwumaoyiyouxiangongsi
**Business Address:**
   江东街道下湾二区
   20栋12号2楼202室
   金华市
   浙江
   322000





amazon
Deliver to Daytona B... 32118
All | Search Amazon
EN
Hello, sign in Account & Lists
Returns & Orders
1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Shop can't-miss teen vogue faves

**$50 instant gift card**

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $43.50 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$6.50** |

Learn more

# Shopping Cart

Daiuones Dimmable Candle Light,Candle Warmer with Timer,

**$43.50**

Join Prime to buy this item at $39.15

Only 11 left in stock - order soon.

Eligible for FREE Shipping & FREE Returns

This is a gift Learn more

**Color:** Black

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$43.50**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$43.50**

This order contains a gift

Proceed to checkout

**Customers who shopped for Daiuones Dimmable Candle Light,Candle Warmer with ... also shopped for:**

LA JOLIE MUSE Candle Warmer Lamp with...
196
$56.99
Add to Cart

XJZJY Candle Warmer Lamp with 2...
273
$29.99
Add to Cart

MAIPSIG Candle Warmer, Adjustable...
90
$22.99
Add to Cart

yzbao Vintage Jar Candle Warmer with...
86
$38.99
Only 13 left in stock - ord...
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

**Customers Who Bought Items in Your Recent History Also Bought**

S11 Anti-Hair Tangle Cordless Vacuum Cleaner

$139.99 ✓prime    Save $20 with coupon

Sponsored

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in

## Daiuones Dimmable Candle Light,Candle Warmer with Timer, Electric Candle Melter, Compatible with Small and Large Candles, Aromatic Candle Holders for Home Decoration

Brand: Daiuones

3.9 ★★★★☆  7 ratings

$43.50

FREE Returns

Join Prime to buy this item at $39.15

Eligible for Return, Refund or Replacement within 30 days of receipt

Color: Black



$43.50    $29.90    $29.90

$43.50

| Style | Vintage |
|---|---|
| Brand | Daiuones |
| Color | Black |
| Special Feature | Dimmable |
| Light Source Type | Halogen |

### About this item

- Adjustable brightness - stepless dimming allows you to adjust the brightness of the bulb.

- Fits all sizes of candles - This candle warmer fits most candles on the market. Product Size:6.5 inch/16.5CM*12.8 inch/32.5CM, Weight:1lb. (Candles are not included in the product)

- Eliminate odours - The candle melter works with candles and you can choose your favourite scent to fill your home, it helps you eliminate the worst odours such as smoke, tobacco, pet urine, rubbish and unpleasant bathroom smells. Freshen up your room, home, break room, office, garage, kitchen, basement or anywhere you frequent.



prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$43.50

FREE Returns

FREE delivery Friday, September 15

Or fastest delivery Monday, September 11. Order within 6 hrs 9 mins

Deliver to Daytona Beach 32118

Only 11 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Payment    Secure transaction
Ships from   Amazon
Sold by     service first shop
Returns     Eligible for Return, Refund or Replacement within 30 days of receipt

Add a Protection Plan:
3-Year Protection for $6.99
4-Year Protection for $8.99
Add a gift receipt for easy returns

Add to List

Have one to sell?
Sell on Amazon

Case 1:23-cv-24163

# Defendant No.:21

# Store:

# Shanglan

# Platform:

# Amazon

# Shanglan

Visit the Shanglan storefront

★★★★★  |  **100% positive** in the last 12 months (26 ratings)

## About Seller

Shanglan is committed to providing each customer with the highest standard of customer service.

**Have a question for Shanglan?**

[ Ask a question ]

## Feedback

★★★★★ 5 out of 5
26 ratings

[ 12 months ▾ ]

| | |
|---|---|
| 5 star | ████████████ 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

**FILTER BY**

[ All stars ▾ ]

26 total feedbacks in 12 months

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

★☆☆☆☆  "~~Is not coast guard approved for a boat Luckily I had fish and boat commission officer look at it before I went out on the water or I would have been charged $13...~~"
Read more
By Jeff Zimmerman on August 30, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "I have a park trailer in Michigan. Perfect size and one was for the pontoon boat. "
By pam wagner on August 27, 2023.

"Hello Dear, Thanks so much for your purchase and using experience. We will try our best to provide good quality products and best after sales services. Have a n... "
Read more
By Shanglan on August 28, 2023.

★★★★★  "Very nice and great quality. Using for my wedding and they are perfect. "
By Bobbie Jones on August 25, 2023.

"Hello Dear, Thanks so much for your purchase and using experience. We will try our best to provide good quality products and best after sales services. Have a n... "
Read more
By Shanglan on August 26, 2023.

★★★★★  " Good "
By lucille roman on August 13, 2023.

"Hello Dear, Thanks so much for your purchase and using experience. We will try our best to provide good quality products and best after sales services. Have a n... "
Read more
By Shanglan on August 14, 2023.

★★★★★  "Beautiful product, pretty heavy/sturdy "
By Mayne on August 12, 2023.

"Hello Dear, Thanks so much for your purchase





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $27.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$22.01** |

Learn more

# Shopping Cart

Candle Warmer Lamp with 3 Bulbs, 4-Step Dimmable Candle Warmer

**$27.99**

Only 13 left in stock - order soon.

Eligible for FREE Shipping

☐ This is a gift Learn more

**Color:** White

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$27.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$27.99**

☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
273
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
196
$56.99
Add to Cart

Graceful By Design Chores Chart for Kids…
91
$10.99
Add to Cart

Arofum Shower Bombs Aromatherapy, 6 Pack…
28
$15.99
Add to Cart

## You might also like

amazon
Deliver to Daytona B... 32118

Tools & Home Improvement ▾    Search Amazon    🔍

EN ▾    Hello, sign in Account & Lists ▾    Returns & Orders    🛒 0

☰ All    Off to College    Back to School    Medical Care & Pharmacy ▾    Best Sellers    Amazon Basics    Customer Service    Shop can't-miss teen vogue faves

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

Keenray    Healthy Gift Ideas for Beloved One    $116.99 ✓prime    Save $10 with coupon

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps





2 VIDEOS

Roll over image to zoom in

# Candle Warmer Lamp with 3 Bulbs, 4-Step Dimmable Candle Warmer Light with Timer, Electric Wax Warmer with Candle Jar, Flameless Aromatic Candle Holders for Home Decor (White)

Brand: Lirches

5.0 ★★★★★  1 rating

-7% $27.99
List Price: $29.99 ⓘ

Eligible for Return, Refund or Replacement within 30 days of receipt ▾

**Color:** White ^

$27.99    $26.99

| Style | Retro |
|---|---|
| Brand | Lirches |
| Color | White |
| Product Dimensions | 5"D x 5"W x 3"H |
| Special Feature | Dimmable |

## About this item

- 4-Step Dimmable Brightness and 3-Step Timer: Adjusting your lamp's brightness with the dimmer switch to create the perfect atmosphere to satisfy your preference. 2/4/8 hour timer function allows you to sleep well without worrying about accidents or candles overheating.

- Lasting Charming Fragrance: Candle lamp warmer light uses bulb heating to accelerate the surface of the candle, so that the candle is evenly heated and melted, emitting a lasting charming fragrance which can extend the life of candles by 50% and last up to twice as long compared to burning a candle.

- Safe and Eco-Friendly: The candle warmer lamp for jar candles is flameless and smokeless so that you are away from the risk of fire and reduces carbon monoxide emissions by 82%. At the same time, this candle wax warmer fits most candles. Enjoy candlelight moments with peace of mind with Lirches warm candle light.

prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery    Pickup

$27.99

FREE delivery **Friday, September 15**

Or fastest delivery **Monday, September 11**. Order within 5 hrs 5 mins

Deliver to Daytona Beach 32118

Only 13 left in stock - order soon

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment    Secure transaction
Ships from    Amazon
Sold by    Shanglan
Returns    Eligible for Return, Refund or Replacement within 30 days of receipt
Packaging    Shows what's inside

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Case 1:23-cv-24163

# Defendant No.:22

# Store:

# SL Home INC. US

# Platform:

# Amazon

# SL Home INC. US

Visit the SL Home INC. US storefront

★★★★★ | **100% positive** in the last 12 months (54 ratings)

## About Seller

SL Home INC. US is committed to providing each customer with the highest standard of customer service.

Have a question for SL Home INC. US?

| Ask a question |

## Feedback

★★★★★  4.9 out of  5

54 ratings

| 12 months ▾ |

5 star ▐███████████████▌ 94%
4 star ▐▌ 6%
3 star ▐ 0%
2 star ▐ 0%
1 star ▐ 0%

▾ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

| Leave seller feedback |

**FILTER BY**

| All stars ▾ |

**54 total feedbacks in 12 months**

★★★★★ "No flames! Huge piece of mind plus we get to enjoy the smellies. "

By ILuvADeal on September 6, 2023.

★★★★★ "As described "

By TETO on August 30, 2023.

★★★★★ "So impressed this arrived without any damage! A mirror is very difficult to ship but this came in perfect condition. Would purchase from this seller again. "

By Alexis on August 29, 2023.

★☆☆☆☆ ~~The clock motor itself does not work p~~ "

By Christopher Elliott on August 26, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★ "perfect size for the wall in the dinning room "

By Joy R. on August 18, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** 金华收敛贸易有限公司
**Business Address:**
  No. 40, District 1, Anshan Village
  zhengzhai
  pujiang
  zhejiang
  322200
  CN

## Shipping Policies





amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Prime Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $31.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$18.01** |

Learn more

# Shopping Cart

1st owned Candle Warmer Lamp with Timer, Dimmable, Electric

**$31.99**

In Stock

Eligible for FREE Shipping

& FREE Returns

Save 20%
Clip Coupon

☐ This is a gift Learn more

**Color:** Black

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$31.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$31.99**

☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
274
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$56.99
Add to Cart

Graceful By Design Chores Chart for Kids…
96
$10.99
Add to Cart

Ominia Theft and Drop Protection Phone…
17
$10.99
Add to Cart

## You might also like

amazon
Deliver to
Daytona B... 32118

Tools & Home Improvement | Search Amazon

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime

Shop can't-miss teen vogue faves

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home

amazon live | Scandi Rustic Décor | with | WILL TAYLOR | Watch now >> amazon.com/live

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in

     

VIDEO

## 1st owned Candle Warmer Lamp with Timer, Dimmable, Electric Candle Warmer, Compatible with Small & Large Candle, 2 Bulbs Included, Aromatic Candle Holders for Home Decor,Gifts for Mom(Black)

Visit the 1st owned Store

5.0 ★★★★★  9 ratings

$31.99

FREE Returns ∨

Coupon: ☐ Apply 20% coupon  Shop items › | Terms

Get $50 off instantly: Pay $0.00 $31.99 upon approval for Amazon Visa. No annual fee.

**Color: Black**



| $31.99 | $31.99 | $31.99 |

| | |
|---|---|
| **Style** | Modern |
| **Brand** | 1st owned |
| **Color** | Black |
| **Special Feature** | NEW Timer |
| **Light Source Type** | Halogen |

### About this item

- 【Adjustable Brightness】: The candle warmer has a 3-section dimming function, you can freely adjust the brightness of this candle light, the soft light creates an atmosphere of burning candles, allowing you to enjoy a warm and comfortable time.

- 【Adjustable Timer】: We use the latest timer to avoid overheating of the connecting wire, the timer you can set for 1/2/4 hours allows you to have a good sleep without worrying about accidents or candle overheating

- 【SAFE CHOICE】: Say goodbye to indoor flames, smoke, and soot Avoid fires The included bulb is strong enough to melt the candle without burning you Enjoy your favorite flameless candles safely with our lamp candle melter.

- 【Fit Most Candles】 Our candle warmer is designed to fit candles with diameter<10cm and height<13cm. (candles not included)

- 【Eliminate Odor】: The candle warmer works with candles, you can choose your favorite scent to fill your home, it can help you eliminate the unpleasant smells, such as smoke, tobacco, pet urine, garbage and unpleasant smells Unpleasant bathroom smell.

Prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

**Delivery** | Pickup

$31.99

FREE Returns ∨

FREE delivery **Sunday, September 17**

Or fastest delivery **Tomorrow, September 12**. Order within 8 hrs 41 mins

Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ∨

Add to Cart

Buy Now

Payment | Secure transaction
Ships from | Amazon
Sold by | SL Home INC. US
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt

**Add a Protection Plan:**
☐ 4-Year Protection for $7.99
☐ 3-Year Protection for $5.99

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Case 1:23-cv-24163

# Defendant No.:23

## Store:

## Sunny Lisa

## Platform:

## Amazon

# Sunny Lisa

Visit the Sunny Lisa storefront

⭐⭐⭐⭐☆ | **75% positive** lifetime (28 total ratings)

## About Seller

Sunny Lisa is committed to providing each customer with the highest standard of customer service.

**Have a question for Sunny Lisa?**

[ Ask a question ]

Customer Service Phone: 00-861-569-161-7582

## Feedback

⭐⭐⭐⭐☆ 4.1 out of 5
28 ratings

[ Lifetime ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████ | 64% |
| 4 star | █ | 11% |
| 3 star | █ | 7% |
| 2 star | █ | 4% |
| 1 star | ██ | 14% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

28 total feedbacks in Lifetime

⭐☆☆☆☆ " It's missing the end pieces that connect the poles "

By sophia blanco on July 12, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

⭐⭐⭐⭐⭐ " Works great and is so cute. "

By Kendall on June 22, 2023.

⭐☆☆☆☆ " Liked this item but the remote to operate the lights was missing. Sent back for a refund as I was unable to find a way to just request the replacement for the r... "
Read more

By Sandy on February 9, 2023.

⭐⭐⭐⭐⭐ " Enjoy the snowman "

By Laura Beam on December 21, 2022.

⭐⭐⭐☆☆ " Hi i am missing 8 of the smaller tubes "

By gerardo on September 15, 2022.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Li Dan
**Business Address:**
  福海街道桥头社区宝安大道6301号伟丰大厦407
  深圳市
  宝安区
  广东省
  518000
  CN





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | **Shop can't-miss teen vogue faves**

**$50 instant gift card**

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $28.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$21.01** |

Learn more

# Shopping Cart

SunnyLisa Home Decor Candle Warmer Lamp with Time,

**$28.99**

In Stock

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

**Color:** White

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$28.99**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$28.99**

☐ This order contains a gift

Proceed to checkout

**Customers who shopped for SunnyLisa Home Decor Candle Warmer Lamp with Time,... also shopped for:**

Candle Warmer Lamp Dimmable Timer:...
712
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with...
197
$56.99
Add to Cart

XJZJY Candle Warmer Lamp with 2...
275
$29.99
Add to Cart

Candle Warmer Lamp - Glass Fragrance Candl...
105
$28.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Customers Who Bought Items in Your Recent History Also Bought

# amazon

Deliver to
Daytona B... 32118

Tools & Home Improvement ▾ | Search Amazon | 🔍

EN ▾ | Hello, sign in
Account & Lists ▾ | Returns
& Orders ▾ | 🛒 0

☰ All | Off to College | Back to School | Medical Care & Pharmacy ▾ | Best Sellers | Amazon Basics | Prime ▾ | Shop can't-miss teen vogue faves

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home

DARJEN | Candle Holder- Exclusive Champagne Gold Color | 34% off | Deal | $26.34 $39.99 ✓prime | Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in

## SunnyLisa Home Decor Candle Warmer Lamp with Time, Adjustable Wax Melt Warmer Compatible with Small/Large Jar Candles, Electric Candle Lamp with 2 Bulbs, for Room Decor Aesthetic Gift(White)

Brand: SunnyLisa

3.7 ★★★☆☆ | 3 ratings

**$28.99**

FREE Returns ▾

Eligible for Return, Refund or Replacement within 30 days of receipt ▾

Color: White


$28.99


$28.99

| Style | Traditional |
|---|---|
| Brand | SunnyLisa |
| Color | White |
| Special Feature | Dimmable |
| Room Type | Office, Bedroom, Living Room |

### About this item

- Room Decor Aesthetic: Introduce the Sunnylisa Candle Warmer Lamp - your perfect home decor aesthetic for a safe and fragrant ambiance! Embrace the captivating aroma of scented candles without open flames, smoke, soot or pollution. With our adjustable wax melt warmer light, you can create the perfect atmosphere for any occasion, whether it's a cozy night in or a romantic dinner.

- Dimmable and adjustable: Customize the ambiance with our wax melter. Easily dim the light to create the perfect ambiance. This electric candle lighter accommodates candles of various sizes, while the elegant combination of classic and modern design elements adds a touch of sophistication to your home decor.

- Perfect Gift Choice: Looking for a thoughtful gift for your loved ones? This scentsy wax warmer is the ideal choice! Express your love on special occasions such as Valentine's Day, Christmas, or any



✓prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$28.99

FREE Returns ▾

FREE delivery **Sunday, September 17**

Or fastest delivery **Tomorrow, September 12**. Order within 4 hrs 18 mins

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | Sunny Lisa
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt
Packaging | Shows what's inside

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

**Sell on Amazon**



Romadedi Iron Plate Candle Holders, S of 8...

★★★★☆ 27

$33.98

Sponsored ⓘ

Case 1:23-cv-24163

# Defendant No.:24

# Store:

# ULVOU STORE

# Platform:

# Amazon







amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 0
All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Prime Shop can't-miss teen vogue faves

# ULVOU STORE

Visit the ULVOU STORE storefront

Just launched | No feedback yet

## About Seller

ULVOU STORE is committed to providing each customer with the highest standard of customer service.

**Have a question for ULVOU STORE?**

Ask a question

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** songyuanshijiaminkejiyouxiangongsi
**Business Address:**
松原市宁江区起航街102号
商业综合楼四楼Y54
松原市
吉林
138000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback | Tell us what you think about this page

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $29.00 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$21.00** |

Learn more

# Shopping Cart

ULVOU Vintage Metal Candle waemer -Candle Warmer Lamp

**$29.00**

In Stock

Eligible for FREE Shipping & FREE Returns

This is a gift Learn more

**Color:** Bronze

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$29.00**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.00**

This order contains a gift

Proceed to checkout

**Customers who shopped for ULVOU Vintage Metal Candle waemer -Candle Warmer L... also shopped for:**

Candle Warmer Lamp Dimmable Timer:...
713
$29.99
Add to Cart

XJZJY Candle Warmer Lamp with 2...
276
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with...
197
$56.99
Add to Cart

Dimmable Candle Warmer Lamp, Candl...
387
$39.99
Add to Cart

## Customers Who Bought Items in Your Recent History Also Bought

Deco 79 Wood Handmade Candle Holder Set... ★★★★☆ 214 $31.18 ✓prime

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Sponsored ⓘ





Click image to open expanded view

 

2 VIDEOS

## ULVOU Vintage Metal Candle waemer -Candle Warmer Lamp with Timer and Dimming Function, Electric Melter for Small and Large Candles, Aromatic Bronze Candle Holders for Home Decor (Bronze)

Brand: ULVOU

**$29.00**

FREE Returns ⌄

Get $50 off instantly: Pay $0.00 $29.00 upon approval for Amazon Visa. No annual fee.

Color: **Bronze**  ⌃



| $29.00 | $28.88 | $28.98 |

| | |
|---|---|
| Brand | ULVOU |
| Color | Bronze |
| Special Feature | Vintage Premium |
| Finish Type | Polished |
| Material | Iron |

### About this item

- 【Adjustable Brightness and Timer】- Our electric candle warmer allows you to adjust the brightness of the bulb. 2/4/8 hour timer function allows you to sleep well without worrying about accidents or candles overheating.
- 【Fits All Sizes of Candles】 - This candle warmer fits most candles on the market. Product Size:6.69 inch/17CM*12.59 inch/32CM, Weight:1lb. (Candles are not included)
- 【Eliminate Odors】: Candle Melter works with candles and can choose your favorite scent it helps you eliminate the worst odors such as tobacco, pet urine, garbage and unpleasant Smell of drain.Fill your room with fragrance.
- 【Easy and Safe】 - Say goodbye to unsafe indoor flames. Enjoy your favorite flameless candles safely with our table lamp style candle melter. It uses heat to melt the candle from top to bottom, releasing a vibrant, clean scent full of nature and creating a romantic atmosphere. The perfect choice for all kinds of homes!
- 【Perfect choice for candle lovers】 - Not only does our candle heater light look premium and beautiful, but the 2 bulbs included are strong enough to melt candles without a flame. The base is made of high quality metal material, which is not easy to bend. It is more



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |

**$29.00**

FREE Returns ⌄

FREE delivery **Sunday, September 17**

Or fastest delivery **Wednesday, September 13**. Order within 15 hrs 43 mins

⊙ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | ULVOU STORE |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?

[ Sell on Amazon ]



Candle Holder- Exclusive Champagne Gold Color

DARJEN Votive Tea Lights Candles... ★★★★★ 1,563

34% off  **Deal**

Sponsored ⓘ

Case 1:23-cv-24163

# Defendant No.:25

## Store:

## Vipeter

## Platform:

## Amazon

# Vipeter

Visit the Vipeter storefront

⭐⭐⭐⭐⭐ **100% positive** lifetime (3 total ratings)

## About Seller

Vipeter is committed to providing each customer with the highest standard of customer service.

**Have a question for Vipeter?**

Ask a question

## Feedback

⭐⭐⭐⭐⭐ 5 out of 5

3 ratings

| Lifetime ▾ |

| | | |
|---|---|---|
| 5 star | ████████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

| All stars ▾ |

3 total feedbacks in Lifetime

⭐⭐⭐⭐⭐ " on time in excellent condition "

By pvf741 on August 20, 2023.

⭐⭐⭐⭐⭐ " Love this vase excellent quality highly recommend "

By VIVIAN OJEDA on August 4, 2023.

⭐⭐⭐⭐⭐ " Good protection from delivery. Very beautiful vase. "

By Wang Wei on July 15, 2023.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Vipeter Cross-border E-commerce Co., LTD

**Business Address:**
  天河区
  荷光路137号103房G1138号
  广州市
  天河区
  广东省
  510000
  CN

## Shipping Policies     ⌄

## Other Policies     ⌄

## Help     ⌄

## Products

See all products currently offered by the seller.





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $19.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$30.01** |

Learn more

# Shopping Cart

Candle Warmer Lamp, Dimmable Candle Light Electric Candle Melter

**$19.99**

**Lowest price in 30 days**

Only 8 left in stock - order soon.

Eligible for FREE Shipping

& FREE Returns

Save 15% Clip Coupon

This is a gift Learn more

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$19.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Add $5.01 of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$19.99**

This order contains a gift

Proceed to checkout

**Customers who shopped for Candle Warmer Lamp, Dimmable Candle Light Electric... also shopped for:**

XJZJY Candle Warmer Lamp with 2...
274
$29.99
Add to Cart

Candle Warmer Lamp with 2 Bulbs, Electric...
12
$25.99
Add to Cart

Candle Warmer Lamp with 4 Bulbs - Candle...
105
$39.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with...
197
$56.99
Add to Cart

## Customers Who Bought Items in Your Recent History Also Bought

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home

DARJEN | Candle Holder- Exclusive Champagne Gold Color | 34% off Deal | $26.34 $39.99 ✓prime

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Sponsored ⓘ



Roll over image to zoom in

2 VIDEOS

## Candle Warmer Lamp, Dimmable Candle Light Electric Candle Melter Compatible with Small and Large Candles, Candle Warming Lamp with 2 * 50W Bulbs for Home Decor

Visit the Generic Store

5.0 ★★★★★ 1 rating

**Lowest price in 30 days**

**-26%** $19.99

Typical price: $26.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄

**Coupon:** ☐ Apply 15% coupon Shop items › | Terms

Eligible for Return, Refund or Replacement within 30 days of receipt ⌄ | Product support included ⌄

| Style | Retro |
|---|---|
| Brand | Generic |
| Color | Black |
| Product Dimensions | 8.7"D x 8.7"W x 13.4"H |
| Special Feature | Adjustable brightness,Stepless Dimming, MINIMALIST DESIGN |

### About this item

- ❤❤Stepless Dimming: You can freely adjust the brightness of candle lamp warmer, to meet the different needs of melting wax, thus controlling the speed of scent emission to find the perfect strength of the scent that makes you sleep tight.

- ❤❤Safety and Environmental Friendly: Electric Candle Melter is used with candle jar, no flame, no smoke, no soot, and no pollution, friendly and safe use to pets or babies, just enjoy your favorite candles scent freely anywhere anytime.And the candle warmer can also extend candle life by 50%, reduce carbon monoxide emission by 82%.

- ❤❤Beautiful Home Decor: Metal stand with retro design, elegant yet simplistic design that to complement your room surroundings. This candle warmer lamp can match any home style, it can help you to eliminate the worst smells. Freshen up your yoga rooms, home,living rooms, bedrooms, restroom,office, garage, kitchen, basement, or any of your other frequently visited spots.

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$19.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ⌄

**FREE delivery Sunday, September 17** on orders shipped by Amazon over $25

Or fastest delivery **Wednesday, September 13**. Order within 16 hrs 38 mins

📍 Deliver to Daytona Beach 32118

**Only 8 left in stock - order soon**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

Payment | Secure transaction
Ships from | Amazon
Sold by | Vipeter
Returns | Eligible for Return, Refund or Replacement within 30 days of receipt
Support | Product support included

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

**Sell on Amazon**



**DARJEN Clear Votive Candle Holders, Set of 24...**

$29.99 ✓prime

Sponsored ⓘ

https://www.amazon.com/dp/B0C2XW4F1S

1/7

Case 1:23-cv-24163

# Defendant No.:26

# Store:

# WeHandle

# Platform:

# Amazon

# WeHandle

Visit the WeHandle storefront

★★★★★ | **100% positive** lifetime (1 total ratings)

---

## About Seller

WeHandle is committed to providing each customer with the highest standard of customer service.

Have a question for WeHandle?

| Ask a question |

---

## Feedback

★★★★★  5 out of 5
1 ratings

| Lifetime ⌄ |

| 5 star | ████████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

| Leave seller feedback |

**FILTER BY**

| All stars ⌄ |

1 total feedbacks in Lifetime

★★★★★    " Lamp is great. "

By Laurie Burda on March 21, 2023.

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** shenzhenshiweihangdemaoyiyouxiangongsi
**Business Address:**
    新安街道海华社区宝安大道2072号金成名苑金芷阁1102
    深圳市
    宝安区
    广东省
    518100
    CN

---

## Shipping Policies    ⌄

## Other Policies    ⌄

## Help    ⌄

---

## Products

See all products currently offered by the seller.





amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1
All Medical Care & Pharmacy Best Sellers Amazon Basics Customer Service Prime New Releases Shop can't-miss teen vogue faves

**Pay** ~~$31.99~~ **$0.00 for this order.** Get a $60 Amazon Gift Card upon approval for the Amazon Store Card.
Find out how
$60 Amazon Gift Card

# Shopping Cart

Candle Warmer Lamp | Candle Warmer Lamp with Timer and
**$31.99**
In Stock
Eligible for FREE Shipping & FREE Returns
This is a gift Learn more
**Color:** White
Qty: 1 | Delete | Save for later |
Compare with similar items | Share

Subtotal (1 item): **$31.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$31.99**
This order contains a gift
Proceed to checkout

**Customers who bought Candle Warmer Lamp | Candle Warmer Lamp with Timer... also bought these items from other categories:**

yzbao Vintage Jar Candle Warmer with…
85
$38.99
Only 17 left in stock - ord…
Add to Cart

XJZJY Candle Warmer Lamp with 2…
266
$29.99
Add to Cart

XJZJY Candle Warmer Lamp with 2…
266
$32.99
Only 4 left in stock - orde…
Add to Cart

Snailhouse Colander, 3 Quart Stainless Steel…
129
$26.99
Add to Cart

## Customers Who Bought Items in Your Recent History Also Bought

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in

      

# Candle Warmer Lamp | Candle Warmer Lamp with Timer and Dimmer | Electric Candle Melter Compatible with Small and Large Jar Candles | Gift for Home Room Bedroom Living Room Decor

Brand: WeHDL

4.4 ★★★★☆ ∨ 100 ratings

**-9%** $31.99

List Price: $34.99 ⓘ

FREE Returns ∨

Get $50 off instantly: Pay $0.00 $31.99 upon approval for Amazon Visa. No annual fee.

**Color: White**



| | | | |
|---|---|---|---|
| $31.99 | $31.99 | $33.99 | $31.99 |

| | |
|---|---|
| **Style** | Morden |
| **Brand** | WeHDL |
| **Color** | White |
| **Product Dimensions** | 6.5"D x 6.5"W x 12.8"H |
| **Special Feature** | Timing and Dimming |

## About this item

- 【Traditional and Versatile】Curvy stem and a semi-matte finish make this an excellent lamp for your desk.
- 【Easy and Safe】Place your favorite candle inside and enjoy without soot, smoke, or an open flame, suitable for pet family, baby family.
- 【Easy to Install & Use】It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance.
- 【Stepless Dimming】You can freely adjust the brightness of this candle lamp, soft LED light creates the ambiance of a burning candle and allowing you to enjoy a warm and comfortable time.
- 【Widely Application】This candle warmer lamp is a stylish, modern, exquisite and creative candle melting lamp. It is a perfect choice for home, farmhouse, bedroom, living room and study room. It is a great romantic gift. (Wax Not Included)

## Customer ratings by feature

| | | |
|---|---|---|
| Brightness | ★★★★★ | 5.0 |
| Giftable | ★★★★★ | 5.0 |
| Scent | ★★★★☆ | 4.8 |

 prime

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$31.99

FREE Returns ∨

**FREE delivery Wednesday, September 13**

Or fastest delivery **Tomorrow, September 8**. Order within 6 hrs 1 min

⊙ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ∨

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | WeHandle |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

**Add a Protection Plan:**

☐ 3-Year Protection for $5.99

☐ 4-Year Protection for $7.99

☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



EQUSUPRO 3D Glass Electric Wax Melts Warmer...

★★★★☆ 14,742

$19.99 prime

Case 1:23-cv-24163

# Defendant No.:27

# Store:

# WENHUI Store

# Platform:

# Amazon

# WENHUI Store

Visit the WENHUI Store storefront

★☆☆☆☆ | **0% positive** lifetime (2 total ratings)

## About Seller

WENHUI Store is committed to providing each customer with the highest standard of customer service.

**Have a question for WENHUI Store?**

Ask a question

## Feedback

★☆☆☆☆  1 out of 5

2 ratings

Lifetime ▾

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ███████████ | 100% |

▾ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▾

2 total feedbacks in Lifetime

★☆☆☆☆   "You gave me the wrong hats the "

By Mary Beth on June 14, 2023.

★☆☆☆☆   "They say the mailman delivered it to a parcel box, signed for? Whatever that means. I did not receive it! Wasted my money. "

By Shipwash on April 25, 2023.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Yuanheng Shenzhen Technology Co. Ltd
**Business Address:**
　龙华区
　龙华街道松和社区油园新村南一巷
　深圳市
　广东
　518100
　CN

## Shipping Policies ▾

## Other Policies ▾

## Help ▾

## Products

See all products currently offered by the seller.



 creative co-op    Creative Co-Op 2-Tone Sculptural Terracotta Pillar Candle Holder, Distressed Green    ★★★★☆ 978    $19⁷¹ ✓prime

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Sponsored ⓘ



Roll over image to zoom in

      

# Candle Warmer Lamp Metal Vintage Candle Warmer Lamp with Candle Warmer Lamp for Jar Candles Aromatic Candle Holders for Home Office Decoration (White)

Brand: WENHUI

3.7 ★★★☆☆ ⌄    7 ratings

**Lowest price in 30 days**

-12%  $17⁵⁹

Typical price: $19⁹⁹ ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

Get $50 off instantly: Pay $0.00 $17⁵⁹ upon approval for Amazon Visa. No annual fee.

Color: **White**                                               ⌃

    
$17.59        $17.59

| Color | White |
|-------|-------|
| Material | Polypropylene |
| Brand | WENHUI |
| Product Dimensions | 6.5"L x 6.5"W x 12.79"H |
| Finish Type | Metal |

**About this item**

- Adjustable brightness: The brightness of the bulb can be adjustable. Package with two bulbs,which can meet your needs better。 This candle warmer lamp fits most of the candles on the market.

- Product size: 6.5 inches/16.5CM*12.8 inches/32.5CM, (Tips:Candles are not included in product)

- Eliminate Odors: Candle Melter works with candles and can choose your favorite scent it helps you eliminate the worst odors such as tobacco, pet urine, garbage and unpleasant Smell of drain.Fill your room with fragrance.

- Safety in Use: Keep your house free from fires Enjoy your favourite flameless candles safely with our lamp-style candle melter.

- The Safe Choice :The candle lamp ot only looks great, but the temperature are strong enough to melt the candle without burning you. The base is made of sturdy PP,this would make a great gift for friends, family, couples, teens, children, etc.

**prime**

Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$17⁵⁹

Get Fast, Free Shipping with Amazon Prime
FREE Returns ⌄

**FREE delivery Friday, September 15** on orders shipped by Amazon over $25

Or fastest delivery **Tuesday, September 12.** Order within **14 hrs 14 mins**

📍 Deliver to Daytona Beach 32118

**Only 11 left in stock - order soon**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---------|-------------------|
| Ships from | Amazon |
| Sold by | WENHUI Store |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon

    HASUN Candle Warmer Lamp Collection

HASUN Candle Warmer Lamp with Tim and Adjustable Height...

Sponsored ⓘ



amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $17.59 |
| Gift Card savings: | - $50.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $32.41 |

Learn more

# Shopping Cart

Candle Warmer Lamp Metal Vintage Candle Warmer Lamp with

**$17.59**

**Lowest price in 30 days**

Only 11 left in stock - order soon.

Eligible for FREE Shipping & FREE Returns

This is a gift Learn more

**Color:** White

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$17.59**

Add $7.41 of eligible items to your order to qualify for FREE Shipping. See details

Subtotal (1 item): **$17.59**

This order contains a gift

Proceed to checkout

**Products related to items in your cart**

Sponsored

LumiGlow Electric Ca...

5

$49.95

See all buying options

MOVNOGIFT Candle...

1

$49.99

See all buying options

SHALLVIO Candle Wa...

6

$39.99

See all buying options

FIMEE Candle Warme...

$29.99

See all buying options

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Customers Who Bought Items in Your Recent History Also Bought

Case 1:23-cv-24163

# Defendant No.:28

## Store:

## Woltechz

## Platform:

## Amazon

# Woltechz

Visit the Woltechz storefront

★★★★★ | **93% positive** in the last 12 months (46 ratings)

## About Seller

Have a question for Woltechz?

**Woltechz Team is** here to help.

Ask a question

Woltechz is a high-tech company providing health care products, focusing on the development, production, sales and service of home medical products such as thermometers, blood glucose meter, blood pressure monitor, and oximeter. We are committed to be an outstanding company that provides excellent products and services, and to bring improvements to human health and life quality.

All products are approval of CE , ROHS, ISO 13485 and FDA certified.

We reply to eve...

⌄ See more

## Feedback

★★★★★ 4.8 out of 5

46 ratings

| 12 months ⌄ |

**FILTER BY**

| All stars ⌄ |

46 total feedbacks in 12 months

| 5 star | 91% |
| 4 star | 2% |
| 3 star | 4% |
| 2 star | 0% |
| 1 star | 2% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

★★★★★ "I love this! It works great especially having a timer! No more lite candles to worry about if I blew them out or not. "

By Nicole McKeever on September 3, 2023.

★★★★★ "Very good product and fast shipping. "

By Daniek on August 19, 2023.

★★★★★ "I use these ALL the time. Excellent product. "

By Amazon Customer on August 18, 2023.

★★★★★ "Works well "

By Michael F. White on August 3, 2023.

★☆☆☆☆ "Not ok "

By Ts on July 27, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Hangjiang Intelligence Technology Co.,Ltd
**Business Address:**
  1020 Room Haifa Building XiBa Alley, Changkeng Road,
  Bantian Street, Longgang District
  Shenzhen





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Customer Service | Prime | New Releases | **Shop can't-miss teen vogue faves**

**Pay ~~$39.99~~ $0.00 for this order.** Get a $60 Amazon Gift Card upon approval for the Amazon Store Card.
Find out how

**$60** Amazon Gift Card

# Shopping Cart

Woltechz Candle Warmer Lamp with Timer and Dimmer for

**$39.99**

In Stock
Eligible for FREE Shipping
& FREE Returns
This is a gift Learn more
**Color:** Timer+Dimmable White

Save 10%
Clip Coupon

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$39.99**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$39.99**
This order contains a gift

Proceed to checkout

**Customers who shopped for Woltechz Candle Warmer Lamp with Timer and Dimmer ... also shopped for:**

Alessi "Fatman" Folding Cake Stand in 18/10…
28
$299.95
Only 14 left in stock - ord…
Add to Cart

Yamazaki Home Shoe Rack, Tall, Black
1,381
$63.00
Add to Cart

Candle Warmer Lamp with 4 Bulbs - Candle…
103
$39.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
194
$56.99
Only 7 left in stock - orde…
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

## Customers Who Bought Items in Your Recent History Also Bought

Homemory Rechargeable LED Tea Lights, 6-Pack... ★★★★½ 2,110 $18.99 ✓prime

Sponsored ⓘ

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in






## Woltechz Candle Warmer Lamp with Timer and Dimmer for Scented Candles and Wax Melts - Fits Small and Large Candle Jars, Aromatic Candle Holders for Cozy Home Decor, Includes 2 Bulbs

Visit the Woltechz Store

4.5 ★★★★½ ⌄  40 ratings

$39.99

FREE Returns ⌄

**Coupon:** ☐ Apply 10% coupon  Shop items › | Terms

Get $50 off instantly: Pay $0.00 $39.99 upon approval for Amazon Visa. No annual fee.

Color: **Timer+Dimmable White**

| $39.99 | $33.99 |

| Style | 现代 |
|---|---|
| Brand | Woltechz |
| Color | Timer+Dimmable White |
| Product Dimensions | 6.7"D x 6.7"W x 12.5"H |
| Special Feature | An ideal gift for a mother, sister, wife, girlfriend, makeup artist, etc on Valentine's Day, Mother's Day, Christmas, |

### About this item

- [Candle Lamp Warmer with Timer ]: Scented candle lamp heater is an eco-friendly way to provide scent with no smoke/soot/pollution. It is cleaner and more efficient and safe. The fragrance is long-lasting using up to twice as long compared to burying a candle

- [Timer Function]: The Candle lamp warmer with a timer can be setting a timer of 2H/4H/8H; This feature ensures safety and convenience, as you can enjoy your scented candles without worrying about remembering to switch off the lamp.

- [Dimmable Adjustable Brightness]: The candle lamp heat candles and wax from the top down, it is a fast and efficient fragrance within minutes. According to the dimmable control, you can adjust the melting speed; The brighter the setting, the faster it melts.

- [Fits Small and Large Candle Jars]: This candle lamp with timer is designed to accommodate both small and large candle jars, You can easily place your favorite scented candles or wax melts onto the warming plate of the lamp for fragrance release.

- [Aromatic Candle Holders]: The candle warmer lamp serves as an attractive and functional decorative piece



prime

**Enjoy fast, FREE delivery,** exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

$39.99

FREE Returns ⌄

**FREE delivery Wednesday, September 13**

Or fastest delivery **Saturday, September 9**. Order within 16 hrs 1 min

◉ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | Woltechz |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Product support included |
| Packaging | Shows what's inside |

**Add a Protection Plan:**
- ☐ 3-Year Protection for $5.99
- ☐ 4-Year Protection for $7.99
- ☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

Case 1:23-cv-24163

# Defendant No.:29

# Store:

# wwhgt

# Platform:

# Amazon





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Customer Service | Prime | New Releases | **Shop can't-miss teen vogue faves**

**Pay ~~$39.99~~ $0.00 for this order.** Get a **$60 Amazon Gift Card** instantly upon approval for the Amazon Store Card.

Learn more

# Shopping Cart

Candle Warmer Lamp with 4 Bulbs - Candle Warmer with Timer

**$39.99**

Join Prime to buy this item at $28.49

In Stock

Eligible for FREE Shipping

& FREE Returns

Save $5.00
Clip Coupon

This is a gift Learn more

**Color:** Black

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$39.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$39.99**

This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
268
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
194
$56.99
Only 7 left in stock - orde…
Add to Cart

Graceful By Design Chores Chart for Kids…
88
$10.99
Add to Cart

Arofum Shower Bombs Aromatherapy, 6 Pack…
28
$15.99
Add to Cart

## Customers who bought Candle Warmer Lamp with 4 Bulbs - Candle Warmer wi... also bought these items from other categories:

Wax Melt Warmer, 3-in-1, Electric Ceramic Candle... ⭐⭐⭐⭐ 667 $16.99 ✓prime

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in

      

2 VIDEOS

## Candle Warmer Lamp with 4 Bulbs - Candle Warmer with Timer Dimmable, Wax Melt Warmer Candle Holders

Brand: Oilkas

4.8 ⭐⭐⭐⭐ | 103 ratings

**$39.99**

FREE Returns ⌄

Join Prime to buy this item at $28.49

Coupon: ☐ Apply $5 coupon   Shop items › | Terms

Get $50 off instantly: Pay $0.00 $39.99 upon approval for Amazon Visa. No annual fee.



Color: **Black**

| $39.99 | 1 option from $39.99 | $39.99 |
|---|---|---|

| Color | Black |
|---|---|
| Brand | Oilkas |
| Product Dimensions | 6.7"L x 6.7"W x 12.6"H |
| Number of Pieces | 1 |
| Theme | Wedding |

### About this item

- Timing Dimming--- The dimmable light allows you to choose a comfortable light brightness. Candle warmer lamp with timer and auto shut off has 2/4/8 hour timer settings allows you to enjoy a peaceful night sleep.
- Fits Any Size---Create the perfect mood by easily adjusting your lamp's brightness with the built-in dimmer switch. Say goodbye to candle flames and keep your house safe from fire hazards with the halogen bulb.
- Safe & Environmental---The Cozyberry candle warmer melts the candle by utilizing the top-down technology, releasing strongest, Purest and cleanest fragrance that lasts twice as long as burning.
- Best Gifts & Home Decor--- Can be used not only as a candle warmers, but also as a dimmable bedside sleep light, a stylish home decoration for bedroom, living room.
- Perfect for Sleep Light---The Candle Warmer comes with Four 50W GU10 halogen bulbs that you can use right away. The candle lamp warmer is cleaner and more efficient. An ideal choice for sustainability and safety.

**Customer ratings by feature**

### Prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

**$39.99**

FREE Returns ⌄

FREE delivery **Wednesday, September 13**

Or fastest delivery **Tomorrow, September 8**. Order within 2 hrs 41 mins

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | wwhgt |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Support | Product support included |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon

# wwhgt

Visit the wwhgt storefront

⭐⭐⭐⭐⭐  |  **100% positive** lifetime (2 total ratings)

## About Seller

wwhgt is committed to providing each customer with the highest standard of customer service.

**Have a question for wwhgt?**

[ Ask a question ]

## Feedback

⭐⭐⭐⭐⭐  5 out of  5

2 ratings

[ Lifetime ⌄ ]

| | |
|---|---|
| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

2 total feedbacks in Lifetime

⭐⭐⭐⭐⭐  " I love this ! "

By Amy f. on August 15, 2023.

⭐⭐⭐⭐⭐  " Love this lamp. So does my daughter. She ended up putting it in her room. 😍 "

By This item is so nice! I might buy another! on August 8, 2023.

⭐⭐☆☆☆  " ~~The lamp looks nice but all four of the bulbs are of a type that do not work with this lamp. Bulbs have a standard light socket connector. The lamp itself needs...~~ "

Read more

By Ruth M. on July 22, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** guangzhouwenyuekejiyouxiangongsi
**Business Address:**
　天河区
　棠东东路11号3楼B606室
　广州市
　广东省
　510000
　CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

Case 1:23-cv-24163

# Defendant No.:30

## Store:

## XinYi-US

## Platform:

## Amazon





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | Shop can't-miss teen vogue faves

Get a **$50 Amazon Gift Card instantly** upon approval for **Amazon Visa**

| | |
|---|---|
| Current Total: | $38.99 |
| **Savings:** | **- $50.00** |
| **Cost After Savings:** | **$0.00** |
| **Savings Remaining:** | **$11.01** |

Learn more

# Shopping Cart

WISHBETY Candle Warmer Lamp with Timer- 2 Bulbs, Vintage,

**$38.99**

Join Prime to buy this item at $29.99

In Stock

Eligible for FREE Shipping

& FREE Returns

Save 10%
Clip Coupon

This is a gift Learn more

**Color:** Clear

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$38.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$38.99**

This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
274
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$56.99
Add to Cart

Candle Wax Warmer Lamp,Compatible wit…
486
$39.99
Add to Cart

Graceful By Design Chores Chart for Kids…
96
$10.99
Add to Cart

## You might also like

DARJEN Grey Votive Candle Holders, Set of 36... $39.99 ✓prime

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Sponsored ⓘ



Roll over image to zoom in

3 VIDEOS

# WISHBETY Candle Warmer Lamp with Timer- 2 Bulbs, Vintage, Electric Dimmable Melter for Jar Candles,Top Melting for Scented Wax Flower Lampshade Candle Lamps for Home Decor (Clear),Mom Birthday Gifts

Brand: WISHBETY
4.6 ★★★★½    10 ratings

**$38.99**

FREE Returns ⌄
Join Prime to buy this item at $29.99

**Coupon:** ☐ Apply 10% coupon  Shop items › | Terms

Eligible for Return, Refund or Replacement within 30 days of receipt ⌄

---

**Color:**
Clear

---

| Style | Vintage |
|---|---|
| Brand | WISHBETY |
| Color | Clear |
| Special Feature | Dimmable |
| Light Source Type | Halogen |

## About this item

- 【The Home Full of Scents in Minutes】 WISHBETY electric candle warmer lamp relies on the heat of a light source to melt the wax surface evenly instead of melting into a hole. The candle melts from the top down due to the heat of the lamp without smoke, smoothly releasing cleaner and longer than the traditional fire-burning way. Double the value of your candle simply by warming rather than burning.

- 【Adjustable Brightness and Timer】 The speed at which the wax melts depends on the brightness and the time of use. Brightness adjustment maximizes the life of halogen lamps and emits scents of different concentrations. With the control knob on the dimmer, you can easily change the melting speed by adjust the brightness of the light. The brighter you set, the faster it melts, the faster the fragrance is released.



prime
Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

**$38.99**

FREE Returns ⌄

FREE delivery **Sunday, September 17**

Or fastest delivery **Tomorrow, September 12**. Order within 4 hrs 55 mins

⦿ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | XinYi-US |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |
| Packaging | Shows what's inside |

**Add a Protection Plan:**
☐ 3-Year Protection for $5.99
☐ 4-Year Protection for $7.99

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?
Sell on Amazon



DARJEN Clear Votive Candle Holders, Set of 24...
$29.99 ✓prime

Sponsored ⓘ

# XinYi-US

Visit the XinYi-US storefront

★★★★★ | **100% positive** lifetime (19 total ratings)

---

## About Seller

XinYi-US is committed to providing each customer with the highest standard of customer service.

**Have a question for XinYi-US?**

[ Ask a question ]

---

## Feedback

★★★★★  4.9 out of 5
19 ratings

| Rating | | Percent |
|---|---|---|
| 5 star | ████████ | 89% |
| 4 star | █ | 11% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

▼ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ▼ ]

19 total feedbacks in Lifetime

★★★★★  "This little gadget is really nice. Can't get too far from the probe or it disconnects. Accurate. Wish I had ordered sooner. "
By Doodle on July 26, 2023.

★☆☆☆☆  "There was literally nothing in the box. But honestly I wasn't surprised since I never ordered it to begin with. It magically appeared in my recent order that on... "
Read more
By Jose Avalos on July 24, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  " Thank u "
By hans Hoerner on July 20, 2023.

★★★★★  "Great deal! Just what I have been looking for!! "
By Dennis S. on July 19, 2023.

★☆☆☆☆  "Item only holds a charge for 2 or 3 minutes. "
By stephen on July 10, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

Previous Next

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** Shen zhen shi xin yi dian qi you xian gong si
**Business Address:**
  松岗街道东方社区
  广深路松岗段107号305
  深圳市
  宝安区

Case 1:23-cv-24163

# Defendant No.:31

## Store:

## XJZJY

## Platform:

## Amazon

# XJZJY

Visit the XJZJY storefront

★★★★☆ | **79% positive** in the last 12 months (28 ratings)

**XJZJY Candle Warmer Lamp with...**

USD 29⁹⁹

[ Add to Cart ]

## About Seller

XJZJY is committed to providing each customer with the highest standard of customer service.

**Have a question for XJZJY?**

[ Ask a question ]

## Feedback

★★★★☆  4.3 out of 5
28 ratings

[ 12 months ▾ ]

**FILTER BY**

[ All stars ▾ ]

28 total feedbacks in 12 months

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇ | 79% |
| 4 star | | 0% |
| 3 star | ▇ | 7% |
| 2 star | | 0% |
| 1 star | ▇ | 14% |

▾ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

★★★★★ "I love this candle lamp. It was exactly as described and arrived quickly. "

By Linda Pardue on September 3, 2023.

★★★★★ "works great "

By Sandy Ohotto on August 31, 2023.

★★★★★ "Love it . Look so pretty never disappoint me and the packaging is also good . I bought mine for almost a mont now and I never get any problems so far .. thinkin..."

Read more

By Liza King on August 23, 2023.

★★★★★ "It's gets the job done "

By tia on August 21, 2023.

★★★☆☆ "This item was ordered as a birthday present for my daughter. While the item itself appears to be in good condition (not yet tested), the box arrived damaged and..."

Read more

By Kristen on August 18, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** XiangChengShiLiTingShangMaoYouXianGongSi
**Business Address:**
湖滨路天安世家7号楼一单元501室
周口市
项城市
河南省
466200
CN







amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1

All Medical Care & Pharmacy Best Sellers Amazon Basics Customer Service New Releases Music **Shop can't-miss teen vogue faves**

**$50 instant gift card**

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $29.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$20.01** |

Learn more

# Shopping Cart

XJZJY Candle Warmer Lamp with 2 Bulbs,Electric Candle Warmer with

**$29.99**

In Stock

Eligible for FREE Shipping

& FREE Returns

This is a gift Learn more

**Color:** Black

Save 5% Clip Coupon

Qty: 1 | Delete | Save for later |

Compare with similar items | Share

Subtotal (1 item): **$29.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.99**

This order contains a gift

Proceed to checkout

## Frequently bought with XJZJY Candle Warmer Lamp with 2 Bulbs,Electric Can...

LA JOLIE MUSE Candle Warmer Lamp with...
194
$56.99
Add to Cart

Moforoco Shower Caddy Shelf Organize...
6,587
$19.99
Add to Cart

Danya B. Indoor/Outdoor...
526
$47.88
Add to Cart

Finnhomy Sideboard Buffet Kitchen Storag...
1,348
$129.99
Add to Cart

## Customers who shopped for XJZJY Candle Warmer Lamp with 2 Bulbs,Electric Can... also shopped for:

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Wax Melt Warmer, 3-in-1, Electric Ceramic Candle… ⭐⭐⭐⭐ 662 $16.99 ✓prime

Sponsored ⓘ



6 VIDEOS

Roll over image to zoom in

## XJZJY Candle Warmer Lamp with 2 Bulbs,Electric Candle Warmer with Timer,Gifts for Mom,Dimmable Candle Lamp,Compatible with Small and Large Candles, Aromatic Candle Holders for Home Decor (Black)

Visit the XJZJY Store

4.6 ⭐⭐⭐⭐½ · 264 ratings

10 answered questions

$29.99

FREE Returns ⌄

Coupon: ☐ Apply 5% coupon  Shop items | Terms

Eligible for Return, Refund or Replacement within 30 days of receipt ⌄

### Color: Black



| | |
|---|---|
| $29.99 | $32.99 | $32.99 |
| $32.99 | | |

| Color | Black |
|---|---|
| Material | Metal |
| Brand | XJZJY |
| Product Dimensions | 12.79"L x 3.9"W x 6.49"H |
| Finish Type | Bronze |

### About this item

- 【Make Your Candles Last Longer】
  ✨:XJZJY candle warmer lamp uses heat energy to melt candles and wax from top to bottom instead of lighting it,It will lasts twice as long as burning,It'll save you money on candles, or, save you money to buy more candles.
- 【More Safe More Healthy】🏠:If you always worried about starting a fire When you forgot to blow out a candle,This candle warmer lamp with timer takes away the worry. The candle warmer is Flameless and Smokeless which will



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

| Delivery | Pickup |
|---|---|

$29.99

FREE Returns ⌄

FREE delivery **Tuesday, September 12**

Or fastest delivery **Tomorrow, September 7**. Order within **1 hr 57 mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | XJZJY |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

**Sell on Amazon**

Case 1:23-cv-24163

# Defendant No.:32

# Store:.

# zhanjieUS

# Platform:

# Amazon

# zhanjieUS

Visit the zhanjieUS storefront

★★★★★ | **100% positive** in the last 12 months (23 ratings)

---

## About Seller

zhanjieUS is committed to providing each customer with the highest standard of customer service.

Have a question for zhanjieUS?

[ Ask a question ]

---

## Feedback

★★★★★  4.8 out of 5
23 ratings

| | |
|---|---|
| 5 star | 78% |
| 4 star | 22% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

[ 12 months ▾ ]

**FILTER BY**

[ All stars ▾ ]

23 total feedbacks in 12 months

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

★☆☆☆☆  "~~You can not link multiple watches I would like Mt refund. I have called multiple time and keep getting hung up on.~~"

By Angela Hunter on September 9, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★☆  "This is more a fitted sheet than a futon cover but it's simple and looks good."

By Michael Jones on August 25, 2023.

★★★★★  "Looks great."

By Gina on August 23, 2023.

★★★☆☆  "~~Todo bien excepto que la tela llegó manchada o descolorida~~"

By Tomas V. on August 23, 2023.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Good its ok for sond"

By Amazon Customer on August 16, 2023.

Previous **Next**

---

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

---

## Detailed Seller Information

**Business Name:** Shenzhenshizhanjiekuajingdianshangyouxiangongsi

**Business Address:**

西乡街道蚝业社区宝安互联网产业基地A区5栋3B08J

深圳市

宝安区

广东省

518000

CN





amazon Deliver to Daytona B... 32118 All Search Amazon EN Hello, sign in Account & Lists Returns & Orders 1
All Off to College Back to School Medical Care & Pharmacy Best Sellers Amazon Basics Prime Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $28.99 |
| Gift Card savings: | - $50.00 |
| Cost after savings: | $0.00 |
| Savings remaining: | $21.01 |

Learn more

# Shopping Cart

JOVELL Candle Warmer Lamp with 50W Bulbs, Electric Candle Warmer

**$28.99**

In Stock

Eligible for FREE Shipping & FREE Returns

This is a gift Learn more

**Color:** Bronze with Timing

Qty: 1 | Delete | Save for later |

Share

Subtotal (1 item): **$28.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$28.99**

This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2...
274
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with...
197
$56.99
Add to Cart

Candle Wax Warmer Lamp,Compatible wit...
486
$39.99
Add to Cart

Graceful By Design Chores Chart for Kids...
96
$10.99
Add to Cart

## Your recently viewed items

Page 1 of 4

Tools & Home Improvement

Hello, sign in
Account & Lists

Returns
& Orders

0

Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | Shop can't-miss teen vogue faves

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home

DARJEN   Candle Holder- Exclusive Champagne Gold Color   34% off   Deal   $26.34   $39.99   ✔prime

Sponsored

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps




Roll over image to zoom in

       

## JOVELL Candle Warmer Lamp with 50W Bulbs, Electric Candle Warmer with Timer, Dimmable Candle Lamp, Compatible with Small and Large Candles, Aromatic Candle Holders for Home Decor (Bronze)

Brand: JOVELL

$28.99

FREE Returns ⌄


Get $50 off instantly: Pay $0.00 $28.99 upon approval for Amazon Visa. No annual fee.

Color: **Bronze with Timing**

   
$28.99    $38.99    $28.99    $38.99


$28.99

| Brand | JOVELL |
|---|---|
| Color | Bronze with Timing |
| Special Feature | Dimmable |
| Light Source Type | Halogen |
| Finish Type | Bronze |

### About this item

- ❤️ 【Easy to Use and Control】The scentsy candle warmer lamp uses heat energy to melt candles and wax from top to bottom. 2 x 50W, GU10 halogen lightbulb can melt candle faster and release the fragrance all over the room sooner. With the brightness control on the cord, you can easily change the melting speed. The brighter you set, the faster it melts. The anti-skid base accommodates different sizes and shapes of candles.

- ❤️ 【Multi-functional Candle Lamp】The candle warmer lamp are not only wax melt warmer, but also a night light that is suitable



Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime

Try Prime and start saving today with Fast, FREE Delivery

**Delivery** | Pickup

$28.99

FREE Returns ⌄

FREE delivery **Sunday, September 17**

Or fastest delivery **Wednesday, September 13**. Order within **16 hrs 30 mins**

📍 Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

| Payment | Secure transaction |
|---|---|
| Ships from | Amazon |
| Sold by | zhanjieUS |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

**Sell on Amazon**



Romadedi Iron Plate Candle Holders, S of 12...

★★★★☆ 27
$75.99

Sponsored ⓘ

Case 1:23-cv-24163

# Defendant No.:33

# Store:

# zhouhuankuajingus

# Platform:

# Amazon

9:46 1:23 · amazon.com Seller Profile · d...

# zhouhuankuajingus

Visit the zhouhuankuajingus storefront

⭐⭐⭐⭐⭐ | **90% positive** in the last 12 months (40 ratings)

## About Seller

zhouhuankuajingus is committed to providing each customer with the highest standard of customer service.

**Have a question for zhouhuankuajingus?**

[ Ask a question ]

## Feedback

⭐⭐⭐⭐ 4.5 out of 5
40 ratings

[ 12 months ⌄ ]

**FILTER BY**

[ All stars ⌄ ]

40 total feedbacks in 12 months

| | |
|---|---|
| 5 star | 78% |
| 4 star | 13% |
| 3 star | 3% |
| 2 star | 3% |
| 1 star | 5% |

⌄ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

⭐⭐⭐⭐ "Nice Texture, nice colors and nice fit, but the rubber bands around the edges could be a little more tighter, because even chose the right Size for me, the rest... "
Read more
By barbara edenfield on September 10, 2023.

⭐⭐⭐⭐⭐ "no problem++++++++++++++++++++ "
By John RecktoshJR on August 19, 2023.

⭐⭐⭐⭐⭐ "Buena "
By raul riera parra on August 14, 2023.

⭐ "No. That is not a suitable result for me. I want to return this item and receive a full refund. I do not want you to send me another one in a different color. I... "
Read more
By "smileydminkman" on August 10, 2023.

⭐⭐⭐⭐⭐ "Nice "
By Robertkerr on August 9, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** SHENZHEN ZHOUHUAN KUAJINGDIANSHANG YOUXIANGONGSI
**Business Address:**
  深圳市宝安区西乡街道蚝业社区宝安互联网产业基地A区5栋3B08E
  深圳市
  宝安区
  广东
  518102
  CN





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Medical Care & Pharmacy | Best Sellers | Amazon Basics | Prime | Shop can't-miss teen vogue faves

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $38.59 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$11.41** |

Learn more

# Shopping Cart

LiveGo 2023 New Candle Warmer Lamp with Timer Dimmable

**$38.59**

Join Prime to buy this item at $30.87

In Stock

Eligible for FREE Shipping

& FREE Returns

Save 8%
Clip Coupon

This is a gift Learn more

**Color:** White With Timer

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$38.59**

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$38.59**

This order contains a gift

Proceed to checkout

**Customers who shopped for LiveGo 2023 New Candle Warmer Lamp with Timer Dimm... also shopped for:**

LA JOLIE MUSE Candle Warmer Lamp with…
197
$56.99
Add to Cart

XJZJY Candle Warmer Lamp with 2…
275
$29.99
Add to Cart

yzbao Vintage Jar Candle Warmer with…
88
$38.99
Only 11 left in stock - ord…
Add to Cart

AIKUT Candle Warmer Lamp, with 2…
210
$69.99
Add to Cart

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

**Customers Who Bought Items in Your Recent History Also Bought**

DARJEN | Candle Holder- Exclusive Champagne Gold Color    34% off    Deal    $26.34  $39.99  ✓prime



Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps

Sponsored ⓘ



Roll over image to zoom in

## LiveGo 2023 New Candle Warmer Lamp with Timer Dimmable Candle Light, Electric Candle Melter, Compatible with Small and Large Candles, Aromatic Candle Holders for Home Decoration

Visit the LiveGo Store

4.3 ★★★★☆  ✓  8 ratings

$38.59

FREE Returns ✓

Join Prime to buy this item at $30.87

**Coupon:** Apply 8% coupon    Shop items |  Terms

**Save 8%** on 3 select item(s)  Shop items ›

Eligible for Return, Refund or Replacement within 30 days of receipt

### Color: White With Timer

 

| $38.59 | $37.59 |

| Style | Modern |
| Brand | LiveGo |
| Color | White With Timer |
| Product Dimensions | 1"D x 1"W x 1"H |
| Special Feature | Dimmable |

### About this item

- 【Adjustable Brightness and Timer】Keep your house free from fires. In the US, candles are responsible for 18,600 house fires each year. Say goodbye to indoor flames, smoke and soot. Enjoy your favourite flameless candles safely with our lamp-style candle melter.enjoy without soot, smoke, or an open flame, you can adjust the brightness of the bulb. 2/4/8 hour timer function allows you to sleep well without worrying about accidents or candles overheating, suitable for pet, baby family.
- 【Eliminate Odours】The candle melter works with candles and you can choose your favourite scent to fill your home, it helps you eliminate the worst odours such as smoke, tobacco, pet urine, rubbish and unpleasant bathroom smells. Freshen up

✓prime
**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with Fast, FREE Delivery

Delivery | Pickup

$38.59

FREE Returns ✓

FREE delivery **Sunday, September 17**

Or fastest delivery **Tomorrow, September 12**. Order within 3 hrs 41 mins

⊙ Deliver to Daytona Beach 32118

**In Stock**

Qty: 1 ▾

Add to Cart

Buy Now

| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | zhouhuankuajingus |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

**Add a Protection Plan:**
☐ 3-Year Protection for $5.99
☐ 4-Year Protection for $7.99
☐ Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon



Romadedi Iron Plate Candle Holders, Set of 12...
★★★★☆ 27
$35.99  ✓prime

Sponsored ⓘ

Case 1:23-cv-24163

# Defendant No.:34

# Store:

# Aojio team real

# Platform:

# Amazon

# Aojio team real

Visit the Aojio team real storefront

★★★★★  |  **100% positive** lifetime (14 total ratings)

## About Seller

Aojio team real is committed to providing each customer with the highest standard of customer service.

**Have a question for Aojio team real?**

Ask a question

## Feedback

★★★★★  4.9 out of 5

14 ratings

Lifetime ▼

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 14% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ Learn more about how seller feedback works on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars ▼

**14 total feedbacks in Lifetime**

★★★★★  " It works. "

By Nancy L. Estabrook on January 2, 2023.

★★★★★  " Very smooth ordered anditcame "

By Tracy U. on December 31, 2022.

★★★★★  " Item as pictured and received quickly "

By Jacqueline Reid on November 30, 2022.

★★★★★  " Everything is good "

By Donald Davis on November 30, 2022.

★★★★★  " Basted my brisket just fine "

By Richard s. Lee on October 30, 2021.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** ZhengJieJinShuZhiPinJiaGongYouXianZeRenGongSi

**Business Address:**

铁西路南头向东400米路南

安阳市

龙安区

河南省

455000

CN

## Shipping Policies ˅

## Other Policies ˅

## Help ˅





amazon Deliver to Daytona B... 32118 | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 1

All | Off to College | Back to School | Works with Alexa | Medical Care & Pharmacy | prime THURSDAY NIGHT FOOTBALL | 64 : 17 : 00

$50 instant gift card

**Get $50 off instantly** upon approval of **Amazon Visa.**

| | |
|---|---|
| Current subtotal: | $29.99 |
| **Gift Card savings:** | **- $50.00** |
| **Cost after savings:** | **$0.00** |
| **Savings remaining:** | **$20.01** |

Learn more

# Shopping Cart

Candle Warmer Lamp, Electric Candle Warmer with Timer & 2

**$29.99**

Temporarily out of stock.

Eligible for FREE Shipping & FREE Returns

☐ This is a gift Learn more

Qty: 1 | Delete | Save for later | Compare with similar items | Share

Subtotal (1 item): **$29.99**

The price and availability of items at Amazon.com are subject to change. The Cart is a temporary place to store a list of your items and reflects each item's most recent price. Learn more
Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Your order qualifies for FREE Shipping. Choose this option at checkout. See details

Subtotal (1 item): **$29.99**

☐ This order contains a gift

Proceed to checkout

## Customers Who Bought Items in Your Recent History Also Bought

XJZJY Candle Warmer Lamp with 2…
276
$29.99
Add to Cart

LA JOLIE MUSE Candle Warmer Lamp with…
197
$54.99
Add to Cart

Candle Wax Warmer Lamp,Compatible wi…
486
$39.99
Add to Cart

Graceful By Design Chores Chart for Kid…
96
$10.99
Add to Cart

## Customers who shopped for Candle Warmer Lamp, Electric Candle Warmer with Ti... also shopped for:

Romadedi Vintage Hurricane Candle Holder, Black...   ★★★★½ 574   $39.99 ✓prime   Save $3 with coupon

Sponsored

Home & Kitchen › Home Décor Products › Candles & Holders › Candleholders › Candle Lamps



Roll over image to zoom in

     

## Candle Warmer Lamp, Electric Candle Warmer with Timer & 2 Bulbs Dimmable Candle Lamp Candle Melter Top Melting for Small and Large Scented Candles, Vintage Candle Holder for Home Decor (White)

Brand: Yeliney

5.0 ★★★★★  1 rating

$29.99

FREE Returns ⌄

Get $50 off instantly: Pay $0.00 ~~$29.99~~ upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Color | White |
| Material | Metal |
| Brand | Yeliney |
| Product Dimensions | 2"L x 2"W x 2"H |
| Number of Pieces | 1 |

### About this item

- Timable Candle Warmer: Upgraded version of the candle warmer lamp with timing function, so you can enjoy the fragrance of jar candles without worry. Timer mode has 3 options: 2/4/8 hours, you can set the timing according to your own ideas, and the candle warmer lamp will turn off by itself when the time is up.
- Dimmable Candle Lamp Warmer: This electric candle warmer can set the brightness of the light, a total of 3 modes of brightness can be adjusted. You can set different candle warmer lamp brightness according to different use scenarios and also decorate your room.
- Vintage Home Decor: The all-metal design of the vintage lamp candle warmer with funnel-shaped shade and exquisite design adds a vintage atmosphere to your room and is the best choice for home decoration! The bottom of the candle warmer lamp has a non-slip pad that prevents the candle wax warmer from moving and making a crashing sound.
- Suitable All Sizes Jar Candle: The candle warming lamp has enough space reserved for all sizes of jarred scented candles, so you don't have to worry about not being able to fit your jarred candles. This product is a candle warmer lamp with timer only and does not include candles.
- Best Choice for Gift Giving: The scented candle warmer is beautifully designed and is the best choice for gifts to family and friends. Electric candle lamp warmer can be used as birthday gift, mother's day gift, father's day gift, Christmas gift, Halloween gift, New Year gift.



**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

$29.99

FREE Returns ⌄ 

FREE delivery

◉ Deliver to Daytona Beach 32118

**Temporarily out of stock.**

We are working hard to be back in stock. Place your order and we'll email you when we have an estimated delivery date. You won't be charged until the item ships.

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Payment | Secure transaction |
| Ships from | Amazon |
| Sold by | Aojio team real |
| Returns | Eligible for Return, Refund or Replacement within 30 days of receipt |

☐ Add a gift receipt for easy returns

[ Add to List ]

Have one to sell?

[ Sell on Amazon ]



Romadedi Wood Candle Holder Set, Rustic Farmhouse Style...
★★★★½ 137
$33.99 ✓prime

Sponsored

Case 1:23-cv-24163

# Defendant No.:35

# Store:

# Dengmore

# Platform:

# Amazon

## Cart (1 item)



📦 Pickup and delivery options ⌄

**Shipping** arrives Thu, Sep 28
32118
$2.99 shipping

Sold and shipped by Dengmore

$2.99 Freight shipping

Dengmore Clearance Metal Vintage Candle Warmer Lamp
dimmable Light Candle Wax Warmer Lamp Aromatic Candle...        $37.39
Actual Color: white
🔄 Free 30-day returns

Remove        Save for later        ⊖  1  ⊕



Continue to checkout

For the best shopping experience, sign in

**Subtotal** (1 item)        $37.39
Seller shipping        $2.99

**Taxes**        Calculated at checkout

**Estimated total**        $40.38

Walmart+✨ **Become a member to get free same-day delivery, gas discounts & more!**
☐ New members get a free 30-day trial

**Earn 5% cash back** on Walmart.com        ✕
See if you're pre-approved with no credit risk. Learn how

‹ Back to item



## Dengmore

★★★½☆  See all 166 reviews
3.4 stars out of 5

**56%**  Overall Positive Rating

🏠 Business Name:
shenzhenshinuojielinshipinyouxiangongsi

✉ Contact seller

📞 (+86) 17080322845

📍 futianqu huafujiedaoxintianshequ
fuzhonglu29haofujingdashadongzuo502
shenzhenshi, GD 518000, CN

About Seller

Tax policy

### More items from this seller



+ Add

$1.99 ~~$4.98~~
Dengmore 3-Pack Plastic Fly Swatters Heavy Duty, Multi Pack Matamoscas, Long Handle Fly Swat Shatter Bulk, Large Bug Swatter Tha...
★★★★½ 47



+ Add

$3.99
Fridja Styling Hair Wax Stick Unisex Hair Wax Stick Broken Hair Stick Finishing Cream
★★★★☆ 7



+ Add

$5.99
Fridja Metal Plant Stands Set for Flower Pot Heavy Duty Potted Holder Indoor Outdoor
★★★★★ 10

### Seller reviews

**3.4** out of **5**

★★★½☆ (166 reviews)



| | |
|---|---|
| 5 stars | 78 |
| 4 stars | 15 |
| 3 stars | 15 |
| 2 stars | 14 |
| 1 star | 44 |

**Most helpful positive review**

★★★★☆

Would have been 5 stars but packaging was not great. The one box had tape on it to repair the box which was then crammed into a bag with the other box.. I had ordered 2.

michelle

VS

**Most helpful negative review**

★☆☆☆☆

I like the looks and that I can easily read the time plus the price. What I don't like and don't advise any one to buy this watch because it ran for less than a week. There is no date feature.

Edie

166 reviews    Sort by | Most Relevant ▾

★☆☆☆☆                              09/07/2023
I like the looks and that I can easily read the time plus the price. What I don't like and don't advise any one to buy this watch because it ran for less than a week. There is no date feature.
Edie

★★★☆☆                              03/23/2023
I didn't know they were made for children or to use as decor. They arrived super fast. I should have read the fine print. I thought I was buying tools for working in my garden, adult size.
Brooke

★★★★☆                              08/17/2023
Would have been 5 stars but packaging was not great. The one box had tape on it to repair the box which was then crammed into a bag with the other box.. I had ordered 2.
michelle

★★★★★                              09/12/2023
Loved it. Slicked my daughters hair fly aways Nicely
Wendy

★☆☆☆☆                              02/21/2023
The lamp arrived broken in a box that was dented and torn up. But that box was wrapped in a bag that wasn't damaged at all, which makes me wonder if the box was already damaged when the sender put it in the mail. I don't know that for sure, but I can say I did not have a good experience with this seller.
Kelly

★★★★★                              09/09/2023
I just want to say , Buy this you are going to love it! I would give it 10 stars!
Debbie

★☆☆☆☆                              05/24/2023
The Walmart vendor did not deliver as I was given notice it was. Have had problems with some of Walmart's vendors. I ordered was supposed to come from the vendor named Dengmore.
Kathleen

★★★★★                              08/28/2023
i have nit had any issues with pick up... delivery...or mail...
Carol

★★★★★                              08/21/2023
Stuff is really easy to use gonna be experimenting with it for Christmas and thanksgiving
William

★★☆☆☆                              02/27/2023
At the time of purchase it was a really great price, it's just a shame the bracelet is made for kids, or a very tiny lady, I gave it to my granddaughter, it is very pretty.
Vickie

9/15/23, 1:00 PM

Dengmore Clearance Metal Vintage Candle Warmer Lamp dimmable Light Candle Wax Warmer Lamp Aromatic Candle Holders for Home Decoration - Walmart.com

Case 1:23-cv-24163-RAR   Document 8-1   Entered on FLSD Docket 11/28/2023   Page 141 of 541

Home / Decor / Candles & Home Fragrance / Wax Warmers

Ship free, no order min* Sponsored ⓘ










Clearance



+ Add

**Now $18.99** ~~$27.99~~

Reyox Electric Wax Melt Warmer, Metal Wax Warmer for Scented Wax, Wax Burner Candle Wax Warmer with 20W Edison Bulb

★★★★☆ 8

2-day shipping



Options

+2 options

**Now $10.98** ~~$12.99~~
Options from $10.98 – $10.99

ORnix Metal Wax Warmer, Electric Wax Melt Warmer for Scented Wax, Candle Oil Burner Melting Night Light for Gift Home Office Bedroom

★★★★☆ 17

2-day shipping



+ Add

**$35.99**

Sponsored

Fire Pit Wax Warmer, Bonfire Eletrric Wax Melting Heat Light for Home Decor & Aromatherapy Gift

★★★★★

2-day shipping

## About this item

### Product details

Aromatherapy desk style antique melting candle table lamp bedroom dimmable warming wax lamp iron romantic night light

Feature:

Adjustables temperature brightness: competent halogen bulb allows you to adjust the brightness of the bulb.

Suitable for candles of all sizes: Say goodbye to wax pits and let you have a flat hot pool. This wax melting lamp is suitable for most candles on the market. (The product does not include candles)

Remove other smells: You can use it with your favorite aromatherapy candle. It can help you remove the worst smells, such as tobacco, pet urine, garbage and unpleasant bathroom smells.

Keep your house away from fire: Say goodbye to indoor fire, soot. Use our lamp type candle melter to enjoy your favorite flameless candles safely.

Safe choice: It has a fashionable and beautiful appearance, and the attached light bulb is strong enough. The base is made of solid metal material that is not easy to bend. This will be a great gift for friends, family, husband and wife, teenagers, children, etc., which is enough to reflect your taste.

Product Description:

Before powering on, ensure that the bulb is fully screweds into the bulb base (until it can not rotate)

The wax surface should not be too close to the bulb

Suitable for all kinds of wax cup candles. Bare wax and paraffin wax are not recommended.

It is recommended that the single working time should not exceeds 4 hours.

Turn off the power before going to bed to prevent the bulb from working for a long time and overheating

Halogen bulb has a large heating capacity. Do not feelthe lampshade, lamp pole and bulb for a long time to avoid scalding.

Since the candle cannot be volatilized like an open flame when exposed to light for a long time, the essential oil on the surface of the candle after 5-6 times of heating shall be volatilized, and a layer of "odorless wax" shall be poured off the candle surface

Please do not use this product on an inclined plane with an angle of more than 6 degrees. Keep it away from flammables substances and do not put it in the arrive of children

If you encounter the following questions, the following answers will be answered for you:

Do you still need to light candles when using wax melting lamps? A: No

There is not much candle space, so why can't the wax melting lamp shine? A: When there is not much candle space, it can be padded up so that the wax melting lamp can work.

After several times of use, the aroma is not as strong as before? A: After 5-6 times of use, the essential oil on the surface volatilizes, and no aroma volatilizes after reheating, so it is necessary to pour a layer of melted wax oil on the surface

Package Included:

1x melting wax lamp

1x instruction manual in English

- Clearance Metal Vintage Candle Warmer Lamp dimmable Light Candle Wax Warmer Lamp Aromatic Candle Holders for Home Decoration
- Material: iron
- Any questions, please feel to contact us, we will do our best to serve you.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Specifications

**Brand**

Case 1:23-cv-24163

# Defendant No.:36

## Store:

## IMMEKEY HomeDecor

## Platform:

## Walmart

‹ Back to item



### IMMEKEY HomeDecor

★★★★☆
4 stars out of 5                    See all 2 reviews

**100%**    Overall Positive Rating

🏠  Business Name:
    xiamenqianqianzhicaidianzishangwuyouxiangongsi

✉  Contact seller

📞  (+86) 13123395944

📍  huliqupuyuanshe46haao403shi
    xiamenshi, FJ 361009, CN

About Seller

## More items from this seller

| $19.00 | $24.86 | $13.99 |
|---|---|---|
| + Add | + Add | + Add |
| IMMEKEY Shower Head LED Color Changing 3 Colors, Filter Water Saving Spray Handheld Shower Head | IMMEKEY Electric Cupping Therapy Machine,4 in 1 Smart Vacuum Scraping Cupping Set,12 Massage Modes Rechargeabl... | IMMEKEY Bungee Cord - Latex Black Heavy Duty Outdoor Bungee Cords with Hook |

## Seller reviews

**4** out of **5**

★★★☆☆ (2 reviews)

| 5 stars | | 0 |
|---|---|---|
| 4 stars | ▬▬▬▬▬ | 2 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | | 0 |

**2 reviews**        Sort by │ Most Relevant ▾

---

★★★★☆                                              04/26/2023

The clock arrived when stated and was packed well. The thin metal hands of the clock were a bit bent, though.

LeeAnn

---

★★★★☆                                              04/15/2023

I had no real issues. It was late, which might be a problem for some. It was just annoying for me

becky

---

## About Seller

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

Welcome to the IMMEKEY HomeDecor store. We are a department store specializing in daily household goods and home decor.Relying on the strong supply chain advantages, IMMEKEY HomeDecor wholeheartedly provides every customer with high-quality products and perfect services. IMMEKEY HomeDecor likes to share the beauty of every moment of life with us.

9/15/23, 1:23 PM
IMMEKEY Metal Vintage Electric Candle Warmer Lamp, dimmable Light Candle Wax Warmer Lamp Aromatic Candle Holders (White) - Walmart.com

Case 1:23-cv-24163-RAR   Document 8-1   Entered on FLSD Docket 11/28/2023   Page 144 of 541

Home / Decor / Lighting & Light Fixtures / Lamps / Table Lamps / Shop All Table Lamps

Ship free, no order min*

Sponsored ⓘ











**Now $13.49** $14.99

Trisens Crystal Table Lamp , LED Rose Diamond 16 Color Changing RGB Night Light with USB Touch Lamp , Remote Control Rechargeable Table Lamps

★★★★★ 532

2-day shipping

Clearance



Sponsored

**Now $24.99** $29.99

Table Lamp, Pull Chain Bedside Lamp with 2 USB Charging Ports, Fabric Linen Lampshade Silver Base, Nightstand Lamp for Living Room, Dorm, Home Office (LED Bulb Included)

★★★★☆ 37

2-day shipping



$36.74 +$9.99 shipping

Holiday Saving! Feltree Fragrance Lamps Aromatherapy Lamp Bedroom Dimmable Melting Wax Lamp Iron Rom

3+ day shipping

## About this item

### Product details

The IMMEKEY Candle Warmer Wax Melt Shade presents a simple vintage style with clean lines that easily blend into most decors, modern, classic, rustic, industrial. Great gift idea for birthdays and other special gifts.

Electric candle warmer fits most candles

Craftsmanship: Iron metal, high-temperature baking varnish is processed by high-temperature baking varnish, the surface is fine and smooth, and the color transition is uniform Suitable for candle diameter<10cm, candle height<13cm (Candles are not included in the product)

- Adjustable Brightness: The brightness of the bulb can be adjusted. This candle warmer fits most candles on the market.
- ELIMINATES ODORS: Candle melters work with candles to choose your favorite scent, helping you get rid of the worst smells. Fill your room with fragrance.
- Product size: 6.5 inches/16.5CM*12.8 inches/32.5CM. (warm reminder: the product does not include candles)
- Say goodbye to indoor flames. Safely enjoy your favorite flameless candles with our Lamp Candle Melter. It uses heat to melt the candle from top to bottom, releasing a vibrant, clean scent, perfect for pet homes, baby homes.
- This vintage candle warmer is made of iron metal and the base is made of sturdy material, making it a great gift idea for friends, family, couples, teens, kids and more.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Size**
One Size

**Brand**
IMMEKEY

**Features**
Removable Cover

**Assembled Product Dimensions (L x W x H)**
12.90 x 6.50 x 6.50 Inches

### Warnings

⚠ **WARNING - California Proposition 65**
None

9/15/23, 1:23 PM     IMMEKEY Metal Vintage Electric Candle Warmer Lamp, dimmable Light Candle Wax Warmer Lamp Aromatic Candle Holders (White) - Walmart.com

Case 1:23-cv-24163-RAR   Document 8-1   Entered on FLSD Docket 11/28/2023   Page 145 of 541

Ship free, no order min*        Sponsored ⓘ











**Now $13.49** $18.99
Trisens Crystal Table Lamp , LED Rose Diamond 16 Color Changing RGB Night Light with USB Touch Lamp , Remote Control Rechargeable Table Lamps
★★★★★ 532
2-day shipping

Clearance

Sponsored
**Now $24.99** $29.99
Table Lamp, Pull Chain Bedside Lamp with 2 USB Charging Ports, Fabric Linen Lampshade Silver Base, Nightstand Lamp for Living Room, Dorm, Home Office (LED Bulb Included)
★★★★☆ 37
2-day shipping


$36.74 +$9.99 shipping
Holiday Saving! Feltree Fragrance Lamps Aromatherapy Lamp Bedroom Dimmable Melting Wax Lamp Iron Rom
3+ day shipping

## About this item

### Product details

The IMMEKEY Candle Warmer Wax Melt Shade presents a simple vintage style with clean lines that easily blend into most decors, modern, classic, rustic, industrial. Great gift idea for birthdays and other special gifts.

**Electric candle warmer fits most candles**

**Craftsmanship:** Iron metal, high-temperature baking varnish Iron lampshade is processed by high-temperature baking varnish, the surface is fine and smooth, and the color transition is uniform Suitable for candle diameter<10cm, candle height<13cm (Candles are not included in the product)

- Adjustable Brightness: The brightness of the bulb can be adjusted. This candle warmer fits most candles on the market.
- ELIMINATES ODORS: Candle melters work with candles to choose your favorite scent, helping you get rid of the worst smells. Fill your room with fragrance.
- Product size: 6.5 inches/16.5CM*12.8 inches/32.5CM. (warm reminder: the product does not include candles)
- Say goodbye to indoor flames. Safely enjoy your favorite flameless candles with our Lamp Candle Melter. It uses heat to melt the candle from top to bottom, releasing a vibrant, clean scent, perfect for pet homes, baby homes.
- This vintage candle warmer is made of iron metal and the base is made of sturdy material, making it a great gift idea for friends, family, couples, teens, kids and more.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Size**
One Size

**Brand**
IMMEKEY

**Features**
Removable Cover

**Assembled Product Dimensions (L x W x H)**
12.90 x 6.50 x 6.50 Inches

### Warnings

⚠ **WARNING - California Proposition 65**
None

Case 1:23-cv-24163

# Defendant No.:37

# Store:

# perfk

# Platform:

# Walmart

# Cart (1 item)



🏷️ Pickup and delivery options ⌄

🚚 **Free shipping** arrives Wed, Oct 4
32118

Sold and shipped by perfk

Melt Electric Warmer Lamp Holder Melting Melter for Wedding Dinner Living Room Bedtoom Home Decor Black
Actual Color: Black
⟲ Free 30-day returns

$31.38

Remove    Save for later    − 1 +



Continue to checkout

For the best shopping experience, sign in

**Subtotal** (1 item)          $31.38
Shipping                        Free
**Taxes**          Calculated at checkout

**Estimated total**            $31.38



Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**

☐ New members get a free 30-day trial

**Earn 5% cash back** on Walmart.com
See if you're pre-approved with no credit risk. Learn how    ✕

Seller perfk

‹ Back to item

## perfk



★★★☆☆
3.1 stars out of 5

See all 54 reviews

48% Overall Positive Rating

⌂ Business Name: shenzhenshi ximing keji youxian gongsi

✉ Contact seller

☎ (+86) 18938091537

⌖ shenzhenshi futianqu futianjiedao shennanzhonglu nanguangjiejiadasha2417-F shenzhen, GD 518000, CN

About Seller

Tax policy

### More items from this seller



+ Add

$16.06

Hanging Artificial Daisy Flowers Basket Fake Hanging Plant for Garden Porch white



+ Add

$9.56 ~~$11.80~~

Wooden Bowl for Pasta, Rice, Food, Cereals, Fruits, Nuts or Icecream, Vegan and Bowl for Salads and Smoothies Dark Color



+ Add

$22.57

Rattan Serving Tray with Handles, - Round Woven Organizer Basket Tray Wicker Home Decorative Tray for Storage Snacks - 32x5cm

★★★★☆ 2

## Seller reviews

# 3.1 out of 5

★★★☆☆ (54 reviews)



5 stars — 25
4 stars — 1
3 stars — 3
2 stars — 4
1 star — 21

**Most helpful positive review**

★★★★★

It was dyi latch hook, had to follow a pattern. It wasn't hard at all.

BeaS

VS

**Most helpful negative review**

★☆☆☆☆

The seller wouldn't take the item back, despite it being shipped from CA. When asked for an email with instructions or directions, they offered no solution; only a 10%, then 50% refund but still wanted me to deal with disposing the item. Seems such a waster.

Craig

---

**54 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆                                                           05/10/2023

The seller wouldn't take the item back, despite it being shipped from CA. When asked for an email with instructions or directions, they offered no solution; only a 10%, then 50% refund but still wanted me to deal with disposing the item. Seems such a waster.

Craig

★★★☆☆                                                           09/15/2022

You have sent me two orders, each broken unable to hang from top attached chains as they each had the plastic ring broken off frame. Packaging must be changed if you intend to continue selling and shipping as your method currently does nothing to protect the top of frames. A small folded sheet of cardboard could be placed over the top of the rings to protect the top of both frames. This would be a cheap and easy way to protect them from arriving broken. Continuing your current method of packing is fruitless and disrespectful of your customers. Are you listening?

Trish172015

★★☆☆☆                                                           04/23/2023

Make it work correctly before you sell a product to people....

Jerry

★☆☆☆☆                                                           04/13/2023

Not to assume instructions should come with your product

Elaine

★★★★★                                                           03/19/2023

It was dyi latch hook, had to follow a pattern. It wasn't hard at all.

BeaS

★☆☆☆☆                                                           09/26/2022

very disappointed to receive it broken. Wanted the jars for my mother's ashes.

Deanna

★☆☆☆☆                                                           04/27/2022

Bought it for over bathroom vanity but it's too small. I don't even know where it would fit. Also it's plastic and coat too much money for a small mirror

Carolyn

★★★★★                                                           04/14/2022

Thank you for providing this pan for consumers to use. It has made a big difference to my cooking time and appearance of my foods.

cenchress

★★★★★                                                           05/12/2023

Isela

★★★★★                                                           05/06/2023

Linda

---

1  2  3  4  ...  6  ⟩

Home / Decor / Candles & Home Fragrance / Wax Warmers

Walmart⁺ Ship free, no order min*                                                                    Sponsored ⓘ












In 100+ people's carts



$19.88

Better Homes & Gardens Full Size Wax Warmer, Flickering Fireplace

★★★☆☆ 667

Pickup   Delivery   1-day shipping



$20.99

Dawhud Direct Plug-In Wax Warmer for Scented Wax and Essential Oils - Ceramic Faith Family Friends Fragrance Warmer with Night Light - Ideal for Wax Melts and Tarts.

★★★★½ 753

2-day shipping



$43.91

Electric Candle Warmer Lamp Melting Burner Yoga Bed

3+ day shipping

## About this item

### Product details                                                                                          ⌄

**Description:**

Retro Simple European Design: comes with fashion modern lampshade appearance design that is very stylish, It is an exquisite decorative lamps for office, study and bedroom.

Safe & Convenient: This melting lamp relies on the heat the light source to melte the , allowing you to put your in it. Is smoke- has non open flame, which is very safe and convenient.

Dimming: You can freely adjust the brightness of this , soft halogen light creates the ambiance of a burning candle and allowing you to enjoy and .

Easy to Install & Use: It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance. Equipped with base accommodates different sizes and shapes of candles.

Light source: GU10 Bulb, 35W, Cable: 1.6m/5.25ft/63inch.

**Specification:**

Material: Metal

Size: 14×15x30CM/5.51x5.91x11.81 inch

**Package Includes:**

1 Piece Electric Candle Warmer Lamp

2 Pieces Light Source

- Aroma Decorative Desktop Lights Home Decor
- Melts Burner Electric Melter Table Lamps
- Home Fragrance Mood Light Dimming

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### Specifications                                                                                            ⌄

**Brand**
perfk

**Manufacturer**
perfk

**Manufacturer Part Number**
Does Not Apply

Case 1:23-cv-24163

# Defendant No.:38

# Store:

# TISHITA

# Platform:

# Walmart

‹ Back to item

# TISHITA



★★☆☆☆
1.9 stars out of 5

**25%**  Overall Positive Rating

See all 16 reviews

🏠  Business Name: shenzhen qiaomi maoyi
youxian gongsi

✉  Contact seller

📞  (+86).19925326091

📍  shenzhenshi baoanqu hangchengjiedao
sanweishequ baoanjichang126qu
mingguangdashaAdong401
shenzhen, GD 518000, CN

About Seller

## More items from this seller



+ Add

$17.99  ~~$22.21~~
Pack of 5 27x55 Inches Jumbo Size Bath Sheet
Extra Large Polyester Gym Bath Towel luxury
Hotel & for Men Women
★★☆☆☆ 16



+ Add

$7.79
4x Flexible Mirror Wall Stickers, Acrylic Mirror
Sheets Non Glass Full Body Mirror Mirror Tiles
for Bedroom Living Room Sofa Gym...
★☆☆☆☆ 1



+ Add

$9.93  ~~$12.26~~
Ottoman Tray, 12" x 10" x 1" Wooden Serving
Tray with Handles for Ottoman Tray, Food,
Breakfast, Eating, Drinks, BBQ, Brown
★☆☆☆☆ 1

## Seller reviews

**1.9** out of **5**

★★☆☆☆ (16 reviews)



| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 1 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 12 |

16 reviews    Sort by  Most Relevant ▾

★☆☆☆☆                                    05/15/2023
Item arrived cracked and tried 3 times to contact seller for refund
or replacement. Always get the same message to try again later
due to technical difficulties.
Marci

★☆☆☆☆                                    03/24/2023
Wouldn't refund money despite a ruined product. Unable to return
to Walmart as they suggested. Is isnt an option to click on. It says
you have to contact the seller.
Diana

★★★★★                                    03/15/2023
Measure, measure, measure before ordering. I was really pleased
with the delivery. It was scheduled for March 20 and arrived March
8. There were no instructions included.
Carol

★☆☆☆☆                                    05/14/2023
It doesn't even require a star. They should have a stat for 0.
Dollie

★☆☆☆☆                                    05/14/2023
They make it difficult to get a refund. Do not buy.
Raye

★☆☆☆☆                                    08/15/2023
Nickiesue

★☆☆☆☆                                    07/23/2023
Carl

★☆☆☆☆                                    06/29/2023
Stacia

★☆☆☆☆                                    06/07/2023
Barbara

★★★★★                                    05/21/2023
Dawn

①  ②  ›

## About Seller

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

Here is shenzhen qiaomi maoyi youxian gongsi. We are based in Shenzhen China.  We've been developing e-commerce activities for
many years.  Customer's need is our pursue, we will provide the high quality product and the first-class service wholeheartedly for
everywhere merchants, create happy tomorrow!

# Cart (1 item)



🏷️ Pickup and delivery options ⌄

🚚 **Free shipping** arrives Fri, Oct 6

32118

Sold and shipped by TISHITA

Oil Burner Candle Warmer Lamp Candle Holder Candle
Melting Melter for Dinner Table Living Room Bedroom Hom...
Actual Color: Red

🔄 Free 90-day returns

$52.85

Remove        Save for later        − 1 +



**Continue to checkout**

For the best shopping experience, sign in

**Subtotal** (1 item)                    $52.85
Shipping                                      Free
**Taxes**                      Calculated at checkout

**Estimated total**                         $52.85

**Walmart**✦ Become a member to get free same-
day delivery, gas discounts & more!

☐ New members get a free 30-day trial



**Earn 5% cash back** on
Walmart.com
See if you're pre-approved
with no credit risk. Learn
how                                              ✕

9/15/23, 2:08 PM     Oil Burner Candle Warmer Lamp Candle Holder Candle Melting Melter for Dinner Table Living Room Bedroom Home Fragrance Decor Red - Walmart.com

Case 1:23-cv-24163-RAR    Document 8-1    Entered on FLSD Docket 11/28/2023    Page 153 of 541

Home / Decor / Candles & Home Fragrance / Wax Warmers

Walmart Ship free, no order min*     Sponsored ⓘ





$12.99

Bobolyn Ceramic Wax Melts Warmer 3-in-1 Electric Candle Wax Burner Fragrance Candle Melt Scented Wax Warmer Burner Gifts for Home Office Perfect Decor and Gift

★★★★★ 39

2-day shipping

+6 options



$17.99

Sponsored

+ Add

Electric Wax Melt Warmer 3D Glass Fireworks Wax Burner Melter Fragrance Warmer for Home Office Bedroom Living Room Gifts & Decor

★★★★★ 7

2-day shipping



$11.99

Options from $11.99 – $13.99

Wax Melt Warmer Ceramic 3- in- 1 Candle Wax Warmer Burner for Home Office Bedroom Gift & Decor

★★★★☆ 41

2-day shipping

+3 options

## About this item

### Product details

**Description:**

Retro Simple European Design: comes with fashion modern lampshade appearance design that is very stylish, It is an exquisite decorative lamps for office, study and bedroom.
Safe & Convenient: This melting lamp relies on the heat energy of the light source to melt the , allowing you to put your in it. It is smoke-free and has no open flame, which is very safe and convenient.
Dimming: You can freely adjust the brightness of this , soft halogen light creates the ambiance of a burning candle and allowing you to enjoy a warm and comfortable time.
Easy to Install & Use: It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance. Equipped with base accommodates different sizes and shapes of candles.
Light source: GU10 Bulb, 35W, Cable: 1.6m/5.25ft/63inch.

**Specification:**

**Material:** Metal
**Size:** Total Height - 30cm/11.8inch, Diameter - 14cm/5.5inch

**Package Includes:**

**1 Piece Electric Candle Warmer Lamp**

- Melts Burner Electric Melter Table Lamps
- Aroma Decorative Desktop Lights Home Decor
- Home Fragrance Mood Light Dimming

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**
Tishita

**Manufacturer**
TISHITA

**Manufacturer Part Number**
Does Not Apply

**Assembled Product Weight**
2.09 lb

Case 1:23-cv-24163

# Defendant No.:39

# Store:

# Gumian E-commerce Co. Ltd

# Platform:

# Walmart

‹ Back to item

## Gumian E-commerce Co.Ltd

☆☆☆☆☆
No reviews yet

🏠 Business Name:
HaiKouGuMianDianZiShangWuYouXianGongSi

✉ Contact seller

📞 (+86) 15535679658

📍 LongHuaQuJinMaoJieDao
YuShaLu11Hao203Fang
HaiKouShi, HI 570105, CN

About Seller

### More items from this seller



$18.98

DVV Reusable Water Balloons for Kids,6 Pcs
Refillable Water Balloons Quick Fill Self
Sealing Silicone Water Bombs Splash Balls...

★★★★★ (3)



$32.99

Throw Pillows Insert (Pack of 2, White) - 18 x
18 Inches Bed and Couch Pillows - Indoor
Decorative Pillows



$21.99

Sink Caddy Sponge Holder Dish Cloth Hanger
2 in 1 with Upgraded Suction Cups or
Adhesive, SUS304 Stainless Steel, No Drillin...

### Seller reviews

This seller doesn't have any reviews yet.

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Our company has a professional product research and development team. From the first product, we have created many industry myths. At the same time, we have done a lot of research in the process of building a factory and experiencing a series of product upgrades. To bring you healthy, comfortable and warm products, we are professional and attentive. Delivering warmth to the world is our ultimate goal! Warmly invite you to witness our progress and growth!

# Cart (1 item)



🏷️ **Pickup and delivery options** ⌄

🚚 **Free shipping** arrives Tue, Sep 26

**32118**

Sold and shipped by Gumian E-commerce Co.Ltd

Metal Vintage Candle Warmer Lamp dimmable Light Wax
Aromatic Holders for Home Decoration (White)

Actual Color: Black

🔄 Free 90-day returns

Only 4 left

$89.44

Remove        Save for later        ⊖  1  ⊕



**Continue to checkout**

🛒 Metal Vintage Candle Warmer...
is selling fast! Check out soon
before it's sold out.          ✕

For the best shopping experience, **sign in**

| Subtotal (1 item) | $89.44 |
|---|---|
| Shipping | Free |
| Taxes | Calculated at checkout |
| **Estimated total** | **$89.44** |

Walmart✦ **Become a member to get free same-
day delivery, gas discounts & more!**

☐ New members get a free 30-day trial

**Earn 5% cash back** on
Walmart.com                      ✕
See if you're pre-approved
with no credit risk. Learn
how

9/15/23, 1:46 PM  Metal Vintage Candle Warmer Lamp dimmable Light Wax Aromatic Holders for Home Decoration (White) - Walmart.com

Case 1:23-cv-24163-RAR   Document 8-1   Entered on FLSD Docket 11/28/2023   Page 157 of 541

Home / Decor / Candles & Home Fragrance / Wax Warmers

Ship free, no order min*                                                                    Sponsored ⓘ









---



**Options**

$11.00
Options from $11.00 – $16.48

ScentSationals Wall Accent Scented Wax Warmer, Bronze Lantern
★★★★☆ 650
Pickup   Delivery   1-day shipping

+2 options



Sponsored
**+ Add**

$35.99

OGEDNAC Candle Warmer Lamp, Electric Candle Lamp Warmer, Gifts for Mom, Bedroom Home Decor Dimmable Vintage Wax Melt Warmer for Scented Wax with 2 Bulbs, Timer
★★★★☆ 255
2-day shipping



**+ Add**

$21.48

ScentSationals Edison Wax Warmer, Nautical
★★★★☆ 324
Pickup   Delivery   1-day shipping

---

## About this item

### Product details                                                                      ⌄

Specifications: Material: Iron Size: 16.5*32.5cm Light Source: Halogen Lamp Voltage: AC110V-220V Application: Living / Sleeping / Dining / Bedroom / Cafe Package Includes: 1 x Candle Warmer Lamp (not including candle) 1 x Dimming Line Note: Please allow 1-3cm errors due to manual measurement. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!

- Adjustable brightness and Timable: The candle warmer lamp included 2 bulbs，brightness of the bulb can be adjustable. 2/4/8 hour timer function can meet your needs better.This candle warmer lamp fits most of the candles on the market.
- Size of candle warming lamp: 6.5 inches/16.5CM*12.8 inches/32.5CM. (Tips:Candles are not included in product)
- Eliminate Odors: candle lamp works with candles and can choose your favorite scent it helps you eliminate the worst odors such as tobacco, pet urine, garbage and unpleasant Smell of drain.Fill your room with fragrance
- Safety in Use: The candle lamp warmer can keep your house free from fires .Enjoy your favourite flameless candles safely with our lamp-style candle melter.
- Safe Choice:The candle warmer lamp with timer not only looks great, but the temperature enough to melt the candle without burning you. The base is made of sturdy plastic. This would make a great gift for friends, family, couples, teens, children, etc.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                                                        ⌄

**Brand**
HOMEJACK

---



**Options**

$11.99
Options from $11.99 – $12.99



Sponsored
**+ Add**

$35.99



**+ Add**

$16.48

ScentSationals Charleston Full-Size Scented Wax Warm

Case 1:23-cv-24163

# Defendant No.:40

# Store: Almencla

# Platform:

# Walmart

‹ Back to item

## Almencla

★★½☆☆    See all 17 reviews

2.6 stars out of 5

**35%**   Overall Positive Rating

🏠 Business Name: shenzhen zhenglinxiang keji youxian gongsi

✉ Contact seller

📞 (+86) 18928465428

📍 shenzhenshi baoanqu xixiangjiedao gushushequ hangchengdadao jintaigongyeyuanAdong501 shenzhen, GD 518000, CN

About Seller

### More items from this seller

**+ Add**

$7.88  $11.72
Brass Wheel Hubs, Wheel Lock Nuts for Axial SCX24 AXI90081 Upgrades Parts 1/24 RC Crawler Car Truck

**+ Add**

$9.99
Montessori Rug Teaching Aids Materials Educational Blanket Accessories Movable for Indoor Preschool Kids Baby Home Small

**+ Add**

$7.67
2 inch Coarse Thread IBC Tote Adapter, IBC Tank Fitting for Hose, Easy to Install, 5 Sizes Available 25mm

### Seller reviews

**2.6** out of **5**

★★½☆☆ (17 reviews)

| | | |
|---|---|---|
| 5 stars | | 5 |
| 4 stars | | 1 |
| 3 stars | | 2 |
| 2 stars | | 1 |
| 1 star | | 8 |

**Most helpful positive review**

★★★★★

Good product got a crazy unheard of price and I actually got the item I'm going to say good seller thank you

YamzzaHo

VS

**Most helpful negative review**

★☆☆☆☆

Took forever to get them when I got them they don't fix will be returning for a full refund

Lee

17 reviews    Sort by | Most Relevant ▾

★★★☆☆    04/26/2023
The vest is well-made, but I'm disappointed with the manufacturer's attached label. It is written in (?) Chinese. There is no English translation of instructions for machine washing, drying or care of the fabric.
Linda

★☆☆☆☆    04/19/2023
Item packaged in thin envelope, had a broken piece and would not work. Returned to Walmart for a refund.
Claire

★☆☆☆☆    08/23/2023
Took forever to get them when I got them they don't fix will be returning for a full refund
Lee

★★★★☆    03/21/2023
If you drop it from waist high, and it hits a hard surface floor,, it may break. Which,, is reasonable.
Juliann

★☆☆☆☆    08/11/2023
the size %26 that there are very few applications for this product
william

★☆☆☆☆    05/12/2023
Item was never received, no refunds available. STOLEN MONEY DO NOT BUY!!!!
Jamie

★★★★★    05/07/2023
Good product got a crazy unheard of price and I actually got the item I'm going to say good seller thank you
YamzzaHo

★★★★★    09/09/2023
Jack

★★☆☆☆    09/07/2023
christine

★☆☆☆☆    09/06/2023
JamesGill

①    ②    ❯

### About Seller



ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

## Cart (1 item)



🛒 **Pickup and delivery options** ⌄

🚚 **Free shipping** arrives Fri, Oct 6
32118

Sold and shipped by Almencla

Melting Oil Burner Electric Candle Warmer Lamp Melter
Mood Light for White
Actual Color: White
🔄 Free 30-day returns                                                    $46.31

Remove        Save for later        − 1 +



**Continue to checkout**

For the best shopping experience, sign in

**Subtotal** (1 item)                                $46.31
Shipping                                             Free
**Taxes**                          Calculated at checkout

**Estimated total**                                  $46.31

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**
☐ New members get a free 30-day trial

**Earn 5% cash back** on Walmart.com
See if you're pre-approved with no credit risk. Learn how                        ✕

Home / Decor / Candles & Home Fragrance / Wax Warmers

Walmart+   Ship free, no order min*

Sponsored ⓘ














**$30.00**

MIDUO Electric Candle Warmer Lamp Modern Home Candle Melting Light

3+ day shipping

Reduced price



**Now $35.00** ~~$45.00~~

Melting Wax Lamp Candle Warmer Light for Lighting /Melting Aromatherapy Wax Gold

3+ day shipping

100+ bought since yesterday




+3 options

**$7.00**
Options from $7.00 – $8.80

Mainstays Navy Blue Ceramic Pluggable Wall Wax Warm...

★★★★☆ 248

Pickup   Delivery   3+ day shipping

## About this item

### Product details ⌄

**Description:**

Retro Simple European Design: comes with fashion modern lampshade appearance design that is very stylish, it is an exquisite decorative lamps for office, study and bedroom.
Safe & Convenient: This melting lamp relies on the heat the light source to melt the , allowing you to put your in it. It is smoke- has non open flame, which is very safe and convenient.
Dimming: You can freely adjust the brightness of this , soft halogen light creates the ambiance of a burning candle and allowing you to enjoy and .
Easy to Install & Use: It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance. Equipped with base accommodates different sizes and shapes of candles.
Light source: GU10 Bulb, 35W, Cable: 1.6m/5.25ft/63inch.

**Specification:**

**Material:** Metal

**Size:** 14x15x30CM/5.51x5.91x11.81 inch

**Package Includes:**

1 Piece Electric Candle Warmer Lamp

2 Pieces Light Source

- Bedroom Beside Melt Lamp
- Electric Candle Warmer Lamp Melting Light
- Aroma Decorative Desktop Lights Home Decor

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### Specifications ⌃

**Brand**
Shamjina

**Manufacturer**
shamjina

**Manufacturer Part Number**
Does Not Apply

Case 1:23-cv-24163

# Defendant No.:41

## Store:

## LafaVida Direct

## Platform:

## Walmart

‹ Back to item

## LafaVida Direct

★☆☆☆☆
1 stars out of 5     See all 1 review

**0%**   Overall Positive Rating

⌂  Business Name: Sichuan Wangcai He
    Dan Maoyi Youxian Gongsi

✉  Contact seller

📞  (+86) 18081114860

📍  No. 715, 7th Floor, Unit 3, Building 1,
    No. 6 Daye Road
    Chengdu, SC 610011, CN

About Seller

Tax policy

### More items from this seller



+ Add

$32.99

Electric Choking Service,Removal Device for
Removing Blocked Objects, Effective Device
with 2 Masks for Children and Adults,...

★★★★★ 4



+ Add

$32.99

Electric Asphyxiation Rescue Device Home
Kit, Professional Asphyxia First Aid Device for
Adults and Children, Airway Assistant Home...

★★★★★ 2



+ Add

$38.99

High-Quality Disposable Changing Pads for
Babies | 46/60 Pack | Leak-Proof and
Waterproof | Mess-Free Diaper Changes |...

### Seller reviews

**1** out of **5**

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 star | 1 |

1 review     Sort by | Most Relevant ▾

★☆☆☆☆                                    04/01/2023

Don't buy anything from Walmart online. Better yet don't buy
anything from Walmart period!

jeremy

### About Seller

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

We are committed to bringing buyers party supplies at lower prices and faster updates. Any Question ,please feel free to contact
with us.

### Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state
laws.

## Cart (1 item)



🧊 **Pickup and delivery options** ⌄

🚚 **Free shipping** arrives Wed, Oct 4

32118

See options

Sold and shipped by LafaVida Direct

Electric Candle Warmer, Candle Warmer Lamp with Timer and Dimmable Candle Light, Plug in Candle Wax Warmer for Larg...

Actual Color: Bronze

🔄 Free 90-day returns

$47.99

Remove    Save for later          −  1  +



**Continue to checkout**

For the best shopping experience, sign in

| **Subtotal** (1 item) | $47.99 |
|---|---|
| Shipping | Free |
| Taxes | Calculated at checkout |

**Estimated total** $47.99

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!**

☐ New members get a free 30-day trial



**Earn 5% cash back** on Walmart.com  ✕
See if you're pre-approved with no credit risk. Learn how

9/15/23, 2:03 PM
Electric Candle Warmer, Candle Warmer Lamp with Timer and Dimmable Candle Light, Plug in Candle Wax Warmer for Large & Small Jar Candles, Aromatic Candle Holders for Home Decoration, (Black) - Walmart.com

Case 1:23-cv-24163-RAR Document 8-1 Entered on FLSD Docket 11/28/2023 Page 165 of 541

Home / Decor / Candles & Home Fragrance / Wax Warmers

Ship free, no order min*

Sponsored ⓘ









## About this item

### Product details

The home decorative wax melter is used to heat scented wax or essential oils to create the glow and ambience of a candle while releasing the scent. The electric wax melter is the perfect gift for family and friends. 35 watt halogen bulb The halogen lamp has a colour temperature of 2300K, similar to most night lights. You can adjust the brightness of the bulb to enjoy different concentrations of candle scent.

Stepless dimming function Our candle heaters are equipped with a dimming function so that you can adjust the brightness to different levels as required. You can control the speed at which the candle melts by adjusting the brightness of the light. Matt metallic coated lampshade With a stylish and durable metal shade and top-down melting technology, there is no flame, no smoke and the glass does not turn black. Fills your room with a fragrant atmosphere.

High quality wax warmer base The candle base is made of high quality metal and is sturdy and attractive. Can hold most sizes of jar candles.

Style: vintage

Colours: black, white,Red,Brown

Material: Metal Product Size:6.5 inches/16.5CM*12.8 inches/32.5CM

Weight:1lb Voltage:≤36V

Package Contents 1*Electric candle heater 1*Cable 2*bulb (This product does not include candles, please buy in shop or prepare in advance if needed)

Instructions before use

1. Ensure that the bulb is in a fully installed state (until it does not turn) before powering up.

2. When using the wax melting lamp, do not light the candle as it may overheat and cause an accident.

3. This product is suitable for all brands of candles on the market, but the use of bare or paraffin wax is not recommended

4. It is recommended to use it for no more than 4 hours in a single session!

5. Keep it out of the reach of children or pets to prevent burning as it heats the metal lid and shade when the bulb is in operation.

- 【Candle Warmer Adjustable Brightness and Timer】 The stepless dimming candle warmer light bulbs with 3 Level Brightness Options. The set timer of 2/4/8 hours lets you have a good sleep without worrying about accidents or overheating your candle.
- 【Electric Candle Warmer Fit Most Candles】 Product Size:length:17cm/ 7inch, height: 31cm/12.2inch, Weight: 0.5kg. Fit Candle diameter
- 【Easy and Safe Candle Warmer Lamp】 Say goodbye to indoor flames. Enjoy your favourite flameless candles safely with our lamp-style candle melter. It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance, Suitable for pet family, baby family.
- 【Vintage Candle Lamp Warmer】 Comes with a pearl white/ Black/ Gold/ Red lampshade and base support with a matte gold holder. This candle warmer wax melts shade presents a simple style with clean line, easy to fit in most decor for modern, classic, rustic, industrial. A great gift for birthdays and other special.
- 【Candle Warmer Auto Shut Off】 The candle warmer with timer works with candles and you can choose your favourite scent to fill your home, it helps you eliminate the worst odours such as pet urine, rubbish and unpleasant bathroom smells. Freshen up your room, home, break room, office, garage, kitchen, basement or anywhere you frequent.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

LafaVida



Options

$12.99

+6 options



Sponsored

Options

$14.99
Options from $14.99 — $17.59



Options

$7.98
Options from $7.98 — $14.90

+2 options

Case 1:23-cv-24163

# Defendant No.:42

# Store:

# Rdeuod

# Platform:

# Walmart

‹ Back to item

## Rdeuod

★★☆☆☆    See all 1 review
2 stars out of 5

**0%**   Overall Positive Rating

🏠 Business Name:
guangzhoukeaishangmaoyouxiangongsi

✉ Contact seller

📞 (+86) 18126345044

📍 baiyunqudaliju45lhao
guangzhou, GD 510540, CN

**About Seller**

### More items from this seller



$3.80
Thsue 6 Pack Pure Cotton Powder Puff, Face
Triangle Sponge Soft Makeup Puffs Reusable
Washable Face Powder Sponges Puff...
★★★★★ 5

+ Add



$4.37  $5.37
Thsue Rosemary Essential Oil, Pure Rosemary
Oil for Hair Growth & Skin Care, Nourishment
Scalp,Stimulates Hair Growth,Rid of Itchy an...
★★★★★ 9

+ Add



$8.80  $10.00
Lingouzi Clear Small Backpack Stadium
Approved, Transparent Backpack, Water proof
Transparent Backpack.
★★★☆☆ 4

+ Add

### Seller reviews

**2** out of **5**

★★☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | 0 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 star | 0 |

1 review    Sort by | Most Relevant ▾

★★☆☆☆                                    03/19/2023
Sandra

### About Seller

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

We are committed to providing the highest standard of customer service to every client

## Cart (1 item)

 Pickup and delivery options ⌄



**Shipping** arrives **Mon, Oct 2**
32118
$3.99 shipping

Sold and shipped by Rdeuod
$3.99 Freight shipping

Reduced price

Rdeuod Electric Candle Warmer Lamp, Candle Warmer with
Timer and Dimmable Candle Light, Plug in Candle Wax...
Actual Color: black
🔵 Free 90-day returns

$34.57
$49.39
You save $14.82

Remove    Save for later    ⊖  1  ⊕



**Continue to checkout**

Items in your cart have reduced
prices. Check out now for extra
savings!  ✕

For the best shopping experience, sign in

| Subtotal (1 item) | $49.39 |
| Savings | -$14.82 |
| | $34.57 |
| Seller shipping | $3.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$38.56** |



Walmart✦ **Become a member to get free same-
day delivery, gas discounts & more!**
☐ New members get a free 30-day trial



**Earn 5% cash back** on
Walmart.com
See if you're pre-approved
with no credit risk. Learn
how                        ✕

9/15/23, 2:05 PM
Rdeuod Electric Candle Warmer Lamp , Candle Warmer with Timer and Dimmable Candle Light , Plug in Candle Wax Warmer for Large & Small Jar Candles, Aromatic Candle Holders for Home Decoration - Walmart.com

Case 1:23-cv-24163-RAR   Document 8-1   Entered on FLSD Docket 11/28/2023   Page 169 of 541

Home / Decor / Candles & Home Fragrance / Wax Warmers

 Ship free, no order min*

Sponsored ⓘ









**Reduced price**



+ Add

Now **$32.39** ~~$35.99~~

Candle Wax Warmer Lamp with 2 Bulbs, Electric Candle Lamp, Dimmable Candle Melter, Top-Down Candle Top Melting for Scented Wax by JORUGUNA, Clear

★★★★★ 15

2-day shipping



+ Add

Sponsored

**$35.99**

Fire Pit Wax Warmer, Bonfire Electric Wax Melting Heater, Candle Oil Burner Flickering Warm Night Light for Home Decor & Aromatherapy Gift

★★★★★ 6

2-day shipping

**Clearance**



+ Add

Now **$18.99** ~~$27.99~~

Reyox Electric Wax Melt Warmer, Metal Wax Warmer f Warmer with 20W Edison Bulb

★★★★☆ 8

2-day shipping

## About this item

### Product details

**Product Description:**

Before powering on, ensure that the bulb is fully screweds into the bulb base (until it can not rotate)

The wax surface should not be too close to the bulb

Suitable for all kinds of wax cup candles. Bare wax and paraffin wax are not recommended.

Halogen bulb has a large heating capacity. Do not feelthe lampshade, lamp pole and bulb for a long time to avoid scalding.

Since the candle cannot be volatilized like an open flame when exposed to light for a long time, the essential oil on the surface of the candle after 5-6 times of heating shall be volatilized, and a layer of "odorless wax" shall be poured off the candle surface

Please do not use this product on an inclined plane with an angle of more than 6 degrees. Keep it away from flammables substances and do not put it in the arrive of children

If you encounter the following questions, the following answers will be answered for you:

Do you still need to light candles when using wax melting lamps?  A: No

There is not much candle space, so why can't the wax melting lamp shine?  A: When there is not much candle space, it can be padded up so that the wax melting lamp can work.

After several times of use, the aroma is not as strong as before?  A: After 5-6 times of use, the essential oil on the surface volatilizes, and no aroma volatilizes after reheating, so it is necessary to pour a layer of melted wax oil on the surface

Package Included:

x melting wax lamp

x instruction manual in English

- Candle Warmer Adjustable Brightness and Timer. Adjustables temperature brightness: competent halogen bulb allows you to adjust the brightness of the bulb.
- Suitable for candles of all sizes: Say goodbye to wax pits and let you have a flat hot pool. This wax melting lamp is suitable for most candles on the market. (The product does not include candles)
- Remove other smells: You can use it with your favorite aromatherapy candle. It can help you remove the worst smells, such as tobacco, pet urine, garbage and unpleasant bathroom smells.
- Keep your house away from fire: Say goodbye to indoor fire, soot. Use our lamp type candle melter to enjoy your favorite flameless candles safely.
- Safe choice: It has a fashionable and beautiful appearance, and the attached light bulb is strong enough. The base is made of solid metal material that is not easy to bend. This will be a great gift for friends, family, husband and wife, teenagers, children, etc., which is enough to reflect your taste.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

Rdeuod

Case 1:23-cv-24163

# Defendant No.:43

# Store:

# JoujouuStore

# Platform:

# Walmart

‹ Back to item

# JoujouuStore

☆☆☆☆☆

No reviews yet

---

🏠 Business Name:
jiujianglianzhanmaoyiyouxiangongsi

✉ Contact seller

📞 (+86) 17886791089

📍 jingkaiqujiuruidadao137haoqiandiyuanjunerqi5chuan
jiujiang, JX 333200, CN

---

About Seller

## More items from this seller







| | | |
|---|---|---|
| ＋ Add | ＋ Add | ＋ Add |

**$15.99** ~~$17.99~~                **$29.99**                **$14.99**

Frog Plush , Cute Cartoon Plush Frog Doll, Birthday Gift for Boys and Girls, Frog Stuffed Animal,Frog Plushie

10 Pockets Crossbody Purses for Women Medium Pocketbooks Lightweight Ladies Satchel Bag Multi...

All-Purpose Shower Squeegee for Shower Doors, Bathroom, Window and Car Glass - Black, Stainless Steel, 10...

★★★★★ 2                ★★★★★ 3

## Seller reviews

This seller doesn't have any reviews yet.

## About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Joujouu E-Commerce Co, Ltd. was establised in 2020 and is commited to bringing customers high-quality and affordable products.

# Cart (1 item)



## Pickup and delivery options ⌃

**Shipping**
Available

Pickup
Not available

Delivery
Not available

Free shipping arrives Fri, Sep 29
32118

Sold and shipped by JoujouuStore

Electric Candle Warmer, Candle Warmer Lamp with Timer and Dimmable Candle Light, Plug in Candle Wax Warmer for Larg...

Actual Color: White

🔄 Free 30-day returns

Only 2 left

$38.99

Remove    Save for later    −  1  +

**Continue to checkout**

🛒 Electric Candle Warmer, Can... is selling fast! Check out soon before it's sold out. ✕

For the best shopping experience, sign in

Subtotal (1 item)        $38.99
Shipping                    Free
Taxes          Calculated at checkout

Estimated total          $38.99

Walmart✦ **Become a member to get free same-day delivery, gas discounts & more!**
☐ New members get a free 30-day trial

**Earn 5% cash back** on Walmart.com ✕
See if you're pre-approved with no credit risk. Learn how

9/15/23, 2:06 PM   Electric Candle Warmer, Candle Warmer Lamp with Timer and Dimmable Candle Light, Plug in Candle Wax Warmer for Large & Small Jar Candles, Aromatic Candle Holders for Home Decoration, White) - Walmart.com

Case 1:23-cv-24163-RAR   Document 8-1   Entered on FLSD Docket 11/28/2023   Page 173 of 541

Home / Decor / Candles & Home Fragrance / Wax Warmers

Ship free, no order min*
Sponsored











Options

+6 options

$12.99

Bobolyn Ceramic Wax Melts Warmer 3-in-1 Electric Candle Wax Burner Fragrance Candle Melt Scented Wax Warmer Burner Gifts for Home Office Perfect Decor and Gift

★★★★★ 39

2-day shipping



+ Add

Sponsored

$35.99

Fire Pit Wax Warmer, Bonfire Electric Wax Melting Heater, Candle Oil Burner Flickering Warm Night Light for Home Decor & Aromatherapy Gift

★★★★★ 6

2-day shipping



Clearance

+ Add

Now $18.99  $27.99

Reyox Electric Wax Melt Warmer, Metal Wax Warmer f Warmer with 20W Edison Bulb

★★★★☆ 8

2-day shipping

## About this item

### Product details

## Product Description

【Candle Warmer Adjustable Brightness and Timer】The stepless dimming candle warmer light bulbs with 3 Level Brightness Options. The set timer of 2/4/8 hours lets you have a good sleep without worrying about accidents or overheating your candle. 【Electric Candle Warmer Fit Most Candles】Product Size:length:17cm/ 7inch, height: 31cm/12.2inch, Weight: 0.5kg. Fit Candle diameter <10cm, candle height <13cm (Candles are not included in the product) 【Easy and Safe Candle Warmer Lamp】Say goodbye to indoor flames. Enjoy your favourite flameless candles safely with our lamp-style candle melter. It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance, Suitable for pet family, baby family. 【Vintage Candle Lamp Warmer】Comes with a pearl white/ Black/ Gold/ Red lampshade and base support with a matte gold holder. This candle warmer wax melts shade presents a simple style with clean line, easy to fit in most decor for modern, classic, rustic, industrial. A great gift for birthdays and other special. 【Candle Warmer Auto Shut Off】The candle warmer with timer works with candles and you can choose your favourite scent to fill your home, it helps you eliminate the worst odours such as pet urine, rubbish and unpleasant bathroom smells. Freshen up your room, home, break room, office, garage, kitchen, basement or anywhere you frequent.

- 【Candle Warmer Adjustable Brightness and Timer】The stepless dimming candle warmer light bulbs with 3 Level Brightness Options. The set timer of 2/4/8 hours lets you have a good sleep without worrying about accidents or overheating your candle.
- 【Electric Candle Warmer Fit Most Candles】Product Size:length:17cm/ 7inch, height: 31cm/12.2inch, Weight: 0.5kg. Fit Candle diameter <10cm, candle height <13cm (Candles are not included in the product)
- 【Easy and Safe Candle Warmer Lamp】Say goodbye to indoor flames. Enjoy your favourite flameless candles safely with our lamp-style candle melter. It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance, Suitable for pet family, baby family.
- 【Vintage Candle Lamp Warmer】Comes with a pearl white/ Black/ Gold/ Red lampshade and base support with a matte gold holder. This candle warmer wax melts shade presents a simple style with clean line, easy to fit in most decor for modern, classic, rustic, industrial. A great gift for birthdays and other special.
- 【Candle Warmer Auto Shut Off】The candle warmer with timer works with candles and you can choose your favourite scent to fill your home, it helps you eliminate the worst odours such as pet urine, rubbish and unpleasant bathroom smells. Freshen up your room, home, break room, office, garage, kitchen, basement or anywhere you frequent.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications

**Brand**

Wekiodum

💬 Report incorrect product information

Case 1:23-cv-24163

# Defendant No.:44

# Store:

# shengyuwangluo02

# Platform:

# Ebay

Hi! <u>Sign in</u>

Sell    Watchlist ⌄    My eBay ⌄



## shengyuwangluo02

99.2% Pos...    9.8K I...    549 ...          🔗 Share    💬 Contact    🤍 Save Seller

Categories          Shop    **About**    Feedback          🔍 Search all 4,626 iten



## About us

Welcome to my company, we focus on the global sourcing of high quality products. Including furniture consumables, auto parts, CNC engraving machine, outboard engine motor, etc. All these products are in stock locally and all provide 3 years warranty service! We are committed to providing the best and most professional services to users around the world. Happy shopping! Thank you! 💛

Hi! <u>Sign in</u>



| Search for anything | All Categories |

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ①

# Shopping cart

<u>Send Us Your Comments</u>

ℹ You're signed out right now. To save these items or see your previously saved items, <u>sign in</u>.

eBay **Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

| | |
|---|---|
| Item (1) | US $27.55 |
| Shipping ⓘ | Free |
| **Subtotal** | **US $27.55** |

Seller <u>shengyuwangluo02</u>



| | | | |
|---|---|---|---|
| | <u>Candle Warmer Lamp for Candle Melting Home Decor, Electric Fragrance Wax...</u><br>New | Qty<br>1 ⌄ | US $27.55 |
| | | Standard Shipping | Free shipping |
| | | Standard Shipping | |
| | | Qty<br>1 ⌄ | |
| | | <u>Save for later</u> \| <u>Remove</u> | |

✓ <u>Offer applied</u>
<u>Save up to 5%</u>                                                          >

## Related sponsored items

   

| Wall Plug Crystal Electric Wax Melt Warmer Oil Burner...<br>New | Electric Fire Pit Wax Warmer Metal Wax Warmer for Wax Melt...<br>New | Electric Wax Melt Warmer for Scented Wax Fragrance Candl...<br>New | Electric Wax Melt Warmer Vintage Light Bulb Fragrance Candl...<br>New | Wa...<br>Ca...<br>2-l...<br>Ne... |
|---|---|---|---|---|
| **$15.99**<br>US $20.99 24% off<br>+ US $24.69 shipping | **$25.39**<br>+ US $61.43 shipping<br>**16 watchers** | **$24.43**<br>+ US $61.41 shipping<br>Seller with a 99.1% positive feedback | **$23.92**<br>+ US $61.40 shipping<br>Seller with a 99.4% positive feedback | **$3...**<br>+ U...<br>Se...<br>po... |

About eBay   Announcements   Community   Security Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> 🄯 and <u>AdChoice</u> ⓘ

Hi!   Sign in   or   register     Daily Deals   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄

Search for anything     | All Categories ⌄ |     Search   Ad

← Back to home page | Listed in category:   Home & Garden  ›  Candles & Home Fragrance  ›  Candle Holders & Accessories

Share | Add to Wa

💲 EXTRA **$5** OFF **$100+** WITH CODE **SGDBCNHY98**    See all eligible items and terms ▸



### Candle Warmer Lamp for Candle Melting Home Decor, Electric Fragrance Wax Warmer\

Condition:   New

Sale ends in:   21h 35m

Quantity:   | 1 |   More than 10 available

Price:   **US $27.55**
Was ~~US $29.00~~ ⓘ
Save US $1.45 (5% off)

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to watchlist

↩ **Breathe easy.** Free shipping and returns.

Shipping:   **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery:   Estimated between **Fri, Sep 15** and **Tue, Sep 19** to 32118 ⓘ

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:     VISA ● ● ● 🔵 AMEX DISCOVER

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

**eBay Money Back Guarantee**
Get the item you ordered or your money back.
Learn more

**Seller information**
shengyuwangluo02 (1541)
99.2% positive feedback

♡  Save seller
Contact seller
Visit store
See other items

---

| About this item | Shipping, returns, and payments |

Report this i

Seller assumes all responsibility for this listing.

Last updated on Sep 11, 2023 22:47:43 PDT   View all revisions

eBay item number:   1452384944

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Features | Fast shipping |
| OE/OEM Part Number | Does not apply |
| MPN ( MPN ) | n/a |
| * Feature * | Creative Design，Durable Material，Beautiful Appearance |
| Number of Settings | 1 |

Case 1:23-cv-24163

# Defendant No.:45

# Store:

# almogix

# Platform:

# Ebay



Hi! Sign in

Sell   Watchlist ⌄   My eBay ⌄       🔔   🛒 1



| Search for anything | All Categories ⌄ | |

## almog_store10

97.6% Pos...   3.9K I...   207 ...        ⭱ Share   💬 Contact   ♡ Save Seller



☰ Categories          Shop   **About**   Feedback          🔍 Search all 8,077 iten

## About us

Location: **Israel**
Member since: **Dec 23, 2021**
Seller: **almogix**

## Do you like our store experience?   👍 👎

About eBay     Announcements     Community     Security Center     Seller Information Center     Policies     Affiliates

Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✅❎ and AdChoice ⓘ

Hi! <u>Sign in</u>



Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

| Search for anything | All Categories ⌄ |

# Shopping cart

<u>Send Us Your Comments</u>

ℹ️ You're signed up right now. To save these items or see your previously saved items, **sign in**.

**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay
Mastercard ®.
**See details**

Seller **almogix**



**2022 New Candle Warmer Lamp | Dimmable Candle Light with Timer |**
New

Qty
1 ⌄

US
$48.36

Expedited Shipping

Free shipping

Expedited Shipping

Qty
1 ⌄

<u>Save for later</u>    <u>Remove</u>

**Free 2-Day shipping when you buy 2+**
<u>Add 1 more to qualify</u>    >

**Go to checkout**

Item (1)    US $48.36
Shipping ℹ️    Free

Subtotal    US $48.36

## Related sponsored items



Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...
New
$25.90
+ US $61.44 shipping
Seller with a 100% positive feedback



Electric Dimmable Fragrance Lamp/Oil Burner/Wax...
New
$21.90
+ US $69.90 shipping
Seller with a 100% positive feedback



Electric Wax Melt Warmer with Timer, Wax Warmer for...
New
$46.99
+ US $25.45 shipping
Seller with a 99.1% positive feedback



Edison Bulb Electric Candle Warmer with Timer | Plug in...
New
$28.99
+ US $25.01 shipping
Seller with a 99.5% positive feedback

| About eBay | Announcements | Community | Security Center | Seller Information Center | Policies | Affiliates | Help & Contact | Site Map |

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ℹ️

Hi! Sign in

Sell   Watchlist   My eBay   🔔

🔍 Search for anything | All Categories ▼ |

← Back to home page | Listed in category: Home & Garden › Candles & Home Fragrance › Candle Holders & Accessories

Share | Add to Wa



## 2022 New Candle Warmer Lamp | Dimmable Candle Light with Timer | Electric Candle

Condition: New

Quantity: 1   2 available

Price: **US $48.36**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ **Breathe easy.** Free shipping and returns.

Shipping: **Free** Expedited Shipping. See details
Located in: San Bernardino, CA, United States

Delivery: Estimated between **Fri, Sep 15** and **Tue, Sep 19** to 32118 ⓘ

Returns: 30 days returns. Seller pays for return shipping. See details

Payments:  

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

### Seller information

almogix (1017)
97.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

About this item | Shipping, returns, and payments

Report this i

Seller assumes all responsibility for this listing.
Last updated on Sep 11, 2023 17:19:51 PDT View all revisions

eBay item number: 3547094672

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Brand | Does not apply |
| Type | Does not apply |
| Room Type | Bedroom |
| Special Feature | Timing |
| Color | Black |
| Item Weight | 1 pounds |
| Theme | Decoration |
| Finish Type | Polished |
| Item model number | Dimmable Candle Light |
| Style | Modern |
| Product Dimensions | 6.5"D x 6.5"W x 12.8"H |
| Material | Iron |

Case 1:23-cv-24163

# Defendant No.:46

# Store:

# alpha_macedon

# Platform:

# Ebay

Hi! <u>Sign in</u>                                           Sell    Watchlist ⌄    My eBay ⌄         🔔         

      🔍 Search for anything          | All Categories ⌄ |

  # alpha_macedon

**98.4% Pos...**    **290 It...**    **18 F...**      ⬆ Share      💬 Contact      ♡ Save Seller

|  ☰ Categories  |        Shop       **About**       Feedback         🔍 Search all 4,705 iter

## About us

Location: **Israel**
Member since: **Jan 14, 2011**
Seller: **alpha_macedon**

## Business details

Business name: **Anat Dafna**
Address: **HaHagana 16 D, 4331207 Raanana, Israel**

## Do you like our store experience?   👍   👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> ✓⊠ and <u>AdChoice</u> ⓘ



Hi! Sign in or register    Daily Deals    Help & Contact                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ①

Shop by category ⌄    | 🔍 Search for anything | All Categories ⌄ |    **Search**    Advanced

# Shopping cart

Send Us Your Comments

ℹ️  You're signed out right now. To save these items or see your previously saved items, **sign in**.

 **Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

Item (1)                          US $~

Shipping  ⓘ

Seller **alpha_macedon**

    Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small an...
New
**LAST ONE**

Qty 1        US $49.99

Standard Shipping with Adult Signature Required

**Free shipping**
Standard Shipping with Adult Signature Required

Qty 1

**Save for later** | **Remove**

Subtotal                      US $49~



VISA  🔴🟠  AMEX  DISCOVER  PayPal  G Pay  🍎P

## Related sponsored items

  ♡           ♡          ♡          ♡

Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...
New
**$25.90**
+ US $61.44 shipping
Seller with a 100% positive feedback

3PCS Outdoor Flameless Candles w Remote Timer LED...
New
**$21.99**
+ US $24.83 shipping
**10% off 3+ with coupon**

LED Flameless Candles Wax Pillar Battery Operated Lig...
New
**$8.99**
+ US $24.52 shipping

3Pcs Flameless Candles LED Flickering Candle w/ Remote &...
New
**$25.87**
+ US $24.93 shipping
🏆Top Rated Plus
Seller with a 99.6% positive feedback

3P LED Ba
Ne
$2
+ U
Se
po

---

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🔲▷ and AdChoice ⓘ



Hi! Sign in or register Daily Deals Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Ad

Back to home page | Listed in category: Home & Garden > Candles & Home Fragrance > Candle Holders & Accessories

Share | Add to Wa

## Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small and Large Candles

Condition: **New**

Price: **US $49.99**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping with Adult Signature Required. See details
Located in: El Paso, Texas, United States

Delivery: Estimated between **Mon, Sep 18** and **Thu, Sep 21** to 32118
Includes **5 business days** handling time after receipt of cleared payment.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or you money back.
Learn more

**Seller information**
alpha_macedon (562)
98.4% positive feedback

Save seller
Contact seller
Visit store
See other items

About this item | Shipping, returns, and payments | Report this i

Seller assumes all responsibility for this listing.

eBay item number: 325717763!

Last updated on Sep 05, 2023 22:32:55 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Brand | Does not apply |
| Type | Does not apply |
| Item model number | -QW985 |
| Item Package Quantity | 1 |
| Style | Modern |
| Mounting Type | Tabletop |
| Power Source | Corded Electric |
| Part Number | -8962 |
| Color | Black |
| Product Dimensions | 12.79"L x 3.9"W x 6.49"H |
| Material | Metal |
| Batteries Required? | No |
| Item Weight | 1 pounds |

Case 1:23-cv-24163

# Defendant No.:47

# Store:

# antanadruteik-0

# Platform:

# Ebay

Hi! <u>Sign in</u>

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒  **1**

    🔍 Search for anything    | All Categories ⌄ |



# antanadruteik-0

**95.5% Posi...**    **363 It...**    **31 F...**    ⬆ Share    💬 Contact    ♡ Save Seller

| ☰ Categories |    Shop    **About**    Feedback    | 🔍 Search all 4,816 item |

## About us

Location: **Israel**
Member since: **Jul 04, 2017**
Seller: **antanadruteik-0**

## Do you like our store experience? 👍 👎

---

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> ☑🚫 and <u>AdChoice</u> ⓘ

Hi! **Sign in** or **register**    Daily Deals    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ①

 Shop by category ⌄    🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

# Shopping cart

**Send Us Your Comments**

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.

 **Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

Item (1)    US $4...

Shipping ⓘ

**Subtotal**    US $48...

VISA  🟠 mastercard  AMERICAN EXPRESS  DISCOVER  PayPal  G Pay  

Seller **antanadruteik-0**

 Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small an...
New
**LAST ONE**

Qty 1

US $48.99

Standard Shipping

Free shipping
Standard Shipping

Qty 1

Save for later    Remove

## Related sponsored items

            

Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...
New
**$25.90**
+ US $61.44 shipping
Seller with a 100% positive feedback

3PCS Outdoor Flameless Candles w Remote Timer LED...
New
**$21.99**
+ US $24.83 shipping
**10% off 3+ with coupon**

LED Flameless Candles Wax Pillar Battery Operated Lig...
New
**$8.99**
+ US $24.52 shipping

3Pcs Flameless Candles LED Flickering Candle w/ Remote &...
New
**$25.87**
+ US $24.93 shipping
🏆 Top Rated Plus
Seller with a 99.6% positive feedback

3P LEI Ba New
$2
+ U Se po

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🇺🇸 and AdChoice ⓘ

Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small and Large Candles



☆ 【Make Your Candles Last Longer】✨:XJZ lamp uses heat energy to melt candles and w bottom instead of lighting it,It will lasts twice burning,It'll save you money on candles, or, to buy more candles.

☆ 【More Safe More Healthy】🏠:If you alway starting a fire When you forgot to blow out a candle warmer lamp with timer takes away th candle warmeris Flameless and Smokeless reduces the risks of fire concerns and keep y hazardous substances.

☆ 【Fit Most Candles】🕯️:Enjoy the fragranc scented jar candles such as the Yankee can Body Work 3 Wick Candles and more! XJZJ are engineered to last long so you can safely

☆ 【LONG LASTING FRAGRANCE】🤩:This uses heat energy to melt candles instead of evenly melts candle wax,The fragrance can long compared to burning it.

☆ 【BEST GIFTS 】🎁: The wax melter will be choice to show your love to your families, lov .Elegant appearance and practical performa candle lamps birthday gifts for women, moth mom. Ideal for Mother's Day, Valentine's Day Christmas gifts or other special occasions

## Product Description

| Color | Black | Bronze | White |
|---|---|---|---|
| Bulb | 50w GU10 Halogen Bulb Candle's | 50w GU10 Halogen Bulb Candle's | 50w GU10 Halogen B Candle's |
| Applicable Candle Size | Diameter < 10CM, Height < 13CM | Diameter < 10CM, Height < 13CM | Diameter < 10CM, He < 13CM |
| With Halogen Bulb | ✓ | ✓ | ✓ |
| With Dimmer Control | ✓ | ✓ | ✓ |

| | |
|---|---|
| Item model number | -QW985 |
| Item Package Quantity | 1 |
| Style | Modern |
| Mounting Type | Tabletop |
| Power Source | Corded Electric |
| Part Number | -8962 |
| Color | Black |
| Product Dimensions | 12.79"L x 3.9"W x 6.49"H |
| Material | Metal |
| Batteries Required? | No |
| Item Weight | 1 pounds |
| Theme | Love |
| Batteries Included? | No |
| Finish types | Bronze |
| Shade Material | Metal |
| Special Features | Dimmable |
| Finish Type | Bronze |
| Package Dimensions | 14.29 x 7.17 x 7.13 inches; |
| Number of Pieces | 1 |

### Shipping

☆ Fast shipping is very important for us.

☆ Our standard US shipping service is FREE.

☆ Your order will be shipped within 2-3 business days upon full payment received.

☆ Your order will be delivered within 2-3 business days after the handling time.



Case 1:23-cv-24163

# Defendant No.:48

# Store:

# Austafod

# Platform:

# Ebay

Hi! Sign in                                                            Sell    Watchlist ⌄    My eBay ⌄



Search for anything              | All Categories ⌄ |

## austdafod

**97.7%** Pos...    **5.7K** I...    **168** F...         ⬆ Share    💬 Contact    ♡ Save Seller

Shop    **About**    Feedback         🔍 Search all 3,621 items

## About us

Location: **Hong Kong**
Member since: **Dec 03, 2019**
Seller: **austdafod**

## Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓✗ and AdChoice ⓘ



Hi! **Sign in**

Sell    Watchlist ⌄    My eBay ⌄



# Shopping cart

**Send Us Your Comments**

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.

### Love it. Buy it. Get Rewarded.
Earn up to 5X points when you use your eBay Mastercard ®.

**See details**

---

**Go to checkout**

Item (1)                    US $41.84

Shipping ⓘ                        Free

Subtotal                    US $41.84

---

Seller **austdafod**

**Candle Warmer Wax Melt Lamp f...**
New

Qty [ 1 ⌄ ]    $41

SpeedPAK Standard

**Free shipping**

SpeedPAK Standard

Qty [ 1 ⌄ ]

**Save for later** | **Remove**

✓ **Offer applied**
**Save up to 7%**    ›

---

## Related sponsored items





Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

**ebay**    Shop by category ⌄

Search for anything    | All Categories ⌄ |    Search    Ad

‹ Back to home page | Listed in category:  Home & Garden  ›  Candles & Home Fragrance  ›  Candle Holders & Accessories

Share | Add to Wa

💲 **SAVE UP TO 9%** WHEN YOU BUY MORE



Hover to zoom

### Candle Warmer Wax Melt Lamp for TCandle Melting Waxing Burner Aromatherapy U7D8

Condition:  New

Quantity:  1    5 available

Price:    **US $41.84/ea**
Was  US $44.99  ⓘ
Save US $3.15 (7% off)

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

↩ **Breathe easy.** Returns accepted.

| Shipping: | **Free** SpeedPAK Standard. See details |
| | International shipment of items may be subject to customs processing and additional charges. ⓘ |
| | Located in: Shenzhen, China |
| Delivery: |  Estimated between **Thu, Sep 28** and **Mon, Oct 2** to 32118 ⓘ |
| | This item has an extended handling time and a delivery estimate **greater than 12 business days.** |
| | Please allow additional time if international delivery is subject to customs processing. |
| Returns: | 14 days returns. Buyer pays for return shipping. See details |
| Payments: | PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER |

**Shop with confidence**

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
austdafod (1216)
97.7% positive feedback

♡ **Save seller**
**Contact seller**
**Visit store**
**See other items**

| About this item | Shipping, returns, and payments |

Report this i

Seller assumes all responsibility for this listing.

Last updated on Sep 07, 2023 22:12:13 PDT  View all revisions

eBay item number:  225748793

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| MPN | Does Not Apply |
| Brand | Unbrand |
| Marke | SODIAL |
| Hersteller | SODIAL |
| Type | Regular Type |

Case 1:23-cv-24163

# Defendant No.:49

# Store:

# automaimaimai

# Platform:

# Ebay

Sell   Watchlist ⌄   My eBay ⌄

ebay    Shop by category ⌄

Search for anything                    All Categories ⌄          Search      Adv

‹  Back to home page  | Listed in category:  Home & Garden  ›  Candles & Home Fragrance  ›  Candle Holders & Accessories

Share | Add to Wa

$ EXTRA **$5** OFF **$100+** WITH CODE **45454DDFV**    See all eligible items and terms ▸



### Fragrance Candle Warmer Lamp Home Decor Electric Table Night Wax Melt Lamp US

Condition:    New

Sale ends in:    1d 19h

Quantity:   1    More than 10 available

Price:   **US $27.55**
Was ~~US $29.00~~ ⓘ
Save US $1.45 (5% off)

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to watchlist

↩ **Breathe easy.** Free shipping and returns.

Shipping:   **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery:   Estimated between **Sat, Sep 16** and **Wed, Sep 20** to 32118 ⓘ

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:     VISA ● AMEX DISCOVER

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
automaimaimai (2972)
99.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

About this item | Shipping, returns, and payments                    Report this i

Seller assumes all responsibility for this listing.                    eBay item number:  3948213105

Last updated on Sep 06, 2023 22:08:14 PDT  View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more |
| * Feature * | Creative Design, Durable Material, Beautiful Appearance |
| Number of Settings | 1 |
| Pattern | / |
| Character | / |
| Power Source | / |



# Shopping cart

Send Us Your Comments

ℹ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard ®.

See details

**Go to checkout**

Item (1)  US $

Shipping ℹ

**Subtotal**  US $27

Seller **automaimaimai**

Fragrance Candle Warmer Lamp Home Decor Electric Table Night Wax Melt...

New

Qty  1

US $27.55

Standard Shipping    Free shipping

Standard Shipping

Qty  1

Save for later    Remove

✓ **Offer applied**
**Save up to 5%**    >

## Related sponsored items



Wall Plug Crystal Electric Wax Melt Warmer Oil Burner...
New
**$15.99**    US $20.99 24% off
+ US $24.69 shipping

Mosaic Electric Plug In LED Aroma Diffuser Lamps Wax Melt Oil...
New
**$16.99**
Free shipping
**31 sold**

Mosaic Electric Plug In Led Aroma Diffuser Lamps Wax Melt Oil...
New
**$16.91**    US $17.99 6% off
Free shipping
**20 sold**

Electric Wax Melt Warmer Vintage Light Bulb Fragrance Candl...
New
**$23.92**
+ US $61.40 shipping
Seller with a 99.4% positive feedback

Ele...
Wa...
Wa...
Ne...
$2...
+ U...
15...

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄲 and AdChoice ℹ



Hi! Sign in                                    Sell    Watchlist ⌄    My eBay ⌄



# automaimaimai

99.3% Pos...    16K It...    592 ...        ⤴ Share    💬 Contact    ♡ Save Seller

| ☰ Categories |   | Shop | **About** | Feedback |   | 🔍 Search all 3,941 item |

## About us

Location: **China**
Member since: **Sep 28, 2018**
Seller: **automaimaimai**

## Do you like our store experience?  👍  👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Case 1:23-cv-24163

# Defendant No.:50

# Store:
# autopartstop666

# Platform:
# Ebay



Hi! **Sign in** or **register**    Daily Deals    Help & Contact                                                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

ebay    Shop by category ⌄    [Search for anything]    [All Categories ⌄]    **Search**    Advanced

# Shopping cart

**Send Us Your Comments**

ℹ️ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

Item (1)    US $
Shipping ⓘ

**Subtotal**    US $27

VISA  MasterCard  AMEX  Discover  PayPal  G Pay  Pay

Seller **autopartstop666**

**Fragrance Candle Warmer Lamp Electric Table Night Wax Melt Lamp USA...**
New

Qty
[1 ⌄]

US $27.55

Standard Shipping    Free shipping
Standard Shipping

Qty
[1 ⌄]

**Save for later** | **Remove**

✅ **Offer applied**
**Save up to 5%**    ＞

## Related sponsored items

  ♡

  ♡

  ♡

  ♡

Wall Plug Crystal Electric Wax Melt Warmer Oil Burner...
New
**$15.99**
~~US $20.99~~ 24% off
+ US $24.69 shipping

Electric Wax Melt Warmer Vintage Light Bulb Fragrance Candl...
New
**$23.92**
+ US $61.40 shipping
Seller with a 99.4% positive feedback

Electric Fire Pit Wax Warmer Metal Wax Warmer for Wax Melt...
New
**$25.39**
+ US $61.43 shipping
**16 watchers**

Wax Melt Warmer Electric Candle Wax Warmer for Scented...
New
**$20.77**
+ US $24.81 shipping

W
Ca
2-I
Ne
**$3**
+ U
Se
po

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Hi! Sign in

Sell    Watchlist ⌄    My eBay ⌄



## autopartstop666

99.3% Pos...    34K I...    1.0K ...        🔗 Share    💬 Contact    ♡ Save Seller

Categories    Shop    **About**    Feedback    🔍 Search all 6,153 item

## About us

Thanks for visiting my store.we offer all kinds of products,including business and industrial item,auto parts,dental items and etc.Welcome to purchase

Location: **China**
Member since: **Sep 22, 2017**
Seller: **autopartstop666**

## Top Rated Seller

autopartstop666 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more



Hi! <u>Sign in</u>                                                    Sell    Watchlist ⌄    My eBay ⌄    🔔

### ebay

[🔍 Search for anything                                          ]  [All Categories ⌄]  [          ]

‹  Back to home page  | Listed in category:  Home & Garden ›  Candles & Home Fragrance ›  Candle Holders & Accessories          Share | Add to Wa

💲 EXTRA **$5** OFF $100+ WITH CODE **CXFVDGFHNGJJMHJ**  <u>See all eligible items and terms</u> ▸



## Fragrance Candle Warmer Lamp Electric Table Night Wax Melt Lamp USA Bedroom

Condition:  New

Sale ends in:  5d 19h

Quantity:  [ 1 ]    More than 10 available

Price:  **US $27.55**
Was US $29.00 ⓘ
Save US $1.45 (5% off)

**[ Buy It Now ]**

**[ Add to cart ]**

Best Offer:

**[ Make offer ]**

[ ♡ Add to watchlist ]

↩  **Breathe easy.** Free shipping and returns.

Shipping:  **Free** Standard Shipping. <u>See details</u>
Located in: Chino, California, United States

Delivery:  Estimated between **Fri, Sep 15** and **Wed, Sep 20** to 32118 ⓘ

Returns:  30 days returns. Seller pays for return shipping. <u>See details</u>

Payments:    [VISA] [mastercard] [AMEX] [DISCOVER]

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
<u>Learn more</u>

**eBay Money Back Guarantee**
Get the item you ordered or your money back.
<u>Learn more</u>

### Seller information
<u>autopartstop666</u> (<u>7342</u>)
99.3% positive feedback

♡ <u>Save seller</u>
<u>Contact seller</u>
<u>Visit store</u>
<u>See other items</u>

---

[ About this item ]  [ Shipping, returns, and payments ]          <u>Report this i</u>

Seller assumes all responsibility for this listing.          eBay item number: 2854558447

Last updated on Sep 09, 2023 12:32:58 PDT  <u>View all revisions</u>

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... <u>Read more</u> |
| * Feature * | Creative Design, Durable Material, Beautiful Appearance |
| Feature 1 | Easy installation,Convenient Use,Easy Operation |
| Number of Settings | 1 |
| Pattern | / |
| Character | / |

Case 1:23-cv-24163

# Defendant No.:51

# Store:

# balalastore8

# Platform:

# Ebay

Hi! <u>Sign in</u>

Sell   Watchlist ⌄   My eBay ⌄   🔔    🛒 ①

   🔍 Search for anything | All Categories ⌄ |

# Shopping cart

**Send Us Your Comments**

ℹ You're signed out right now. To save these items or see your previously saved items, **sign in**.

**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
See details

| | |
|---|---|
| **Go to checkout** | |
| Item (1) | US $27.55 |
| Shipping ⓘ | Free |
| **Subtotal** | **US $27.55** |

## Seller balalastore8



**Candle Warmer Lamp for Candle Melting Home...**
New

Qty: 1

US $27.55

Standard Shipping — Free shipping

Standard Shipping

Qty: 1

Save for later    Remove

✓ **Offer applied**
**Save up to 5%**



https://cart.payments.ebay.com

1/2



Hi!   Sign in                                                          Sell   Watchlist ⌄   My eBay ⌄

# balalastore8

98.8% Pos...     50K l...     1.4K ...          ⬆ Share     💬 Contact     ♡ Save Seller

☰ Categories          Shop     **About**     Feedback          🔍 Search all 1,727 item

## About us

Provide auto parts, including Coilover Suspension Strut Kits, LED Headlight Work Light, Oxygen Sensor, Ignition Wire/Coil, Repair Tools Kit, home & garden product, business & industrial product, etc. with Best Price and High Performance.

Location: **China**
Member since: **Jan 19, 2017**
Seller: **balalastore8**

## Top Rated Seller

balalastore8 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔

**ebay**    Shop by category ⌄    [Search for anything]    [All Categories ⌄]    [Search]    Ad

‹ Back to home page  |  Listed in category:   Home & Garden › Candles & Home Fragrance › Candle Holders & Accessories

Share  |  Add to Wat

💲 EXTRA **$5** OFF **$100+** WITH CODE **VX12V1D5R459TE5**   See all eligible items and terms ›



### Candle Warmer Lamp for Candle Melting Home Decor, Electric Fragrance Wax Warmer

Condition:  **New**

Sale ends in:  3d 0h

Quantity:  [1]    More than 10 available / 6 sold

Price:  **US $27.55**
Was US $29.00 ⓘ
Save US $1.45 (5% off)

[Buy It Now]

[Add to cart]

Best Offer:

[Make offer]

[♡ Add to watchlist]

↩ **Breathe easy.** Free shipping and returns.

⚡ **People want this.** 11 people are watching this.

Shipping:  **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery:  Estimated between **Fri, Sep 15** and **Wed, Sep 20** to 32118 ⓘ

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:  [PayPal] [G Pay] [VISA] [mastercard] [AMEX] [Discover]

---

#### Shop with confidence

🏅 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or your money back.
Learn more

---

**Seller information**
balalastore8 (7635)
98.8% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

Report this i

| About this item | Shipping, returns, and payments |

Seller assumes all responsibility for this listing.
Last updated on Sep 09, 2023 06:41:33 PDT  View all revisions

eBay item number:  1753401092

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
|---|---|
| * Feature * | Creative Design,  Durable Material,  Beautiful Appearance |
| Feature 1 | Easy installation,Convenient Use,Easy Operation |
| Number of Settings | 1 |

Case 1:23-cv-24163

# Defendant No.:52

# Store:

# bbsryt

# Platform:

# Ebay



## About us

Welcome to our eBay store! We re one of the largest online Business & Industrial,Home,Motor Parts & Accessories seller，who have warehouse all over the world . We sell good quality products in competitive price. By click contacting seller ,you will get what you want to know ASAP.

Location: **China**
Member since: **Jul 14, 2022**
Seller: **bbsryt**

## Store policies

Shipping

Returns

Warranty

ebay

Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔

**ebay**    Shop by category ⌄    [🔍 Search for anything                    ]    [All Categories ⌄]    [ Search ]    Ad

‹ Back to home page  | Listed in category:  Home & Garden  ›  Candles & Home Fragrance  ›  Candle Holders & Accessories

Share  |  Add to Wa

$ EXTRA **$5** OFF **$100+** WITH CODE **ASDHKGLHSD**    See all eligible items and terms ▶

### Candle Warmer Lamp for Candle Melting Home Decor, Electric Fragrance Wax Warmer

Condition:  New

Sale ends in:  1d 21h

Quantity:  [ 1 ]    More than 10 available

Price:  **US $27.55**
Was ~~US $29.00~~ ⓘ
Save US $1.45 (5% off)

[ **Buy It Now** ]

[ **Add to cart** ]

Best Offer:

[ **Make offer** ]

[ ♡ Add to watchlist ]

↩ **Breathe easy.** Free shipping and returns.

Shipping:  **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery:  Estimated between **Fri, Sep 15** and **Wed, Sep 20** to 32118 ⓘ

Returns:  30 days returns. Seller pays for return shipping. See details

Payments:   

#### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
bbsryt (101)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

About this item | Shipping, returns, and payments

Report this i

Seller assumes all responsibility for this listing.

Last updated on Sep 07, 2023 13:32:45 PDT  View all revisions

eBay item number:  385751190

### Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| * Feature * | Creative Design,  Durable Material,  Beautiful Appearance |
| Feature 1 | Easy installation,Convenient Use,Easy Operation |
| Number of Settings | 1 |
| Pattern | / |
| Character | / |



Hi! **Sign in** or **register**    Daily Deals    Help & Contact                                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ①

Shop by category ⌄    [Search for anything]    [All Categories ⌄]    **Search**    Advanced

## Shopping cart

**Send Us Your Comments**

ⓘ  You're signed out right now. To save these items or see your previously saved items, **sign in**.



Love it. Buy it. Get Rewarded.

Earn up to 5X points when you use your eBay Mastercard ®.

**See details**

**Go to checkout**

Item (1)    US $2...

Shipping ⓘ

Seller **bbsryt**

**Subtotal**    US $27...

VISA  Mastercard  AMEX  Discover  PayPal  G Pay  ⌘P...

**Candle Warmer Lamp for Candle Melting Home Decor, Electric Fragrance Wax...**
New

Qty
1 ⌄

US $27.55

Standard Shipping    **Free shipping**    Standard Shipping

Qty
1 ⌄

**Save for later** | **Remove**

✓ **Offer applied**
   **Save up to 5%**    ›

## Related sponsored items



Wall Plug Crystal Electric Wax Melt Warmer Oil Burner...
New
**$15.99**
US $20.99 24% off
+ US $24.69 shipping

Electric Fire Pit Wax Warmer Metal Wax Warmer for Wax Melt...
New
**$25.39**
+ US $61.43 shipping
**15 watchers**

Electric Wax Melt Warmer for Scented Wax Fragrance Candl...
New
**$24.43**
+ US $61.41 shipping
Seller with a 99.1% positive feedback

Wax Melt Warmer Candle Burner - Glass 2-In-1 Wax Warmer for...
New
**$36.78**
+ US $30.73 shipping
Seller with a 100% positive feedback

Me...
Wa...
Bu...
Ne...
$1...
+ U...

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🇺🇸 and AdChoice ⓘ

Case 1:23-cv-24163

# Defendant No.:53

# Store:

# besz_sze_zwquibt

# Platform:

# Ebay



Hi! Sign in                                    Sell    Watchlist ⌄    My eBay ⌄



## besz_sze_zwquibt

**97.4% Posi...**    **379 It...**    **34 F...**    Share    Contact    Save Seller



Categories    Shop    **About**    Feedback    🔍 Search all 6,597 iten

## About us

Location: **Israel**
Member since: **Dec 29, 2014**
Seller: **besz_sze_zwquibt**

## Do you like our store experience?    👍  👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓✗ and AdChoice ⓘ

Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    

    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    **Search**    Advanced

## Shopping cart

**Send Us Your Comments**

ℹ️  You're signed right now. To save these items or see your previously saved items, **sign in**.

  **Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**



**Go to checkout**

Item (1)    US $5...

Shipping ⓘ

Subtotal    US $50...

💳 VISA  MasterCard  AMEX  DISCOVER  PayPal  G Pay  ⫶Pay

### Seller **besz_sze_zwquibt**

  Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small an...
New
**LAST ONE**

Qty 1

US $50.99

Standard Shipping

**Free shipping**

Standard Shipping

Qty 1

**Save for later**    **Remove**

## Related sponsored items



Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...
New
**$25.90**
+ US $61.44 shipping
Seller with a 100% positive feedback



GenSwin Flameless Ivory Taper Candles Flickering with 10-Key...
New
**$57.62**
+ US $25.71 shipping
Seller with a 100% positive feedback



LitLuna Grey Flameless Candles Large Collect Set of 2- Realistic Wa...
New
**$53.59**
+ US $66.32 shipping
Seller with a 100% positive feedback

LED Flameless Candles Wax Pillar Battery Operated Lig...
New
**$8.99**
+ US $24.52 shipping

3P...
Ca...
Ne...
**$2...**
+ U...
Se...
po...

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🔲 and AdChoice ⓘ

Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small and Large Candles



☆ 【Make Your Candles Last Longer】✨:XJZJY candle warmer lamp uses heat energy to melt candles and wax from top to bottom instead of lighting it,It will lasts twice as long as burning,It'll save you money on candles, or, save you money to buy more candles.

☆ 【More Safe More Healthy】🏠:If you always worried about starting a fire When you forgot to blow out a candle,This candle warmer lamp with timer takes away the worry. The candle warmeris Flameless and Smokeless which will greatly reduces the risks of fire concerns and keep you away from any hazardous substances.

☆ 【Fit Most Candles】🕯️:Enjoy the fragrance of your favorite scented jar candles such as the Yankee candles, Bath and Body Work 3 Wick Candles and more! XJZJY candle warmers are engineered to last long so you can safely enjoy it for years

☆ 【LONG LASTING FRAGRANCE】😍:This warmer lamp uses heat energy to melt candles instead of burning it,It can evenly melts candle wax,The fragrance can last up to twice as long compared to burning it.

☆ 【BEST GIFTS 】🎁: The wax melter will be the best gift choice to show your love to your families, lover, or friends .Elegant appearance and practical performance make these candle lamps birthday gifts for women, mothers day gifts for mom. Ideal for Mother's Day, Valentine's Day, Thanksgiving, Christmas gifts or other special occasions

## Product Description

| | Black 50w GU10 | Bronze 50w GU10 | White 50w GU10 | Pink 50w GU10 |
|---|---|---|---|---|
| Color | Black 50w GU10 | Bronze 50w GU10 | White 50w GU10 | Pink 50w GU10 |
| Bulb | Halogen Bulb Candle's | Halogen Bulb Candle's | Halogen Bulb Candle's | Halogen Bulb c Candle's |
| Applicable Candle Size | Diameter < 10CM, Height < 13CM | Diameter < 10CM, Height < 13CM | Diameter < 10CM, Height < 13CM | Diameter < 10CM, Height < 13CM |
| With Halogen Bulb | ✓ | ✓ | ✓ | ✓ |
| With Dimmer Control | ✓ | ✓ | ✓ | ✓ |

| ☆ Item model number | -QW985 |
|---|---|
| Item Package Quantity | 1 |
| Style | Modern |
| Mounting Type | Tabletop |
| Power Source | Corded Electric |
| Part Number | -8962 |
| Color | Black |
| Product Dimensions | 12.79"L x 3.9"W x 6.49"H |
| Material | Metal |
| Batteries Required? | No |
| Item Weight | 1 pounds |
| Theme | Love |
| Batteries Included? | No |
| Finish types | Bronze |
| Shade Material | Metal |
| Special Features | Dimmable |
| Finish Type | Bronze |
| Package Dimensions | 14.29 x 7.17 x 7.13 inches; 1 Pounds |
| Number of Pieces | 1 |

Case 1:23-cv-24163

# Defendant No.:54

## Store:

## bosity

## Platform:

## Ebay



Hi! <u>Sign in</u>

Sell    Watchlist ⌄    My eBay ⌄

## Bosity

**96.3% Pos...**    **1.1M It...**    **4.1K ...**    ⬆ Share    💬 Contact    ♡ Save Seller

Categories    Shop    **About**    Feedback    🔍 Search all 14,733 ite...

## About us

Dear Valued Customer,

Welcome to our store! We're here to express our gratitude for your business with us. We sell many quality products and deeply discounted goods. Please contact us if you buy multiple items, we will offer wholesale price. We wish you a truly fantastic shopping experience. Please save our store and add us to your favorite sellers and feel free to contact us to resolve any questions you may have. Thank you again.

Location: **China**
Member since: **Mar 23, 2006**
Seller: **bosity**

## Top Rated Seller

Bosity is one of eBay's most reputable sellers. Consistently delivers outstanding customer service. <u>Learn more</u>



Hi! **Sign in** or **register**   Daily Deals   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄

Search for anything | All Categories ⌄ | **Search**   Advanced

## Shopping cart

**Send Us Your Comments**

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.



Love it. Buy it. Get Rewarded.
Earn up to 5X points when you use your eBay Mastercard®.
See details

**Go to checkout**

Item (1)                US $
Shipping ⓘ

**Subtotal**            US $27

VISA  ⬤⬤  AMERICAN EXPRESS  DISCOVER  PayPal  G Pay  ⬤

### Seller **bosity**

Candle Holder Oil Melt Melter Electric Candle Warmer Lamp for Bedroom...
White
New

Qty [ 1 ⌄ ]

US $27.95

SpeedPAK Standard

**Free shipping**
SpeedPAK Standard

Qty [ 1 ⌄ ]

**Save for later** | **Remove**

Extra 5% off 3 or more items with coupon
Add 2 more to qualify                          >

## Related sponsored items



Electric Wax Warmer Fragrance Lamp US Plug 120V - Smokeless...
New
**$13.70**
US $14.42 5% off
+ US $0.49 shipping

Wax Melt Warmer Burner Glass Electric Wax Warmer for...
New
**$20.67**
+ US $24.80 shipping

Electric Fire Pit Wax Warmer Metal Wax Warmer for Wax Melt...
New
**$25.39**
+ US $61.43 shipping
**15 watchers**

Metal Wax Melt Warmer Electric Wax Warmer Wax Melter...
New
**$14.35**
+ US $24.65 shipping
**21 watchers**

3 in
Wa
Wa
Ne
$2
+ U
Se
po

About eBay   Announcements   Community   Security Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ⬤ and AdChoice ⓘ

Sell    Watchlist ⌄    My eBay ⌄    🔔

ebay    Shop by category ⌄

🔍 Search for anything    | All Categories ⌄ |    Search    Ad

◁ Back to home page | Listed in category:   Home & Garden › Candles & Home Fragrance › Candle Holders & Accessories

Share | Add to Wa

🅂 **EXTRA 5% OFF 3+ ITEMS WITH CODE HOTSALE2023**   See all eligible items and terms ▸



### Candle Holder Oil Melt Melter Electric Candle Warmer Lamp for Bedroom Wedding

Condition:  New

Color:  | White ⌄ |

Quantity:  | 1 |   More than 10 available

Price:  **US $27.95**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ **Breathe easy.** Returns accepted.

Shipping:  **Free** SpeedPAK Standard. See details

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: Shenzhen, China

Delivery:  Estimated between **Mon, Sep 25** and **Wed, Sep 27** to 32118 ⓘ

Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal | G Pay | VISA | mastercard | AMEX | DISCOVER 

**Shop with confidence**

🏅 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back.
Learn more

**Seller information**
bosity (316100)
96.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

| About this item | Shipping, returns, and payments |          Report this i

Seller assumes all responsibility for this listing.

Last updated on Sep 12, 2023 19:55:08 PDT   View all revisions

eBay item number:  3943626199

## Item specifics

| | |
|---|---|
| Condition | **New:** A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Additional Parts Required | Does Not Apply |
| Base Diameter | Does Not Apply |
| Brand | Unbranded |
| Candle Hole Size | Does Not Apply |
| Country/Region of Manufacture | China |
| Customized | Does Not Apply |
| Diameter | Does Not Apply |
| Features | Tabletop |

Case 1:23-cv-24163

# Defendant No.:55

# Store:

# dikenjiaju

# Platform:

# Ebay



Hi! Sign in

Sell    Watchlist ⌄    My eBay ⌄

Search for anything    All Categories ⌄





# dikenjiaju

90.9% Posi...    45 It...    4 Fo...    ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    **About**    Feedback    🔍 Search all 92 items



## About us

Quan Zhou Deakin Home deco CoLtd, Founded in 2018, our company is located in Dehua, the world's ceramiccapital. is a professional manufacturer and exporter specialized in design,development and production for its richhome furnishings and gardening products, including ceramic ornaments, ceramic vases and cement products for indoorand outdoor decoration Covering an area of over 3000 square meters, ,Our company mainly produces

Hi! **Sign in** or **register**    Daily Deals    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄



Shop by category ⌄

Search for anything    | All Categories ⌄ |    **Search**    Advanced

# Shopping cart

**Send Us Your Comments**

ℹ️ You're signed out right now. To save these items or see your previously saved items, **sign in**.

 **Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

Item (1)    US $4

Shipping ⓘ

Seller **dikenjiaju**



Hot-sale Timer Modern Melting Wax Candle Warmer Lamp Candle Holder...
A
New
**LAST ONE**

Qty 1

US $45.90

SpeedPAK Standard

Free shipping

SpeedPAK Standard

Qty 1

**Save for later**    **Remove**

Subtotal    US $45



---

## Related sponsored items



LED Aromatherapy Lamp Wax Melting Oil Burner Mosaic Electri...
New
**$19.29**
Free shipping



Electric Plugs Led Aroma Lamps Wax Melting Oil Burners...
New
**$20.87**
US $23.99 13% off
Free shipping



Aromatherapy Melting Wax Lamp Dimmable night light table lamp...
New
**$23.14**
+ US $9.65 shipping
**5 watchers**

Candle Warmer Lamp for Candle Melting
New
**$67.84**
US $72.17 6% off
+ US $2.50 shipping

Ele
Me
Ro
Ne
$1
US
Fre

---

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓✗ and AdChoice ⓘ

Hi! Sign in or register Daily Deals Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Ad

Back to home page | Listed in category: Home & Garden > Candles & Home Fragrance > Candle Holders & Accessories

Share | Add to Wa

烟熏台灯-黑色
32.5cm
16.5cm
材质：铁艺
场所：客厅/卧室/书房等
空间：5-10m²
G10卤素灯-50W

Hover to zoom

# Hot-sale Timer Modern Melting Wax Candle Warmer Lamp Candle Holder Warmers Lamp

Condition: **New**

尺寸: A

Quantity: 1 Last One

Price: **US $45.90**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **Free** SpeedPAK Standard. See details

International shipment of items may be subject to customs processing and additional charges.

Located in: China, China

Delivery: Estimated between **Mon, Sep 25** and **Wed, Sep 27** to 32118

Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

Shop with confidence

eBay Money Back Guarantee

Get the item you ordered or you money back.

Learn more

## Seller information

dikenjiaju (9)

90.9% positive feedback

Save seller

Contact seller

Visit store

See other items

About this item | Shipping, returns, and payments | Report this i

Seller assumes all responsibility for this listing.

eBay item number: 285239332

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Brand | Unbranded |
| Type | Candle Lamp |

## Item description from the seller

Case 1:23-cv-24163

# Defendant No.:56

# Store:

# fashionista.888

# Platform:

# Ebay

Hi! <u>Sign in</u>    Sell    Watchlist ⌄    My eBay ⌄

 ebay    [🔍 Search for anything]    [All Categories ⌄]

 **fashionista.888**

**99.3% Posi...**    **1.5K It...**    **94 F...**    ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    **About**    Feedback    🔍 Search all 10,470 ite

## About us

Location: **China**
Member since: **Nov 24, 2022**
Seller: **fashionista.888**

## Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> ✓✗ and <u>AdChoice</u> ⓘ

Hi! **Sign in** or **register**    Daily Deals    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

 Shop by category ⌄    🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

## Shopping cart

**Send Us Your Comments**

ⓘ  You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay
Mastercard ®.

**See details**

**Go to checkout**

Item (1)                                    US $4...

Shipping ⓘ

Seller **fashionista.888**



Electric Wax Melt Warmer Lamp
Dimmable Fragrance Candle Lantern...
New
**LAST ONE**

Qty 1        US
$43.66

Standard        **Free
Shipping        shipping**

Standard
Shipping

Qty 1

**Save for later** | **Remove**

Subtotal                                US $43...

VISA  🔲 MasterCard  AMEX  Discover  PayPal  G Pay  ⌘...

## Related sponsored items

                        

Wall Plug Crystal          Wax Melt Warmer for        Metal Wax Melt             Electric Candle           El...
Electric Wax Melt          Scented Wax with USB       Warmer Electric Wax        Warmer Vintage Bulb       W...
Warmer Oil Burner...       Charging 7 Colors LE...    Warmer Wax Melter...       Electric Wax Melt...       Bu...
New                        New                        New                        New                       Ne...
**$15.99**                 **$32.99**                 **$14.35**                 **$23.90**                **$2...
US $20.99 24% off          + US $25.10 shipping       + US $24.65 shipping       + US $24.88 shipping       + U...
+ US $24.69 shipping       Seller with a 99.4%        **21 watchers**            Seller with a 99.1%        Se...
                           positive feedback                                     positive feedback          po...

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🔲 and AdChoice ⓘ

ebay

Hi! Sign in or register    Daily Deals    Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

Shop by category ⌄

Search for anything

All Categories

Search

⟨ Back to home page | Listed in category: Home & Garden > Candles & Home Fragrance > Candle Holders & Accessories

Share | Add to Wa

**Electric Wax Melt Warmer Lamp Dimmable Fragrance Candle Lantern Metal Iron**

Condition:   New

Price:   **US $43.66**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ **Breathe easy.** Returns accepted.

Shipping:   **Free Standard Shipping.** See details
Located in: US, United States

Delivery:   Estimated between **Sat, Sep 16** and **Wed, Sep 20** to 32118 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:   PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
fashionista.888 (297)
99.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

| About this item | Shipping, returns, and payments |

Report this i

Seller assumes all responsibility for this listing.
Last updated on Aug 24, 2023 02:31:37 PDT   View all revisions

eBay item number:   314685411

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Brand | Unbranded |
| Type | NA |
| Color | Black |
| MPN | Does Not Apply |
| UPC | Does Not Apply |
| ISBN | Does Not Apply |
| EAN | Does Not Apply |

## Item description from the seller

Case 1:23-cv-24163

# Defendant No.:57

# Store:

# fred.depann_92

# Platform:

# Ebay



# About us

Location: **Israel**

Member since: **Sep 03, 2018**

Seller: **fred.depann_92**

## Business details

Business name: **Karin Moshkowitz**

Address: **Tel Mond 214, 4065002 Tel Mond, Israel**

## Do you like our store experience?

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Shop by category

Hi! Sign in or register    Daily Deals    Help & Contact

Sell    Watchlist    My eBay

Search for anything    All Categories    Search    Advanced

# Shopping cart

Send Us Your Comments

ℹ You're signed out right now. To save these items or see your previously saved items, **sign in**.



Love it. Buy it. Get Rewarded.

Earn up to 5X points when you use your eBay Mastercard ®.

See details

**Go to checkout**

Item (1)    US $4...

Shipping ℹ

Subtotal    US $48...

Seller **fred.depann_92**



Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small an...

New

**LAST ONE**

Qty 1

US $48.99

Standard Shipping

**Free shipping**

Standard Shipping

Qty 1

Save for later    Remove

## Related sponsored items



Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...

New

**$25.90**

+ US $61.44 shipping

Seller with a 100% positive feedback



GenSwin Flameless Ivory Taper Candles Flickering with 10-Key...

New

**$57.62**

+ US $25.71 shipping

Seller with a 100% positive feedback



LED Flameless Candles Wax Pillar Battery Operated Lig...

New

**$8.99**

+ US $24.52 shipping



LitLuna Grey Flameless Candles Large Collect Set of 2- Realistic Wa...

New

**$53.59**

+ US $66.32 shipping

Seller with a 100% positive feedback

3P... Ca... Ne...

$2...

+ U...

Se... po...

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ℹ



# Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small and Large Candles

Condition: **New**

Price: **US $48.99**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping. See details
Located in: Pittsburg, California, United States

Delivery: Estimated between **Sat, Sep 16** and **Wed, Sep 20** to 32118
Includes **5 business days** handling time after receipt of cleared payment.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments:

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or you money back.
Learn more

**Seller information**
fred.depann_92 (30)
93.5% positive feedback

Save seller
Contact seller
Visit store
See other items

About this item | Shipping, returns, and payments | Report this i

Seller assumes all responsibility for this listing. eBay item number: **314686134**

Last updated on Sep 05, 2023 22:32:43 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Brand | Does not apply |
| Type | Does not apply |
| Item model number | -QW985 |
| Item Package Quantity | 1 |
| Style | Modern |
| Mounting Type | Tabletop |
| Power Source | Corded Electric |
| Part Number | -8962 |
| Color | Black |
| Product Dimensions | 12.79"L x 3.9"W x 6.49"H |
| Material | Metal |
| Batteries Required? | No |
| Item Weight | 1 pounds |
| Theme | Love |

Case 1:23-cv-24163

# Defendant No.:58

# Store:

# gadi_store

# Platform:

# Ebay



Hi! Sign in                                                          Sell    Watchlist ⌄    My eBay ⌄

## gadi_store10

97.5% Posi...    6.1K It...    291 F...    ⬆ Share    💬 Contact    ♡ Save Seller

Categories    Shop    **About**    Feedback    🔍 Search all 9,060 iten

## About us

Location: **Israel**
Member since: **Jan 26, 2021**
Seller: **gadi_store**

## Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓Ⓧ and AdChoice ⓘ

Hi! **Sign in** or **register**   Daily Deals   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒 1

ebay   Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ |   **Search**   Advanced

## Shopping cart

**Send Us Your Comments**

ℹ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard ®.

**See details**

**Go to checkout**

Item (1)                US $
Shipping ⓘ

**Subtotal**             US $4

💳 VISA 🔴 AMEX DISCOVER PayPal G Pay  Pay

### Seller **gadi_store**

|  | Candle Warmer Lamp with 2 Bulbs,Electric Candle Warmer with Tim... New | **Qty** 1 ⌄ | US $49.11 |

Expedited Shipping

Free shipping

Expedited Shipping

**Qty** 1 ⌄

**Save for later**   **Remove**

## Related sponsored items









| Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt... | Aromatherapy Melting Wax Lamp Dimmable night light table lamp... | 6 Pieces LED Flameless Taper Candles Battery... | Electric Dimmable Fragrance Lamp/Oil Burner/Wax... | Oil Gla - W |
| New | New | New | New | New |
| **$25.90** | **$23.14** | **$32.96** | **$21.90** | $1 |
| + US $61.44 shipping | + US $9.65 shipping | Free shipping | + US $69.90 shipping | + U |
| Seller with a 100% positive feedback | **5 watchers** |  | Seller with a 100% positive feedback | Se po |

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Hi! **Sign in** or **register**    Daily Deals   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔

**ebay**   Shop by category ⌄

[Search for anything]   All Categories ⌄   **Search**   Ad

< Back to home page | Listed in category:   Home & Garden > Candles & Home Fragrance > Candle Holders & Accessories

Share | Add to Wa



## Candle Warmer Lamp with 2 Bulbs,Electric Candle Warmer with Timer ,Dimmable Cand

Condition:   **New**

Quantity:   [1]   **2 available**

Price:   **US $49.11**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ **Breathe easy.** Free shipping and returns.

Shipping:   **Free** Expedited Shipping. See details
Located in: San Bernardino, California, United States

Delivery:   Estimated between **Fri, Sep 15** and **Mon, Sep 18** to 32118 ⓘ

Returns:   60 days returns. Seller pays for return shipping. **See details**

Payments:   PayPal   G Pay   VISA   ● MasterCard   AMEX   DISCOVER

### Shop with confidence

**eBay Money Back Guarantee**
Get the item you ordered or your money back.
**Learn more**

### Seller information

**gadi_store** (1491)
97.5% positive feedback

♡ **Save seller**
**Contact seller**
**Visit store**
**See other items**

---

About this item | Shipping, returns, and payments

Report this i

Seller assumes all responsibility for this listing.

Last updated on Sep 05, 2023 22:32:41 PDT **View all revisions**

eBay item number:   12587504

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... **Read more** |
| Brand | Does not apply |
| Type | Does not apply |
| Item model number | -QW985 |
| Style | Modern |
| Color | Black |
| Package Dimensions | 14.09 x 7.56 x 7.48 inches; 1 Pounds |
| Special Feature | Dimmable |
| Product Dimensions | 6.69"D x 6.69"W x 12.59"H |
| UPC | 7445057879804 |
| ISBN | Does not apply |
| EAN | 07445057879804 |

## Item description from the seller

Case 1:23-cv-24163

# Defendant No.:59

# Store:

# gayan_onlinemart

# Platform:

# Ebay

Hi! <u>Sign in</u>

Sell    Watchlist ⌄    My eBay ⌄



# Gayan Onlinemart

100% Posit...    52 Ite...    4 Fo...    ⬆ Share    💬 Contact    ♡ Save Seller

≡ Categories    Shop    **About**    Feedback    🔍 Search all 156 items

## About us

🛍 Welcome to our eBay store! We're thrilled to have you here . At GayanOnlineMart, we strive to provide a delightful shopping experience, offering top-notch customer service and high-quality items that meet your needs.

🎁 From trendy Decoration to unique home decor , our store has something for everyone. We take pride in offering a wide selection of items, ensuring you can find that perfect something you've been searching for.

🙇 Thank you for choosing GayanOnlineMart. Your support means the world to us, and we look forward to serving you with exceptional products and service.

Happy Shopping! 🛒

Location: **Sri Lanka**
Member since: **Mar 15, 2022**
Seller: **gayan_onlinemart**



Hi! Sign in or register    Daily Deals    Help & Contact          Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

ebay    Shop by category ⌄    [Search for anything]    [All Categories ⌄]    **Search**    Advanced

# Shopping cart

Send Us Your Comments

ℹ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard ®.

See details

---

Seller gayan_onlinemart

Candle Warmer Lamp with 2Bulbs Aromatic Holder Timer Dimmable...
New

Qty [1 ⌄]

US $54.99

Expedited Shipping

Free shipping
Expedited Shipping

Qty [1 ⌄]

Save for later    Remove

---

**Go to checkout**

Item (1)    US $5...

Shipping ⓘ

Subtotal    US $54...

[VISA] [MasterCard] [AMEX] [DISCOVER] [PayPal] [G Pay] [Pay]

## Related sponsored items









Christmas Candle Holder Tart Warmer Aromatic Oil Wax...
Pre-owned
**$14.98**
+ US $24.66 shipping
🏆 Top Rated Plus
Seller with a 99.9% positive feedback

Ceramic Essential Oil Burner Ornament Aromatic Lamp...
New
**$19.17**
US $20.18 5% off
Free shipping

Oil Burner Tealight Holder - Aromatic Fragrance Warmer for...
New
**$14.92**
Free shipping
Seller with a 100% positive feedback

FEBORA Aromatic Reed Diffuser 3.4 OZ /100ML. -VANILLA
New
**$16.95**
+ US $24.71 shipping

6 P...
Fla...
Ca...
Ne...
**$3...**
Fre...

---

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🌐 and AdChoice ⓘ



Hi! Sign in or register Daily Deals Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Ad

Back to home page | Listed in category: Home & Garden > Candles & Home Fragrance > Candle Holders & Accessories Share | Add to Wa

# Candle Warmer Lamp with 2Bulbs Aromatic Holder Timer Dimmable Candle Lamp Warmer

Condition: **New**

Quantity: 1 3 available

Price: **US $54.99**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **Free** Expedited Shipping. See details
Located in: Los Angeles, California, United States

Delivery: Estimated between **Fri, Sep 15** and **Wed, Sep 20** to 32118

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or you money back.
Learn more

Seller information
gayan_onlinemart (8)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

About this item | Shipping, returns, and payments | Report this i

Seller assumes all responsibility for this listing.

eBay item number: 225618800:

Last updated on Aug 08, 2023 05:03:54 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Pattern | Solid |
| Shape | Lamp |
| Size | Medium |
| Color | Black |
| Material | Metal |
| MPN | Does Not Apply |
| Mounting | Tabletop |
| Brand | Unbranded |
| Type | Candle Lamp |
| Style | Modern |
| Theme | Love |
| Features | Decorative, Dimmable |
| Finish | Bronze |
| Room | Bedroom, Indoor, Living Room |

Case 1:23-cv-24163

# Defendant No.:60

# Store:

# globebestdeal

# Platform:

# Ebay



Hi! <u>Sign in</u>                                                    Sell    Watchlist ⌄    My eBay ⌄         🔔        🛒

ebay    🔍 Search for anything          | All Categories ⌄ |



## globebestdeal

**98.4%** Po...    **847K** ...    **3.5K** ...         ⬆ Share    💬 Contact    ♡ Save Seller

| ☰ Categories |    Shop    **About**    Feedback    | 🔍 Search all 8,346 iter |

## About us

Welcome to our store !!! Our motivation is to provide our customers with Consumer Electronics ,Business & Industrial Equipment and Health & Beauty Skin Care Products at rock bottom prices.
Customer satisfaction and brand quality is at the forefront of our policy.
Best wishes !!!

Location: **China**
Member since: **Oct 18, 2007**
Seller: **globebestdeal**

## Top Rated Seller

globebestdeal is one of eBay's most reputable sellers. Consistently delivers outstanding customer service <u>Learn more</u>



Hi! Sign in or register Daily Deals Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in**.

**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard ®.

See details

Seller globebestdeal

**(UK Plug 220V Light Source)Electronic Candle Lamp Dimmable Candle Warm...**

New

Qty 1

US $45.47

SpeedPAK Standard

**Free shipping**

SpeedPAK Standard

Qty 1

Save for later | Remove

Save up to 9% when you buy more

Increase your item quantity to qualify

**Go to checkout**

Item (1) US $4

Shipping

Subtotal US $45

VISA | Mastercard | AMEX | DISCOVER | PayPal | G Pay | P

## Related sponsored items

Aromatherapy Melting Wax Lamp Dimmable night light table lamp...

New

**$23.14**

+ US $9.65 shipping

**5 watchers**

Electric Dimmable Fragrance Lamp/Oil Burner/Wax...

New

**$21.90**

+ US $69.90 shipping

Seller with a 100% positive feedback

Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...

New

**$25.90**

+ US $61.44 shipping

Seller with a 100% positive feedback

Oil Burner Made Of Glass - Unique Design - With A Dimmable...

New

**$18.99**

+ US $24.76 shipping

Seller with a 100% positive feedback

No
Re
Lai
Ne
$3
Fre
Se
po

About eBay Announcements Community Security Center Seller Information Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

9:08

Hi! **Sign in** or **register**    Daily Deals    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔

# ebay    Shop by category ⌄

All Categories ⌄    [ Search for anything ]    **Search**    Ad

< Back to home page | Listed in category:  Home & Garden  >  Candles & Home Fragrance  >  Candle Holders & Accessories

Share | Add to Wa



💲 SAVE UP TO **9%** WHEN YOU BUY MORE

### (UK Plug 220V Light Source)Electronic Candle Lamp Dimmable Candle Warmer Lamp US

Condition:  New

Quantity:  [ 1 ]    5 available

Price:  **US $45.47/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

↩ **Breathe easy. Returns** accepted.

Shipping:  **Free** SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:  🗓 Estimated between **Thu, Sep 28** and **Mon, Oct 2** to 32118 ⓘ
This item has an extended handling time and a delivery estimate **greater than 12 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:   

**Shop with confidence**

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
Learn more

 **eBay Money Back Guarantee**
Get the item you ordered or your money back.
Learn more

**Seller information**
**globebestdeal** (248717)
98.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

| About this item | Shipping, returns, and payments |

Report this i

Seller assumes all responsibility for this listing.
Last updated on Sep 10, 2023 13:52:29 PDT  View all revisions

eBay item number:  4044284964

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Brand | Unbranded |
| Type | As the description shows |
| UPC | 7082844141333 |
| ISBN | Does Not Apply |
| EAN | 7754713718587 |

Case 1:23-cv-24163

# Defendant No.:61

# Store:

# hydraceccano

# Platform:

# Ebay

Hi! <u>Sign in</u>    Sell    Watchlist ˅    My eBay ˅         **1**

    [ 🔍 Search for anything ] [ All Categories ˅ ]    [          ]

    # hydraceccano

97.7% Posi...    345 It...    21 F...        ⤴ Share    💬 Contact    ♡ Save Seller

[ ☰ Categories ]        Shop    **About**    Feedback        [ 🔍 Search all 3,267 iten ]

## About us

Location: **Israel**
Member since: **Sep 29, 2006**
Seller: **hydraceccano**

## Business details

Business name: **Shmuel Ben**
Address: **Hashevaa 91, 7900271 Netanya, Israel**

## Do you like our store experience?    👍    👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> ✓🅇 and <u>AdChoice</u> ⓘ



Hi! <u>Sign in</u> or <u>register</u>   Daily Deals   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒 **1**

**Shop by category** ⌄

Search for anything | All Categories ⌄ | **Search** | Advanced

## Shopping cart

<u>Send Us Your Comments</u>

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard ®.

**See details**

| | | |
|---|---|---|
| | **Go to checkout** | |
| | Item (1) | US $... |
| | Shipping ⓘ | |
| | **Subtotal** | US $49... |

VISA  🟠 mastercard  AMERICAN EXPRESS  DISCOVER  PayPal  G Pay  🍎

Seller <u>hydraceccano</u>



**Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small an...**
New
**LAST ONE**

Qty 1

**US $49.99**

Standard Shipping

**Free shipping**

Standard Shipping

Qty 1

<u>Save for later</u>   <u>Remove</u>

## Related sponsored items



3PCS Outdoor Flameless Candles w Remote Timer LED...
New
**$21.99**
+ US $24.83 shipping
**10% off 3+ with coupon**



GenSwin Flameless Ivory Taper Candles Flickering with 10-Key...
New
**$57.62**
+ US $25.71 shipping
Seller with a 100% positive feedback



LitLuna Grey Flameless Candles Large Collect Set of 2- Realistic Wa...
New
**$53.59**
+ US $66.32 shipping
Seller with a 100% positive feedback



LED Flameless Candles Wax Pillar Battery Operated Lig...
New
**$8.99**
+ US $24.52 shipping

3P Ca... Ne...
**$2...**
+ U...
Se... po...

About eBay   Announcements   Community   Security Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> and <u>AdChoice</u> ⓘ



Hi! Sign in or register Daily Deals Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Ad

Back to home page | Listed in category: Home & Garden > Candles & Home Fragrance > Candle Holders & Accessories

Share | Add to Wa

# Candle Warmer Lamp W/Timer - Dimmable Candle Lamp - with Small and Large Candles

Condition: **New**

Price: **US $49.99**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping. See details
Located in: Fort Lauderdale, Florida, United States

Delivery: Estimated between **Sat, Sep 16** and **Thu, Sep 21** to 32118
Includes **5 business days** handling time after receipt of cleared payment.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, Discover

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or you money back.
Learn more

## Seller information

hydraceccano (181)
97.7% positive feedback

Save seller
Contact seller
Visit store
See other items

About this item | Shipping, returns, and payments | Report this i

Seller assumes all responsibility for this listing.

eBay item number: 25612961[illegible]

Last updated on Sep 05, 2023 22:32:45 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Brand | Does not apply |
| Type | Does not apply |
| Item model number | -QW985 |
| Item Package Quantity | 1 |
| Style | Modern |
| Mounting Type | Tabletop |
| Power Source | Corded Electric |
| Part Number | -8962 |
| Color | Black |
| Product Dimensions | 12.79"L x 3.9"W x 6.49"H |
| Material | Metal |
| Batteries Required? | No |
| Item Weight | 1 pounds |
| Theme | Love |

Case 1:23-cv-24163

# Defendant No.:62

# Store:

# jewelry2020_us

# Platform:

# Ebay

 **Jewelry2020us**

Sell    Watchlist ⌄    My eBay ⌄



Search all 29 iter

ⓘ The seller is away until Wed, Oct 11, 2023. Expect a delay in delivery until they return.





# Jewelry2020us

**97.9% Pos...**    **18K It...**    **844 ...**    ⬆ Share    💬 Contact    ♡ Save Seller

Categories    Shop    **About**    Feedback    🔍 Search all 29 items

## About us

Location: **China**
Member since: **Apr 20, 2020**
Seller: **jewelry2020_us**

## Top Rated Seller

Jewelry2020us is one of eBay's most reputable sellers. Consistently delivers outstanding customer service [Learn more](#)

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map



Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ⁱ

    Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search** | Advanced

# Shopping cart

**Send Us Your Comments**

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.
The seller of one or more items in your cart is on vacation. If you wish to purchase the item, please allow additional time for your order to be shipped.
You can also contact the seller and ask to be notified when they return.

 **Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**



**Go to checkout**

Item (1)                US $2...
Shipping ⓘ

**Subtotal**           US $28...

VISA  MasterCard  AMEX  Discover  PayPal  GPay  ⬤P...

Seller **jewelry2020_us**

ⓘ The seller is on vacation. If you wish to purchase the item, please allow additional time for your order to be shipped.



**Electric Candle Warmer Lamp Melting Dimmable Candle Holder Home**
White
New

Qty [ 1 ⌄ ]

US $28.29

SpeedPAK Standard    Free shipping
SpeedPAK Standard

Qty [ 1 ⌄ ]

**Save for later** | **Remove**

Save up to 20% when you buy more
Increase your item quantity to qualify

## Related sponsored items









Aromatherapy Melting Wax Lamp Dimmable night light table lamp...
New
$23.14
+ US $9.65 shipping
**5 watchers**

LED Aromatherapy Lamp Wax Melting Oil Burner Mosaic Electri...
New
$19.29
Free shipping

Electric Plugs Led Aroma Lamps Wax Melting Oil Burners...
New
$20.87
US $23.99 13% off
Free shipping

Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...
New
$25.90
+ US $61.44 shipping
Seller with a 100% positive feedback

Ca...
for...
Ne...
$6...
US...
+ U...

Hi! **Sign in** or **register**   Daily Deals   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄   🔔

ebay   Shop by category ⌄

[Search for anything]   [All Categories ⌄]   [**Search**]   Ad

⟨ **Back to home page**   | Listed in category:   Home & Garden ⟩ Candles & Home Fragrance ⟩ Candle Holders & Accessories

Share | Add to Wa

⊡ The seller is away until Oct 11, 2023. Add this item to your watchlist to keep track of it.

💲 **SAVE UP TO 20%** WHEN YOU BUY MORE



### Electric Candle Warmer Lamp Melting Dimmable Candle Holder Home

Condition: New

Color: [ White ⌄ ]

Quantity: [ 1 ]   10 available

Price: **US $28.29/ea**

[ **Add to cart** ]

[ ♡ **Add to watchlist** ]

↩ **Breathe easy.** Returns accepted.

Shipping: **Free** SpeedPAK Standard. **See details**
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery: ⊡ Estimated between **Mon, Oct 23** and **Wed, Oct 25** to 32118 ⓘ
Please note the delivery estimate is **greater than 33 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. **See details**

Payments:  



Shop with confidence

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. **Learn more**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. **Learn more**

**Seller information**
**jewelry2020_us** (**3023**)
97.9% positive feedback

♡ **Save seller**
**Contact seller**
**Visit store**
**See other items**

---

| About this item | Shipping, returns, and payments |

Report this i

Seller assumes all responsibility for this listing.

Last updated on Sep 10, 2023 14:07:50 PDT   **View all revisions**

eBay item number:   125794700

### Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... **Read more** |
| Additional Parts Required | Does Not Apply |
| Base Diameter | Does Not Apply |
| Brand | Unbranded |
| Candle Hole Size | Does Not Apply |
| Country/Region of Manufacture | China |
| Customized | Does Not Apply |

Case 1:23-cv-24163

# Defendant No.:63

# Store:

# letgoshop

# Platform:

# Ebay

Hi! Sign in

 ebay

Search for anything | All Categories ⌄ |

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒



## letgoshop

**99.5% Pos...**    **15K It...**    **372 ...**    ⬆ Share    💬 Contact    ♡ Save Seller

Shop    **About**    Feedback    🔍 Search all 22,202 items

# About us

Location: **Thailand**
Member since: **Mar 12, 2019**
Seller: **letgoshop**

## Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✅❌ and AdChoice ⓘ



Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 **1**

 **Shop by category** ⌄

Search for anything    | All Categories ⌄ |    **Search**    Advanced

## Shopping cart

**Send Us Your Comments**

ⓘ    You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard ®.

**See details**

**Go to checkout**

Item (1)    US $4~

Shipping ⓘ    Free~

**Subtotal**    US $44~

VISA  🔴 mastercard  AMERICAN EXPRESS  DISCOVER  PayPal  G Pay  Pay

Seller **letgoshop**




**yzbao Candle Warmer Lamp Electric Candle Lamp Warmer with Timer and...**

New

**LAST ONE**

Qty 1

US $44.54

UPS 3 Day Select    Free shipping

UPS 3 Day Select

Qty 1

**Save for later**    **Remove**

## Related sponsored items






Mist Humidifiers 700ml Living Room with Auto Shut Off with Lights

New

**$39.81**

US $41.91 5% off

Free shipping

Mist Humidifiers Auto Shut Off with Nightlight for Yoga...

New

**$37.69**

US $40.10 6% off

Free shipping

Mist Humidifiers Desktop Office Table with Auto Shut Off Air...

New

**$39.87**

Free shipping

Mist Humidifiers with Water Droplets Hotel Auto Shut Off Air...

New

**$38.93**

US $41.42 6% off

Free shipping

**5% off 2+ with coupon**

Mi~
De~
Of~
Ne~

$3~

US~
Fre~

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

## We offer Free Shipping on all order!!

Wel come to my stores, The Smart of your choice and satisfaction guarantee.

# yzbao Candle Warmer Lamp, Electric Candle Lamp Warmer with Auto Shut Off, Dimmable Candle Warmer Lantern for Jar Candle Burner Lamp with 2 Bulbs Father's Day Gift (Bronze)

## 📷 Gallery



### ☎ Delivery

☎ If you have any question contact us. Please send us
We reply every message w receive our reply. We think your message. Please send

### 💳 Payment Policy

❤ Payment managed by

### 🚚 Shipping Policy

➢ We only send the item address on Ebay, the ad once we pack the item. shipping address it befo payment.
➢ It should take 3-5 bus product to reach your d
➢ If the product doesn't within the time limit, ple 1-2 business days in ca possible technical issue
➢ We use a selection of as UPS, FedEx, USPS et
➢ We ship only to the 48 America. We do not ship Protectorates, APO/FPC Boxes. Local pickups an
➢ If it takes any longer t hesitate to contact us to

### 💬 Feedback

❤ We take our reputation online, so we understand th unsatisfied with your order, will work with you to resolv

### 🔄 Return Policy

- This product comes with 3 Guarantee.

- If you receive an item and you don't like it because of

- We have a 100% refund/re a new item or refund your r amount.

- For all returned products, the returning address.

## ℹ Product Description

### Features

【Candle Warmer Lamp With Timer And Adjustable Brightness】The step-less dimming candle warmer light bulbs with 3 Level Brightness Options. The set timer of 2/4/8 hours lets you have a good sleep without worrying about accidents or overheating your candle.
【Candle Lamp Warmer Fit Most Candles】 This lamp candle warmer fits most of the candles on the market. Product Size:length:17cm/ 7inch, height: 31cm/12.2inch, Weight: 0.5kg. Fit Candle diameter <10cm, candle height <13cm (Candles are not included in the product).
【Candle Warming Lamp Safe & Stable】 candle wax melter There're no flames or smoke which greatly reduces the risks of fire concerns. The base and support are made of solid metal, the center of gravity are on the base, the wax warmers won't topple down and the telescopic support rod won't slip, stable standing is provided.
【Vintage Wax Melt Warmer Candle Lamp】Comes with a pearl white/ Black/ Gold/ Red lampshade and base support with a matte gold holder. This candle lamp warmer shade presents a simple with a clean line, easy to fit in most decor for modern, classic, rustic, and industrial. Candle Melter works with candles and you can choose your favorite scent to fill your home. Freshen up your room, living room, bedroom, office, kitchen, yoga studios or anywhere you frequent.
【Father'Day Gift】 Candle Melting Lamp is the perfect gift for pet owners and parents! It will be the gift choice to show your love to your family, lover, or friends on Father's Day, Valentine's Day, Thanksgiving, Christmas, New Year, Housewarming, or other special occasions.

## Thank you for your business, your trust and your confidence. It is our pleasure to work with our customers.

   

Case 1:23-cv-24163

# Defendant No.:64

# Store:

# liyuli45

# Platform:

# Ebay

Hi! <u>Sign in</u>    Sell    Watchlist ⌄    My eBay ⌄

    Search for anything    | All Categories ⌄ |



# liyuli45

**97.8%** Pos...    **10K** It...    **247** ...    ⬆ Share    💬 Contact    ♡ Save Seller

Shop    **About**    Feedback    🔍 Search all 5,710 items

## About us

Location: **China**
Member since: **Apr 24, 2020**
Seller: **liyuli45**

# Do you like our store experience?    👍  👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> ✅❌ and <u>AdChoice</u> ⓘ



Hi! **Sign in**                                        Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ①

**ebay**    🔍 Search for anything                          | All Categories ⌄ |

# Shopping cart                                    **Send Us Your Comments**

ℹ️  You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay
Mastercard ®.
**See details**

**Go to checkout**

Item (1)                                US $47.16
Shipping  ⓘ                                 Free

**Subtotal**                             US $47.16

VISA  MasterCard  AMEX  DISCOVER  PayPal  G Pay  Apple Pay

**Seller liyuli45**

**Candle Warmer
Wax Melt Lamp f...**
New

Qty
| 1 ⌄ |                                   $47...

SpeedPAK
Standard

**Free
shipping**

SpeedPAK
Standard

Qty
| 1 ⌄ |

**Save for later** | **Remove**

✅  **Offer applied
Save up to 11%**                              ⟩

# Related sponsored items



Hi! Sign in or register   Daily Deals   Help & Contact

Sell   Watchlist ∨   My eBay ∨   🔔

ebay   Shop by category ∨

🔍 Search for anything | All Categories ∨ | **Search**   Ad

< Back to home page | Listed in category: Home & Garden > Candles & Home Fragrance > Candle Holders & Accessories

Share | Add to Wa

🔴 **SAVE UP TO 7% WHEN YOU BUY MORE**



### Candle Warmer Wax Melt Lamp for TCandle Melting Waxing Burner Aromatherapy H3X5

Condition: New

Quantity: [ 1 ]   6 available

Price: **US $47.16/ea**
Was ~~US $52.99~~ ⓘ
Save US $5.83 (11% off)

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

↩ **Breathe easy.** Returns accepted.

Shipping: **Free** SpeedPAK Standard. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery: ▣ Estimated between **Thu, Sep 28** and **Mon, Oct 2** to 32118 ⓘ
This item has an extended handling time and a delivery estimate **greater than 12 business days**.
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: 💳 PayPal | G Pay | VISA | ● MasterCard | AMEX | DISCOVER

**Shop with confidence**

💲 **eBay Money Back Guarantee**
Get the item you ordered or your money back.
Learn more

**Seller information**
liyuli45 (2524)
97.8% positive feedback

♡ **Save seller**
**Contact seller**
**Visit store**
**See other items**

---

About this item | Shipping, returns, and payments

Report this i

Seller assumes all responsibility for this listing.

Last updated on Sep 07, 2023 22:19:49 PDT View all revisions

eBay item number: 3148069323

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| MPN | Does Not Apply |
| Brand | Unbrand |
| Marke | SODIAL |
| Hersteller | SODIAL |
| Type | Regular Type |

Case 1:23-cv-24163

# Defendant No.:65

# Store:

# Mikipo

# Platform:

# Ebay



Hi! Sign in

Sell    Watchlist ⌄    My eBay ⌄



Search for anything    | All Categories ⌄ |



## Mikipo

**99.2% Posi...**    **410 It...**    **32 F...**    🔗 Share    💬 Contact    ♡ Save Seller

Shop    **About**    Feedback    🔍 Search all 7,504 items

# About us

Location: **Israel**

Member since: **Jul 13, 2014**

Seller: **mikipo**

## Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓✗ and AdChoice ⓘ



Hi! <u>Sign in</u>

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ¹

🔍 Search for anything              | All Categories ⌄ |

# Shopping cart

<u>Send Us Your Comments</u>

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard®.

**See details**

---

Seller <u>mikipo</u>

| | | | |
|---|---|---|---|
|  | <u>Candle Warmer Lamps, Dimmable Candle Lanterns, Top Candle Warmer…</u><br>New<br>**LAST ONE** | Qty 1 | US $68.06<br><br>Expedited Shipping |

|  | Free shipping |
|---|---|
|  | Expedited Shipping |
|  | Qty 1 |

<u>Save for later</u> | <u>Remove</u>

---

**Go to checkout**

Item (1)    US $68.06

Shipping ⓘ    Free

Subtotal    US $68.06

---

## Related sponsored items

        

| Aromatherapy Melting Wax Lamp Dimmable night light table lamp…<br>New<br>**$23.14**<br>+ US $9.65 shipping<br>**5 watchers** | Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt…<br>New<br>**$25.90**<br>+ US $61.44 shipping<br>Seller with a 100% positive feedback | Oil Burner Made Of Glass - Unique Design - With A Dimmable…<br>New<br>**$18.99**<br>+ US $24.76 shipping<br>Seller with a 100% positive feedback | 6 Pieces LED Flameless Taper Candles Battery…<br>New<br>**$32.96**<br>Free shipping | Ele…<br>Fra…<br>Bu…<br>Ne…<br>$2…<br>+ U…<br>Se…<br>po… |

---

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> and <u>AdChoice</u> ⓘ

## Item description from the seller

Return Policy       Fast Delivery       Trusted seller

### Candle Warmer Lamps, Dimmable Candle Lanterns, Top Candle Warmer with Black



### Product Description

【Safer Way for Enjoyment】: The candle warmer lamps use the thermal energy created by the included bulb to heat the candle from the top down, freeing you from the worries and risks of burning fire; turn it on, our candle warmer lamp will take care of your home scented safely

【Candle Lovers' Partner】: This dimmable candle lamp heats the candle evenly, smoothly releg a cleaner, purer and subtler scent without soot; The aroma lasts longer, almost double the value of your candles than burning; With the attached dimmer, you can also adjust the brightness and the strength of scents

【Multi-functional 3 in 1】: The candle warmer lanterns are not only warmers for candles but also dimmable bedside sleep lights and stylish home decor that is suitable for the bedroom, living room and study; This aroma warmer lamp is also a decent gift for your loving ones on all kinds of occasions

【Materials & Size】: Classic lantern design with metal lamp body ensures its high quality, durability and dignity; The diameter of the wood base is 6 inches, compatible with fits all size candles such as the Yankee candles, Bath and Body Work 3 Wick Candles etc.

【Customer Service】: We offer a 2-year warranty to our customers. So if you have any questions regarding our products or need further support, contact us via to leave us a message. We will always answer your enquiry within 24 hours.

---



Shipping

Returns

Payment

#### Shipping

Shipping is FREE to all addresses other than APO/PO boxes in the lower 48 states. All our stock ships from US-based warehouses. Shipped via USPS or UPS (depending on location and package weight) Unless stated otherwise, all orders will ship within 24-72 hours of your payment being processed. Check our feedback to see the great reviews of FAST shipping we offer.

Case 1:23-cv-24163

# Defendant No.:66

# Store:

# mixed.db.store

# Platform:

# Ebay

**mixed.db.store**

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒

Search all 200 item





## mixed.db.store

100% Posi...    2.5K I...    83 F...        📤 Share    💬 Contact    💚 Save Seller

Shop    **About**    Feedback    🔍 Search all 200 items

## About us

Kitchen,Dinning, Toys and Games, Home and Garden, Indoor Outdoor, Sport and Recreation, Dogs and Cats, Cookware Sets, Pans & Pots, Skillets, Woks & Stir Fry Pans, Dutch Ovens, Steamers, Stock & Pasta Pots, Dinnerware Sets, Serveware, Flatware, Cups, Mugs & Saucers, Plates, Bowls, Cutlery & Knife Accessories, Knife Sets, Cutting Boards, Appliances, Microwaves, Coffee, Tea and Espresso, Ovens & Toasters, Blenders, Pressure Cookers, Mixers, Food Processors, Slow Cookers, Rice Cookers, Major Appliances, Bakeware, Mixing Bowls, Baking Sheets, Cake Pans, Pizza Pans & Stones, Kitchen & Table Linens, Tablecloths, Table Runners, Placemats, Dish Towels, Utensils & Gadgets, Measuring Cups, Cooking Utensils, Seasoning & Spice Tools, Graters, Can Openers, Travel & To-Go Food Containers, Travel Mugs, Lunch Boxes, Storage & Organization, Food Storage, Spice Racks, Wine Racks, Cabinet & Drawer Organization, Pantry Cabinets, Baker's Racks

Location: **Israel**
Member since: **Aug 09, 2019**
Seller: **mixed.db.store**





Hi! **Sign in** or **register**    Daily Deals    Help & Contact                                                                                    Sell    Watchlist ⌄    My eBay ⌄        🔔        🛒 1

**ebay**        Shop by category ⌄        [Search for anything                    ]    [All Categories ⌄]        **Search**        Advanced

## Shopping cart                                                                                    Send Us Your Comments

ℹ️  You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

Seller **mixed.db.store**

| | | | |
|---|---|---|---|
| | Candle Warmer Lamp w/ Timer Dimmable Electric Adjustable Height f... New | Qty [1 ⌄] | US $42.73 |

Economy Shipping                    Free shipping
                                    Economy Shipping

Qty [1 ⌄]

**Save for later**    **Remove**

**Go to checkout**

Item (1)                                        US $4...
Shipping ⓘ

**Subtotal**                                    US $42...

VISA  ●● AMEX  DISCOVER  PayPal  G Pay  Pay

## Related sponsored items

      

LED Flameless Candles Wax Pillar Battery Operated Lig...
New
**$8.99**
+ US $24.52 shipping

Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...
New
**$25.90**
+ US $61.44 shipping
Seller with a 100% positive feedback

6pcs Battery Operated Flameless Taper Candles 9.8" Electric...
New
**$25.66**
+ US $24.92 shipping
💎 Top Rated Plus
Seller with a 99.6% positive feedback

Electric Dimmable Fragrance Lamp/Oil Burner/Wax...
New
**$21.90**
+ US $69.90 shipping
Seller with a 100% positive feedback

Ce...
Wa...
Ne...
$2...
+ U...

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi! Sign in | Sell | Watchlist | My eBay

ebay | Search for anything | All Categories

Back to home page | Listed in category: Home & Garden > Candles & Home Fragrance > Candle Holders & Accessories

Share | Add to Wa

## Candle Warmer Lamp w/ Timer Dimmable Electric Adjustable Height for Jar Candles

Condition: **New**

Quantity: 1 10 available

Price: **US $42.73**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Economy Shipping. See details
Located in: Santa Ana, California, United States

Delivery: Estimated between **Fri, Sep 15** and **Mon, Sep 18** to 32118

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or you money back.
Learn more

**Seller information**
mixed.db.store (840)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

About this item | Shipping, returns, and payments | Report this i

Seller assumes all responsibility for this listing.

eBay item number: 404461583

Last updated on Aug 31, 2023 15:55:06 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Features | with Timer, Dimmable, Wood Base, Decorative |
| MPN | does not apply |
| Department | Adults, Teens |
| Pattern | Solid |
| Suitable For | Jar Candle |
| Size | Medium |
| Country/Region of Manufacture | Unknown |
| Material | Metal, Wood |
| Shape | as image shown |
| Character | n/a |
| Finish | Matte |
| Brand | Rainbean |
| Style | Colonial |
| Color | black |

Case 1:23-cv-24163

# Defendant No.:67

# Store:

# moyaalenushka

# Platform:

# Ebay

Hi! Sign in

Sell    Watchlist ⌄    My eBay ⌄



| Search for anything | All Categories ⌄ |



## moyaalenushka

100% Posit...    129 It...    10 F...    ⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    **About**    Feedback    🔍 Search all 4,542 iter

## About us

Location: **Israel**
Member since: **Jan 23, 2013**
Seller: **moyaalenushka**

## Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓⊠ and AdChoice ⓘ

Hi! **Sign in** or **register**     Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

  **Shop by category** ⌄

Search for anything     All Categories ⌄    **Search**    Advanced

# Shopping cart

Send Us Your Comments

ℹ️  You're signed out right now. To save these items or see your previously saved items, **sign in**.

**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
See details

Seller **moyaalenushka**



Candle Warmer Lamp | Candle Warmer Lamp with Timer and Dimmer | Electric...
New
**LAST ONE**

Qty 1

US $53.99

Standard Shipping    Free shipping    Standard Shipping    Qty 1

Save for later    Remove



**Go to checkout**

Item (1)                    US $5...
Shipping ⓘ

**Subtotal**              US $53...

VISA  mastercard  AMEX  DISCOVER  PayPal  G Pay  ⌖ Pay

## Related sponsored items







Fragrance Lamp Tart Oil Warmer Beautiful Elephant with Dimmer
New
**$48.00**
+ US $71.89 shipping
**5 watchers**

White Tiger Fragrance Lamp Tart Oil Warmer with Dimmer
New
**$48.00**
+ US $71.89 shipping

Purple Glass Electric Fragrance Lamp Oil Burner Wax Warmer...
New
**$19.99**
+ US $31.78 shipping
**6 watchers**

Electric Wax Melt Warmer with Timer, Wax Warmer for...
New
**$46.99**
+ US $25.45 shipping
Seller with a 99.1% positive feedback

Fra...
Oil
Ov...
Ne...
**$4...**
+ U...

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**Less than 24 hours response time**
Our dedicated staff is happy to help.

**FAST SHIPPING** On All Items    **30 DAYS MONEY** Back Guarantee    **CUSTOMER SUPPORT** Excellent Service    **100% SATISFACTION** Satisfaction Guaranteed

## Candle Warmer Lamp | Candle Warmer Lamp with Timer and Dimmer | Electric Candle Melter Compatible with Small and Large Jar Candles | Gift for Home Room Bedroom Living Room Decor

### Description



| | |
|---|---|
| Light Source Type | GU10 |
| Item model number | Dimmable Candle Light |
| Style | Morden |
| Number of Items | 1 |
| Assembly required | No |
| Lamp Type | 氛围灯 |
| Controller Type | Remote Control |
| Room Type | Baby,Bedroom,Home Room,Living Room,Room |
| Switch Type | Dimmer |
| Batteries required | No |
| Product Dimensions | 6.5"D x 6.5"W x 12.8"H |
| Material | Metal |
| Finish Type | Polished |
| Included Components | Timer and Dimmer |
| Item Weight | 1.9 pounds |
| Connectivity Technology | USB |
| Special Feature | Timing and Dimming |
| Mounting Type | Tabletop |
| Color | White |
| Wattage | 50 watts |
| Shade Material | Iron |
| Finish types | Polished |
| Number of pieces | 1 |

- 【Traditional and Versatile】 Curvy stem and a semi-matte finish make this an excellent lamp for your desk.
- 【Easy and Safe】 Place your favorite candle inside and enjoy without soot, smoke, or an open flame, suitable for pet family, baby family.
- 【Easy to Install & Use】 It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance.
- 【Stepless Dimming】 You can freely adjust the brightness of this candle lamp, soft LED light creates the ambiance of a burning candle and allowing you to enjoy a warm and comfortable time.
- 【Widely Application】 This candle warmer lamp is a stylish, modern, exquisite and creative candle melting lamp. It is a perfect choice for home, farmhouse, bedroom, living room and study room. It is a great romantic gift. (Wax Not Included)

Case 1:23-cv-24163

# Defendant No.:68

# Store:

# myhomepoint

# Platform:

# Ebay



Hi! Sign in                                  Sell    Watchlist ⌄    My eBay ⌄

# myhomepoint

0% Positive feedback (0)                                      💬 Contact    ♡ Save

☰ Categories          Shop    **About**    Feedback          🔍 Search all 28 items

# About

Welcome to our store for the sale of technological products online. We offer a wide range of products, including computers, phones, tablets, televisions, audio and video equipment, and more. All our products are of high quality and come with a guarantee. We also offer a variety of shipping and payment options so you can find the one that works best for you.

Location: **Argentina**
Member since: **Jul 05, 2023**

Do you like our profile experience?    👍    👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓✗ and AdChoice ⓘ

Hi! Sign in

Sell    Watchlist    My eBay    1



All Categories

Send Us Your Comments

# Shopping cart

ℹ You're signed out right now. To save these items or see your previously saved items, **sign in**.

 **Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard®.
**See details**

**Go to checkout**

| | |
|---|---|
| Item (1) | US $39.50 |
| Shipping ℹ | US $2.28 |
| **Subtotal** | **US $41.78** |

## Seller myhomepoint



Candle Warmer Lamp With Timer, Dimmable Candle Lamp Warmer Electr...
Black
New

Qty
1

US $39.50

Expedited Shipping

+ US $2.28
Expedited Shipping

Qty
1

Save for later | Remove

## Related sponsored items









Electric Candle Warmer Lamp with Timer Dimmable Top...
New
**$19.99**
+ US $61.30 shipping
🏆 Top Rated Plus
Seller with a 99.1% positive feedback

Candle Warmer Lamp, Electric Candle Warmer with Timer,...
New
**$94.29**
+ US $34.72 shipping

Warmer Lamp Dimmable with Timer for Jar Candles Metal...
New
**$45.99**
+ US $54.53 shipping
Seller with a 99% positive feedback

YinMusi Electric Candle Warmer Dimmable Lamp Light...
New
**$39.95**
+ US $61.79 shipping
Seller with a 99.3% positive feedback

Ca...
Ca...
wit...
New
$5...
+ U...

About eBay   Announcements   Community   Security Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ℹ

Hi! Sign in

Sell  Watchlist ∨  My eBay ∨  🔔

**ebay**

🔍 Search for anything | All Categories ∨

◁ Back to home page | Listed in category: Home & Garden › Candles & Home Fragrance › Home Fragrance          Share | Add to Wa



### Candle Warmer Lamp With Timer, Dimmable Candle Lamp Warmer Electric Candle Warme

Condition: New

Color-: [ Black ∨ ]

Quantity: [ 1 ]   6 available

Price: **US $39.50**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ **Add to watchlist** ]

↩ **Breathe easy.** Returns accepted.

Shipping: US $2.28 Expedited Shipping.
See details
International shipment of items may be
subject to customs processing and
additional charges. ⓘ
Located in: hangzhou, China

Delivery: Estimated between **Sat, Sep 16**
and **Wed, Sep 20** to 32118 ⓘ
Please allow additional time if
international delivery is subject to
customs processing.

Returns: 30 days returns. Buyer pays for
return shipping. See details

Payments: PayPal  G Pay  VISA  mastercard
AMEX  DISCOVER

**Shop with confidence**

$ eBay Money Back Guarantee
Get the item you ordered or you
money back.
Learn more

**Seller information**
myhomepoint (0)

♡ Save seller
Contact seller
See other items

---

| About this item | Shipping, returns, and payments |                          Report this i |

Seller assumes all responsibility for this listing.                    eBay item number: 38597955 2

## Item specifics

Condition        New: A brand-new, unused, unopened, undamaged item in its original packaging (where
                 packaging is ... Read more

Brand            Unbranded

MPN              Does not apply

## Item description from the seller

Case 1:23-cv-24163

# Defendant No.:69

# Store:

# rodeo_01

# Platform:

# Ebay



Hi! Sign in                                          Sell     Watchlist ⌄     My eBay ⌄

# About

Location: **Republic of Azerbaijan**
Member since: **Dec 20, 2022**

Do you like our profile experience?  👍  👎

About eBay     Announcements     Community     Security Center     Seller Information Center     Policies     Affiliates

Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓🅧 and AdChoice 🅧



Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

**Shop by category** ⌄



Search for anything    All Categories ⌄    **Search**    Advanced

# Shopping cart

**Send Us Your Comments**

ℹ️  You're signed out right now. To save these items or see your previously saved items, **sign in**.

**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard ®.

See details



**Go to checkout**

Item (1)    US $4...

Shipping ⓘ

**Subtotal**    US $42...

VISA 🔵 AMEX DISCOVER PayPal GPay ◻Pay

## Seller **rodeo_01**



Electric Candle Warmer, Candle Warmer Lamp with Timer and Dimmable Candle...

New

**LAST ONE**

Qty 1    US $42.99

Economy Shipping    Free shipping

Economy Shipping

Qty 1

**Save for later**    **Remove**

---

# Related sponsored items







Electric Dimmable Fragrance Lamp/Oil Burner/Wax...

New

**$21.90**

+ US $69.90 shipping
Seller with a 100% positive feedback

Electric Wax Melt Warmer with Timer, Wax Warmer for...

New

**$46.99**

+ US $25.45 shipping
Seller with a 99.1% positive feedback

Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...

New

**$25.90**

+ US $61.44 shipping
Seller with a 100% positive feedback

JULIE ANN HOME Blue Leaf Ceramic Candle Warmer Electric with...

New

**$28.93**

+ US $61.52 shipping

Vir...
Ca...
Tin...
Ne...

$4...

+ U...

---

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

# Electric Candle Warmer, Candle Warmer Lamp with Ti and Dimmable Candle Light, Plug in Candle Wax War Large



- 【**Candle Warmer Adjustable Brightness and** dimming candle warmer light bulbs with 3 Level Brigh timer of 2/4/8 hours lets you have a good sleep without w or overheating your candle.

- 【**Electric Candle Warmer Fit Most Candles**】P Size:length:17cm/ 7inch, height: 31cm/12.2inch, Weight: diameter <10cm, candle height <13cm (Candles are not i

- 【**Easy and Safe Candle Warmer Lamp**】Say goo Enjoy your favourite flameless candles safely with our lan It uses heat to melt the candle from top to bottom, releas fragrance, Suitable for pet famly, baby family.

- 【**Vintage Candle Lamp Warmer**】Comes with a p Red lampshade and base support with a matte gold holde wax melts shade presents a simple style with clean line, for modern, classic, rustic, industrial. A great gift for birth

- 【**Candle Warmer Auto Shut Off**】The candle war with candles and you can choose your favourite scent to you eliminate the worst odours such as pet urine, rubbish bathroom smells. Freshen up your room, home, break ro kitchen, basement or anywhere you frequent.

| | |
|---|---|
| Style: | Modern |
| Brand: | cepignoly |
| Color: | White |
| Special Feature: | 防锈 |
| Light Source Type: | 白炽灯 |

| | |
|---|---|
| **Style:** | Modern |
| **Brand:** | cepignoly |
| **Color:** | White |
| **Special Feature:** | 防锈 |
| **Light Source Type:** | 白炽灯 |
| **Finish Type:** | 仿旧 |
| **Power Source:** | Corded Electric |
| **Product Dimensions:** | 8.6 x 8.6 x 13.3 inches |
| **Manufacturer:** | cepignoly |
| **ASIN:** | B0BNY8DV86 |
| | _3.1 out of 5 stars_   11 ratings |
| **Customer Reviews:** | |
| | 3.1 out of 5 stars |
| **Best Sellers Rank:** | #56,849 in Home & Kitchen (See Top 100 in Home & Kitchen) #22 in Candle Lamps |
| **Date First Available:** | December 4, 2022 |

RODEO

Case 1:23-cv-24163

# Defendant No.:70

## Store:

## sfcdirect

## Platform:

## Ebay



## About us

We strive to provide 5 Star Gold Service that is reflected in our descriptions, communication, packaging, shipping speed and costs. We know you have many choices on eBay and we greatly appreciate you choosing to our shop. Please contact us to resolve any issue before leaving a negative feedback.

Location: **China**
Member since: **Aug 08, 2007**
Seller: **sfcdirect**

## Top Rated Seller

sfcdirect is one of eBay's most reputable sellers. Consistently delivers outstanding customer service [Learn more](#)





Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

# Shopping cart

**Send Us Your Comments**

ℹ️ You're signed out right now. To save these items or see your previously saved items, **sign in**.



ebay    **Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

Item (1)    US $
Shipping ℹ️

**Subtotal**    US $27

VISA  mastercard  AMERICAN EXPRESS  DISCOVER  PayPal  G Pay  Pay

Seller **sfcdirect**

**Candle Warmer Lamp, Metal Electric Home Fragrance Oil Melting Lamps...**
White
New

Qty  1 ⌄

US $27.88

SpeedPAK Standard

**Free shipping**
SpeedPAK Standard

Qty  1 ⌄

**Save for later**  |  **Remove**

**Save $5 for every $60 with coupon**
Spend $32.12 more to qualify    >

## Related sponsored items



Electric Plugs Led Aroma Lamps Wax Melting Oil Burners...
New
**$20.87**
~~US $23.99~~ 13% off
Free shipping



Aromatherapy Melting Wax Lamp Dimmable night light table lamp...
New
**$23.14**
+ US $9.65 shipping
**5 watchers**



LED Aromatherapy Lamp Wax Melting Oil Burner Mosaic Electri...
New
**$19.29**
Free shipping



FRESH ROSES Scented Soy Wax Candle Melts Clam Shells Home...
New
**$15.45**
Free shipping

LEI
Sc
Ca
Ne
$1
Fre

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🌐 and AdChoice ℹ️

ebay

Sell    Watchlist    My eBay    🔔

Shop by category

Search for anything     | All Categories |     **Search**     Ad

‹ Back to home page | Listed in category:  Home & Garden › Candles & Home Fragrance › Candle Holders & Accessories

Share | Add to Wa

💲 **SAVE $5** FOR EVERY **$60** WITH CODE **0522COUPON21**     See all eligible items and terms ▸





### Candle Warmer Lamp, Metal Electric Home Fragrance Oil Melting Lamps, Dimmable

Condition:  New

Color:  | - Select - ▾ |

Quantity:  | 1 |   10 available

Price:  **US $27.88**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ **Breathe easy.** Returns accepted.

Shipping:  **Free** SpeedPAK Standard. See details

International shipment of items may be subject to customs processing and additional charges. ⓘ

Located in: Shenzhen, China

Delivery:  Estimated between **Fri, Sep 22** and **Tue, Sep 26** to 32118 ⓘ

Please allow additional time if international delivery is subject to customs processing.

Returns:  30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal G Pay VISA ●●

**Shop with confidence**

🏅 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

🛡 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

**Seller information**
sfcdirect (462249)
98.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

| About this item | Shipping, returns, and payments |

Report this i

Seller assumes all responsibility for this listing.     eBay item number:  144869014

Last updated on Sep 12, 2023 19:54:45 PDT  View all revisions

## Item specifics

| | |
|---|---|
| Condition | **New:** A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Additional Parts Required | Does Not Apply |
| Base Diameter | Does Not Apply |
| Brand | Unbranded |
| Candle Hole Size | Does Not Apply |
| Country/Region of Manufacture | China |
| Customized | Does Not Apply |
| Diameter | Does Not Apply |
| Features | Tabletop |

Case 1:23-cv-24163

# Defendant No.:71

# Store:

# shik.shak.shok

# Platform:

# Ebay

Hi! Sign in                                    Sell    Watchlist ⌄    My eBay ⌄         🔔    🛒



ebay    🔍 Search for anything          | All Categories ⌄ |

 **Shik Shak Shok**

**97.6% Posi...**    **1.1K It...**    **42 F...**    ⬆ Share    💬 Contact    ♡ Save Seller

| ☰ Categories |    Shop    **About**    Feedback    🔍 Search all 449 items

## About us

Location: **Israel**
Member since: **Jan 09, 2014**
Seller: **shik.shak.shok**

**Do you like our store experience?**  👍  👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✔⊠ and AdChoice ⓘ



Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ∨    My eBay ∨    🔔    🛒 1

ebay    Shop by category ∨    🔍 Search for anything    | All Categories ∨ |    **Search**    Advanced

# Shopping cart

**Send Us Your Comments**

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

Item (1)    US $
Shipping ⓘ

**Subtotal**    US $4

VISA   mastercard   AMEX   DISCOVER   PayPal   G Pay   Pay

Seller **shik.shak.shok**

Electric Candle Warmer Candle Warmer Lamp with Timer and Dimmable Candle...
New

Qty
| 1 ∨ |

US $46.12

Standard Shipping

Free shipping

Standard Shipping

Qty
| 1 ∨ |

**Save for later**    **Remove**

## Related sponsored items









Electric Dimmable Fragrance Lamp/Oil Burner/Wax...
New
**$21.90**
+ US $69.90 shipping
Seller with a 100% positive feedback

Electric Wax Melt Warmer with Timer, Wax Warmer for...
New
**$46.99**
+ US $25.45 shipping
Seller with a 99.1% positive feedback

Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...
New
**$25.90**
+ US $61.44 shipping
Seller with a 100% positive feedback

Electric Wax Melt Warmer with Timer, Wax Warmer for...
New
**$46.99**
+ US $25.45 shipping
Seller with a 99.2% positive feedback

Ele Ca Tir Ne
$2
+ U Se po

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

# Candle Warmer Lamp | Candle Warmer Lamp with Timer and Dimmer | Electric Candle Melter Compatible with Small and Large Jar Candles | Gift for Home Room Bedroom Living Room Decor



- 【Traditional and Versatile】Curvy stem and a semi-matte finish make this an excellent lamp for your desk.

- 【Easy and Safe】Place your favorite candle inside and enjoy without soot, smoke, or an open flame, suitable for pet family, baby family.

- 【Easy to Install & Use】It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance.

- 【Stepless Dimming】You can freely adjust the brightness of this candle lamp, soft LED light creates the ambiance of a burning candle and allowing you to enjoy a warm and comfortable time.

- 【Widely Application】This candle warmer lamp is a stylish, modern, exquisite and creative candle melting lamp. It is a perfect choice for home, farmhouse, bedroom, living room and study room. It is a great romantic gift. (Wax Not Included)

Specifications: Material: Iron Size: 16.5*32.5cm Light Source: Halogen Lamp GU10 Power: 50 W (adjustable) 60HZ Voltage: AC110V-220V Application: Living / Sleeping / Dining / Bedroom / Cafe Package Includes: 1 x Candle Warmer Lamp (not including candle) 1 x Dimming Line Note: Please allow 1-3cm errors due to manual measurement. Due to the different monitor and light effect, the actual color of the item might be slightly different from the color showed on the pictures. Thank you!

## Shipping

- We offer FREE shipping on all orders!
- We ship within Three business days of payment, usually sooner.
- We use a selection of shipping services such as UPS, FedEx, USPS etc.



## Return

- You can return a product for up to 30 days from the date you purchased it.
- Any product you return must be in the same condition you received it and in the original packaging. Please keep the receipt.



## Payment

We accept payment by any of the following methods:
**PayPal / Credit Card**
Please pay as soon as possible after winning an auction, as that will allow us to post your item to you sooner!



## Feedback

Customer satisfaction is very important to us.
If you have any problem with your order, please contact us and we will do our best to make you satisfied.



## Contact Us

If you have any queries, please contact us via ebay. We usually respond within 24 hours on weekdays.

**Please visit our eBay store to check out other items for sale!**

Case 1:23-cv-24163

# Defendant No.:72

# Store:

# tawesri66

# Platform:

# Ebay

Hi! Sign in    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒



Search for anything    | All Categories ⌄ |



# tawesri66

98.3% Pos...    1.0K It...    41 F...    ⬆ Share    💬 Contact    ♡ Save Seller

Shop    **About**    Feedback    | 🔍 Search all 23,239 items |

## About us

Location: **Thailand**
Member since: **May 02, 2020**
Seller: **tawesri66**

## Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice 



Hi! **Sign in** or **register**   Daily Deals   Help & Contact

Sell   Watchlist ∨   My eBay ∨   🔔   🛒 **1**

Shop by category ∨   🔍 Search for anything   | All Categories ∨ |   **Search**   Advanced

# Shopping cart

**Send Us Your Comments**

ⓘ   You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

Item (1)                              US $5...

Shipping  ⓘ

**Subtotal**                          US $53...

VISA  🔴 Master  AMEX  Discover  PayPal  G Pay  Pay

Seller **tawesri66**



**Top Candle Warmer Candle Warmer Lamp with Timer Electric Candle Warm...**
New
**LAST ONE**

Qty 1

US $53.60

UPS 3 Day Select

**Free shipping**

UPS 3 Day Select

Qty 1

**Save for later**   **Remove**

## Related sponsored items

   ♡

   ♡

   ♡

   ♡

Edison Bulb Electric Candle Warmer with Timer | Plug in...
New
**$28.99**
+ US $25.01 shipping
Seller with a 99.5% positive feedback

Blue Leaf Ceramic Candle Warmer Electric with Safety...
New
**$26.19**
+ US $61.45 shipping
Seller with a 100% positive feedback

Vintage Bulb Electric Candle Warmer with Timer | Black Plug in...
New
**$40.05**
+ US $25.28 shipping

Electric Wax Melt Warmer, Glass Iron Wax Warmer with...
New
**$50.99**
+ US $25.55 shipping

Ele Wa
Ne
$4
+ U
Se
po

About eBay   Announcements   Community   Security Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🅲🅿 and AdChoice ⓘ


**Fast Shipping**


**100% Satisfaction**


**Trusted Seller**

## Top Candle Warmer, Candle Warmer Lamp with Timer, Electric Candle Warmer, Di Candle Light, Candle Warmer Auto Shut Off, for Large and Small Jar Candles, Chi Candle Warmer Home Decoration



### Description and features

- 【Candle Warmer Nintendo Adjustable Brightness and Timer】VEVOR The stepless dimming candle warmer light bulbs with 3 Level B set timer of 2/4/8 hours lets you have a good sleep without worrying about accidents or overheating your candle.
- 【VEVOR Electric Candle Warmer Fit Most Candles】Product Size:length:17cm/ 7inch, height: 31cm/12.2inch, Weight: 0.5kg. Fit Canc candle height <13cm (Candles are not included in the product)
- 【Easy and Safe VEVOR Candle Warmer Lamp】Say goodbye to indoor flames. Enjoy your favourite flameless candles safely with our uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance, Suitable for pet famly, baby family.
- 【VEVOR Vintage Candle Lamp Warmer】Comes with a pearl white/ Black/ Gold/ Red lampshade and base support with a matte gold warmer wax melts shade presents a simple with clean line, easy to fit in most decor for modern, classic, rustic, industrial. A great gift for special.
- 【VEVOR Candle Warmer Auto Shut Off】The Nintendo candle warmer with timer works with candles and you can choose your favour it helps you eliminate the worst odours such as pet urine, rubbish and unpleasant bathroom smells. Freshen up your room, home, brea kitchen, basement or anywhere you frequent.

### Return Policy

♥ All our products come with a 30-Day Return Policy. If you would like to return your item and you are within 30 days of is still in its original condition, you can return the item by contacting us through eBay messaging.

Case 1:23-cv-24163

# Defendant No.:73

# Store:

# tom_shop_il

# Platform:

# Ebay



Hi! Sign in                                    Sell    Watchlist ⌄    My eBay ⌄

# tom_store1231

**93.2% Posi...**    **513 It...**    **30 F...**         Share         Contact         Save Seller

☰ Categories        Shop    **About**    Feedback              🔍 Search all 6,888 iter

## About us

Location: **Israel**
Member since: **Nov 21, 2022**
Seller: **tom_shop_il**

## Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓✗ and AdChoice ⓘ



Hi! **Sign in** or **register**    Daily Deals    Help & Contact                                                                Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ❶

 **Shop by category** ⌄    🔍 Search for anything    | All Categories ⌄    | **Search**    Advanced

# Shopping cart

**Send Us Your Comments**

ⓘ  You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard®.
**See details**

| **Go to checkout** |
|---|

Item (1)                    US $4

Shipping ⓘ

**Subtotal**              US $46

VISA  mastercard  AMEX  DISCOVER  PayPal  G Pay  Apple

---

Seller **tom_shop_il**



Candle Warmer Lamp | Candle Warmer Lamp with Timer and Dimmer | Electric...
New
**LAST ONE**

Qty 1

US $46.36

Expedited Shipping

Free shipping
Expedited Shipping

Qty 1

**Save for later**    **Remove**

---

## Related sponsored items

  ♡

  ♡

  ♡

  ♡

Fragrance Lamp Tart Oil Warmer Beautiful Elephant with Dimmer
New
**$48.00**
+ US $71.89 shipping
**5 watchers**

Purple Glass Electric Fragrance Lamp Oil Burner Wax Warmer...
New
**$19.99**
+ US $31.78 shipping
**6 watchers**

White Tiger Fragrance Lamp Tart Oil Warmer with Dimmer
New
**$48.00**
+ US $71.89 shipping

Electric Wax Melt Warmer with Timer, Wax Warmer for...
New
**$46.99**
+ US $25.45 shipping
Seller with a 99.1% positive feedback

Ed
Ca
Tin
Ne
$2
+ U
Se
po

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



**SALE** LIMITED TIME

Less than 24 hours response tim
Our dedicated staff is happy to help.

FAST SHIPPING
On All Items

30 DAYS MONEY
Back Guarantee

CUSTOMER SUPPORT
Excellent Service

100% SA
Satisfact

## Candle Warmer Lamp | Candle Warmer Lamp with Timer and Dimmer | Electric Candle Melter Compatible with Small and Large Jar Candles | Gift for Home Room Bedroom Living Room Decor

### Description

| | |
|---|---|
| Light Source Type | GU10 |
| Item model number | Dimmable Candle Light |
| Style | Morden |
| Number of Items | 1 |
| Assembly required | No |
| Lamp Type | 氛围灯 |
| Controller Type | Remote Control |
| Room Type | Baby,Bedroom,Home Room,Living Room,Room |
| Switch Type | Dimmer |
| Batteries required | No |
| Product Dimensions | 6.5"D x 6.5"W x 12.8"H |
| Material | Metal |
| Finish Type | Polished |
| Included Components | Timer and Dimmer |
| Item Weight | 1.9 pounds |
| Connectivity Technology | USB |
| Special Feature | Timing and Dimming |
| Mounting Type | Tabletop |
| Color | White |
| Wattage | 50 watts |
| Shade Material | Iron |
| Finish types | Polished |
| Number of pieces | 1 |

- 【Traditional and Versatile】Curvy stem and a semi-matte finish make this an excellent lamp for your desk.
- 【Easy and Safe】Place your favorite candle inside and enjoy without soot, smoke, or an open flame, suitable for pet family, baby family.
- 【Easy to Install & Use】It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance.
- 【Stepless Dimming】You can freely adjust the brightness of this candle lamp, soft LED light creates the ambiance of a burning candle and allowing you to enjoy a warm and comfortable time.
- 【Widely Application】This candle warmer lamp is a stylish, modern, exquisite and creative candle melting lamp. It is a perfect choice for home, farmhouse, bedroom, living room and study room. It is a great romantic gift. (Wax Not Included)

Case 1:23-cv-24163

# Defendant No.:74

# Store:

# trendings_24

# Platform:

# Ebay



Hi! Sign in

Sell    Watchlist ⌄    My eBay ⌄

# trending_deals_USA



**97.9% Pos...**    **7.2K I...**    **397 ...**    🔗 Share    💬 Contact    ♡ Save Seller

≡ Categories    Shop    **About**    Feedback    🔍 Search all 5,331 item

## About us

Location: **India**
Member since: **Aug 29, 2019**
Seller: **trendings_24**

## Do you like our store experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ☑️✖️ and AdChoice ⓘ



Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 **1**

**ebay**    Shop by category ⌄

[Search for anything]    All Categories ⌄    **Search**    Advanced

# Shopping cart

**Send Us Your Comments**

ℹ️  You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard ®.

**See details**

**Go to checkout**

Item (1)    US $

Shipping ℹ️

Seller **trendings_24**

**Subtotal**    US $4

yzbao Candle Warmer Lamp Electric Candle Lamp Warmer with Timer and...
New

Qty
[1 ⌄]

US $43.11

VISA  🟠  AMEX  DISCOVER  PayPal  G Pay  P

**Free shipping**
Expedited Shipping

Expedited Shipping

Qty
[1 ⌄]

**Save for later**    **Remove**

Save up to 3% when you buy more
Increase your item quantity to qualify

---

## Related sponsored items



 ♡





Mist Humidifiers Auto Shut Off with Nightlight for Yoga...
New
**$36.43**
US $38.76 6% off
Free shipping

Essential Oil Diffusers Ultrasonic 3D Glass Aromatherapy Diffus...
New
**$49.99**
+ US $25.52 shipping
Seller with a 99% positive feedback

Mist Humidifiers 700ml Living Room with Auto Shut Off with Lights
New
**$43.13**
+ US $0.50 shipping

Mist Humidifiers Auto Shut Off Personal Air Humidifier for Decor...
New
**$36.14**
US $38.04 5% off
Free shipping

Mi
Wa
Au
Ne
**$4**
+ U
5%

---

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄲🄿🄰 and AdChoice ℹ️

Case 1:23-cv-24163-RAR Document 8-1 Entered on FLSD Docket 11/28/2023 | ebay

# yzbao Candle Warmer Lamp Electric Candle Lamp Warmer with Timer and Auto Shut Off, Dimmable Candle Warmer Lantern for Jar Candles, Candle Warmer Light with 2 Bulbs (Bronze)



- 【Candle Warmer Lamp With Timer And Adjustable Brightness】The step-less dimming candle warmer light with 3 Level Brightness Options. The set timer of 2/4/8 hours lets you have a good sleep without worrying about accidents or overheating your candle.

- 【Candle Lamp Warmer Fit Most Candles】This lamp candle warmer fits most of the candles on the market. Product Size:length:17cm/ 7inch, height: 31cm/12.2inch, Weight: 0.5kg. Fit Candle diameter <10cm, candle height <13cm (Candles are not included in the product).

- 【Candle Warming Lamp Safe & Stable】candle wax melts There're no flames or smoke which greatly reduces the risk of fire concerns. The base and support are made of solid metal, the center of gravity are on the base, the wax warmer won't topple down and the telescopic support rod won't shake, stable standing is provided.

- 【Vintage Wax Melt Warmer Candle Lamp】Comes with pearl white/ Black/ Gold/ Red lampshade and base support with a matte gold holder. This candle lamp warmer shade presents a simple style with a clean line, easy to fit in most decor for modern, classic, rustic, and industrial. Candle Melt works with candles and you can choose your favorite scent to fill your home. Freshen up your room, living room, bedroom, office, kitchen, yoga studios or anywhere you frequent.

- 【Best Father'Day Gift】Candle Melting Lamp is the perfect gift for pet owners and parents! It will be the best gift choice to show your love to your family, lover, or friends on Father's Day, Valentine's Day, Thanksgiving, Christmas, New Year, Housewarming, or other special occasions.

## Shipping

- We offer FREE shipping on all orders!
- We ship within Three business days of payment, usually sooner.
- We use a selection of shipping services such as UPS, FedEx, USPS etc.
- We only ship to the lower 48 states, no APO/FPO addresses or PO Boxes allowed.
- Local pickups and combined shipping options are not provided at this time.



## Return

- You can return a product for up to 30 days from the date you purchased it.
- Any product you return must be in the same condition you received it and in the original packaging. Please keep the receipt.



## Payment

We accept payment by any of the following methods:
**PayPal**
Please pay as soon as possible after winning an auction, as that will allow us to post your item to you sooner!



## Feedback

Customer satisfaction is very important to us.
If you have any problem with your order, please contact us and we will do our best to make you satisfied.



## Contact Us

Case 1:23-cv-24163

# Defendant No.:75

# Store: tuadvicab

# Platform:

# Ebay



Hi! <u>Sign in</u>

Sell    Watchlist ⌄    My eBay ⌄

## tuadvicab

97.8% Posi...    12K It...    207 ...    ⮝ Share    💬 Contact    ♡ Save Seller

| ☰ Categories | Shop | **About** | Feedback | 🔍 Search all 6,298 item |

# About us

Location: **China**

Member since: **Mar 26, 2020**

Seller: **tuadvicab**

# Top Rated Seller

tuadvicab is one of eBay's most reputable sellers. Consistently delivers outstanding customer service <u>Learn more</u>

## Do you like our store experience? 👍 👎



Hi! **Sign in** or **register**     Daily Deals     Help & Contact          Sell     Watchlist ⌄     My eBay ⌄     🔔     🛒 1

**ebay**     Shop by category ⌄     🔍 Search for anything     | All Categories ⌄ |     **Search**     Advanced

# Shopping cart

**Send Us Your Comments**

ℹ️  You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

| **Go to checkout** |
| --- |
| Item (1) | US $2... |
| Shipping ⓘ | |
| **Subtotal** | US $23... |

💳 VISA  Mastercard  AMEX  DISCOVER  PayPal  G Pay  ᴀₚₚₗₑ

**Seller tuadvicab**



Bedroom Scented Candle Lamp Warm Light GU10 Iron Candle Warmer Lamp ...
New
**LAST ONE**

Qty 1                    US $23.23

Economy Shipping from Greater China to worldwide

**Free shipping**
Economy Shipping from Greater China to worldwide

Qty 1

**Save for later** | **Remove**

✅ **Offer applied**
Save up to 10%                                          >

## Related sponsored items

               

| Electric Wax Melt Warmer Vintage Light Bulb Fragrance Candl... | Electric Wax Melt Warmer for Scented Wax Fragrance Candl... | Apple Basket Wall Plug In Scented Oil Tart Burner Warmer Night... | Pluggable Fragrance Warmer- Decorative Plug-In for Warming... | Mi... Ele... Me... Ne... |
| --- | --- | --- | --- | --- |
| New | New | New | New | |
| **$23.92** | **$24.43** | **$21.49** | **$25.98** | $2... |
| + US $61.40 shipping | + US $61.41 shipping | + US $24.82 shipping | + US $26.75 shipping | + U... |
| Seller with a 99.4% positive feedback | Seller with a 99.1% positive feedback | **28 sold** | Seller with a 100% positive feedback | Se... po... |

About eBay     Announcements     Community     Security Center     Seller Information Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄳🄸 and AdChoice ⓘ

Hi! **Sign in** or **register**   Daily Deals   Help & Contact

Sell   Watchlist ˅   My eBay ˅

**ebay**   Shop by category ˅

Search for anything   [All Categories ˅]   **Search**   Ad

‹ Back to home page | Listed in category:   Home & Garden › Candles & Home Fragrance › Candle Holders & Accessories

Share | Add to Wa

### Bedroom Scented Candle Lamp Warm Light GU10 Iron Candle Warmer Lamp US Plug

Bedroom Scented Candle Lamp Warm Light GU10 Iron Candle Warmer Lamp US Plug - Picture 1 of 12

›

Condition:   New

Price:   **US $23.23**

Was US $25.81 ⓘ
Save US $2.58 (10% off)

| **Buy It Now** |

| **Add to cart** |

Best Offer:

| **Make offer** |

| ♡ Add to watchlist |

↩ **Breathe easy.** Returns accepted.

Shipping:   **Free** Economy Shipping from Greater China to worldwide. **See details**

International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:   🏁 Estimated between **Mon, Oct 2** and **Mon, Nov 6** to 32118 ⓘ

Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 days returns. Buyer pays for return shipping. **See details**

Payments:   [PayPal] [G Pay] [VISA] [mastercard] [AMEX] [DISCOVER]

**Shop with confidence**

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns.
**Learn more**

💲 **eBay Money Back Guarantee**
Get the item you ordered or your money back.
**Learn more**

**Seller information**
**tuadvicab** (2024)
97.8% positive feedback

♡ **Save seller**
**Contact seller**
**Visit store**
**See other items**

---

| **About this item** | **Shipping, returns, and payments** | | **Report this i** |

Seller assumes all responsibility for this listing.

Last updated on Sep 10, 2023 21:47:14 PDT   **View all revisions**

eBay item number:   305018862

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... **Read more** |
|---|---|
| Brand | Unbranded |
| EAN | Does not apply |
| MPN | Does not apply |
| Type | As the description shows |

Case 1:23-cv-24163

# Defendant No.:76

# Store:

# weshopping_store

# Platform:

# Ebay



Hi! Sign in                                    Sell    Watchlist ⌄    My eBay ⌄         🔔    🛒

Search for anything                    All Categories ⌄



## weshopping_store

**85.7%** Positive feed...        **116** Items...        **16** Follo...        💬 Contact        ♡ Save

☰ Categories          Shop    **About**    Feedback          🔍 Search all 128 items

## About

Location: **Sri Lanka**
Member since: **Apr 18, 2016**

Do you like our profile experience?    👍    👎

About eBay      Announcements      Community      Security Center      Seller Information Center      Policies      Affiliates

Help & Contact      Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✅ and AdChoice ⓘ

 

Hi! <u>Sign in</u> or <u>register</u>    Daily Deals    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

Shop by category ⌄    | Search for anything | All Categories ⌄ |    **Search**    Advanced

# Shopping cart

<u>Send Us Your Comments</u>

ℹ️ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

Item (1)                                    US $5

Shipping ⓘ

**Subtotal**                            US $50

💳 VISA  🔴 mastercard  AMEX  DISCOVER  PayPal  G Pay  🍎 P

Seller <u>weshopping_store</u>



Electric Candle Warmer Lamp with Timer,Dimmable Candle Lamp...
New

Qty
| 1 ⌄ |

US
**$50.95**

Expedited Shipping          Free shipping
Expedited Shipping

Qty
| 1 ⌄ |

<u>Save for later</u>    <u>Remove</u>

Save up to 7% when you buy more
Increase your item quantity to qualify

## Related sponsored items

        

Thermal Candle Warmer Lamp
New
**$40.58**
~~US $43.17~~ 6% off
Free shipping

Wall Plug Crystal Electric Wax Melt Warmer Oil Burner...
New
**$15.99**
~~US $20.99~~ 24% off
+ US $24.69 shipping

Electric Wax Warmer/Fragrance Lamp/Night Light wit...
New
**$24.99**
+ US $36.91 shipping
Seller with a 100% positive feedback

Electric Candle Lamp Warmer, Dimmable Vintage Wax Melt...
New
**$25.90**
+ US $61.44 shipping
Seller with a 100% positive feedback

Ele
Nig
Wa
Ne
**$3**
~~US~~
+ U
5%

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> 🔵 and <u>AdChoice</u> ⓘ

   

# Electric Candle Warmer Lamp with Timer,Dimmable Candle Lamp Wa Warmer Ca



## Electric Candle Warmer Lamp w Timer,Dimmable Candle Lamp Warmer,Wax Warmer Ca

- 【Candle Warmer Adjustable Brightness and Timer】The s candle warmer light bulbs with 3 Level Brightness Options of 2/4/8 hours lets you have a good sleep without worryin accidents or overheating your candle.
- 【Electric Candle Warmer Fit Most Candles】Product Size: 7inch, height: 31cm/12.2inch, Weight: 0.5kg. Fit Candle dia candle height <13cm (Candles are not included in the prod
- 【Easy and Safe Candle Warmer Lamp】Say goodbye to in Enjoy your favourite flameless candles safely with our lam melter. It uses heat to melt the candle from top to bottom, vibrant, clean fragrance, Suitable for pet famly, baby famil
- 【Vintage Candle Lamp Warmer】Comes with a pearl whit Red lampshade and base support with a matte gold holde warmer wax melts shade presents a simple style with clea in most decor for modern, classic, rustic, industrial. A grea birthdays and other special.
- 【Candle Warmer Auto Shut Off】The candle warmer with candles and you can choose your favourite scent to fill you you eliminate the worst odours such as pet urine, rubbish bathroom smells. Freshen up your room, home, break roor kitchen, basement or anywhere you frequent.

## PRODUCT DESCRIPTION

### Dimmer

Adjust the brightness. The brighter the lamp is, the faster the

### Premium Materials

yzbao candle lamps adapt premium woodfor the base and me outstandinge lectroplating technology to form aelegant style

### Candle Warmer Wax Melts Shade

Case 1:23-cv-24163

# Defendant No.:77

# Store:

# ycmjwangluo66

# Platform:

# Ebay



Hi! **Sign in**

Sell    Watchlist ⌄    My eBay ⌄

## About us

Our company, with 11 years of experience, specializes in selling automotive parts, furniture, and gardening products. We prioritize customer satisfaction and continuously upgrade our offerings to meet their evolving needs. With a dedicated customer service team, overseas warehouses, and strong supply chains, we ensure prompt delivery and reliable after-sales support. Our mission is to provide quality products, exceptional customer care, and a seamless shopping experience. We are proud to be your trusted partner for all your automotive, furniture, and gardening needs.

Location: **China**
Member since: **Apr 11, 2023**
Seller: **ycmjwangluo66**

## Store policies

Shipping    ⌄

Returns    ⌄



Hi! **Sign in** or **register**    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

# ebay

Shop by category ⌄

Search for anything | All Categories ⌄ | **Search** | Advanced

## Shopping cart

**Send Us Your Comments**

ℹ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**

Earn up to 5X points when you use your eBay Mastercard®.

**See details**

**Go to checkout**

Item (1)                                     US $

Shipping ℹ

**Subtotal**                              US $27

*VISA* *Mastercard* *AmEx* *Discover* *PayPal* *GPay* *Pay*

Seller **ycmjwangluo66**

**35W Candle Warmer Lamp for Candle Melting, Vintage Aromatherapy Wax U...**
New

Qty
1 ⌄

US $27.55

Standard Shipping

**Free shipping**

Standard Shipping

Qty
1 ⌄

**Save for later**    **Remove**

✓ **Offer applied**
  **Save up to 5%**                                                          ＞

## Related sponsored items





LED Aromatherapy Lamp Wax Melting Oil Burner Mosaic Electri...
New
**$19.29**
Free shipping

Aromatherapy Melting Wax Lamp Dimmable night light table lamp...
New
**$23.14**
+ US $9.65 shipping
**5 watchers**

Electric Plugs Led Aroma Lamps Wax Melting Oil Burners...
New
**$20.87**
US $23.99 13% off
Free shipping

new Tuscany Candle Wax Melt Candles Aromatherapy 6 Cou...
New (Other)
**$7.00**
+ shipping
🏆 Top Rated Plus
**72 sold**

Wa...
Ca...
Aro...
Ne...
**$2**
Fre...

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄫 and AdChoice ℹ

Hi! Sign in or register     Daily Deals     Help & Contact

Sell     Watchlist ⌄     My eBay ⌄     🔔

**ebay**     Shop by category ⌄

Search for anything                     | All Categories ⌄ |     **Search**     Ad

‹  Back to home page  |  Listed in category:  Home & Garden  ›  Candles & Home Fragrance  ›  Candle Holders & Accessories

Share | Add to Wa

🅢 SAVE **$5** FOR EVERY **$100** WITH CODE **YCMVIPSALES001**     See all eligible items and terms ▸



### 35W Candle Warmer Lamp for Candle Melting, Vintage Aromatherapy Wax US Plug

Condition:     New

Quantity:     | 1 |     2 available

Price:     **US $27.55**
Was US $29.00 ⓘ
Save US $1.45 (5% off)

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ **Add to watchlist**

↩  **Breathe easy.** Free shipping and returns.

Shipping:     **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery:     Estimated between **Fri, Sep 15** and **Tue, Sep 19** to 32118 ⓘ

Returns:     30 days returns. Seller pays for return shipping. See details

Payments:     PayPal   G Pay   VISA   mastercard   AMEX   DISCOVER




**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
ycmjwangluo66 (85)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

| About this item | Shipping, returns, and payments |

Report this i

Seller assumes all responsibility for this listing.
Last updated on Sep 07, 2023 23:52:41 PDT  View all revisions

eBay item number:  3948279139

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| Feature 1 | Fast shipping, great seller! A++++++ |
| Feature 3 | Stable characteristic, high reliability |
| Feature 2 | Made of high quality material, Durable |
| Features | Stable characteristic, high reliability |
| * Feature * | Creative Design，Durable Material，Beautiful Appearance |
| Number of Settings | 1 |

Case 1:23-cv-24163

# Defendant No.:78

# Store:

# zhuliyun-2

# Platform:

# Ebay



Hi! Sign in

Sell    Watchlist ⌄    My eBay ⌄



## zhuliyun-2

**98.8%** Po...    **6.2K** l...    **295** ...

⬆ Share    💬 Contact    ♡ Save Seller

≡ Categories    Shop    **About**    Feedback    🔍 Search all 4,988 iter

## About us

Location: **China**
Member since: **Nov 12, 2020**
Seller: **zhuliyun-2**

## Do you like our store experience?    👍  👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates

Help & Contact    Site Map



Hi! **Sign in** or **register**    Daily Deals    Help & Contact                                                    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

ebay    Shop by category ⌄    | 🔍 Search for anything | All Categories ⌄ |    **Search**    Advanced

## Shopping cart                                                                        **Send Us Your Comments**

ⓘ  You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Love it. Buy it. Get Rewarded.**
Earn up to 5X points when you use your eBay Mastercard ®.
**See details**

**Go to checkout**

Item (1)                    US $

Shipping ⓘ

**Subtotal**               US $27

VISA  🟠 mastercard  AMEX  DISCOVER  PayPal  G Pay  

Seller **zhuliyun-2**

Electric Fragrance Wax Warmer Candle Warmer Lamp for Candle Melting Hom...
New

Qty
[ 1 ⌄ ]

US $27.55

Standard Shipping        Free shipping
                         Standard Shipping

Qty
[ 1 ⌄ ]

**Save for later** | **Remove**

✓ **Offer applied**
  **Save up to 5%**                                                    ＞

## Related sponsored items

            

Wall Plug Crystal Electric Wax Melt Warmer Oil Burner...
New
**$15.99**
US $20.99 24% off
+ US $24.69 shipping

Electric Fire Pit Wax Warmer Metal Wax Warmer for Wax Melt...
New
**$25.39**
+ US $61.43 shipping
**15 watchers**

Electric Wax Melt Warmer for Scented Wax Fragrance Candl...
New
**$24.43**
+ US $61.41 shipping
Seller with a 99.1% positive feedback

Electric Wax Melt Warmer Vintage Light Bulb Fragrance Candl...
New
**$23.92**
+ US $61.40 shipping
Seller with a 99.4% positive feedback

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Hi! **Sign in** or **register**   Daily Deals   Help & Contact

Sell   Watchlist ⌄   My eBay ⌄

**ebay**   Shop by category ⌄

Search for anything   All Categories ⌄   **Search**   Ad

◁ Back to home page | Listed in category: Home & Garden › Candles & Home Fragrance › Candle Holders & Accessories

Share | Add to Wa

💲 EXTRA **$5** OFF $100+ WITH CODE **1-99COUPONZHU2**   See all eligible items and terms ▸



Hover to zoom

### Electric Fragrance Wax Warmer Candle Warmer Lamp for Candle Melting Home Decor

Condition: New

Sale ends in: 1d 22h

Quantity: 1   More than 10 available

Price: **US $27.55**
Was US $29.00 ⓘ
Save US $1.45 (5% off)

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ **Add to watchlist**

↩ **Breathe easy.** Free shipping and returns.

Shipping: **Free** Standard Shipping. See details
Located in: Chino, California, United States

Delivery: Estimated between **Sat, Sep 16** and **Wed, Sep 20** to 32118 ⓘ

Returns: 30 days returns. Seller pays for return shipping. See details

Payments:  PayPal   G Pay   VISA   mastercard   AMEX   DISCOVER

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back.
Learn more

**Seller information**
zhuliyun-2 (1047)
98.8% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

| About this item | Shipping, returns, and payments |

Report this i

Seller assumes all responsibility for this listing.

Last updated on Sep 10, 2023 03:39:15 PDT   View all revisions

eBay item number: 1758643570

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more |
| * Feature * | Creative Design,  Durable Material,  Beautiful Appearance |
| Feature 1 | Easy installation,Convenient Use,Easy Operation |
| Number of Settings | 1 |
| Pattern | / |
| Character | / |

Case 1:23-cv-24163

# Defendant No.:79

## Store:

## VIMAS

## Platform:

## Temu









Free shipping On all orders 2 0 : 5 3 : 4 9 | Free returns Within 90 days | Get the Temu App

TEMU | candle warmer lamp | Hello, necopaf... Account | Your orders | Support | EN

Categories | Best Sellers HOT | 5-Star Rated | Anniversary Sale | New Arrivals | Featured | Home & Kitchen | Women's Clothing | Wome

VIMAS

VIMAS

11 followers | 495 sold | 1 item

Follow

14 shop reviews | 4.9 ★★★★★ >

suhayb2006 on Aug 14, 2023
★★★★★
You can control light brightness and it comes wi...

9***1 on Sep 15, 2023
★★★★★
love lot big than i thought

Slynngw25 on Aug 29, 2023
★★★★★
This items is very cute and it works perfectly for what so ...

All items | Lighting & Ceiling Fans | Reviews(4.9★)

Search all 1 item

1 item

Sort by Relevance

Lightning deal | 20:53:49

Eliminate Smoke and Enjoy ...

$24.97 495 sold

just bought Only 9 Left

No more items

## Top picks for you

ANNIVERSARY Sale 45% off discount

Illuminate Your Home with ...

$16.48 1.2K+ sold

just added to cart

★★★★★ (1,063)

ANNIVERSARY Sale 51% off discount

2pcs Waterproof Outdoor Fl...

$9.98 148 sold

just bought

★★★★★ (1,063)

ANNIVERSARY Sale 41% off discount

3pcs Golden Flameless Can...

$15.98 307 sold

just added to cart

★★★★★ (1,063)

ANNIVERSARY Sale 48% off discount

6 Pack Black LED Long Pole ...

$9.28 3.4K+ sold

just bought

★★★★★ (230)

20pcs Magic Hanging Candl...

$38.49 1.3K+ sold

just bought

★★★★★ (48)

Free shipping
On all orders    **20 : 53 : 04**    Price adjustment
Within 30 days    Get the Temu App

**TEMU**    🔒 All data will be encrypted

Home › Cart

✓  **Free shipping on all orders**    Ends in **20** : **53** : **04**

● **Select all**    ≡



● Eliminate Smoke and Enjoy a Cozy Atmos...    🗑

By VIMAS ›    **$25.97**
**-30%**
~~$37.49~~

Black 110V USA STANDARD PLUG ›

⏳ Almost sold out · In 999...    Qty 1 ▾

**Order Summary**

Item total:    ~~$37.49~~

Item discount:    -$11.52

$25.97

Estimated total (1 item)    $25.97

Taxes and delivery fees are calculated on the next page.

4 interest-free installments of $6.50 with afterpay or Klarna. ?

Saved $11.52

**Checkout (1)**



ⓘ Item availability and pricing are not guaranteed until payment is final.

🔒 You will not be charged until you review this order on the next page

🛡 Temu Purchase Protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

See program terms

🌱 Sustainability at Temu ›

✓ Safe Payment Options

Your payment information is safe with us. Temu does not share your



## Based on your recently viewed

| ✓ Free shipping on all orders | Ends in 20 : 52 : 07 | ✓ Price adjustment within 30 days |
|---|---|---|



Safe Space Wall Hanging ...
$4.48  880 sold
just bought
★★★★★ (26,013)

10pcs/Set 3D Fridge Mag...
$9.48  8.2K+ sold
#1 Best Seller  in Stuffed ...
★★★★★ (2,242)

Car Backseat Organizer ...
$7.49  2K+ sold
Only 2 Left
★★★★★ (2,658)

Keep Your Laundry Room...
$2.47  100K+ sold
#8 Best Seller  in Househo...
★★★★★ (19,779)

BONUS COUPONS
00:59:41.9

...gers with...

50pcs of Adorable Big-Ey...

1pc Room Door Soundpr...

6pcs Kitchen Appliance

Case 1:23-cv-24163

# Defendant No.:80

# Store:

# Shenzhen Five One

# Platform:

# Temu





Free shipping On all orders 20:50:31 | Free returns Within 90 days | Get the Temu App

TEMU candle warmer | Hello, necopaf... Account | Your orders | Support | EN

Categories | Best Sellers | 5-Star Rated | Anniversary Sale | New Arrivals | Featured | Home & Kitchen | Women's Clothing | Wome

# Shenzhen Five One

99 followers | 2.8K+ sold | 9 items

Follow | Message

## 157 shop reviews | 4.6 ★★★★★

leisazayas on Sep 4, 2023 ★★★★★
I liked it a lot, it looks good material and useful f...

Gaby on Aug 10, 2023 ★★★★★
Comfortable and has chupines on the back to ad...

famof05 on Jun 14, 2023 ★★★★★
Bath Pillow full length is not as long as it looks in...

All items | Bath | Personal Care | Kitchen Storage & Organization | Lighting & Ceiling Fans | Reviews(4.6★) | Search all 9 items

## 9 items

Sort by Relevance

1pc Stainless Steel Shower S...
$10.98 651 sold
Almost sold out

1pc 9.8 Inch Shower Squee...
$12.48 6 sold
Only 1 Left

1pc Shower Squeegee For ...
$8.98 273 sold
just bought

1pc Stainless Steel Shower S...
$12.28 139 sold
Only 18 Left

1pc Collapsible Microwave ...
$5.49 123 sold
Only 13 Left

Bath Pillow: Comfortable Su...
$13.28 958 sold
just bought

1pc Squeegee For Shower ...
$10.98 54 sold
Only 1 Left

Sleep Eye Mask, 3D Contou...
$4.48 17 sold
Only 10 Left

Elevate Your Home Decor w...
$27.98 198 sold
Only 1 Left

No more items

## Top picks for you

Free shipping
On all orders                    2 0 : 4 9 : 3 4          Free returns
Within 90 days                              Get the Temu App

TEMU        🔒 All data will be encrypted

Home › Cart

✅ **Free shipping on all orders**    Ends in  20 : 49 : 33

⊘ **Select all**                                    ≡



1pc Metal Vintage Candle Warmer Lamp,...    🗑
By 👤 Shenzhen Five One ›

Black ›                                          **$27.98**
-36%  ~~$43.99~~

⏳ Only 1 left · In 669 other...    Qty 1 ▾

### Order Summary

Item total:                          ~~$43.99~~

Item discount:                       -$16.01

                                     $27.98

Estimated total (1 item)             $27.98

Taxes and delivery fees are
calculated on the next page.

4 interest-free installments of
$7.00 with afterpay or Klarna. ❓

Saved $16.01

**Checkout (1)**



ⓘ Item availability and pricing
are not guaranteed until payment
is final.

🔓 You will be charged until
you review this order on the next
page

🛡 **Temu Purchase Protection**

Shop confidently on Temu
knowing that if something goes
wrong, we've always got your
back.

See program terms

♻ Sustainability at Temu ›

✅ **Safe Payment Options**

Your payment information is sa
with us. Temu does not share your



Free shipping On all orders 2 0 : 4 7 : 3 6 | Price adjustment Within 30 days | Get the Temu App

TEMU | Candle Warmer Lamp | Account | EN | Cart

Categories | Best Sellers HOT | 5-Star Rated | Anniversary Sale | New Arrivals | Featured | Home & Kitchen | Women's Clothing | Women's Curv

Home › Tools & Home Improvement › Lighting & Ceiling Fans › 1pc Metal Vintage Candle W...

16 people viewed in the last 24 hours

# 1pc Metal Vintage Candle Warmer Lamp, Dimmable Light Candle Wax Warmer Lamp Aromatic Candle Holders For Home Decoration

**$27.98** ~~$43.99~~ -36%

4 interest-free installments of **$7.00** with afterpay or Klarna.

ANNIVERSARY Sale ✓ Free shipping on all orders 20 : 43 : 22 left today

Color:

Qty : 1 Only 1 left

Best seller in this shop

Add to cart

Sold by Shenzhen Five One. Ships from Temu.

## Related searches

fake fireplace | gold lamp | lamp holder | vintage light | light bulbs for wax...

## Shipping & Return

**Shipping ›**

Standard: free on all orders
Delivery: Sep 21-27, 78.7% are ≤ 10 days
Get a $5 credit for late delivery
Courier company: USPS, UPS, etc.

Express: $12.90 or
Delivery: Sep 19-2
Get a $13 credit fo
Courier company:

Free returns • Price adjustment ›

Sustainability at Temu ›

**Shopping security ›**

- Safe Payment Options
- Secure logistics
- Secure privacy
- Purchase protection

## Highlight

Customers buy again

## Description

Material: Metal

157 reviews | 4.6 ★★★★★ All reviews are from verified buyers

**Item reviews (11)** Shop reviews (157)

Recommended | With photos(4) | Buy again(2) | Two Bulbs(1) | Finding Replacements(1) | Love It(3)

**W***n** on Jun 24, 2023
★★★★★
Color: Black

love this!!!! came with two bulbs too

Share | Helpful(4) ...

**Heather Adams Graham** on Sep 1, 2023
★★★★★
Color: Black

BONUS COUPONS 00:55:10.0

Love it!

Case 1:23-cv-24163

# Defendant No.:81

## Store:

## BEALL

## Platform:

## Temu



Free shipping On all orders   2 0 4 5 4 8     Free returns Within 90 days     Get the Temu App

TEMU   | candle warmer |   Hello, necopaf... Account   Your orders   Support   EN   🛒

Categories   Best Sellers   5-Star Rated   Anniversary Sale   New Arrivals   Featured   Home & Kitchen   Women's Clothing   Wome

**BEALL**

| 419 followers | 7.7K+ sold | 32 items |

❤ Follow    Message

509 shop reviews | 4.7 ★★★★★ ›

jessicaangel21 on May 31, 2023
★★★★☆
It's a gift so I haven't made it, but it looks cute. T...

luvzRaven on May 18, 2023
★★★★★
Excellent seller. Items are exactly as described. Gr...

Jessica on Sep 14, 2023
★★★★★
Very good quality. Bought for boyfriend and he loves it

All items   Building Toys   Stuffed Animals & Plush Toys   Lighting & Ceiling Fans   Reviews(4.7 ★)   | Search all 32 items |

**32 items**                                         Sort by   Relevance ▾



645pcs Polaroid Camera Blo...
$5.98  572 sold
just added to cart

Build Your Own Classic Cam...
$4.98  69 sold
just added to cart

611pcs Camera Blocks, Vint...
$5.48  89 sold
Almost sold out

Build Your Own Panda Won...
$8.48  333 sold
just bought

Create Your Own Creative B...
$13.98  89 sold
just added to cart

**Most added**
ⓘ Most added to cart items in shop.





#1  Elegant Candle Warmer Lamp - No Flame, Smoke-Free Heater Lamp -...
In 3k+ cart
$25.48  674 sold

#2  Fruit Building Blocks: DIY Educational Toys For Boys & Girls - Interesting...
In 2k+ cart
$8.98  357 sold

#3  CAMERA BLOCKS












Build Your Dream Wedding ...
$10.48  76 sold
just added to cart

Fruit Building Blocks: DIY Ed...
$8.98  357 sold
just bought

1 Set Painting Building Bloc...
$4.48  $8.49  20 sold
Only 7 Left

Build Your Own Panda: 1098...
$9.98  64 sold
Only 7 Left

Build Your Own Creative Sto...
$10.98  61 sold
Only 15 Left











Free shipping On all orders 2 0 : 4 6 : 4 5 | Price adjustment Within 30 days | Get the Temu App

TEMU All data will be encrypted

Home › Cart

Free shipping on all orders Ends in 20 : 46 : 45

Select all

Elegant Candle Warmer Lamp - No Flame...
$25.48
By BEALL >
-37%
Black 220V USA STANDARD PLUG >
~~$40.49~~
Almost sold out · In 999...
Qty 1

## Order Summary

Item total: ~~$40.49~~

Item discount: -$15.01

$25.48

**Estimated total (1 item)** **$25.48**

Taxes and delivery fees are calculated on the next page.

4 interest-free installments of **$6.37** with afterpay or Klarna.

Saved $15.01

Checkout (1)

PayPal

Item availability and pricing are not guaranteed until payment is final.

You will not be charged until you review this order on the next page

Temu Purchase Protection

Shop confidently on Temu knowing that if something goes wrong, we've always got your back.

See program terms

Sustainability at Temu >

Safe Payment Options

Your payment information is sa[fe] with us. Temu does not share your

Free shipping On all orders 2 0 : 4 6 : 1 9 | Free returns Within 90 days | Get the Temu App

TEMU | Candle Warmer Lamp | Account | EN | Cart

Categories | Best Sellers HOT | 5-Star Rated | Anniversary Sale | New Arrivals | Featured | Home & Kitchen | Women's Clothing | Women's Curv

Home › Tools & Home Improvement › Lighting & Ceiling Fans › Elegant Candle Warmer Lamp...

Elegant Candle Warmer Lamp - No Flame, Smoke-Free Heater Lamp - Heat Light - Wax Melter For All Candle Jars

$25.48 ~~$40.49~~ -37%

4 interest-free installments of $6.37 with afterpay or Klarna.

ANNIVERSARY Sale ✓ Free shipping on all orders 20 : 42 : 06 left today

Color:

Qty : 1 Almost sold out

Hurry! Over 999 people have this in their carts

Add to cart

Sold by BEALL. Ships from Temu.

## Related searches

heat light | yellow lamp | light bulbs for wax... | wax warmer bulbs | blue lamp

## Shipping & Return

Shipping ›

Standard: free on all orders
Delivery: Sep 21-27, 78.7% are ≤ 10 days
Get a $5 credit for late delivery
Courier company: USPS, UPS, etc.

Express: $12.90 or
Delivery: Sep 19-2
Get a $13 credit fo
Courier company:

Free returns • Price adjustment ›

Sustainability at Temu ›

Shopping security ›

- Safe Payment Options
- Secure logistics
- Secure privacy
- Purchase protection

## Highlight

10+ customers bought again

## Description

Material: Cast Iron

509 reviews | 4.7 ★★★★★ All reviews are from verified buyers

Item reviews (42) Shop reviews (509)

Recommended | With photos(5) | Buy again(2) | Love It(9) | No More Lit Candles(1) | Lightbulbs Included(1) | Dim Switch(1)

**Iris Lolavie** on Jul 25, 2023
★★★★★
Color: Black 220V USA STANDARD PLUG
Love! It even came with 2 lightbulbs! Beautiful glow and definitely gets hot. Has a dim switch to adjust the brightness of the lamp (which changes how hot it gets).

Share | Helpful(3) ...

**mary_hatcher** on Jun 25, 2023
★★★★★
Color: Black 220V USA STANDARD PLUG

BONUS COUPONS 00:53:52.4

...uch! Bigger than expected and the quality is awesome

Share | Helpful(12) ...

Case 1:23-cv-24163

# Defendant No.:82

# Store:

# Handmade Decorative Painting Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | SHENZHEN HUIYING TRADING CO., LTD |
| **VAT number:** | 91440300MA5G****** |
| **Business license registration number:** | 91440300MA5G****** |
| **Address:** | 311, Floor 3, Building 1, Yingbo Company Factory Building, 61 Donghuan Road, Fukang Community, Longhua Street, Longhua District, Shenzhen City, Guangdong Province, China |
| **Legal Representative:** | Yang Zhimei |
| **Business Scope:** | The general business items are: Domestic trade (excluding franchised, monopolised and exclusively controlled commodities); Import and export business (except for items prohibited by laws, administrative regulations and decisions of the State Council, restricted items can only be operated after obtaining permission); Clothing and clothing sales; Sales of electronic products; Sales of digital products; Sales of computers, software and auxiliary equipment; Sales of watches and glasses; Sales of hardware products; Sales of hardware accessories; sales of cosmetics; Sales of daily necessities; Sales of jewelry; Sales of lighting lamps and lanterns; Sales of communication products; Sales of furniture; Sales of household goods; Sales of household appliances; Sales of auto parts; Sales of plastic products; Sales of shoes and hats; Sales of leather goods and bags; Sales of office supplies; Sales of mother and infant products., Licensed items are: |
| **Established:** | 2020-04-13 |
| **Registration authority:** | Shenzhen Municipal Bureau of Market Supervision and Administration |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.









## Shopping Cart (2)

Select all items **Delete**

All | Choice | 14-day delivery

**Handmade Decorative Painting Store** Get discount

Retro Melting Candle Lamp Scented Candle Electronic Warmer Lamp Di...

**No Timing/EU Plug/United States**

**$30.99** 1

+ Shipping: $12.03

**VOYSILI Store**

Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherap...

**White/US Plug 110V**

**$56.88** 1

Free shipping

## Summary

| | |
|---|---|
| Subtotal | $87.87 |
| Shipping fee | $12.03 |
| **Total** | **$99.90** |

Checkout (2)

### Payment methods

VISA, G Pay, Pay after delivery, Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

## More to love

$33.39
Retro Melting Candle Lamp S...
14-day delivery on $5

$4.97
417 sold ★4.8
Lamp Paper Floor Shade Lan...
14-day delivery on $5

$4.85
69 sold ★5
Decorative Lampshade Floor...
14-day delivery on $5

$4.06 ~~$24.5~~
Choice Welcome Deal
5,000+ sold ★4.9
Table Lamp Bedside Lamp F...
Free shipping · 12-day delivery

$33.48
10 sold ★5
7 Types Dimmable Candle W...
14-day delivery on $5

$14.75 ~~$32.07~~
SuperDeals
25 sold ★5
Electric Candle Melt Lantern ...
14-day delivery on $5
Free shipping

Help
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group
Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play App Store AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

1. The size of the manual measurement may have some error, it is within the range of ±1 cm, the actual size shall be subject to the actual object.
2. Due to different lighting and shooting conditions, the color of the image may differ from actual product. Please refer to the actual product.

**Ship to** ⊙ Daytona beach, Florida, Unit...



**Shipping: $12.03**
Estimated delivery on Nov 20

**Service**
Free Return • 7-day Buyer Protection

**Quantity**

—  1  +

733 Pieces available

**Buy Now**

**Add to Cart**

⇪ Share    ♡ 1

View more

## Specifications

| Material | Metal | Shade Direction | Down |
| --- | --- | --- | --- |
| Is Dimmable | Yes | Switch Type | Wire control switch |
| Style | Modern Style | Certification | NONE |
| Light Source | LED Bulbs | Is Bulbs Included | Yes |
| Brand Name | NoEnName_Null | Origin | Mainland China |
| Item Type | Table Lamps | keyword 1 | Candle Top Melting Lamp |
| keyword 2 | Table Lamp Wax Melter for Scented Candles | keyword 3 | Aromatherapy Lamp For Spa Club |
| keyword 4 | Christmas gift | | |

## Customer Reviews (0)

## Buyer Questions & Answers (0)

## Recommended from Handmade Decorative Painting Store →




Case 1:23-cv-24163

# Defendant No.:83

# Store:

# VOYSILI Store

# Platform:

# Aliexpress

Show Licences

## Business information

Please see the seller's business information below.

Business license information

| | |
|---|---|
| **Company name:** | Foshan Chen's Baicaotang Pharmacy Co., Ltd. |
| **VAT number:** | 91440605MA55\*\*\*\*\*\* |
| **Business license registration number:** | 91440605MA55\*\*\*\*\*\* |
| **Address:** | Shop 123, Block 45, Cuihu Oasis Garden, No.1, Guilong Road, Luo Village, Shishan Town, Nanhai District, Foshan City, Guangdong Province, China |
| **Legal Representative:** | Chen Xu |
| **Business Scope:** | |
| **Established:** | 2020-12-02 |
| **Registration authority:** | |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何用途。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in; English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

9/15/23, 12:20 PM

Shopping Cart



# Shopping Cart (1)

Select all items

Choice | All

VOYSILI Store

Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherap...

White/US Plug 110V

$56.88

Free shipping

14-day delivery

Delete

1

## Summary

Subtotal                    $56.88

Total                       **$56.88**

**Checkout (1)**

### Payment methods

VISA | G Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

## More to love







9/15/23, 12:23 PM Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherapy Candles Table Lamp Aromatic Candle Holders for ...

Choice Free shipping on all Choice items 12-day delivery · Free returns

Sell on AliExpress | Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress

I'm shopping for...

Download app

VOYSILI Store

**80.0%** Positive Feedback | **7** Followers | + Follow | Message

**Store Home** | **Products** | **Sale Items** | **Top Selling** | **Feedback**

**Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherapy Candles Table Lamp Aromatic Candle Holders for Home Decoration**

**$56.88**

**Lampshade Color: White**

**Emitting Color: US Plug 110V**

US Plug 110V | EU Plug 220V

**Ship to** Daytona beach, Florida, Unit...

**Free Shipping**
Estimated delivery on Oct 04

**Service**
75-day Buyer Protection

**Quantity**
1
298 Pieces available

**Buy Now**

**Add to Cart**

**Share** | ♡ **6**

## Related items

$16.05 ~~$63.78~~
Choice
700+ sold ★4.5
Rechargeable Tabl...
Free shipping · 12-day delivery

$21.17
900+ sold ★4.1
Flower Bud Led Ta...
14-day delivery on $5

$14.75 ~~$32.07~~
SuperDeals
25 sold ★5
Electric Candle Me...
14-day delivery on $5
Free shipping

$20.17
95 sold ★3.7
PHYVAL Korean Pl...

$6.71 ~~$35.27~~
Choice
500+ sold ★4.9
10W LED Desk La...
Free shipping · 12-day delivery

$27.26
61 sold ★4.4
Dimmable Touch ...
14-day delivery on $5
Free shipping

**Description** | Specifications | Customer Reviews | You may also like

**VOYSILI Specialty Stores**

## Description

**Report Item / Suspicious Activity**

Case 1:23-cv-24163

# Defendant No.:84

# Store:

# Kee-jerk Industry Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Qisheng Digital Technology Co., Ltd. |
| **VAT number:** | 91440300MA5E****** |
| **Business license registration number:** | 91440300MA5E****** |
| **Address:** | 6A1-E14, 6th Floor, Tianji Building, Tianan Digital City, No. 10, Tairan Fifth Road, Tianan Community, Shatou Street, Futian District, Shenzhen City, Guangdong Province, China |
| **Legal Representative:** | Wang Wei |
| **Business Scope:** | Technical research and development and sales of electronic products; Sales of digital products and communication products; Operation of e-commerce; Domestic trade (except for items that must be approved before registration by laws, administrative regulations, and decisions of the State Council). (If the operation of an enterprise involves a pre-administrative license, it must obtain a pre-administrative license document before it can operate) |
| **Established:** | 2017-04-06 |
| **Registration authority:** | Shenzhen Market Supervision and Administration Bureau of Guangdong Province |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Help Buyer Protection App / Daytona beach / English / USD ♡ Wish List ⚲ Account

# AliExpress

I'm shopping for... 🔍 🛒 **0**



## Shopping Cart (3)

✓ Select all items **Delete**

All  Choice  14-day delivery

**Checkout now** to get 🚚 14 days delivery  **Shop more**

### Kee-jerk Industry Store
**Get discount**

Candle Warmer Wax Melt Lamp Lantern For Tcandle Melting Waxing B...  ♡ 🗑

Bronze ›

$26.56  − 1 +

🚚 14-day delivery on $5.00
+ Shipping: $0.94

### Handmade Decorative Painting Store
**Get discount**

Retro Melting Candle Lamp Scented Candle Electronic Warmer Lamp Di...  ♡ 🗑

No Timing/EU Plug/United States ›

$30.99  − 1 +

+ Shipping: $12.03

### VOYSILI Store

Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherap...  ♡ 🗑

White/US Plug 110V ›

$56.88  − 1 +

Free shipping

## Summary

Subtotal  $114.43
Shipping fee  $12.97
**Total**  **$127.40**

**Checkout (3)**

### Payment methods

VISA  Mastercard  AMEX  Discover  PayPal
GPay  Pay after delivery  APay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered

## More to love


$33.39
Retro Melting Candle Lamp S...
🚚 14-day delivery on $5


$4.97
417 sold ⭐4.8
Lamp Paper Floor Shade Lan...
🚚 14-day delivery on $5


$4.85
69 sold ⭐5
Decorative Lampshade Floor...
🚚 14-day delivery on $5


$4.06 $24.5
Choice Welcome Deal
5,000+ sold ⭐4.9
Table Lamp Bedside Lamp F...
🚚 Free shipping · 12-day delivery


$33.48
10 sold ⭐5
7 Types Dimmable Candle W...
🚚 14-day delivery on $5


$14.75 $32.07
SuperDeals
25 sold ⭐5
Electric Candle Melt Lantern ...
🚚 14-day delivery on $5
Free shipping

---

**Help**
Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

**AliExpress Multi-Language Sites**
Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**
All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

✔ **Choice** **Free shipping on all Choice items** 12-day delivery · Free returns →

Sell on AliExpress ▾    Help ▾    Buyer Protection    📱 App    🇺🇸 / Daytona beach / English / USD ▾    ♡ Wish List    👤 Account ▾

# AliExpress

I'm shopping for....    🔍    🛒 0    Download app

Kee-jerk Industry Store  ›    93.8% Positive Feedback  |  969 Followers    + Follow    💬 Message

Store Home    Products ▾    Sale Items    Top Selling    New Arrivals    Feedback



### Candle Warmer Wax Melt Lamp Lantern For Tcandle Melting Waxing Burner Aromatherapy Lamp Table Lamp US Plug

$**26**.56  $33.62  21% off

**1% Off**
Store Discount

Emitting Color: Bronze

Black    White    Bronze

## Related items



$**13**.68
9 sold  ⭐5
Carving Rubber Bl...
🚚 14-day delivery on $5

$**25**.54
5 sold  ⭐5
Mushroom Table ...
🚚 14-day delivery on $5
Free shipping

$**24**.21  $61.39
5 sold  ⭐5
Ultrasonic Cleaner...
Choice
Free shipping · 12-day delivery

$**4**.06  $24.5
5,000+ sold  ⭐4.9
Table Lamp Bedsi...
Choice
Free shipping · 12-day delivery

$**6**.37
1,000+ sold  ⭐4.6
20 Pcs/Lot With B...
Free shipping

$**12**.48
73 sold  ⭐4.8
Mushroom Night ...
Free shipping

## Description

Report Item / Suspicious Activity

| ITEM DESCRIPTION                                    WELCOME TO MY STORE

Traditional and Versatile - Curvy stem and a semi-matte finish make this an excellent lamp for your desk.
Easy and Safe - Place your favorite candle inside and enjoy without soot, smoke, or an open flame, suitable for pet family, baby family
Easy to Install & Use - It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance.
Stepless Dimming - You can freely adjust the brightness of this candle lamp, soft LED light creates the ambiance of a burning candle and allowing you to enjoy a warm and comfortable time.
Widely Application - This candle warmer lamp is a stylish, modern, exquisite and creative candle melting lamp. It is a perfect choice for home, farmhouse, bedroom, living room and study room. It is a great romantic gift. (Wax Not Included)
Plug Type:US Plug,it applies to Canada, India,Mexico, Thailand, the United States, the Philippines,Taiwan and so on.
color:Black / White / Bronze
Material:Metal
size:31.5 x 16.5cm

Package Contents:
1 x Candle Lamp
2 x Bulbs

Only the above package content, other products are not included.

Case 1:23-cv-24163

# Defendant No.:85

# Store:

# Lighting Home Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Xi'an Kangchen Oubang Environmental Protection Equipment Co., Ltd. |
| **VAT number:** | 91610104MA6W****** |
| **Business license registration number:** | 91610104MA6W****** |
| **Address:** | Unit 2, Unit 4, Building 1, Wuxing Street Community, Lianhu District, Xi'an City, Shaanxi Province, China |
| **Legal Representative:** | Yang Zhigang |
| **Business Scope:** | |
| **Established:** | 2019-04-02 |
| **Registration authority:** | Lianhu Branch of Xi'an Administration for Industry and Commerce |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.









Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress

I'm shopping for...

0

# Shopping Cart (4)

Select all items | Delete

All | Choice | 14-day delivery

**Checkout now** to get 14 days delivery | Shop more

## LightingHome Store

Electric Candle Warmers Lamp for Yankee Candle Metal Oil Burner Aro...

Christmas Gold/EU Plug

**$45.99**

1

14-day delivery on $5.00

Free shipping

## Kee-jerk Industry Store

Get discount

Candle Warmer Wax Melt Lamp Lantern For Tcandle Melting Waxing B...

Bronze

**$26.56**

1

14-day delivery on $5.00

+ Shipping: $0.94

## Handmade Decorative Painting Store

Get discount

Retro Melting Candle Lamp Scented Candle Electronic Warmer Lamp Di...

No Timing/EU Plug/United States

**$30.99**

1

+ Shipping: $12.03

## VOYSILI Store

Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherap...

White/US Plug 110V

**$56.88**

1

Free shipping

# Summary

| | |
|---|---|
| Subtotal | $160.42 |
| Shipping fee | $12.97 |
| **Total** | **$173.39** |

Checkout (4)

## Payment methods

Pay after delivery

## Buyer protection

Get full refund if the item is not as described or if is not delivered

## More to love

$33.39

Retro Melting Candle Lamp S...

14-day delivery on $5

$45.99

Electric Candle Warmers La...

14-day delivery on $5

Free shipping

$28.9

28 sold ★5

Japanese Style Tripod Rice P...

14-day delivery on $5

Free shipping

$4.97

417 sold ★4.8

Lamp Paper Floor Shade Lan...

14-day delivery on $5

$28.93 ~~$102.82~~

Choice | Welcome Deal

5 sold

Modern Japanese Cream Mu...

Free shipping · 12-day delivery

$10.05 ~~$45.33~~

Choice | Welcome Deal

216 sold ★4.6

Table Lamp LED Touch Sens...

Free shipping · 12-day delivery

Help

Choice Free shipping on all Choice items 12-day delivery · Free returns

Sell on AliExpress | Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress

I'm shopping for...

0

Download app

LightingHome Store >

**93.0%** Positive Feedback | **1747** Followers + Follow Message

Store Home | Products | Sale Items | Top Selling | Feedback

**Electric Candle Warmers Lamp for Yankee Candle Metal Oil Burner Aromatherapy Lamps Christmas gift Table Lamp For Home Office**

$45.99 ~~$80.69~~ 43% off

Extra 5% off

**Lampshade Color: Christmas Gold**

**Emitting Color: EU Plug**

US Plug | EU Plug | UK Plug | AU Plug

## Related items

| | | | | | |
|---|---|---|---|---|---|
| $15.57 ~~$61.97~~ | $10.05 ~~$45.33~~ | $17.58 ~~$25.48~~ | $7.47 | $28.9 | $18.05 |
| Choice | Choice | SuperDeals | 315 sold ★4.7 | 28 sold ★5 | 219 sold ★4.1 |
| 1,000+ sold ★4.7 | 216 sold ★4.6 | 110 sold ★4.8 | Japanese Design A... | Japanese Style Tri... | Japanese Design A... |
| Japanese Rice Pap... | Table Lamp LED T... | Mushroom Flower... | 14-day delivery on $5 | 14-day delivery on $5 | 14-day delivery on $5 |
| Free shipping · 12-day delivery | Free shipping · 12-day delivery | Free shipping | | Free shipping | Free shipping |

## Description

Report Item / Suspicious Activity



Case 1:23-cv-24163

# Defendant No.:86

# Store:
# Life Storage Toolbox Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | ZHANGSHAN JINPER TRADING CO., LTD |
| **VAT number:** | 91442000MA7H****** |
| **Business license registration number:** | 91442000MA7H****** |
| **Address:** | Floor 2, No. 141, Xiaolan Avenue Central, Xiaolan Town, Zhongshan City, Guangdong Province, China |
| **Legal Representative:** | Liu Hui |
| **Business Scope:** | |
| **Established:** | 2022-03-17 |
| **Registration authority:** | |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.



✓ Choice **Free shipping on all Choice items** 12-day delivery · Free returns →

Sell on AliExpress ⌄ | Help ⌄ | Buyer Protection | 📱 App | 🇺🇸 / Daytona beach / English / USD ⌄ | ♡ Wish List | 👤 Account ⌄

 ☰ | I'm shopping for... 🔍 | 🛒 0 | 

👤 Life Storage Toolbox Store ⟩ | 96.2% Positive Feedback | 927 Followers | + Follow | 💬 Message

Store Home | Products ⌄ | Sale Items | Top Selling | Feedback



   

### Creative Candle Warmer Timing Wax Melt Lamp Flameless Room Decor Lights Dimmable Table Lamp for Bedroom Living Room Office

**$12.84** ~~$27.33~~ 53% off

⊙ Extra 2% off

| **1% Off** Store Discount | **$2.90 Off** Store Coupon |

**Lampshade Color: White-Dimming**

**Emitting Color: Warm White**

Warm White

**Color: UK**

US | EU | AU | UK

---

## Related items

     

$10.81 | $28.56 | $23.32 | $20.38 | $24.11 | $28.9
14 sold ★4.5 | 46 sold ★3.3 | 3 sold ★4 | 47 sold ★4.5 | 7 sold ★5 | 28 sold ★5
Candle Warmer Ele... | Candle Warmer Ele... | Candle Warmer Ele... | Aroma Diffuser De... | Electric Candle Wa... | Japanese Style Trip...
| 🚚 14-day delivery on $5 | 🚚 14-day delivery on $5 | 🚚 14-day delivery Free shipping | Free shipping | 🚚 14-day delivery on $5 Free shipping

**Focus -- Professional**

## Description

Report Item / Suspicious Activity

Creative Candle Warmer Timing Wax Melt Lamp Flameless Room Decor Lights Dimmable Table Lamp for Bedroom Living Room Office

**Packing:**
1x Candle warmer lamp(excluding candles)

**Specification:**
**Item Name:** Candle warmer lamp
**Type:** Candle warmer
**Material:** Iron plating
**Light color:** Warm white
**Lampshade Color:** Black /White /Bronze color



**AliExpress**

I'm shopping for...

# Shopping Cart (5)

Select all items                                                              **Delete**

All    Choice    14-day delivery

**Checkout now** to get  14 days delivery                          Shop more

## Life Storage Toolbox Store                                      Get discount

Creative Candle Warmer Timing Wax Melt Lamp Flameless Room Decor...
UK/White-Dimming/Warm White/China ›
$12.84
14-day delivery on $5.00
+ Shipping:  $27.16                                                1

## LightingHome Store

Electric Candle Warmers Lamp for Yankee Candle Metal Oil Burner Aro...
Christmas Gold/EU Plug ›
$45.99
14-day delivery on $5.00
Free shipping                                                      1

## Kee-jerk Industry Store                                         Get discount

Candle Warmer Wax Melt Lamp Lantern For Tcandle Melting Waxing B...
Bronze ›
$26.56
14-day delivery on $5.00
+ Shipping:  $0.94                                                 1

## Handmade Decorative Painting Store                              Get discount

Retro Melting Candle Lamp Scented Candle Electronic Warmer Lamp Di...
No Timing/EU Plug/United States ›
$30.99
+ Shipping:  $12.03                                                1

## VOYSILI Store

Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherap...
White/US Plug 110V ›
$56.88
Free shipping                                                      1

# Summary

Subtotal                                    $173.26
Shipping fee                                 $40.13
**Total**                                   **$213.39**

**Checkout (5)**

## Payment methods

## Buyer protection

Get full refund if the item is not as described or if it is not delivered

## More to love

     

Case 1:23-cv-24163

# Defendant No.:87


# Store:

# Eprolo Dropshipping Store


# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Chunrong Information Technology Co., Ltd |
| **VAT number:** | 91440300MA5G★★★★★★ |
| **Business license registration number:** | 91440300MA5G★★★★★★ |
| **Address:** | Floor 3, High-tech Park C (Factory Building), Yuandun Road, Danzhutou Community, Nanwan Street, Longgang District, Shenzhen |
| **Legal Representative:** | Xu Chunrong |
| **Business Scope:** | The general business items are: information technology development and consulting; Sales of household products, outdoor products, electronic products and accessories; Operating e-commerce; Domestic and foreign trade; Import and export of goods and technology., Licensed items are: |
| **Established:** | 2020-03-25 |
| **Registration authority:** | Shenzhen Municipal Bureau of Market Supervision and Administration |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

**AliExpress**

Help | Buyer Protection | App | Daytona beach / English / USD | Wish List | Account

I'm shopping for...

## Shopping Cart (6)

Select all items                                    **Delete**

All | Choice | 14-day delivery

**Checkout now** to get 14 days delivery              Shop more

### Eprolo Dropshipping Store

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
black/US Plug 110V
$30.46
14-day delivery on $5.00
Free shipping
1

### Life Storage Toolbox Store                     Get discount

Creative Candle Warmer Timing Wax Melt Lamp Flameless Room Decor...
UK/White-Dimming/Warm White/China
$12.84
14-day delivery on $5.00
+ Shipping: $27.16
1

### LightingHome Store

Electric Candle Warmers Lamp for Yankee Candle Metal Oil Burner Aro...
Christmas Gold/EU Plug
$45.99
14-day delivery on $5.00
Free shipping
1

### Kee-jerk Industry Store                        Get discount

Candle Warmer Wax Melt Lamp Lantern For Tcandle Melting Waxing B...
Bronze
$26.56
14-day delivery on $5.00
+ Shipping: $0.94
1

### Handmade Decorative Painting Store             Get discount

Retro Melting Candle Lamp Scented Candle Electronic Warmer Lamp Di...
No Timing/EU Plug/United States
$30.99
+ Shipping: $12.03
1

### VOYSILI Store

Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherap...
White/US Plug 110V
$56.88
Free shipping
1

**More to love**

## Summary

Subtotal                              $203.72
Shipping fee                          $40.13
**Total**                             **$243.85**

**Checkout (6)**

### Payment methods

VISA | mastercard | AMEX | Discover | PayPal
GPay | Pay after delivery | Pay

### Buyer protection

Get full refund if the item is not as described or if it is not delivered

✓Choice **Free shipping on all Choice items** 12-day delivery · Free returns →

Sell on AliExpress ▾    Help ▾    Buyer Protection    📱 App    🇺🇸 / Daytona beach / English / USD ▾    ♡ Wish List    👤 Account ▾

**AliExpress**    ☰    I'm shopping for...    🔍    🛒 ⁰

Eprolo Dropshipping Store ›    91.9% Positive Feedback    |    1425 Followers    + Follow    💬 Message

Store Home    Products ▾    Sale Items    Top Selling    Feedback

**EPROLO**

**Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle Melting Waxing Burner Aromatherapy Lamp Table Lamp For Spa Club**

1 Sold

**$30**.46  ~~$62.17~~  51% off

⊘ Extra 1% off

**Lampshade Color: black**

**Emitting Color: US Plug 110V**

| US Plug 110V | EU Plug 220V |
| UK Plug 220V | AU Plug 220V |

**Related items**

| $24.11 | $19.81 | $38.49 | $25.71 | $28.56 | $37.24 |
|---|---|---|---|---|---|
| 7 sold ★5 | Candle Warmer La... | 12 sold | 2 sold | 46 sold ★3.3 | 2 sold |
| Electric Candle Wa... | 🚚 14-day delivery on $5 | Solid Wood Candl... | Retro Essential Oil... | Candle Warmer El... | Solid Wood Candl... |
| Free shipping | | 🚚 14-day delivery on $5 | 🚚 14-day delivery on $5 | 🚚 14-day delivery on $5 | Free shipping |
| | | Free shipping | Free shipping | | |

Skype/WeChat:+86 18755209052    Wholesale Dropshipping Price    Support Printing LOGO Overseas Warehouse

**Description**    Report Item / Suspicious Activity

**Dropshipping Service**

1. Accept order via **CSV &CRV*XLS** sheet ect.
2. Send product to customer directly **without invoice**, price tag or promotion.

Case 1:23-cv-24163

# Defendant No.:88

# Store: Homeware Store

# Platform: Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Longyan Ring Gold Chain Network Technology Co., Ltd. |
| **VAT number:** | 91350800MA34****** |
| **Business license registration number:** | 91350800MA34****** |
| **Address:** | 507, Building 5, Hengxing Lvjing, 142 Hualian Road, Xipi Street, Xinluo district, Longyan City, Fujian Province, China |
| **Legal Representative:** | Cen Ye Zhang |
| **Business Scope:** | Engaged in technology development, technology transfer, technical consulting, technical services in the field of network professional technology; Information system integration services; Software development; Development of electronic products; Sales of computer software and hardware, electronic products, computer and network products; Self-management and agency Import and export business of various products and technologies. (For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2016-06-27 |
| **Registration authority:** | Longyan Administration for Industry and Commerce of Fujian Province |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.



Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress

I'm shopping for...

0

# Shopping Cart (7)

Select all items | Delete

All | Choice | 14-day delivery

**Checkout now** to get 14 days delivery | Shop more

**Homeware Store** | Get discount

Retro Candle Warmer Table Lamp Metal Iron LED Scented Wax Melting ...
White/EU/China
**$25.84** 1
14-day delivery on $5.00
+ Shipping: $2.51

**Eprolo Dropshipping Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
black/US Plug 110V
**$30.46** 1
14-day delivery on $5.00
Free shipping

**Life Storage Toolbox Store** | Get discount

Creative Candle Warmer Timing Wax Melt Lamp Flameless Room Decor...
UK/White-Dimming/Warm White/China
**$12.84** 1
14-day delivery on $5.00
+ Shipping: $27.16

**LightingHome Store**

Electric Candle Warmers Lamp for Yankee Candle Metal Oil Burner Aro...
Christmas Gold/EU Plug
**$45.99** 1
14-day delivery on $5.00
Free shipping

**Kee-jerk Industry Store** | Get discount

Candle Warmer Wax Melt Lamp Lantern For Tcandle Melting Waxing B...
Bronze
**$26.56** 1
14-day delivery on $5.00
+ Shipping: $0.94

**Handmade Decorative Painting Store** | Get discount

Retro Melting Candle Lamp Scented Candle Electronic Warmer Lamp Di...
No Timing/EU Plug/United States
**$30.99** 1
+ Shipping: $12.03

## Summary

| | |
|---|---|
| Subtotal | $229.56 |
| Shipping fee | $42.64 |
| **Total** | **$272.20** |

Checkout (7)

## Payment methods

Pay after delivery

## Buyer protection

Get full refund if the item is not as described or if is not delivered

✔ **Choice** **Free shipping on all Choice items** 12-day delivery · Free returns →

Sell on AliExpress ▾   Help ▾   Buyer Protection   📱 App   🇺🇸 / Daytona beach / English / USD ▾   ♡ Wish List   👤 Account ▾

**AliExpress**   ☰   I'm shopping for.... 🔍   🛒 0

Homeware Store  ›   92.7% Positive Feedback   14.9K Followers   + Follow   💬 Message

Store Home | Products ▾ | Sale Items | Top Selling | New Arrivals | Home & Garden Supply | Feedback

**Retro Ambient Lights**
**UK / EU Plug**

### Retro Candle Warmer Table Lamp Metal Iron LED Scented Wax Melting Table Lamp Desktop Decorations Bedside Fragrance Diffuser

★★★★★ 5.0  1 Review  1 Sold

$ **25.84** $64.60  60% off

☑ Extra 2% off

| 1% Off Store Discount | $3.00 Off Store Coupon |

**Lampshade Color: White**

**Emitting Color: EU**

EU

---

## Related items

| $23.32 | $21.43 | $20.38 | $28.56 | $10.81 | $24.11 |
|---|---|---|---|---|---|
| 3 sold ★4 | 12 sold ★5 | 47 sold ★4.5 | 46 sold ★3.3 | 14 sold ★4.5 | 7 sold ★5 |
| Candle Warmer El... | Aromatherapy Di... | Aroma Diffuser D... | Candle Warmer El... | Candle Warmer El... | Electric Candle Wa... |
| 🚚 14-day delivery on $5 | 🚚 14-day delivery on $5 Free shipping | 🚚 14-day delivery on $5 Free shipping | 🚚 14-day delivery on $5 | | Free shipping |

   

**Homeware Store**
Support CSV/Excel Drop Shipping

## Description

**Report Item / Suspicious Activity**

Case 1:23-cv-24163

# Defendant No.:89

# Store:

# Toolbox Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | FOSHAN JINPER ELECTRONIC TECHNOLOGY CO., LTD |
| **VAT number:** | 91440606MACE****** |
| **Business license registration number:** | 91440606MACE****** |
| **Address:** | CN Room 806, 8th Floor, No.2 Rongqi Avenue East, Desheng Community, Ronggui Street, Shunde District, Foshan City, Guangdong Province |
| **Legal Representative:** | Liu Hui |
| **Business Scope:** | |
| **Established:** | 2023-04-23 |
| **Registration authority:** | |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.





Help Buyer Protection App | / Daytona beach / English / USD | Wish List Account

AliExpress

I'm shopping for...

0

## Shopping Cart (8)

Select all items Delete

All Choice 14-day delivery

**Checkout now** to get 14 days delivery Shop more

**Tool Box Store** Get discount

Candle Warmer Lamp No Flame Electric Dimmable Candle Warmer Can...

White Dimmable/China/Warm White/AU

**$12.84** 1

14-day delivery on $5.00

+ Shipping: $27.16

**Homeware Store** Get discount

Retro Candle Warmer Table Lamp Metal Iron LED Scented Wax Melting ...

White/EU/China

**$25.84** 1

14-day delivery on $5.00

+ Shipping: $2.51

**Eprolo Dropshipping Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

black/US Plug 110V

**$30.46** 1

14-day delivery on $5.00

Free shipping

**Life Storage Toolbox Store** Get discount

Creative Candle Warmer Timing Wax Melt Lamp Flameless Room Decor...

UK/White-Dimming/Warm White/China

**$12.84** 1

14-day delivery on $5.00

+ Shipping: $27.16

**LightingHome Store**

Electric Candle Warmers Lamp for Yankee Candle Metal Oil Burner Aro...

Christmas Gold/EU Plug

**$45.99** 1

14-day delivery on $5.00

Free shipping

**Kee-jerk Industry Store** Get discount

Candle Warmer Wax Melt Lamp Lantern For Tcandle Melting Waxing B...

Bronze

**$26.56** 1

14-day delivery on $5.00

+ Shipping: $0.94

## Summary

| | |
|---|---|
| Subtotal | $242.40 |
| Shipping fee | $69.80 |
| **Total** | **$312.20** |

Checkout (8)

### Payment methods

VISA G Pay Pay after delivery Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

**Handmade Decorative Painting Store**

Retro Melting Candle Lamp Scented Candle Electronic Warmer Lamp Di...

No Timing/EU Plug/United States ›

$30.99

+ Shipping: $12.03

1

Get discount

**VOYSILI Store**

Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherap...

White/US Plug 110V ›

$56.88

Free shipping

1

## More to love








$12.84
Candle Warmer Lamp No Fla...
🚚 14-day delivery on $5

$33.39
Retro Melting Candle Lamp S...
🚚 14-day delivery on $5

$30.46
1 sold
Candle Warmer Electric Wax...
🚚 14-day delivery on $5
Free shipping

$4.97
417 sold ★4.8
Lamp Paper Floor Shade Lan...
🚚 14-day delivery on $5

$10.81
14 sold ★4.5
Candle Warmer Electric Wax...

$15.57 $61.97
Choice Welcome Deal
1,000+ sold ★4.7
Japanese Rice Paper Lantern...
🚚 Free shipping · 12-day delivery

---

Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 Google Play
 App Store
AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



Sell on AliExpress ⌄    Help ⌄    Buyer Protection    📱 App    🇺🇸 / Daytona beach / English / USD ⌄    ♡ Wish List    👤 Account ⌄

## Tool Box Store ›

87.0% Positive Feedback | 170 Followers | + Follow | 💬 Message

Store Home    Products ⌄    Sale Items    Top Selling    Feedback



### Candle Warmer Lamp No Flame Electric Dimmable Candle Warmer Candle Heating Lamp Creative Aromatherapy Room Table Bedside Decor

$ **12.84** ~~$27.33~~ 53% off

| 1% Off | $3.86 Off |
| Store Discount | Store Coupon |

Lampshade Color: White Dimmable



Emitting Color: Warm White

Warm White

Color: AU

US | EU | AU | UK

## Related items



$20.79
Candle Warmer La...
🚚 14-day delivery
on $5

$31.58
Candle Warmer La...
🚚 14-day delivery
on $5

$30.23
4 sold
Electric Essential C...
🚚 Free shipping

$11.68
1 sold
Wax Melting Burne...
🚚 14-day delivery
on $5

$19.81
Candle Warmer La...
🚚 14-day delivery
on $5

$23.32
3 sold ★4
Candle Warmer Ele...
🚚 14-day delivery
on $5



## Description

Report Item / Suspicious Activity

**Specification**
Name: Candle Warmer Lamp No Flame Electric
Type: Desk lamp
Material: Iron plating
Light source: Halogen lamp GU10
Power: 35W
Voltage: AC110V-220V
Product Switch: Rotary Adjustment Switch
Shade Color: Black/White/Bronze
Product style: Timer switch light / Dimmer switch light (optional)
Product size: 14x30cm/ 5.51x11.8in

Case 1:23-cv-24163

# Defendant No.:90

# Store:

# Disbobo Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | WENZHOU XIANGDA Craft Gift Co., Ltd |
| **VAT number:** | 91330383MA2L****** |
| **Business license registration number:** | 91330383MA2L****** |
| **Address:** | Floor 2, 219 Xixian Village, Longgang City, Cangnan County, Wenzhou City, Zhejiang Province, China |
| **Legal Representative:** | Zou Jun |
| **Business Scope:** | |
| **Established:** | |
| **Registration authority:** | Longgang Administrative Examination and Approval Bureau |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the manufacturing of consumer products.





Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress

I'm shopping for...

0

## Shopping Cart (9)

Select all items — Delete

All | Choice | 14-day delivery

**Checkout now** to get 14 days delivery — Shop more

**Disbobo Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
white/AU Plug 220V
**$28.56**
14-day delivery on $5.00
+ Shipping: $0.55
1

**Tool Box Store** — Get discount

Candle Warmer Lamp No Flame Electric Dimmable Candle Warmer Can...
White Dimmable/China/Warm White/AU
**$12.84**
14-day delivery on $5.00
+ Shipping: $27.16
1

**Homeware Store** — Get discount

Retro Candle Warmer Table Lamp Metal Iron LED Scented Wax Melting ...
White/EU/China
**$25.84**
14-day delivery on $5.00
+ Shipping: $2.51
1

**Eprolo Dropshipping Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
black/US Plug 110V
**$30.46**
14-day delivery on $5.00
Free shipping
1

**Life Storage Toolbox Store** — Get discount

Creative Candle Warmer Timing Wax Melt Lamp Flameless Room Decor...
UK/White-Dimming/Warm White/China
**$12.84**
14-day delivery on $5.00
+ Shipping: $27.16
1

**LightingHome Store**

Electric Candle Warmers Lamp for Yankee Candle Metal Oil Burner Aro...
Christmas Gold/EU Plug
**$45.99**
14-day delivery on $5.00
Free shipping
1

## Summary

| | |
|---|---|
| Subtotal | $270.96 |
| Shipping fee | $70.35 |
| **Total** | **$341.31** |

Checkout (9)

### Payment methods

VISA, G Pay, Pay after delivery, Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

Dimmer Switch



GU10 Lamp 2PCS
35W



30CM

15CM

14CM



## Timer Switch 타이머 스위치

Brightness and timing functions available

밝기 및 타이밍 기능 사용 가능



US Plug

### US 110V Plug

**Suitable for United States, Canda, Japan, Mexico, Venezuela, Laos, Peru, Nigeria, Brazil, Philippines, Thailand**



AU Plug

### AU 220V Plug

**Suitable for Australia, New Zealand, Argentina, Latvia**



EU Plug

### EU 220V Plug

**Suitable for Germany, France, Netherlands, Spain, Russia, Poland, South Korea, Denmark, Finland, Norway, Portugal, Austria, Belgium, Hungary, Sweden, Thailand**

UK Plug

### UK 220V Plug

**Suitable for United Kingdom, Singapore, Hong Kong, Malaysia, Vietnam, Indonesia**

Case 1:23-cv-24163

# Defendant No.: 91

## Store:

## Cheerful MY Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Di Bafang Technology Co., Ltd. |
| **VAT number:** | 91440300MA5G****** |
| **Business license registration number:** | 91440300MA5G****** |
| **Address:** | 202, Building A, Xinyuanda Industrial Park, Xiazao New Village, Gaofeng Community, Dalang Street, Longhua District, Shenzhen City |
| **Legal Representative:** | Huang Weidi |
| **Business Scope:** | The general business items are: sales of clothing, clothing, needle textiles, computer software and hardware, household goods, household goods, handicrafts (excluding ivory and its products), luggage, bags, gloves, ticket holders, leather products, shopping bags, packaging bags, packaging boxes, cloth bags, daily necessities, auto parts, accessories, cosmetics, watches, plastic products, electronic products; Domestic trade; Import and export of goods and technologies. (Except for items that must be approved before registration as required by laws, administrative regulations and decisions of the State Council), the permitted business items are: None |
| **Established:** | 2020-07-09 |
| **Registration authority:** | Longhua Bureau |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

AliExpress

90 of 128

Help    Buyer Protection    App    / Daytona beach / English /    USD    Wish List    Account

I'm shopping for...

Download app

# Shopping Cart (10)

Select all items                                                                  **Delete**

All    Choice    14-day delivery

**Checkout now** to get 🚚 14 days delivery                           Shop more

## Cheerful MY Store

Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...
C/China
**$ 18.88**
+ Shipping: $1.74                                                              − 1 +

## Disbobo Store

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
white/AU Plug 220V
**$ 28.56**
🚚 14-day delivery on $5.00
+ Shipping: $0.55                                                             − 1 +

## Tool Box Store                                                    Get discount

Candle Warmer Lamp No Flame Electric Dimmable Candle Warmer Can...
White Dimmable/China/Warm White/AU
**$ 12.84**
🚚 14-day delivery on $5.00
+ Shipping: $27.16                                                            − 1 +

## Homeware Store                                                    Get discount

Retro Candle Warmer Table Lamp Metal Iron LED Scented Wax Melting ...
White/EU/China
**$ 25.84**
🚚 14-day delivery on $5.00
+ Shipping: $2.51                                                             − 1 +

## Eprolo Dropshipping Store

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
black/US Plug 110V
**$ 30.46**
🚚 14-day delivery on $5.00
Free shipping                                                                − 1 +

## Life Storage Toolbox Store                                        Get discount

Creative Candle Warmer Timing Wax Melt Lamp Flameless Room Decor...
UK/White-Dimming/Warm White/China
**$ 12.84**
🚚 14-day delivery on $5.00
+ Shipping: $27.16                                                            − 1 +

# Summary

| | |
|---|---|
| Subtotal | $289.84 |
| Shipping fee | $72.09 |
| **Total** | **$361.93** |

**Checkout (10)**

## Payment methods

VISA    Mastercard    American Express    Discover    PayPal
GPay    Pay after delivery    Pay

## Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered



LightingHome Store

Electric Candle Warmers Lamp for Yankee Candle Metal Oil Burner Aro...
Christmas Gold/EU Plug >
$45.99
14-day delivery on $5.00
Free shipping

Kee-jerk Industry Store    Get discount

Candle Warmer Wax Melt Lamp Lantern For Tcandle Melting Waxing B...
Bronze >
$26.56
14-day delivery on $5.00
+ Shipping: $0.94

Handmade Decorative Painting Store    Get discount

Retro Melting Candle Lamp Scented Candle Electronic Warmer Lamp Di...
No Timing/EU Plug/United States >
$30.99
+ Shipping: $12.03

VOYSILI Store

Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherap...
White/US Plug 110V >
$56.88
Free shipping

More to love



$18.88
6 sold ★5
Candle Warmer With Timer ...

$33.39
Retro Melting Candle Lamp S...
14-day delivery on $5

$12.84
Candle Warmer Lamp No Fla...
14-day delivery on $5

$30.46
1 sold
Candle Warmer Electric Wax...
14-day delivery on $5
Free shipping

$4.97
417 sold ★4.8
Lamp Paper Floor Shade Lan...
14-day delivery on $5

$6.1 $32.65
Choice  Welcome Deal
Hot Tub Water Temperature...
1,000+ sold ★4.6
Free shipping · 12-day delivery



Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play    App Store    AppGallery



## Specifications

| | | | |
|---|---|---|---|
| Handmade | No | Use | Bars |
| Model Number | 1 | Shape | Animal |
| Product | Candle Lamp | Feature | Color Changing |
| Material | Beeswax | Type | Jar |
| Origin | Mainland China | | |

## Customer Reviews (1)

**5.0**

★★★★★

All reviews come from verified purchasers

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 0 |
| 3 stars | 0 |
| 2 stars | 0 |
| 1 stars | 0 |

All(1)   Pic review(0)   Additional review(0)   Local review(0)   5 stars(1)   4 stars(0)
3 stars(0)   2 stars(0)   1 star(0)

Sort by default ⌄   Show original translate

★★★★★                                                                    25 Aug 2023
Color:D Ships From:China                                                        a***i

👍 Helpful(0)




Case 1:23-cv-24163

# Defendant No.:92

## Store:

## Pet Supplies -- Pet Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Mokani E-Commerce Co., Ltd. |
| **VAT number:** | 91440300MA5H****** |
| **Business license registration number:** | 91440300MA5H****** |
| **Address:** | No. 52, Huimin 2nd Road, Guihua Community, Guanlan Street, Longhua District, Shenzhen City, Guangdong Province, China 1205 |
| **Legal Representative:** | Huang Xiaoxia |
| **Business Scope:** | |
| **Established:** | 2023-04-04 |
| **Registration authority:** | |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.



# Related items

$26.94
1 sold
Candle Warmer with...
🚚 14-day delivery on $5
Free shipping

$32.3
Candle Warmer Lam...
Free shipping

$5.78
60 sold ⭐2
Modern Simplified E...
Free shipping

$18.88
6 sold ⭐5
Candle Warmer Wit...

$7.32 $9.98
SuperDeals
120 sold ⭐4.5
Solar Candle Lights ...
Free shipping

$13.22
5 sold ⭐5
Moroccan Metal Hol...
🚚 14-day delivery on $5
Free shipping

| Description | Report Item / Suspicious Activity |

### Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle Melter Aromatic Candle Holder Candlestick Home Decoration Lamp

**Description:**
Name: adjustable light melting wax lamp
Material: metal
Weight: about 900 grams
Dimensions: as shown in the
Color: as shown in the figure
Light source: halogen lamp 50W
Applicable space: living room/bedroom/study, etc
Applicable area: 5-10m2

**Specifications:**
This candle heater is suitable for most candles on the market.
2. You can choose your favorite fragrance to fill your home, can help you eliminate the worst smells, such as smoke, tobacco, pet urine, garbage and unpleasant bathroom smells
3. Use our lamp candle melter to safely enjoy your favorite flameless candle
4. The base is made of solid high-quality metal material, not easy to bend
5. Good safety, can melt the candle without burning you

**Package Included:**





Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress | I'm shopping for... | 0 | Download app

## Shopping Cart (11)

Select all items | Delete

All | Choice | 14-day delivery

**Checkout now** to get 14 days delivery | Shop more

**Pet Supplies -- Pet Store**

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...
US black/China
$32.68 | 1
Free shipping

**Cheerful MY Store**

Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...
C/China
$18.88 | 1
+ Shipping: $1.74

**Disbobo Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
white/AU Plug 220V
$28.56 | 1
14-day delivery on $5.00
+ Shipping: $0.55

**Tool Box Store** | Get discount

Candle Warmer Lamp No Flame Electric Dimmable Candle Warmer Can...
White Dimmable/China/Warm White/AU
$12.84 | 1
14-day delivery on $5.00
+ Shipping: $27.16

**Homeware Store** | Get discount

Retro Candle Warmer Table Lamp Metal Iron LED Scented Wax Melting ...
White/EU/China
$25.84 | 1
14-day delivery on $5.00
+ Shipping: $2.51

**Eprolo Dropshipping Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
black/US Plug 110V
$30.46 | 1
14-day delivery on $5.00
Free shipping

## Summary

| | |
|---|---|
| Subtotal | $265.64 |
| Shipping fee | $72.09 |
| **Total** | **$337.73** |

Checkout (10)

### Payment methods

VISA | G Pay | Pay after delivery | Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

Life Storage Toolbox Store

Get discount

Creative Candle Warmer Timing Wax Melt Lamp Flameless Room Decor...

UK/White-Dimming/Warm White/China >

$ 12.84

🚚 14-day delivery on $5.00
+ Shipping: $27.16

1

LightingHome Store

Electric Candle Warmers Lamp for Yankee Candle Metal Oil Burner Aro...

Christmas Gold/EU Plug >

$45.99

🚚 14-day delivery on $5.00
Free shipping

1

Kee-jerk Industry Store

Get discount

Candle Warmer Wax Melt Lamp Lantern For Tcandle Melting Waxing B...

Bronze >

$26.56

🚚 14-day delivery on $5.00
+ Shipping: $0.94

1

Handmade Decorative Painting Store

Get discount

Retro Melting Candle Lamp Scented Candle Electronic Warmer Lamp Di...

No Timing/EU Plug/United States >

$30.99

+ Shipping: $12.03

1

VOYSILI Store

Candle Warmer Adjustable Brightness Wax Warmer lamp Aromatherap...

White/US Plug 110V >

$56.88

Free shipping

1

## More to love



$32.68
Electric Candle Warmer Lam...
Free shipping

$33.39
Retro Melting Candle Lamp S...
🚚 14-day delivery on $5

$18.88
6 sold ★5
Candle Warmer With Timer ...

$12.84
Candle Warmer Lamp No Fla...
🚚 14-day delivery on $5

$45.99
Electric Candle Warmers La...
🚚 14-day delivery on $5
Free shipping

$30.46
1 sold
Candle Warmer Electric Wax...
🚚 14-day delivery on $5
Free shipping



Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

# Defendant No.:93

# Store:

# WEARE FAMALILY Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Guangzhou Lingchen Electronic Commerce Co., Ltd |
| **VAT number:** | 91440101MA9W****** |
| **Business license registration number:** | 91440101MA9W****** |
| **Address:** | Room 201, No. 12, West 2nd Lane, Dongpu Main Road, Tianhe District, Guangzhou City |
| **Legal Representative:** | Chen Meiqing |
| **Business Scope:** | Internet sales (except for sales of licensed goods); Communication equipment sales; Electronic components retail; Gift and flower sales; Cosmetics retail; Stationery retail; Clothing accessories sales; Clothing and apparel retail; Shoes and hats retail; Luggage sales;; |
| **Established:** | 2020-12-07 |
| **Registration authority:** | Guangzhou Tianhe District Market Supervision and Administration Bureau |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.





Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress

I'm shopping for...

0

Download app

## Shopping Cart (12)

Select all items — Delete

All | Choice | 14-day delivery

**Checkout now** to get 14 days delivery — Shop more

**WEARE FAMALILY Store** — Get discount

Candle Warmer with Timer Aroma Candle Holder Tabletop Ornament f...

White

**$26.94** — 1

14-day delivery on $5.00

Free shipping

**Pet Supplies -- Pet Store**

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...

US black/China

**$32.68** — 1

Free shipping

**Cheerful MY Store**

Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...

C/China

**$18.88** — 1

+ Shipping: $1.74

**Disbobo Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

white/AU Plug 220V

**$28.56** — 1

14-day delivery on $5.00

+ Shipping: $0.55

**Tool Box Store** — Get discount

Candle Warmer Lamp No Flame Electric Dimmable Candle Warmer Can...

White Dimmable/China/Warm White/AU

**$12.84** — 1

14-day delivery on $5.00

+ Shipping: $27.16

**Homeware Store** — Get discount

Retro Candle Warmer Table Lamp Metal Iron LED Scented Wax Melting ...

White/EU/China

**$25.84** — 1

14-day delivery on $5.00

+ Shipping: $2.51

## Summary

| | |
|---|---|
| Subtotal | $261.59 |
| Shipping fee | $60.06 |
| **Total** | **$321.65** |

Checkout (10)

### Payment methods

VISA | Mastercard | American Express | Discover | PayPal | G Pay | Pay after delivery | Apple Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

Description    Specifications    Customer Reviews    You may also like





$**26**.94  ~~$53.89~~  50% off

**Selections**                                            White



**Ship to**    ⊙ Daytona beach, Florida, Unit...

**Free Shipping**
🏷 **14-day delivery** on orders over $5.00
Collect a $1.00 coupon for late delivery
ⓘ Delivery days refer to working days.
These exclude weekends and holidays.
delivery by **Oct 05**

**Service**
On-time guarantee • 75-day Buyer
Protection

**Quantity**
⊖   1   ⊕
999 Pieces available

**Buy Now**

**Add to Cart**

⤴ Share          ♡ 5




Case 1:23-cv-24163

# Defendant No.:94

## Store:

## Qianzhuo Digital Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Yao Yuan Electronic Commerce Co., Ltd. |
| **VAT number:** | 91440300MA5F****** |
| **Business license registration number:** | 91440300MA5F****** |
| **Address:** | 213, 213 Longjun Business Center, Building A1 and A2, Longjun Garden, Longping Community, Dalang Street, Longhua District, Shenzhen |
| **Legal Representative:** | Peng Long |
| **Business Scope:** | General business items are: electronic products, clothing and accessories design, sales. Sales of children's products, pet products, hardware products, household goods, cosmetics, toys, office supplies, household goods, daily necessities; Domestic trade; Import and export business; E-commerce., Licensed items are: |
| **Established:** | 2019-07-02 |
| **Registration authority:** | Longhua Bureau |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Size: Approx 31*18*18cm/12.20*7.09*7.09inch.

**Note:**
There might be a few color distortions due to different computer resolutions.
There might be a slight error due to different hand measurements.

**Package Includes:**
Candle Warmer Lamp 1pcs Bulbs 2pcs









Description · Specifications · Customer Reviews · You may also like



$**34**.69  $57.82  40% off

**Selections** — Black

**Ship to** — Daytona beach, Florida, Unit...

**Free Shipping**
Estimated delivery on Oct 05

**Service**
75-day Buyer Protection

**Quantity**
− 1 +
999 Pieces available

**Buy Now**

**Add to Cart**

Share    ♡ 2






Help          Buyer Protection          App          / Daytona beach / English / USD          Wish List          Account

**AliExpress**            I'm shopping for...                    0

# Shopping Cart (13)

○ Select all items                                              **Delete**

[ All ]  [ Choice ]  [ 14-day delivery ]

**Checkout now** to get 🚚 14 days delivery          [ Shop more ]

---

## Summary

| | |
|---|---|
| Subtotal | $269.72 |
| Shipping fee | $59.12 |
| **Total** | **$328.84** |

[ Checkout (10) ]

### Payment methods

VISA  Mastercard  American Express  Discover  PayPal
G Pay  Pay after delivery  Pay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered

---

● **Qianzhuo Digital Store**                          Get discount

✓  Electric Candle Warmer For Safe And Easy Home Decoration Control Te...
   Black/CN ›
   $34.69                                          ⊖  1  ⊕
   Free shipping

---

● **WEARE FAMALILY Store**                          Get discount

✓  Candle Warmer with Timer Aroma Candle Holder Tabletop Ornament f...
   White ›
   $26.94                                          ⊖  1  ⊕
   🚚 14-day delivery on $5.00
   Free shipping

---

● **Pet Supplies -- Pet Store**

✓  Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...
   US black/China ›
   $32.68                                          ⊖  1  ⊕
   Free shipping

---

● **Cheerful MY Store**

✓  Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...
   C/China ›
   $18.88                                          ⊖  1  ⊕
   + Shipping: $1.74

---

● **Disbobo Store**

✓  Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
   white/AU Plug 220V ›
   $28.56                                          ⊖  1  ⊕
   🚚 14-day delivery on $5.00
   + Shipping: $0.55

---

● **Tool Box Store**                          Get discount

✓  Candle Warmer Lamp No Flame Electric Dimmable Candle Warmer Can...
   White Dimmable/China/Warm White/AU ›
   $12.84                                          ⊖  1  ⊕
   🚚 14-day delivery on $5.00
   + Shipping: $27.16

---

● **Homeware Store**                          Get discount

Case 1:23-cv-24163

# Defendant No.:95

## Store:

## Jiaju 007 Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Guangzhou Xibei Electronic Commerce Co., Ltd |
| **VAT number:** | 91440101MA9W＊＊＊＊＊＊ |
| **Business license registration number:** | 91440101MA9W＊＊＊＊＊＊ |
| **Address:** | Room 203, No. 2, East Southeast Lane, Yuancun Chengjie, Tianhe District, Guangzhou City |
| **Legal Representative:** | Zheng Jiaqi |
| **Business Scope:** | Internet sales (except for sales of licensed goods); Communication equipment sales; Electronic components retail; Gift and flower sales; Cosmetics retail; Stationery retail; Clothing accessories sales; Clothing and apparel retail; Shoes and hats retail; Luggage sales;; |
| **Established:** | 2020-12-15 |
| **Registration authority:** | Guangzhou Tianhe District Market Supervision and Administration Bureau |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

✓ **Choice** **Free shipping on all Choice items** 12-day delivery · Free returns →

Sell on AliExpress ▾   Help ▾   Buyer Protection   📱 App   🇺🇸 / Daytona beach / English / USD ▾   ♡ Wish List   Account ▾

**AliExpress** ☰   I'm shopping for....   🔍   🛒 0

**Jiaju 007 Store** ›   93.9% Positive Feedback | 159 Followers   + Follow   Message

Store Home   Products ▾   Sale Items   Top Selling   Feedback




**C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Ornament for Dormitory Bedroom Office Decoration**

★☆☆☆☆ 1.0 1 Review 1 Sold

$**28**.71 $39.87 28% off
⊙ Extra 2% off

| 2% Off Store Discount | $22.00 Off Store Coupon |

Color: BZ

**Related items**



$26.94
1 sold
Candle Warmer wi...
🚚 14-day delivery on $5
Free shipping

$15.48
7 sold ★5
Electric Candle Inc...
🚚 14-day delivery on $5
Free shipping

$18.88
6 sold ★5
Candle Warmer W...

$6.52
2 sold ★5
2/4/8PCS Automat...
Free shipping

$14.75 $32.07
SuperDeals
25 sold ★5
Electric Candle Me...
🚚 14-day delivery on $5
Free shipping

$17.54
Tea Light Oven for...

**Description**                    **Report Item / Suspicious Activity**

C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Ornament for Dormitory Bedroom Office Decoration

Features: brand new and high quality
Material: It made of metal material, durable.
Safe: Place your favorite candle inside and enjoy without soot, smoke, or an open flame.
Easy to install: This lamp creates heat to melt the candle from top to bottom, releasing vibrant, fragrances. No more wasted candle wax.
Add atmosphere: The soft light creates the ambiance of burning candle.
Great gift: Great gift for friend.

Specifications: Material: Metal
Size: approx.16.5x32.5cm/6.50x12.68in
Plug type: US
Working Voltage: 110-130V
Optional colors: White/Black/Bronze
Quantity: 1Pc

Help ▾    Buyer Protection    📱 App    🇺🇸 / Daytona beach / English / USD ▾    ♡ Wish List    👤 Account ▾

**AliExpress**    ☰    | I'm shopping for... |    🔍    🛒 0

[QR code] Download app

## Shopping Cart (14)

○ Select all items                                                    **Delete**

[ All ]  [ Choice ]  [ 14-day delivery ]

**Checkout now** to get 🚚 14 days delivery                          Shop more

✓━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

### Summary

| | |
|---|---|
| Subtotal | $252.44 |
| Shipping fee | $59.12 |
| **Total** | **$311.56** |

**Checkout (10)**

### Payment methods

VISA  mastercard  AMEX  DISCOVER  PayPal
GPay  Pay after delivery  Pay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered

---

● **Jiaju 007 Store**                                              Get discount

✓ [image] C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Orn...  ♡
         BZ ›
         $28.71                                                    ⊖ 1 ⊕
         Free shipping

---

● **Qianzhuo Digital Store**                                       Get discount

✓ [image] Electric Candle Warmer For Safe And Easy Home Decoration Control Te...  ♡ 🗑
         Black/CN ›
         $34.69                                                    ⊖ 1 ⊕
         Free shipping

---

● **WEARE FAMALILY Store**                                         Get discount

✓ [image] Candle Warmer with Timer Aroma Candle Holder Tabletop Ornament f...  ♡ 🗑
         White ›
         $26.94                                                    ⊖ 1 ⊕
         🚚 14-day delivery on $5.00
         Free shipping

---

● **Pet Supplies -- Pet Store**

✓ [image] Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...  ♡ 🗑
         US black/China ›
         $32.68                                                    ⊖ 1 ⊕
         Free shipping

---

● **Cheerful MY Store**

✓ [image] Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...  ♡ 🗑
         C/China ›
         $18.88                                                    ⊖ 1 ⊕
         + Shipping: $1.74

---

● **Disbobo Store**

✓ [image] Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...  ♡ 🗑
         white/AU Plug 220V ›
         $28.56                                                    ⊖ 1 ⊕
         🚚 14-day delivery on $5.00
         + Shipping: $0.55

---

● **Tool Box Store**                                               Get discount

Case 1:23-cv-24163

# Defendant No.:96

# Store:

# Shop1102693041 Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Taiyuan Chida Fang Network Technology Co., Ltd. |
| **VAT number:** | 91149900MA7XNLQM8K |
| **Business license registration number:** | 91149900MA7XNLQM8K |
| **Address:** | Room 1109, 11th Floor, Dingchen Times Square, No.5 Xuefu Industrial Park Development Road, Xiaodian District Transformation and Comprehensive Reform Demonstration Zone, Taiyuan City, Shanxi Province, China |
| **Legal Representative:** | Li Haojie |
| **Business Scope:** | |
| **Established:** | 2022-06-17 |
| **Registration authority:** | |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.



Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress

I'm shopping for...

0

Download app

## Shopping Cart (15)

Select all items | Delete

All | Choice | 14-day delivery

**Checkout now** to get 14 days delivery | Shop more

**Shop1102693041 Store** | Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...
White
**$30.28**
+ Shipping: $7.06
1

**Jiaju 007 Store** | Get discount

C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Orn...
BZ
**$28.71**
Free shipping
1

**Qianzhuo Digital Store** | Get discount

Electric Candle Warmer For Safe And Easy Home Decoration Control Te...
Black/CN
**$34.69**
Free shipping
1

**WEARE FAMALILY Store** | Get discount

Candle Warmer with Timer Aroma Candle Holder Tabletop Ornament f...
White
**$26.94**
14-day delivery on $5.00
Free shipping
1

**Pet Supplies -- Pet Store**

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...
US black/China
**$32.68**
Free shipping
1

**Cheerful MY Store**

Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...
C/China
**$18.88**
+ Shipping: $1.74
1

**Disbobo Store**

## Summary

| | |
|---|---|
| Subtotal | $269.88 |
| Shipping fee | $39.02 |
| **Total** | **$308.90** |

Checkout (10)

### Payment methods

VISA, G Pay, Pay after delivery, Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

9/22/23, 1:09 PM Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Melter Aromatic Candle Holders For Decoration US Plug

✔️ **Choice** **Free shipping on all Choice items** 12-day delivery · Free returns

Sell on AliExpress ▾ | Help ▾ | Buyer Protection | 📱 App | 🇺🇸 / Daytona beach / English / USD ▾ | ♡ Wish List | 👤 Account ▾

**AliExpress** ☰▾ | I'm shopping for... 🔍 | 🛒 0 | [QR code] Download app

🏪 Shop1102693041 Store ❯ | 100.0% Positive Feedback | + Follow | 💬 Message

Store Home | Products ▾ | Sale Items | Top Selling | Feedback




### Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Melter Aromatic Candle Holders For Decoration US Plug

$**30.28** ~~$53.12~~ 43% off

| 1% Off Store Discount | $1.00 Off Store Coupon |

**Color: White**

[ White ]

Related items



| | | | | | |
|---|---|---|---|---|---|
| $**0.99** ~~$12.72~~ | $**2.66** | $**3.38** | $**5.78** | $**0.99** ~~$4.54~~ | $**1.05** |
| Choice | 404 sold ⭐4.7 | 2,000+ sold ⭐4.5 | 60 sold ⭐2 | Welcome Deal | 600+ sold ⭐4.8 |
| 63 sold ⭐4.3 | Multicolour Flame... | 3D Middle Finger ... | Modern Simplified... | 2,000+ sold ⭐4.9 | Airplane Theme C... |
| 3 or 4 Pieces 11 In... | | 🚚 14-day delivery on $5 | Free shipping | DIY Stamping Gol... | 🚚 14-day delivery on $5 |
| 🚚 Free shipping 12-day delivery | | | | 🚚 14-day delivery on $5 Free shipping | |

**Description** | Report Item / Suspicious Activity

Product Description

**Support Dropshipping and Wholesaling.**

Adjustable brightness - stepless dimming allows you to adjust the brightness of the bulb.
Fits all sizes of candles - This candle warmer fits most candles on the market. Product Size:6.5 inch/16.5CM x 12.8 inch/31.5CM(Candles are not included in the product).
Eliminate odours - The candle melter works with candles and you can choose your favourite scent to fill your home, it helps you eliminate the worst odours such as smoke, tobacco, pet urine, rubbish and unpleasant bathroom smells. Freshen up your room, home, break room, office, garage, kitchen, basement or anywhere you frequent.
Keep your house free from fires - In the United States, candles are responsible for 18,600 house fires each year. Say goodbye to indoor flames, smoke and soot. Enjoy your favourite flameless candles safely with our lamp-style candle melter.
The safe option - not only does this look great, but the included bulb is strong enough to melt the candle without burning you. The base is made of a solid quality metal material which is not easily bent. This would make a great gift for friends, family, couples, teenagers, children etc.
Plug Type: US Plug, it applies to Canada, India, Mexico, Thailand, Taiwan, the United States, the Philippines and so on.
Colour:A: White/B:black
Material:Metal
Voltage:AC110V

Case 1:23-cv-24163

# Defendant No.:97

# Store:

# Professional Household Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Longhua New District Warberry Electronics Firm |
| **VAT number:** | 92440300L852****** |
| **Business license registration number:** | 92440300L852****** |
| **Address:** | Room 806, Unit 1, Meilongyuan, Meilong Road, Longhua Street, Longhua New District, Shenzhen City |
| **Legal Representative:** | Li Xiangyang |
| **Business Scope:** | Computer accessories, mobile phone accessories such as wholesale, sales. ^ |
| **Established:** | 2015-08-06 |
| **Registration authority:** | Longhua Bureau |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.





Help / Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress

I'm shopping for...

0

Download app

## Shopping Cart (16)

Select all items Delete

All | Choice | 14-day delivery

**Checkout now** to get 14 days delivery Shop more

**Professional Household Store**

Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...

B/United States

$29.07

+ Shipping: $28.63

1

**Shop1102693041 Store** Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

White

$30.28

+ Shipping: $7.06

1

**Jiaju 007 Store** Get discount

C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Orn...

BZ

$28.71

Free shipping

1

**Qianzhuo Digital Store** Get discount

Electric Candle Warmer For Safe And Easy Home Decoration Control Te...

Black/CN

$34.69

Free shipping

1

**WEARE FAMALILY Store** Get discount

Candle Warmer with Timer Aroma Candle Holder Tabletop Ornament f...

White

$26.94

14-day delivery on $5.00

Free shipping

1

**Pet Supplies -- Pet Store**

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...

US black/China

$32.68

Free shipping

1

**Cheerful MY Store**

## Summary

| | |
|---|---|
| Subtotal | $268.49 |
| Shipping fee | $67.65 |
| Total | $336.14 |

Checkout (10)

### Payment methods

VISA, G Pay, Pay after delivery, Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

## Specifications

| | | | |
|---|---|---|---|
| Handmade | No | Use | Bars |
| Model Number | 1 | Shape | Animal |
| Product | Candle Lamp | Feature | Color Changing |
| Material | Beeswax | Type | Jar |
| Origin | Mainland China | | |

## Customer Reviews (0)

## Buyer Questions & Answers (0)

## Recommended from Professional Household Store →

| $94.57 | $87.69 | $86.93 | $85.76 | $84.85 | $79.2 | $78.47 | $77.43 |
|---|---|---|---|---|---|---|---|
| Table Lamp Set Of 2-... | Curtain Wind Leaf E-... | 132cm*243cm Fabri-... | Multifunctional Use ... | Wind Leaf Edge Non-... | Under Bed Storage ... | Multifunctional Cloc-... | h Foldable Kids Sofa-... |




Case 1:23-cv-24163

# Defendant No.:98

## Store:

## Shop1102691062 Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Taiyuan Chida Fang Network Technology Co., Ltd. |
| **VAT number:** | 91149900MA7XNLQM8K |
| **Business license registration number:** | 91149900MA7XNLQM8K |
| **Address:** | Room 1109, 11th Floor, Dingchen Times Square, No.5 Xuefu Industrial Park Development Road, Xiaodian District Transformation and Comprehensive Reform Demonstration Zone, Taiyuan City, Shanxi Province, China |
| **Legal Representative:** | Li Haojie |
| **Business Scope:** | |
| **Established:** | 2022-06-17 |
| **Registration authority:** | |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

✓ **Choice**  Free shipping on all Choice items    12-day delivery · Free returns    →

Sell on AliExpress ▾ | Help ▾ | Buyer Protection | 📱 App | 🇺🇸 / Daytona beach / English / USD ▾ | ♡ Wish List | ⚲ Account ▾

# AliExpress

I'm shopping for... 🔍    🛒 0

**Shop1102691062 Store** ⟩    66.7% Positive Feedback    + Follow    💬 Message

Store Home | Products ▾ | Sale Items | Top Selling | Feedback




### Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Melter Aromatic Candle Holders For Decoration US Plug

$**25**.50  $53.12  52% off

| 1% Off Store Discount | $1.00 Off Store Coupon |

**Color: White**

Related items



$18.88 · 6 sold ⭐5 · Candle Warmer W... · 🚚 14-day delivery on $5

$4.46 · 8 sold ⭐5 · 86cm Artificial Mi... · 🚚 14-day delivery on $5

$3.38 · 2,000+ sold ⭐4.5 · 3D Middle Finger ... · 🚚 14-day delivery on $5

$26.94 · 1 sold · Candle Warmer wi... · 🚚 14-day delivery on $5 · Free shipping

$6.52 · 2 sold ⭐5 · 2/4/8PCS Automat... · Free shipping

$34.89 $120.87 · 7 sold ⭐5 · Aroma Candle Mel... · 🚚 Free shipping · 12-day delivery

## Description

Report Item / Suspicious Activity

### Product Description

**Support Dropshipping and Wholesaling.**

Adjustable brightness - stepless dimming allows you to adjust the brightness of the bulb.
Fits all sizes of candles - This candle warmer fits most candles on the market. Product Size:6.5 inch/16.5CM x 12.8 inch/31.5CM(Candles are not included in the product)
Eliminate odours - The candle melter works with candles and you can choose your favourite scent to fill your home, it helps you eliminate the worst odours such as smoke, tobacco, pet urine, rubbish and unpleasant bathroom smells. Freshen up your room, home, break room, office, garage, kitchen, basement or anywhere you frequent.
Keep your house free from fires - In the United States, candles are responsible for 18,600 house fires each year. Say goodbye to indoor flames, smoke and soot. Enjoy your favourite flameless candles safely with our lamp-style candle melter.
The safe option - not only does this look great, but the included bulb is strong enough to melt the candle without burning you. The base is made of a solid quality metal material which is not easily bent. This would make a great gift for friends, family, couples, teenagers, children etc.
Plug Type: US Plug, it applies to Canada, India, Mexico, Thailand, Taiwan, the United States, the Philippines and so on.
Colour:A: White/B:black
Material:Metal
Voltage: AC110V

Package Contents:



## Shopping Cart (17)

Select all items Delete

All Choice 14-day delivery

**Checkout now** to get 14 days delivery Shop more

**Shop1102691062 Store** Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...
White
$25.50 1
+ Shipping: $7.06

**Professional Household Store**

Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...
B/United States
$29.07 1
+ Shipping: $28.63

**Shop1102693041 Store** Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...
White
$30.28 1
+ Shipping: $7.06

**Jiaju 007 Store** Get discount

C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Orn...
BZ
$28.71 1
Free shipping

**Qianzhuo Digital Store** Get discount

Electric Candle Warmer For Safe And Easy Home Decoration Control Te...
Black/CN
$34.69 1
Free shipping

**WEARE FAMALILY Store** Get discount

Candle Warmer with Timer Aroma Candle Holder Tabletop Ornament f...
White
$26.94 1
14-day delivery on $5.00
Free shipping

**Pet Supplies -- Pet Store**

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...

## Summary

| | |
|---|---|
| Subtotal | $268.15 |
| Shipping fee | $72.20 |
| **Total** | **$340.35** |

Checkout (10)

### Payment methods

VISA G Pay Pay after delivery Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

Case 1:23-cv-24163

# Defendant No.:99

## Store:

## Sweety Honeies Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Zhiye Electronic Technology Co., Ltd |
| **VAT number:** | 91440300MA5D****** |
| **Business license registration number:** | 91440300MA5D****** |
| **Address:** | 9J Jinghai Garden, 29 Fuhua Road, Wei Town Community, Futian Street, Futian District, Shenzhen City, Guangdong Province, China |
| **Legal Representative:** | Chen Hui |
| **Business Scope:** | General business items are: technology development and purchase and sale of electronic products and digital products; Domestic trade. (If an enterprise's operation involves a pre-administrative license, it must obtain a pre-administrative license document before it can operate), and the licensed business items are: |
| **Established:** | 2016-05-30 |
| **Registration authority:** | Shenzhen Municipal Bureau of Market Supervision and Administration |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

9Cart1 19:20

Help ▾   Buyer Protection   📱 App   🇺🇸 / Daytona beach / English / USD ▾   ♡ Wish List   ⌂ Account ▾

**AliExpress**   ☰   | I'm shopping for... | 🔍 |   🛒 0

Download app

## Shopping Cart (18)

◯ Select all items                                    **Delete**

| All | Choice | 14-day delivery |

**Checkout now** to get 🚚 14 days delivery        Shop more

---

### Summary

| Subtotal | $280.62 |
| Shipping fee | $51.07 |
| **Total** | **$331.69** |

**Checkout (10)**

### Payment methods

VISA   MasterCard   American Express   Discover   PayPal
GPay   Pay after delivery   ⍺Pay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered

---

● **Sweety Honeies Store**                          Get discount

✓  Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...  ♡ 🗑
   Black ›
   $25.31
   + Shipping  $6.03                          ⊖  1  ⊕

---

● **Shop1102691062 Store**                          Get discount

✓  Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...  ♡ 🗑
   White ›
   $25.50
   + Shipping  $7.06                          ⊖  1  ⊕

---

● **Professional Household Store**                  Get discount

✓  Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...  ♡ 🗑
   B/United States ›
   $29.07
   + Shipping  $28.63                         ⊖  1  ⊕

---

● **Shop1102693041 Store**                          Get discount

✓  Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...  ♡ 🗑
   White ›
   $30.28
   + Shipping  $7.06                          ⊖  1  ⊕

---

● **Jiaju 007 Store**                               Get discount

✓  C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Orn...  ♡ 🗑
   BZ ›
   $28.71
   Free shipping                             ⊖  1  ⊕

---

● **Qianzhuo Digital Store**                        Get discount

✓  Electric Candle Warmer For Safe And Easy Home Decoration Control Te...  ♡ 🗑
   Black/CN ›
   $34.69
   Free shipping                             ⊖  1  ⊕

---

● **WEARE FAMALILY Store**                          Get discount

✓  Candle Warmer with Timer Aroma Candle Holder Tabletop Ornament f...  ♡ 🗑

16.5cm



32.5cm

31.5CM



17CM

16.5CM



Case 1:23-cv-24163

# Defendant no.: 100

# Store:

# 996 Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Guangtimes Technology Co., Ltd. |
| **VAT number:** | 91440300MA5E****** |
| **Business license registration number:** | 91440300MA5E****** |
| **Address:** | No. 1, Lane 15, Longtang West, Minzhi Street, Longhua District, Shenzhen 502 |
| **Legal Representative:** | Liu Fu |
| **Business Scope:** | Technical development and sales of hardware accessories; Sales of electronic products and beauty salon products; Domestic trade; Import and export of goods and technologies. ^ |
| **Established:** | 2017-05-31 |
| **Registration authority:** | Shenzhen Municipal Bureau of Market Supervision and Administration |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Description    Specifications    Customer Reviews    You may also like





$27.57  $55.14  50% off

**Selections**    White

**Ship to**    Daytona beach, Florida, Unit...

**Free Shipping**
Estimated delivery on Oct 05

**Service**
75-day Buyer Protection

**Quantity**
−  1  +
10000 Pieces available

**Buy Now**

**Add to Cart**

Share

Help ⌄    Buyer Protection    📱 App    🇺🇸 / Daytona beach / English / USD ⌄    ♡ Wish List    👤 Account ⌄

**AliExpress**    ☰    🔍 I'm shopping for...    🔍    🛒 0

QR Download app

## Shopping Cart (19)

○ Select all items    **Delete**

[ All ]  [ Choice ]  [ 14-day delivery ]

**Checkout now** to get 🚚 14 days delivery    [ Shop more ]

---

✓ 🔴 996 Store    **Get discount**

✓ Warmer with Timer Aroma Holder Tabletop Ornament for Temple Chur... ♡ 🗑
White ⌄
$27.57    − 1 +
Free shipping

---

✓ 🔴 Sweety Honeies Store    **Get discount**

✓ Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me... ♡ 🗑
Black ⌄
$25.31    − 1 +
+ Shipping: $6.03

---

✓ 🔴 Shop1102691062 Store    **Get discount**

✓ Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me... ♡ 🗑
White ⌄
$25.50    − 1 +
+ Shipping: $7.06

---

✓ 🔴 Professional Household Store

✓ Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel... ♡ 🗑
B/United States ⌄
$29.07    − 1 +
+ Shipping: $28.63

---

✓ 🔴 Shop1102693041 Store    **Get discount**

✓ Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me... ♡ 🗑
White ⌄
$30.28    − 1 +
+ Shipping: $7.06

---

✓ 🔴 Jiaju 007 Store    **Get discount**

✓ C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Orn... ♡ 🗑
BZ ⌄
$28.71    − 1 +
Free shipping

---

✓ 🔴 Qianzhuo Digital Store    **Get discount**

Electric Candle Warmer For Safe And Easy Home Decoration Control Te... ♡ 🗑

---

## Summary

Subtotal    $279.63
Shipping fee    $50.52
**Total**    **$330.15**

[ **Checkout (10)** ]

### Payment methods

VISA  Mastercard  AMEX  DISCOVER  PayPal
GPay  Pay after delivery  ⌚Pay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered

Case 1:23-cv-24163

# Defendant No.:101

## Store:
## New Dropshipping Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Longyan Shenghaosen Information Technology Co., Ltd. |
| **VAT number:** | 91350802MA31****** |
| **Business license registration number:** | 91350802MA31****** |
| **Address:** | No. 604, Green World Plaza, Phase I, Zhongshan Road, Zhongcheng Street, Xinluo district, Longyan City, Fujian Province |
| **Legal Representative:** | Liu Shenglong |
| **Business Scope:** | Information system integration services; Software development; Research and development of electronic products; Engaged in technology development, technology transfer, technical consultation, and technical services in the field of computer network professional technology; Clothing, shoes and hats, luggage, daily necessities, sports equipment (except crossbows) And the sales of supplies, toys, computers, software and auxiliary equipment, and electronic products; Self-operated and agent import and export business of various commodities and technologies. (For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2018-01-15 |
| **Registration authority:** | Longyan Xinluo District Administration for Industry and Commerce |

**以上信息为商家自助填写，英文为系统翻译、AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.







AliExpress

I'm shopping for...

0

Download app

## Shopping Cart (20)

Select all items | **Delete**

**All** | Choice | **14-day delivery**

**Checkout now** to get 14 days delivery | **Shop more**

**New Dropshipping Store** | Get discount

Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T...

**White EU/White/China**

**$25.71** | 1

14-day delivery on $5.00

Free shipping

**996 Store** | Get discount

Warmer with Timer Aroma Holder Tabletop Ornament for Temple Chur...

**White**

**$27.57** | 1

Free shipping

**Sweety Honeies Store** | Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

**Black**

**$25.31** | 1

+ Shipping: $6.03

**Shop1102691062 Store** | Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

**White**

**$25.50** | 1

+ Shipping: $7.06

**Professional Household Store**

Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...

**B/United States**

**$29.07** | 1

+ Shipping: $28.63

**Shop1102693041 Store** | Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

**White**

**$30.28** | 1

+ Shipping: $7.06

**Jiaju 007 Store** | Get discount

## Summary

| | |
|---|---|
| Subtotal | $286.46 |
| Saved | - $1.00 |
| Shipping fee | $48.78 |
| **Total** | **$334.24** |

**Checkout (10)**

### Payment methods

VISA | G Pay | Pay after delivery | Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

Case 1:23-cv-24163

# Defendant No.:102

## Store:

## HOOTOOL Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Longyan Dingwang Network Technology Co., Ltd. |
| **VAT number:** | 91350800MA2X****** |
| **Business license registration number:** | 91350800MA2X****** |
| **Address:** | 403, Building 12, Xingye Community, Longteng South Road, Dongxiao Town, Xinluo district, Longyan City, Fujian Province, China |
| **Legal Representative:** | Zhang Lixin |
| **Business Scope:** | Licensed business items: technical development and sales of electronic products; Sales of mechanical products, Chargers, Transformers, clothing, daily necessities, automated testing equipment, jewelry, and handicrafts; Domestic trade (laws, administrative regulations, and decisions of the State Council require registration Except for approved items). |
| **Established:** | 2017-02-06 |
| **Registration authority:** | Longyan Administration for Industry and Commerce of Fujian Province |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Help    Buyer Protection    App    🇺🇸 / Daytona beach / English /  USD    Wish List    Account

**AliExpress**    I'm shopping for...    0

# Shopping Cart (21)

☐ Select all items                                                          **Delete**

All    Choice    14-day delivery

**Checkout now** to get 🎟 14 days delivery                    Shop more

---

## Summary

| | |
|---|---|
| Subtotal | $277.89 |
| Saved | - $1.00 ⌄ |
| Shipping fee | $48.78 |
| **Total** | **$325.67** |

**Checkout (10)**

### Payment methods

VISA  Mastercard  AMEX  Discover  PayPal
G Pay  Pay after delivery  Apple Pay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered

---

● **HOOTOOL Store**                                    Get discount

✓  Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A...  ♡ 🗑
   Bronce/US Plug/United States ›
   $24.11                                          ⊖ 1 ⊕
   Free shipping

---

● **New Dropshipping Store**                           Get discount

✓  Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T...  ♡ 🗑
   White EU/White/China ›
   $25.71                                          ⊖ 1 ⊕
   2 left
   🚚 14-day delivery on $5.00
   Free shipping

---

● **996 Store**                                        Get discount

✓  Warmer with Timer Aroma Holder Tabletop Ornament for Temple Chur...  ♡ 🗑
   White ›
   $27.57                                          ⊖ 1 ⊕
   Free shipping

---

● **Sweety Honeies Store**                             Get discount

✓  Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...  ♡ 🗑
   Black ›
   $25.31                                          ⊖ 1 ⊕
   + Shipping:  $6.03

---

● **Shop1102691062 Store**                             Get discount

✓  Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...  ♡ 🗑
   White ›
   $25.50                                          ⊖ 1 ⊕
   + Shipping:  $7.06

---

● **Professional Household Store**                     Get discount

✓  Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...  ♡ 🗑
   B/United States ›
   $29.07                                          ⊖ 1 ⊕
   + Shipping:  $28.63

---

● **Shop1102693041 Store**                             Get discount



Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me...

White >

$30.28

+ Shipping: $7.06

1

**Jiaju 007 Store**                                                                    Get discount

C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Orn...

BZ >

$28.71

Free shipping

1

**Qianzhuo Digital Store**                                                        Get discount

Electric Candle Warmer For Safe And Easy Home Decoration Control Te...

Black/CN >

$34.69

Free shipping

1

**WEARE FAMALILY Store**                                                        Get discount

Candle Warmer with Timer Aroma Candle Holder Tabletop Ornament f...

White >

$26.94

🚚 14-day delivery on $5.00

Free shipping

1

## More to love



$25.5
Candle Warmer With Timer, ...

$12.84
Candle Warmer Lamp No Fla...
🚚 14-day delivery on $5

$26.94
1 sold
Candle Warmer with Timer A...
🚚 14-day delivery on $5
Free shipping

$21.43
12 sold ⭐5
Aromatherapy Diffuser Wax ...
🚚 14-day delivery on $5
Free shipping

$34.89 $120.07
Choice Welcome Deal
7 sold ⭐5
Aroma Candle Melting Lamp...
🚚 Free shipping · 12-day
delivery

$6.1 $32.65
Choice Welcome Deal
1,000+ sold ⭐4.6
Hot Tub Water Temperature...
🚚 Free shipping · 12-day
delivery



**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

🔵 Google Play   App Store   AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010820022248号



✓ **Choice** — Free shipping on all Choice items — 12-day delivery · Free returns →

Sell on AliExpress ▾   Help ▾   Buyer Protection   📱 App   🇺🇸 / Daytona beach / English / USD ▾   ♡ Wish List   👤 Account ▾

**AliExpress™**   ☰   | I'm shopping for... 🔍 |   🛒 0

📷 **HOOTOOL Store** ›   |   87.7% Positive Feedback   |   2183 Followers   + Follow   💬 Message

Store Home   Products ▾   Sale Items   Top Selling   Gardening Decoration   New Arrivals   Feedback

**Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable Aromatherapy Light Candle Holders Lamp with Timer for Spa Club**

★★★★★ 5.0   1 Review   7 Sold

$**24**.11   $36.53   34% off

⊙ Extra 5% off

**4% Off**
Store Discount

**Lampshade Color: Bronce**

**Emitting Color: US Plug**

| US Plug |   | EU Plug |

## Related items

| $19.54 | $23.32 | $20.89 | $37.13 | $31.46 | $21.43 |
|---|---|---|---|---|---|
| 5 sold ★5 | 3 sold ★4 | 9 sold ★5 | 9 sold ★5 | 5 sold | 12 sold ★5 |
| Candle Warmer El... | Candle Warmer El... | Aromatherapy Di... | Candle Essential o... | Japanese Style Wo... | Aromatherapy Di... |
| 🚚 14-day delivery on $5 | Free shipping | Free shipping | | 🚚 14-day delivery on $5 | 🚚 14-day delivery on $5 |
| | | | | Free shipping | Free shipping |



## Description

Report Item / Suspicious Activity

Spanish buyers attention:
if your address includes following postal code please do not choose the Spanish warehouse.
The zip code starts with 51 /52/ 07 /35 /38.
Overseas warehouse cannot be delivered.
Otherwise we will send the order from China warehouse.

Case 1:23-cv-24163

# Defendant No.:103

## Store:

## Loving Buying Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Baihua Network Technology Co., Ltd. |
| **VAT number:** | 91440300MA5G****** |
| **Business license registration number:** | 91440300MA5G****** |
| **Address:** | 517-3, Block D, Colorful Science Park, No.5 Guanle Road, Luhu Community, Guanhu Street, Longhua District, Shenzhen |
| **Legal Representative:** | Wu Hua |
| **Business Scope:** | The general business items are: network technical services; Computer software and hardware and auxiliary equipment retail; Computer software and hardware and auxiliary equipment wholesale; Daily department store sales; Auto parts wholesale; New energy vehicle sales; Electronic products sales; Plastic products sales; Sporting goods and equipment wholesale; Sporting goods and equipment retail; Jewelry wholesale; Jewelry retail; Household appliances sales; Hardware products wholesale; Hardware products retail. (Except for projects that are subject to approval in accordance with the law, business activities are carried out independently in accordance with the law with a business license), and the permitted business items are: None |
| **Established:** | 2021-07-22 |
| **Registration authority:** | Shenzhen Municipal Bureau of Market Supervision and Administration |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Help   Buyer Protection   App   🇺🇸 / Daytona beach / English / USD   Wish List   Account

**AliExpress**   I'm shopping for...   0

## Shopping Cart (22)

○ Select all items                                    **Delete**

[ All ]  Choice  14-day delivery

**Checkout now** to get 🚚 14 days delivery          Shop more

---

● **Loving Buying Store**

✓   Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...   ♡
    US Plug/white ›
    **$19.69**                                        −  1  +
    + Shipping: $15.64

---

● **HOOTOOL Store**                                   Get discount

✓   Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A...   ♡ 🗑
    Bronce/US Plug/United States ›
    **$24.11**                                        −  1  +
    Free shipping

---

● **New Dropshipping Store**                          Get discount

✓   Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T...   ♡ 🗑
    White EU/White/China ›
    **$25.71**                                        −  1  +
    🚚 14-day delivery on $5.00
    Free shipping

---

● **996 Store**                                       Get discount

✓   Warmer with Timer Aroma Holder Tabletop Ornament for Temple Chur...   ♡ 🗑
    White ›
    **$27.57**                                        −  1  +
    Free shipping

---

● **Sweety Honeies Store**                            Get discount

✓   Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...   ♡ 🗑
    Black ›
    **$25.31**                                        −  1  +
    + Shipping: $6.03

---

● **Shop1102691062 Store**                            Get discount

✓   Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...   ♡ 🗑
    White ›
    **$25.50**                                        −  1  +
    + Shipping: $7.06

---

● **Professional Household Store**

### Summary

| | |
|---|---|
| Subtotal | $270.64 |
| Saved | - $1.00 ⌄ |
| Shipping fee | $64.42 |
| **Total** | **$334.06** |

**Checkout (10)**

### Payment methods

VISA  mastercard  AMEX  Discover  PayPal
G Pay  Pay after delivery  ⊕ Pay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered



Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...

B/United States ›

$29.07

+ Shipping: $28.63

1

**Shop1102693041 Store**                                    Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

White ›

$30.28

+ Shipping: $7.06

1

**Jiaju 007 Store**                                         Get discount

C9GA Candle Warmer with Timer Adjustable Candle Lamp Desktop Orn...

BZ ›

$28.71

Free shipping

1

**Qianzhuo Digital Store**                                  Get discount

Electric Candle Warmer For Safe And Easy Home Decoration Control Te...

Black/CN ›

$34.69

Free shipping

1

## More to love



$25.5

Candle Warmer With Timer, ...



$12.84

Candle Warmer Lamp No Fla...

14-day delivery on $5



$3.72

6 sold ★1

Iron Mail Holder Mail Postca...

14-day delivery on $5



$3.53

54 sold ★5

Ordinary Original Products ...



$10.01

1 sold

50ml Supergoop Spf40 Face ...

Free shipping



$26.94

1 sold

Candle Warmer with Timer A...

14-day delivery on $5

Free shipping

## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

 **Google Play**     **App Store**    **AppGallery**

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



1

991 Pieces available

**Buy Now**

**Add to Cart**

⤴ Share          ♡ 4



## Specifications

| Certification | CCC | Is Bulbs Included | Yes |
|---|---|---|---|
| Brand Name | isfriday | Origin | Mainland China |



Case 1:23-cv-24163

# Defendant No.:104

## Store:

## WITUSE WarmHouse Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Small Muggle Technology Co. |
| **VAT number:** | 91440300MA5G****** |
| **Business license registration number:** | 91440300MA5G****** |
| **Address:** | Room 615, Floor 6, Building B, Bantian International Center, No.5 Huancheng South Road, Ma 'antang Community, Bantian Street, Longgang District, Shenzhen |
| **Legal Representative:** | Li Na |
| **Business Scope:** | The general business items are: Computer software technology development; Operating e-commerce; Domestic trade, import and export of goods and technology., Licensed items are: None |
| **Established:** | 2020-10-23 |
| **Registration authority:** | Longgang Bureau |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Help    Buyer Protection    App    🇺🇸 / Daytona beach / English / USD    Wish List    Account

**AliExpress** ☰    I'm shopping for...    🔍    0

# Shopping Cart (23)

○ Select all items    **Delete**

[ All ]  [ Choice ]  [ 14-day delivery ]

**Checkout now** to get 🚚 14 days delivery    [ Shop more ]

---

● **WITUSE WarmHouse Store**    Get discount

● Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...    ♡ 🗑
Black/EU 220V ›
**$23.35**
🚚14-day delivery on $5.00    ⊖  1  ⊕
Free shipping

---

● **Loving Buying Store**

● Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...    ♡ 🗑
US Plug/white ›
**$19.69**
+ Shipping: $15.64    ⊖  1  ⊕

---

● **HOOTOOL Store**    Get discount

● Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A...    ♡ 🗑
Bronce/US Plug/United States ›
**$24.11**
Free shipping    ⊖  1  ⊕

---

● **New Dropshipping Store**    Get discount

● Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T...    ♡ 🗑
White EU/White/China ›
**$25.71**
🚚14-day delivery on $5.00    ⊖  1  ⊕
Free shipping

---

● **996 Store**    Get discount

● Warmer with Timer Aroma Holder Tabletop Ornament for Temple Chur...    ♡ 🗑
White ›
**$27.57**
Free shipping    ⊖  1  ⊕

---

● **Sweety Honeies Store**    Get discount

● Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...    ♡ 🗑
Black ›
**$25.31**
+ Shipping: $6.03    ⊖  1  ⊕

---

● **Shop1102691062 Store**    Get discount

---

## Summary

| Subtotal | $259.30 |
|---|---|
| Saved | - $1.00 ⌄ |
| Shipping fee | $64.42 |
| **Total** | **$322.72** |

[ **Checkout (10)** ]

### Payment methods
VISA  mastercard  AMERICAN EXPRESS  DISCOVER  PayPal
G Pay  Pay after delivery  Apple Pay

### Buyer protection
✓ Get full refund if the item is not as described or if it is not delivered



**Dimmer Switch**



GU10 Lamp 2PCS
35W

30CM

15CM

14CM



US Plug

### US 110V Plug

**Suitable for United States, Canda, Japan, Mexico, Venezuela, Laos, Peru, Nigeria, Brazil, Philippines, Thailand**

AU Plug

### AU 220V Plug

**Suitable for Australia, New Zealand, Argentina, Latvia**

EU Plug

### EU 220V Plug

**Suitable for Germany, France, Netherlands, Spain, Russia, Poland, South Korea, Denmark, Finland, Norway, Portugal, Austria, Belgium, Hungary, Sweden, Thailand**

UK Plug

### UK 220V Plug

**Suitable for United Kingdom, Singapore, Hong Kong, Malaysia, Vietnam, Indonesia**

Case 1:23-cv-24163

# Defendant No.:105

## Store:

## YSH207 Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Guangzhou Yingshanhong Network Technology Co., Ltd. |
| **VAT number:** | 91440101MA59****** |
| **Business license registration number:** | 91440101MA59****** |
| **Address:** | Room 802, No. 18 Matougang Street, Baiyun District, Guangzhou |
| **Legal Representative:** | Feng Qiu |
| **Business Scope:** | Research and development of network technology; Information technology consulting services; Commodity information consulting services; Scientific and technological information consulting services; Computer technology development and technical services; Marketing planning services; Software services; Wholesale trade of commodities (except licensed commodities); Retail trade of commodities (except licensed commodities); Internet commodity sales (except licensed commodities); Import and export of goods (except licensed commodities); Technology import and export; (For projects subject to approval in accordance with the law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2017-06-01 |
| **Registration authority:** | Baiyun Branch of Guangzhou Administration for Industry and Commerce |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

9*5.5*3.5Inches/23*14*9CM(Melting Wax)/10.5*5.5inches/26.5*14CM Removable Tray/12.8*6.3inches/32.5*16CM(Lamp)/Mini Rod Bottom Panel 6.5inches/16.5cm.

Product Size:6.5 Inches/16.5CM*12.8 Inches/32.5CM

Voltage:36V

Package Content：1 x Candle Warmer Lamp



Description     Specifications     Customer Reviews     You may also like

$**28**.99 ~~$48.31~~ 40% off

**Selections**    copper



Ship to   ⦿ Daytona beach, Florida, Unit...

**Shipping:** $3.16
Estimated delivery on Oct 05

**Service**
75-day Buyer Protection

**Quantity**
−  1  +
Additional 1% off (2 Pieces or more)
99 Pieces available

**Buy Now**

**Add to Cart**

⇄ Share     ♡






9:52 PM Sun Sep 10                                                                                                                     

Help    Buyer Protection    App    Daytona beach / English / USD    Wish List    Account

**AliExpress**    I'm shopping for...

## Shopping Cart (24)

Select all items                                                          **Delete**

[ All ]  [ Choice ]  [ 14-day delivery ]

**Checkout now** to get 🚚 14 days delivery          **Shop more**

---

● **YSH207 Store**                                              Get discount

Aromatherapy Melting Wax Lamp Dimmable Bedroom Bedside Table N... ♡ 🗑

copper >

$28.70                                                        −  2  +
+ Shipping: $5.79

---

● **WITUSE WarmHouse Store**                                    Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ... ♡ 🗑

Black/EU 220V >

$23.35                                                        −  1  +
🚚 14-day delivery on $5.00
Free shipping

---

● **Loving Buying Store**                                       Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ... ♡ 🗑

US Plug/white >

$19.69                                                        −  1  +
+ Shipping: $15.64

---

● **HOOTOOL Store**                                             Get discount

Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A... ♡ 🗑

Bronce/US Plug/United States >

$24.11                                                        −  1  +
Free shipping

---

● **New Dropshipping Store**                                    Get discount

Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T... ♡ 🗑

White EU/White/China >

$25.71                                                        −  1  +
🚚 14-day delivery on $5.00
Free shipping

---

● **996 Store**                                                Get discount

Warmer with Timer Aroma Holder Tabletop Ornament for Temple Chur... ♡ 🗑

White >

$27.57                                                        −  1  +
Free shipping

---

● **Sweety Honeies Store**                                      Get discount

## Summary

| | |
|---|---|
| Subtotal | $257.71 |
| Saved | - $1.00 ⌄ |
| Shipping fee | $63.15 |
| **Total** | **$319.86** |

**Checkout (9)**

### Payment methods

VISA  ●● American Express  Discover  PayPal
G Pay    Pay after delivery    ● Pay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered

Case 1:23-cv-24163

# Defendant No.:106

# Store:

# Shop1102732464 Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Taiyuan Jialin Huang Electronic Commerce Co., Ltd. |
| **VAT number:** | 91140106MA0LQUM42U |
| **Business license registration number:** | 91140106MA0LQUM42U |
| **Address:** | Room 0830, Wanbang International, 27 Yingze Street, Wenmiao Street, Yingze District, Taiyuan City, Shanxi Province, China |
| **Legal Representative:** | Tang Ling Phase |
| **Business Scope:** | |
| **Established:** | 2022-06-26 |
| **Registration authority:** | |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Only the above package content, other products are not included.

Note: Light reflection and different displays may cause the color of the item in the picture a little different from the real thing. The measurement allowed error is +/- 1-3cm.



Description    Specifications    Customer Reviews    You may also like



**$32.17** ~~$36.98~~ 13% off

Ship to   Daytona beach, Florida, Unit...

**Free Shipping**

🚚 **14-day delivery** on orders over $5.00

Collect a $1.00 coupon for late delivery

Delivery days refer to working days. These exclude weekends and holidays.

delivery by **Oct 05**

**Service**

**On-time guarantee** • 75-day Buyer Protection

**Quantity**

−　1　+

3000 Pieces available

**Buy Now**

**Add to Cart**

⇄ Share    ♡





Help Buyer Protection App | Wish List Account

AliExpress

I'm shopping for...

0

# Shopping Cart (26)

Select all items

Delete

All | Choice | 14-day delivery

**Checkout now** to get 14 days delivery

Shop more

**Shop1102732464 Store** Get discount

Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me...

**$32.17**

1

14-day delivery on $5.00

Free shipping

**YSH207 Store** Get discount

Aromatherapy Melting Wax Lamp Dimmable Bedroom Bedside Table N...

copper

**$28.70**

2

+ Shipping: $5.79

**WITUSE WarmHouse Store** Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

Black/EU 220V

**$23.35**

1

14-day delivery on $5.00

Free shipping

**Loving Buying Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

US Plug/white

**$19.69**

1

+ Shipping: $15.64

**HOOTOOL Store** Get discount

Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A...

Bronce/US Plug/United States

**$24.11**

1

Free shipping

**New Dropshipping Store** Get discount

Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T...

White EU/White/China

**$25.71**

1

14-day delivery on $5.00

Free shipping

**996 Store** Get discount

## Summary

| | |
|---|---|
| Subtotal | $289.88 |
| Saved | - $1.00 |
| Shipping fee | $63.15 |
| **Total** | **$352.03** |

**Checkout (10)**

## Payment methods

VISA G Pay Pay after delivery Pay

## Buyer protection

Get full refund if the item is not as described or if is not delivered

Warmer with Timer Aroma Holder Tabletop Ornament for Temple Chur...

White ›

$27.57

Free shipping

1

**Sweety Honeies Store**                                          Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

Black ›

$25.31

+ Shipping：$6.03

1

**Shop1102691062 Store**                                          Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

White ›

$25.50

+ Shipping：$7.06

1

**Professional Household Store**

Candle Warmer With Timer Dimmable Candle Light Electric Candle Mel...

B/United States ›

$29.07

+ Shipping：$28.63

1

## More to love



$25.5
Candle Warmer With Timer, ...

$20.49
24 sold ⭐5
Supergoop Unseen Sunscree...
Free shipping

$20.09
32 sold ⭐4.9
50pcs/Lot 30/50/60/80/100/...
🚚 14-day delivery on $5

$26.94
1 sold
Candle Warmer with Timer A...
🚚 14-day delivery on $5
Free shipping

$3.53
54 sold ⭐5
Ordinary Original Products ...

$1.6
60 sold
USB Charging Arc Lighter Pla...



Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection  -  Privacy Policy  -  Sitemap  -  Terms of Use  -  Information for EU consumers  -  Transaction Services Agreement for non-EU/UK Consumers  -  Terms and Conditions for EU/EEA/UK Consumers  -  User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Case 1:23-cv-24163

# Defendant No.:107

# Store:

# Realize our idea Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Longyan Tuoyue Trading Co., Ltd |
| **VAT number:** | 91350802MA31****** |
| **Business license registration number:** | 91350802MA31****** |
| **Address:** | Room 902, Floor 29, SOHOA29, Longyan Wanbao Plaza, 388 Longyan Avenue, Xibei Street, Xinluo district, Longyan City, Fujian Province |
| **Legal Representative:** | Wen Pei |
| **Business Scope:** | Sales of clothing, shoes and hats, toys, cosmetics, bags, electronic products, household appliances, daily necessities, computers, software and auxiliary equipment, sporting goods, office supplies. (For projects subject to approval according to law, business activities can only be carried out after approval by relevant departments) |
| **Established:** | 2018-01-03 |
| **Registration authority:** | Xinluo District Market Supervision and Administration Bureau of Longyan City |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.







Choice Free shipping on all Choice items 12-day delivery · Free returns

Sell on AliExpress | Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

AliExpress I'm shopping for... 0 Download app

Realize our idea Store 87.5% Positive Feedback | 158 Followers + Follow Message

Store Home Products Sale Items Top Selling Feedback

**Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer Aromatic Candle Holders Lamp Gift Eliminate Odors**

$25.59 ~~$36.56~~ 30% off

$1.00 Off
Store Coupon

**Body Color: Black**

## Related items

| | | | | | |
|---|---|---|---|---|---|
| $34.89 ~~$120.87~~ | $5.87 ~~$32.73~~ | $17.35 ~~$67.33~~ | $10.81 | $7.31 ~~$37.31~~ | $16.8 |
| Choice | Choice | Choice | | Choice | |
| 7 sold ★5 | 600+ sold ★4.8 | 700+ sold ★4.9 | 14 sold ★4.5 | 113 sold ★5 | 63 sold ★5 |
| Aroma Candle Mel... | NOKLEAD NEW US... | Residential table l... | Candle Warmer El... | Cute Duck Led Nig... | Electric Candle He... |
| Free shipping · 12-day delivery | Free shipping · 12-day delivery | Free shipping · 12-day delivery | | Free shipping · 12-day delivery | |

Realize our idea Store Support CSV/Excel Drop shipping

## Description

Report Item / Suspicious Activity

**Support CSV/EXCEL Dropshipping,VIP Price with fast delivery within 48 hours**
**Contact customer service for details**

**Spanish buyers attention:**
**if your address includes following postal code please do not choose the Spanish warehouse.**
**The zip code starts with 51 /52/ 07 /35 /38.**
**Overseas warehouse cannot be delivered.**
**Otherwise we will send the order from China warehouse.**

Description/описание

AliExpress

Help    Buyer Protection    App    Daytona beach / English /    USD    Wish List    Account

I'm shopping for...

## Shopping Cart (27)

Select all items                                                                    **Delete**

All    Choice    14-day delivery

**Checkout now** to get 🚚 14 days delivery                              Shop more

### Realize our idea Store                                              Get discount

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...
Black/United States
$25.59
Free shipping
1

### Shop1102732464 Store                                               Get discount

Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me...
$32.17
🚚14-day delivery on $5.00
Free shipping
1

### YSH207 Store                                                       Get discount

Aromatherapy Melting Wax Lamp Dimmable Bedroom Bedside Table N...
copper
$28.70
+ Shipping: $5.79
2

### WITUSE WarmHouse Store                                             Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
Black/EU 220V
$23.35
🚚14-day delivery on $5.00
Free shipping
1

### Loving Buying Store                                                Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
US Plug/white
$19.69
+ Shipping: $15.64
1

### HOOTOOL Store                                                      Get discount

Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A...
Bronce/US Plug/United States
$24.11
Free shipping
1

### New Dropshipping Store                                             Get discount

## Summary

| | |
|---|---|
| Subtotal | $286.40 |
| Saved | - $1.00 |
| Shipping fee | $34.52 |
| **Total** | **$319.92** |

**Checkout (10)**

### Payment methods

VISA    mastercard    AMERICAN EXPRESS    DISCOVER    PayPal
G Pay    Pay after delivery    Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered



Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T...

White EU/White/China ›

$25.71

🚚 14-day delivery on $5.00
Free shipping

2 left

1

**996 Store**    Get discount

Warmer with Timer Aroma Holder Tabletop Ornament for Temple Chur...

White ›

$27.57

Free shipping

1

**Sweety Honeies Store**    Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

Black ›

$25.31

+ Shipping: $6.03

1

**Shop1102691062 Store**    Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

White ›

$25.50

+ Shipping: $7.06

1

## More to love



$25.5
Candle Warmer With Timer, ...

$20.49
24 sold ⭐ 5
Supergoop Unseen Sunscree...
Free shipping

$26.94
1 sold
Candle Warmer with Timer A...
Free shipping

$20.09
32 sold ⭐ 4.9
50pcs/Lot 30/50/60/80/100/...
🚚 14-day delivery on $5

$3.53
54 sold ⭐ 5
Ordinary Original Products ...

$44.04
4 sold
Electric Candle Wax Melting ...
🚚 14-day delivery on $5
Free shipping



Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Case 1:23-cv-24163

# Defendant No.:108

# Store:

# HOSPORT Lights Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Huizhou Huanjin Supply Chain Management Co., Ltd. |
| **VAT number:** | 91441381MABT****** |
| **Business license registration number:** | 91441381MABT****** |
| **Address:** | Floor 3-8, Factory Building 2, Chaokun Industrial Park, Mingtai Road, Qiuchang Baishi Village, Huiyang District, Huizhou City, Guangdong Province, China |
| **Legal Representative:** | Jiang Linghui |
| **Business Scope:** | |
| **Established:** | 2022-07-29 |
| **Registration authority:** | |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.






9:22 PM 1.8 ⬚

Help    Buyer Protection    App    🇺🇸 / Daytona beach / English / USD    Wish List    Account

**AliExpress**    ☰    I'm shopping for...    🔍    0

## Shopping Cart (28)

◯ Select all items    **Delete**

[ All ]    [ Choice ]    [ 14-day delivery ]

**Checkout now** to get 🛒 14 days delivery    [ Shop more ]

---

### Summary

| | |
|---|---|
| Subtotal | $287.39 |
| Saved | - $1.00 ⌄ |
| Shipping fee | $27.46 |
| **Total** | **$313.85** |

[ **Checkout (10)** ]

### Payment methods

VISA    Mastercard    AMEX    Discover    PayPal
G Pay    Pay after delivery    Pay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered

---

🔴 **HOSPORT Lights Store**

✓ Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer... ♡ 🗑
Bronce/US plug/China ›
$26.49
Free shipping    ⊖ 1 ⊕

---

🔴 **Realize our idea Store**    Get discount

✓ Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer... ♡ 🗑
Black/United States ›
$25.59
Free shipping    ⊖ 1 ⊕

---

🔴 **Shop1102732464 Store**    Get discount

✓ Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me... ♡ 🗑
$32.17
🚚14-day delivery on $5.00
Free shipping    ⊖ 1 ⊕

---

🔴 **YSH207 Store**    Get discount

✓ Aromatherapy Melting Wax Lamp Dimmable Bedroom Bedside Table N... ♡ 🗑
copper ›
$28.70
+ Shipping: $5.79    ⊖ 2 ⊕

---

🔴 **WITUSE WarmHouse Store**    Get discount

✓ Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ... ♡ 🗑
Black/EU 220V ›
$23.35
🚚14-day delivery on $5.00
Free shipping    ⊖ 1 ⊕

---

🔴 **Loving Buying Store**    Get discount

✓ Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ... ♡ 🗑
US Plug/white ›
$19.69
+ Shipping: $15.64    ⊖ 1 ⊕

---

🔴 **HOOTOOL Store**    Get discount



Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A...

Bronce/US Plug/United States ›

$24.11

Free shipping

1

**New Dropshipping Store**                                    Get discount

Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T...

White EU/White/China ›

$25.71

14-day delivery on $5.00

Free shipping

1

**996 Store**                                                Get discount

Warmer with Timer Aroma Holder Tabletop Ornament for Temple Chur...

White ›

$27.57

Free shipping

1

**Sweety Honeies Store**                                     Get discount

Candle Warmer With Timer, Dimmable Candle Light, Electric Candle Me...

Black ›

$25.31

+ Shipping: $6.03

1

**More to love**



$25.5
Candle Warmer With Timer, ...

$3.72
6 sold ★ 1
Iron Mail Holder Mail Postca...
14-day delivery on $5

$26.94
1 sold
Candle Warmer with Timer A...
14-day delivery on $5
Free shipping

$10.01
1 sold
50ml Supergoop Spf40 Face ...
Free shipping

$4.17  $27.78
82 sold ★ 4.9
Choice  Welcome Deal
Car Windshield Cleaner Brus...
Free shipping

$1.38  $49.92
1 sold
Choice  Welcome Deal
Car Window Cleaner Brush A...
Free shipping



**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Case 1:23-cv-24163

# Defendant No.:109

## Store:

## Good Life Institute Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Yangxiang Technology Co., Ltd |
| **VAT number:** | 914403005521****** |
| **Business license registration number:** | 914403005521****** |
| **Address:** | 109, Commercial 108, Building 4, Yuelangyuan, Zhonghai, Yayuan Road, Bantian, Longgang District, Shenzhen |
| **Legal Representative:** | Li Zhenhong |
| **Business Scope:** | Computer software technology development; Domestic trade (except for projects subject to approval prior to registration as required by laws, administrative regulations and decisions of the State Council). |
| **Established:** | 2010-04-01 |
| **Registration authority:** | Shenzhen Market Supervision and Administration Bureau of Guangdong Province |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.





Help Buyer Protection App | / Daytona beach / English / USD | Wish List Account

AliExpress

I'm shopping for...

0

## Shopping Cart (30)

Select all items Delete

All Choice 14-day delivery

Checkout now to get 14 days delivery Shop more

**Good-Home Life Store** Get discount

Easy Safe Table Lamp Waxing Burner Lantern 110/220V Warmer Meltin...

Black/US 110V >

$30.46

1

Free shipping

**Good Life Institute Store**

Aromatherapy Lamp Electric Candle Warmer Table Lamp Bedroom Ro...

Ancient copper/US Plug 110V >

$29.58

1

Free shipping

**HOSPORT Lights Store**

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...

Bronce/US plug/China >

$26.49

1

Free shipping

**Realize our idea Store** Get discount

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...

Black/United States >

$25.59

1

Free shipping

**Shop1102732464 Store** Get discount

Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me...

$32.17

1

14-day delivery on $5.00

Free shipping

**YSH207 Store** Get discount

Aromatherapy Melting Wax Lamp Dimmable Bedroom Bedside Table N...

copper >

$28.70

2

+ Shipping: $5.79

**WITUSE WarmHouse Store** Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

## Summary

| | |
|---|---|
| Subtotal | $294.55 |
| Saved | - $1.00 |
| Shipping fee | $21.43 |
| **Total** | **$314.98** |

Checkout (10)

### Payment methods

G Pay Pay after delivery Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

Black/EU 220V ›

$ 23.35

🚚 14-day delivery on $5.00
Free shipping

− 1 +

✓ **Loving Buying Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

US Plug/white ›

$ 19.69

+ Shipping: $15.64

− 1 +

✓ **HOOTOOL Store**                                    Get discount

Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A...

Bronce/US Plug/United States ›

$ 24.11

Free shipping

− 1 +

✓ **New Dropshipping Store**                          Get discount

Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T...

White EU/White/China ›

$ 25.71

🚚 14-day delivery on $5.00
Free shipping

− 1 +

## More to love


$25.5
Candle Warmer With Timer, ...


$24.11
7 sold  ★5
Electric Candle Warmer Wax-...
Free shipping


$3.72
6 sold  ★1
Iron Mail Holder Mail Postca-...
🚚 14-day delivery on $5


$26.94
1 sold
Candle Warmer with Timer A-...
🚚 14-day delivery on $5
Free shipping


$10.01
1 sold
50ml Supergoop Spf40 Face ...
Free shipping


$3.53
54 sold  ★5
Ordinary Original Products —



Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



### US 110V Plug

**Suitable for United States, Canda, Japan, Mexico, Venezuela, Laos, Peru, Nigeria, Brazil, Philippines, Thailand**



### AU 220V Plug

**Suitable for Australia, New Zealand, Argentina, Latvia**



### EU 220V Plug

**Suitable for Germany, France, Netherlands, Spain, Russia, Poland, South Korea, Denmark, Finland, Norway, Portugal, Austria, Belgium, Hungary, Sweden, Thailand**



### UK 220V Plug

**Suitable for United Kingdom, Singapore, Hong Kong, Malaysia, Vietnam, Indonesia**




Case 1:23-cv-24163

# Defendant No.:110

## Store:

## Good-Home Life Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Yangxiang Technology Co., Ltd |
| **VAT number:** | 914403005521****** |
| **Business license registration number:** | 914403005521****** |
| **Address:** | 109, Commercial 108, Building 4, Yuelangyuan, Zhonghai, Yayuan Road, Bantian, Longgang District, Shenzhen |
| **Legal Representative:** | Li Zhenhong |
| **Business Scope:** | Computer software technology development; Domestic trade (except for projects subject to approval prior to registration as required by laws, administrative regulations and decisions of the State Council). |
| **Established:** | 2010-04-01 |
| **Registration authority:** | Shenzhen Market Supervision and Administration Bureau of Guangdong Province |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.





## Shopping Cart (30)

Select all items Delete

All Choice 14-day delivery

Checkout now to get 14 days delivery Shop more

**Good-Home Life Store** Get discount

Easy Safe Table Lamp Waxing Burner Lantern 110/220V Warmer Meltin...
Black/US 110V
$30.46
Free shipping
1

**Good Life Institute Store**

Aromatherapy Lamp Electric Candle Warmer Table Lamp Bedroom Ro...
Ancient copper/US Plug 110V
$29.58
Free shipping
1

**HOSPORT Lights Store**

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...
Bronce/US plug/China
$26.49
Free shipping
1

**Realize our idea Store** Get discount

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...
Black/United States
$25.59
Free shipping
1

**Shop1102732464 Store** Get discount

Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me...
$32.17
14-day delivery on $5.00
Free shipping
1

**YSH207 Store** Get discount

Aromatherapy Melting Wax Lamp Dimmable Bedroom Bedside Table N...
copper
$28.70
+ Shipping: $5.79
2

**WITUSE WarmHouse Store** Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

## Summary

| | |
|---|---|
| Subtotal | $294.55 |
| Saved | - $1.00 |
| Shipping fee | $21.43 |
| **Total** | **$314.98** |

Checkout (10)

## Payment methods

VISA G Pay Pay after delivery Pay

## Buyer protection

Get full refund if the item is not as described or if is not delivered

Black/EU 220V

$ 23.35

14-day delivery on $5.00
Free shipping

1

**Loving Buying Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

US Plug/white

$ 19.69

+ Shipping: $15.64

1

**HOOTOOL Store**                                    Get discount

Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A...

Bronce/US Plug/United States

$ 24.11

Free shipping

1

**New Dropshipping Store**                           Get discount

Retro Essential Oil Melting Wax Lights Dimmable LED Candle Warmer T...

White EU/White/China

$ 25.71

14-day delivery on $5.00
Free shipping

1

## More to love



$25.5
Candle Warmer With Timer, ...



$24.11
7 sold ★5
Electric Candle Warmer Wax...

Free shipping



$3.72
6 sold ★1
Iron Mail Holder Mail Postca...

14-day delivery on $5



$26.94
1 sold
Candle Warmer with Timer A...

14-day delivery on $5

Free shipping



$10.01
1 sold
50ml Supergoop Spf40 Face ...

Free shipping



$3.53
54 sold ★5
Ordinary Original Products ...



Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号





### US 110V Plug

**Suitable for United States, Canda, Japan, Mexico, Venezuela, Laos, Peru, Nigeria, Brazil, Philippines, Thailand**



### AU 220V Plug

**Suitable for Australia, New Zealand, Argentina, Latvia**



### EU 220V Plug

**Suitable for Germany, France, Netherlands, Spain, Russia, Poland, South Korea, Denmark, Finland, Norway, Portugal, Austria, Belgium, Hungary, Sweden, Thailand**

### UK 220V Plug

**Suitable for United Kingdom, Singapore, Hong Kong, Malaysia, Vietnam, Indonesia**





Case 1:23-cv-24163

# Defendant No.:111

## Store:

## CoRui Intelligent Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Shengnong Electronics Co., Ltd |
| **VAT number:** | 91440300MA5F****** |
| **Business license registration number:** | 91440300MA5F****** |
| **Address:** | E, Floor 6, Hangdu Building, 1006 Huafu Road, Huahang Community, Huaqiang North Street, Futian District, Shenzhen |
| **Legal Representative:** | Lan Shipeng |
| **Business Scope:** | The general business items are: technical research and development and technical consultation of electronic products; Sales of electronic products, digital products, outdoor products, household products, and auto parts products; Computer system integration; Software technology development; Domestic trade; Import and export of goods and technologies., Licensed items are: |
| **Established:** | 2019-03-14 |
| **Registration authority:** | Futian Bureau |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.



✔️ **Choice**  **Free shipping on all Choice items**  12-day delivery · Free returns

Sell on AliExpress ▾   Help ▾   Buyer Protection   📱 App   🇺🇸 / Daytona beach / English / USD ▾   ♡ Wish List   👤 Account ▾

AliExpress

🔍 I'm shopping for...   🔍

CoRui Intelligent Store ›   88.4% Positive Feedback | 209 Followers   + Follow   💬 Message

Store Home    Products ▾    Sale Items    Top Selling    Feedback





Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle Melter Aromatic Candle Holder Candlestick Home Decoration Lamp

$**30**.75  $61.50  50% off

🟡 Extra 3% off

**Emitting Color: Bronze US**

**Color: As shown**

As shown

**Related items**



$**0**.99  $5.57
Welcome Deal
392 sold ⭐4.7
VIP Dropshipping Ni...
🚚 14-day delivery on $5
Free shipping

$**17**.35  $67.33
Choice Welcome Deal
700+ sold ⭐4.9
Residential table la...
🚚 Free shipping · 12-day delivery

$**3**.28  $14.79
Welcome Deal
188 sold ⭐4.8
AIBOO USB Recharg...
🚚 14-day delivery on $5

$**7**.8
114 sold
Intelligent Light Con...

$**0**.99  $4.68
Welcome Deal
252 sold ⭐4.9
Wireless Closet Ligh...
🚚 14-day delivery on $5
Free shipping

$**0**.99  $6.93
Choice Welcome Deal
81 sold ⭐4.6
1-6Pcs RGBW LED P...
🚚 Free shipping · 12-day delivery



**Description**                    Report Item / Suspicious Activity





Help | Buyer Protection | App | / Daytona beach / English / USD | Wish List | Account

Help Center
Disputes & Reports
Report IPR infringement

AliExpress

I'm shopping for...

0

# Shopping Cart (31)

Select all items | **Delete**

**All** | Choice | **14-day delivery**

**Checkout now** to get 14 days delivery | **Shop more**

**CoRui Intelligent Store**

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...
As shown/Bronze US/China
**$30.75**
1
Free shipping

**Good-Home Life Store** | Get discount

Easy Safe Table Lamp Waxing Burner Lantern 110/220V Warmer Meltin...
Black/US 110V
**$30.46**
1
Free shipping

**Good Life Institute Store**

Aromatherapy Lamp Electric Candle Warmer Table Lamp Bedroom Ro...
Ancient copper/US Plug 110V
**$29.58**
1
Free shipping

**HOSPORT Lights Store**

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...
Bronce/US plug/China
**$26.49**
1
Free shipping

**Realize our idea Store** | Get discount

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...
Black/United States
**$25.59**
1
Free shipping

**Shop1102732464 Store** | Get discount

Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me...
**$32.17**
1
14-day delivery on $5.00
Free shipping

**YSH207 Store** | Get discount

Aromatherapy Melting Wax Lamp Dimmable Bedroom Bedside Table N...

## Summary

| | |
|---|---|
| Subtotal | $299.59 |
| Shipping fee | $21.43 |
| **Total** | **$321.02** |

**Checkout (10)**

## Payment methods

VISA | G Pay | Pay after delivery | Pay

## Buyer protection

Get full refund if the item is not as described or if is not delivered

copper >

$28.70

+ Shipping: $5.79    2

## WITUSE WarmHouse Store
Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

Black/EU 220V >

$23.35

🚚 14-day delivery on $5.00

Free shipping    1

## Loving Buying Store

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

US Plug/white >

$19.69

+ Shipping: $15.64    1

## HOOTOOL Store
Get discount

Electric Candle Warmer Wax Melt Flameless Lamp Lantern Dimmable A...

Bronce/US Plug/United States >

$24.11

Free shipping    1

### More to love



$25.5
Candle Warmer With Timer, ...

$24.11
7 sold ★5
Electric Candle Warmer Wax...
Free shipping

$20.49
24 sold ★5
Supergoop Unseen Sunscree...
Free shipping

$26.94
1 sold
Candle Warmer with Timer A...
🚚 14-day delivery on $5
Free shipping

$3.53
54 sold ★5
Ordinary Original Products ...

$34.89 $420.87
7 sold ★5
Aroma Candle Melting Lamp...
🚚 Free shipping · 12-day delivery



Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Google Play    App Store    AppGallery

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号

Case 1:23-cv-24163

# Defendant No.:112

# Store:

# Star city LED Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | WENZHOU XIANGDA Craft Gift Co., Ltd |
| **VAT number:** | 91330383MA2L****** |
| **Business license registration number:** | 91330383MA2L****** |
| **Address:** | Floor 2, 219 Xixian Village, Longgang City, Cangnan County, Wenzhou City, Zhejiang Province, China |
| **Legal Representative:** | Zou Jun |
| **Business Scope:** | |
| **Established:** | |
| **Registration authority:** | Longgang Administrative Examination and Approval Bureau |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

AliExpress

I'm shopping for...    🔍

0

# Shopping Cart (32)

⚪ Select all items    **Delete**

All    Choice    14-day delivery

**Checkout now** to get 🚚 14 days delivery    Shop more

✅ Aromatherapy Candle Warmer Lamp 110V Atmosphere Decor Wax Mel...    ♡ 🗑
EU-220V/White/China ›
$38.80
🚚 14-day delivery on $5.00
Free shipping
⊖ 1 ⊕

✅ **CoRui Intelligent Store**

✅ Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...    ♡ 🗑
As shown/Bronze US/China ›
$30.75
Free shipping
⊖ 1 ⊕

✅ **Good-Home Life Store**    **Get discount**

✅ Easy Safe Table Lamp Waxing Burner Lantern 110/220V Warmer Meltin...    ♡ 🗑
Black/US 110V ›
$30.46
Free shipping
⊖ 1 ⊕

✅ **Good Life Institute Store**

✅ Aromatherapy Lamp Electric Candle Warmer Table Lamp Bedroom Ro...    ♡ 🗑
Ancient copper/US Plug 110V ›
$29.58
Free shipping
⊖ 1 ⊕

✅ **HOSPORT Lights Store**

✅ Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...    ♡ 🗑
Bronce/US plug/China ›
$26.49
Free shipping
⊖ 1 ⊕

✅ **Realize our idea Store**    **Get discount**

✅ Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...    ♡ 🗑
Black/United States ›
$25.59
Free shipping
⊖ 1 ⊕

✅ **Shop1102732464 Store**    **Get discount**

## Summary

| | |
|---|---|
| Subtotal | $314.28 |
| Shipping fee | $21.43 |
| **Total** | **$335.71** |

**Checkout (10)**

### Payment methods

VISA  Mastercard  American Express  Discover  PayPal  G Pay  Pay after delivery  Apple Pay

### Buyer protection

🛡 Get full refund if the item is not as described or if it is not delivered



Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me...

**$32.17**

🚚 14-day delivery on $5.00
Free shipping

1

**YSH207 Store**                                                  Get discount

Aromatherapy Melting Wax Lamp Dimmable Bedroom Bedside Table N...

copper >

**$28.70**

+ Shipping:  $5.79

2

**WITUSE WarmHouse Store**                                        Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

Black/EU 220V >

**$23.35**

🚚 14-day delivery on $5.00
Free shipping

1

**Loving Buying Store**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

US Plug/white >

**$19.69**

+ Shipping:  $15.64

1

## More to love



$25.5
Candle Warmer With Timer, ...

$24.11
7 sold ⭐5
Electric Candle Warmer Wax...
Free shipping

$1.56
1,000+ sold ⭐4.9
Gabby Dollhouse Pink Purpl...

$20.49
24 sold ⭐5
Supergoop Unseen Sunscree...
Free shipping

$26.94
1 sold
Candle Warmer with Timer A...
🚚 14-day delivery on $5
Free shipping

$27.08
29 sold ⭐5
110V/220V Candle Warmer T...
🚚 14-day delivery on $5



**Help**

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

**AliExpress Multi-Language Sites**

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

**Browse by Category**

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

**Alibaba Group**

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号




Safety GU10 lamp head
Cooling spotlight
Simple and beautiful

High-quality paint process
Solid and durable





Electroplating process makes
the colors bright and timeless



Case 1:23-cv-24163

# Defendant No.:113

## Store:

## XuanYF ART Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Xiamen Xuan Yu Fei Electronic Commerce Co., Ltd. |
| **VAT number:** | 91350211MA8T****** |
| **Business license registration number:** | 91350211MA8T****** |
| **Address:** | Room 301, No. 267 Jinyuan Road, Jimei District, Xiamen City, Jimei District, Xiamen City, Fujian Province, China |
| **Legal Representative:** | Huang Liqin |
| **Business Scope:** | |
| **Established:** | 2021-06-17 |
| **Registration authority:** | Xiamen Jimei District Market Supervision and Administration Bureau |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.





Help Buyer Protection App | / Daytona beach / English / USD | Wish List Account

AliExpress

I'm shopping for...

0

## Shopping Cart (33)

Select all items

Delete

All Choice 14-day delivery

**Checkout now** to get 14 days delivery

Shop more

**XuanYF ART Store** Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...

Red Dimmer/AU Plug

$38.49

+ Shipping: $2.05

1

**Star city LED Store Store**

Aromatherapy Candle Warmer Lamp 110V Atmosphere Decor Wax Mel...

EU-220V/White/China

$38.80

14-day delivery on $5.00

Free shipping

1

**CoRui Intelligent Store**

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...

As shown/Bronze US/China

$30.75

Free shipping

1

**Good-Home Life Store** Get discount

Easy Safe Table Lamp Waxing Burner Lantern 110/220V Warmer Meltin...

Black/US 110V

$30.46

Free shipping

1

**Good Life Institute Store**

Aromatherapy Lamp Electric Candle Warmer Table Lamp Bedroom Ro...

Ancient copper/US Plug 110V

$29.58

Free shipping

1

**HOSPORT Lights Store**

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...

Bronce/US plug/China

$26.49

Free shipping

1

**Realize our idea Store** Get discount

## Summary

| | |
|---|---|
| Subtotal | $333.08 |
| Shipping fee | $7.84 |
| **Total** | **$340.92** |

Checkout (10)

## Payment methods

VISA G Pay Pay after delivery Pay

## Buyer protection

Get full refund if the item is not as described or if is not delivered

✔️ **Choice**   Free shipping on all Choice items   12-day delivery · Free returns   →

Sell on AliExpress / Help ⌄ / Buyer Protection / 📱 App   🇺🇸 / Daytona beach / English / USD ⌄   ♡ Wish List   👤 Account ⌄

**AliExpress**   ☰⌄   | I'm shopping for... | 🔍 |   🛒 ⓪

🔲 QR Download app

👤 **XuanYF ART Store** ›

97.1% Positive Feedback | 381 Followers    + Follow    💬 Message

Store Home | Products ⌄ | Sale Items | Top Selling | Customized Painting | New Arrivals | Feedback





**Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle Melting Waxing Burner Aromatherapy Lamp Table Lamp For Spa Club**

$**38**.**49**   ~~$54.98~~   30% off

| 3% Off Store Discount | $3.00 Off Store Coupon |

**Color: Red Dimmer**

**Size: AU Plug**

US Plug | UK Plug | EU Plug | AU Plug

### Related items



$26.**94**
1 sold
Candle Warmer with...
🚚 14-day delivery on $5
Free shipping

$18.**88**
6 sold ★5
Candle Warmer Wit...

$16.**99**
Plus
274 sold ★4.6
3D Hourglass Creati...
Free shipping

$2.**25**
1 sold
Ceramic Lamp Cand...
🚚 14-day delivery on $5

$2.**52**
109 sold ★4.7
1/4Pcs Strawberry C...
Free shipping

$1.**55**
7 sold
1.7m Artificial Vines ...

### Description

Report Item / Suspicious Activity

**Description:**

Traditional and Versatile - Curvy stem and a semi-matte finish make this an excellent lamp for your desk.
Easy and Safe - Place your favorite candle inside and enjoy without soot, smoke, or an open flame. Suitable for pet family, baby family
Easy to Install & Use - It uses heat to melt the candle from top to bottom, releasing a vibrant, clean fragrance.
Stepless Dimming - You can freely adjust the brightness of this candle lamp, soft halogen light creates the ambiance of a burning candle and allowing you to enjoy a warm and comfortable time.
Widely Application - This candle warmer lamp is a stylish, modern, exquisite and creative candle melting lamp. It is a perfect choice for home, farmhouse, bedroom, living room and study room. It is a great romantic gift. (Wax Not Included)

Product information:
Package Weight: 1KG
Light source: halogen lamp GU10
Power: 35 W (adjustable) 60HZ
Material: iron plating
Rooms: 12-20m2
Voltage: AC110V-220V
Application: living / sleeping / dining / bedroom / cafe
Plug: US  EU  UK  AU

Package:
1 * table lamp (not including candle)
2 * light source lamp
1 * Dimming line

Case 1:23-cv-24163

# Defendant No.:114

# Store:

# Lowest_Price Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Danshu Iron Coupon Technology Co., Ltd. |
| **VAT number:** | 91440300MA5G****** |
| **Business license registration number:** | 91440300MA5G****** |
| **Address:** | No. 1 Guangyayuan Road, Wuhe Community, Bantian Street, Longgang District, Shenzhen 513 |
| **Legal Representative:** | Gao Zhiwu |
| **Business Scope:** | General business items are: research and development and sales of electronic products; Operating e-commerce; Database management; Domestic trade; Goods and technology and export. Engaged in technology development and technical consulting in the field of network technology products; Database services; Supply chain management; Computer software technology development; Computer system integration; Network technology development, web design, multimedia design; Investment in the establishment of industries (specific projects to be declared separately), investment consulting (excluding futures, securities, insurance and other financial businesses), Enterprise Management Consulting; Import and export of goods and technologies., Licensed items are: |
| **Established:** | 2020-03-03 |
| **Registration authority:** | Longgang Bureau |

以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Help    Buyer Protection    App    🇺🇸 / Daytona beach / English / USD    Wish List    Account

**AliExpress**    ≡    I'm shopping for...    🔍    0

## Shopping Cart (34)

○ Select all items    **Delete**

[ All ]    Choice    14-day delivery

**Checkout now** to get 🚚 14 days delivery    Shop more

| | Summary | |
|---|---|---|
| | Subtotal | $340.80 |
| | Shipping fee | $7.84 |
| | **Total** | **$348.64** |

**Checkout (10)**

**Payment methods**
VISA  Mastercard  American Express  Discover  PayPal
G Pay  Pay after delivery  Apple Pay

**Buyer protection**
🛡️ Get full refund if the item is not as described or if it is not delivered

---

### ✓ Lowest_Price Store    Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...    ♡ 🗑️
Chinese red/US ›
**$31.07**    ⊖  1  ⊕
Free shipping

---

### ✓ XuanYF ART Store    Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...    ♡ 🗑️
Red Dimmer/AU Plug ›
**$38.49**    ⊖  1  ⊕
+ Shipping:  $2.05

---

### ✓ Star city LED Store Store

Aromatherapy Candle Warmer Lamp 110V Atmosphere Decor Wax Mel...    ♡ 🗑️
EU-220V/White/China ›
**$38.80**    ⊖  1  ⊕
🚚 14-day delivery on $5.00
Free shipping

---

### ✓ CoRui Intelligent Store

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...    ♡ 🗑️
As shown/Bronze US/China ›
**$30.75**    ⊖  1  ⊕
Free shipping

---

### ✓ Good-Home Life Store    Get discount

Easy Safe Table Lamp Waxing Burner Lantern 110/220V Warmer Meltin...    ♡ 🗑️
Black/US 110V ›
**$30.46**    ⊖  1  ⊕
Free shipping

---

### ✓ Good Life Institute Store

Aromatherapy Lamp Electric Candle Warmer Table Lamp Bedroom Ro...    ♡ 🗑️
Ancient copper/US Plug 110V ›
**$29.58**    ⊖  1  ⊕
Free shipping

---

### ✓ HOSPORT Lights Store



Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...

Bronce/US plug/China >

$26.49

Free shipping

### Realize our idea Store
Get discount

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...

Black/United States >

$25.59

Free shipping

### Shop1102732464 Store
Get discount

Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me...

$32.17

14-day delivery on $5.00

Free shipping

### YSH207 Store
Get discount

Aromatherapy Melting Wax Lamp Dimmable Bedroom Bedside Table N...

copper >

$28.70

+ Shipping: $5.79

## More to love



$20.49
24 sold ★5
Supergoop Unseen Sunscree...
Free shipping

$26.94
1 sold
Candle Warmer with Timer A...
14-day delivery on $5
Free shipping

$6.92
197 sold ★4.7
Solar Watering Can Light Ha...
Free shipping

$3.53
55 sold ★5
Ordinary Original Products ...

$1.56
1,000+ sold ★4.9
Gabby Dollhouse Pink Purpl...

$20.09
32 sold ★4.9
50pcs/Lot 30/50/60/80/100/...
14-day delivery on $5



## Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

## AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

## Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

## Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide  ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号





Case 1:23-cv-24163

# Defendant No.:115

# Store:

# Avanos House Store

# Platform:

# Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shaanxi Avanos Trading Co., Ltd. |
| **VAT number:** | 91610103MAB0\*\*\*\*\*\* |
| **Business license registration number:** | 91610103MAB0\*\*\*\*\*\* |
| **Address:** | Room 1201, Block A, Chang 'an Building, No. 21 Chang 'an North Road, Beilin District, Xi 'an City, Shaanxi Province |
| **Legal Representative:** | Lu Yuehang |
| **Business Scope:** | General items: Sales of daily necessities; Wholesale of clothing and apparel; Wholesale of shoes and hats; Sales of luggage and bags; Sales of leather products; Sales of general merchandise for daily use; Sales of household appliances; Wholesale of arts and crafts and collectibles (except ivory and its products); Sales of textiles and raw materials; Sales of toys, sanitary ware and daily necessities; Retail of cosmetics; Sales of toys, animation and entertainment products; Wholesale of hardware products; Sales of office supplies; sales of labor protection products; Sales of rubber products; Sales of plastic products; Sales of Daily glass products; Sales of Metal Products; Retail of pet food and supplies; Manufacturing of architectural decoration, plumbing parts and other construction Metal Products; Retail of auto parts; Wholesale of electronic components; Retail of sporting goods and equipment; Wholesale of jewelry; Sales of electronic products; Sales of communication equipment; Sales of communication equipment; Sales of instruments and meters; Sales of glass instruments; sales of chemical products (excluding licensed chemical products); Retail of computer hardware and software and auxiliary equipment. (With the exception of projects subject to approval in accordance with the law, business activities shall be carried out independently in accordance with the business license) |
| **Established:** | 2020-11-19 |
| **Registration authority:** | Xi'an Administration for Industry and Commerce Beilin Branch |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.

Help    Buyer Protection    App    🇺🇸 / Daytona beach / English /  USD    Wish List    Account

**AliExpress**    ☰    I'm shopping for...    🔍    🛒 0

## Shopping Cart (35)

○ Select all items                                          **Delete**

[All]  [Choice]  [14-day delivery]

**Checkout now** to get 🚚 14 days delivery                 [Shop more]

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

✓ ● Avanos House Store

Metal Vintage Candle Warmer Lattice Crystal Shade Candle Wax Meltin...    ♡  🗑
UK plug/dimmer switch/China ›
$17.60                                              ⊖  1  ⊕
+ Shipping:  $24.86

✓ ● Lowest_Price Store                              **Get discount**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...    ♡  🗑
Chinese red/US ›
$31.07                                              ⊖  1  ⊕
Free shipping

✓ ● XuanYF ART Store                                **Get discount**

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...    ♡  🗑
Red Dimmer/AU Plug ›
$38.49                                              ⊖  1  ⊕
+ Shipping:  $2.05

✓ ● Star city LED Store Store

Aromatherapy Candle Warmer Lamp 110V Atmosphere Decor Wax Mel...    ♡  🗑
EU-220V/White/China ›
$38.80                                              ⊖  1  ⊕
🚚 14-day delivery on $5.00
Free shipping

✓ ● CoRui Intelligent Store

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...    ♡  🗑
As shown/Bronze US/China ›
$30.75                                              ⊖  1  ⊕
Free shipping

✓ ● Good-Home Life Store                            **Get discount**

Easy Safe Table Lamp Waxing Burner Lantern 110/220V Warmer Meltin...    ♡  🗑
Black/US 110V ›
$30.46                                              ⊖  1  ⊕
Free shipping

✓ ● Good Life Institute Store

Aromatherapy Lamp Electric Candle Warmer Table Lamp Bedroom De...

### Summary

Subtotal                                            $301.00
Shipping fee                                        $26.91

**Total**                                           **$327.91**

[                **Checkout (10)**                ]

**Payment methods**

VISA  mastercard  AMEX  DISCOVER  PayPal
GPay  Pay after delivery  ⍺Pay

**Buyer protection**

🛡 Get full refund if the item is not as described
or if is not delivered

Aromatherapy Lamp Electric Candle Warmer Table Lamp, Bedroom Ro...

Ancient copper/US Plug 110V

$29.58

Free shipping

1

**HOSPORT Lights Store**

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...

Bronce/US plug/China

$26.49

Free shipping

1

**Realize our idea Store**                    Get discount

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...

Black/United States

$25.59

Free shipping

1

**Shop1102732464 Store**                    Get discount

Candle Warmer with Timer, Dimmable Candle Light, Electric Candle Me...

$32.17

14-day delivery on $5.00

Free shipping

1

## More to love



$17.6

Metal Vintage Candle Warm...



$20.49

24 sold ★ 5

Supergoop Unseen Sunscree...

Free shipping



$6.92

197 sold ★ 4.7

Solar Watering Can Light Ha...

Free shipping



$3.53

55 sold ★ 5

Ordinary Original Products ...



$1.56

1,000+ sold ★ 4.9

Gabby Dollhouse Pink Purpl...



$20.09

32 sold ★ 4.9

50pcs/Lot 30/50/60/80/100/...

14-day delivery on $5

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  

Intellectual Property Protection · Privacy Policy · Sitemap · Terms of Use · Information for EU consumers · Transaction Services Agreement for non-EU/UK Consumers · Terms and Conditions for EU/EEA/UK Consumers · User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号



**Service**

75-day Buyer Protection

**Quantity**

1

21 Pieces available

Buy Now

Add to Cart

Share ♡ 1





*Retail and wholesale service offer, can be your buyer in China if you need !*

**Whatsapp/wechat: 008615632171824**

**E-mail: 3080271924@qq.com / avanoshouse621@gmail.com**




Case 1:23-cv-24163

# Defendant No.:116

## Store:

## I love-life Store

## Platform:

## Aliexpress

## Business information

Please see the seller's business information below.

Business license/information

| | |
|---|---|
| **Company name:** | Shenzhen Yangxiang Technology Co., Ltd |
| **VAT number:** | 914403005521****** |
| **Business license registration number:** | 914403005521****** |
| **Address:** | 109, Commercial 108, Building 4, Yuelangyuan, Zhonghai, Yayuan Road, Bantian, Longgang District, Shenzhen |
| **Legal Representative:** | Li Zhenhong |
| **Business Scope:** | Computer software technology development; Domestic trade (except for projects subject to approval prior to registration as required by laws, administrative regulations and decisions of the State Council). |
| **Established:** | 2010-04-01 |
| **Registration authority:** | Shenzhen Market Supervision and Administration Bureau of Guangdong Province |

**以上信息为商家自助填写，英文为系统翻译，AliExpress不保证信息及翻译的真实性和准确性。 仅作为消费者参考信息使用，请勿用于包括VAT、ERP申请在内的任何校验。**

The seller guarantees that the above self-declared information is true, accurate and valid. If any violations are found, the seller will be punished according to the AliExpress rules or bear the corresponding responsibility according to the applicable laws.

The seller's business information is in the official language of the country they are registered in. English content is automatically translated just for the convenience of consumers and easier to understand who they are buying from. AliExpress does not guarantee the accuracy of the English translation.

This seller may also engage in the reselling of consumer products.





Help Buyer Protection App / Daytona beach / English / USD Wish List Account

AliExpress

I'm shopping for...

0

## Shopping Cart (36)

Select all items Delete

All | Choice | 14-day delivery

Checkout now to get 14 days delivery Shop more

**I love-life Store** Get discount

Candle Melting Waxing Burner Electric Candle Aromatherapy Warmer L...
Black/EU 220V
$25.38
14-day delivery on $5.00
Free shipping
1

**Avanos House Store**

Metal Vintage Candle Warmer Lattice Crystal Shade Candle Wax Meltin...
UK plug/dimmer switch/China
$17.60
+ Shipping: $24.86
1

**Lowest_Price Store** Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
Chinese red/US
$31.07
Free shipping
1

**XuanYF ART Store** Get discount

Candle Warmer Electric Wax Melt Lamp Lantern For Top-Down Candle ...
Red Dimmer/AU Plug
$38.49
+ Shipping: $2.05
1

**Star city LED Store Store**

Aromatherapy Candle Warmer Lamp 110V Atmosphere Decor Wax Mel...
EU-220V/White/China
$38.80
14-day delivery on $5.00
Free shipping
1

**CoRui Intelligent Store**

Electric Candle Warmer Lamp Dimmable Candle Light Electric Candle M...
As shown/Bronze US/China
$30.75
Free shipping
1

**Good-Home Life Store** Get discount

## Summary

| | |
|---|---|
| Subtotal | $294.21 |
| Shipping fee | $26.91 |
| **Total** | **$321.12** |

Checkout (10)

### Payment methods

VISA, G Pay, Pay after delivery, Pay

### Buyer protection

Get full refund if the item is not as described or if is not delivered

Easy Safe Table Lamp Waxing Burner Lantern 110/220V Warmer Meltin...

Black/US 110V >

$30.46

Free shipping

1

**Good Life Institute Store**

Aromatherapy Lamp Electric Candle Warmer Table Lamp Bedroom Ro...

Ancient copper/US Plug 110V >

$29.58

Free shipping

1

**HOSPORT Lights Store**

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...

Bronce/US plug/China >

$26.49

Free shipping

1

**Realize our idea Store**                                      Get discount

Electric Candle Warmer Lamp Dimmable Wax Melting Lamp with Timer...

Black/United States >

$25.59

Free shipping

1

## More to love








$17.6
Metal Vintage Candle Warm—

$23.35
1 sold
Candle Warmer Electric Wax—
14-day delivery on $5

2PCS
$20.49
24 sold ★5
Supergoop Unseen Sunscree—
Free shipping

$6.92
197 sold ★4.7
Solar Watering Can Light Ha—
Free shipping

10%
1%
$3.53
55 sold ★5
Ordinary Original Products —

$1.56
1,000+ sold ★4.9
Gabby Dollhouse Pink Purpl—

### Help

Help Center, Disputes & Reports, Buyer Protection, Report IPR infringement, Regulated Information, Integrity Compliance

### AliExpress Multi-Language Sites

Russian, Portuguese, Spanish, French, German, Italian, Dutch, Turkish, Japanese, Korean, Thai, Vietnamese, Arabic, Hebrew, Polish

### Browse by Category

All Popular, Product, Promotion, Low Price, Great Value, Reviews, Blog, Seller Portal, BLACK FRIDAY, AliExpress Assistant

### Alibaba Group

Alibaba Group Website, AliExpress, Alimama, Alipay, Fliggy, Alibaba Cloud, Alibaba International, AliTelecom, DingTalk, Juhuasuan, Taobao Marketplace, Tmall, Taobao Global, AliOS, 1688

  AppGallery

Intellectual Property Protection - Privacy Policy - Sitemap - Terms of Use - Information for EU consumers - Transaction Services Agreement for non-EU/UK Consumers - Terms and Conditions for EU/EEA/UK Consumers - User Information Legal Enquiry Guide ©2010-2022 AliExpress.com. All rights reserved. 增值电信业务经营许可证 浙B2-20120091-8 浙公网安备 33010802002248号






Safety GU10 lamp head
Cooling spotlight
Simple and beautiful

High-quality paint process
Solid and durable





Electroplating process makes
the colors bright and timeless

## Specifications

| Plug Type | EU plug | Frame Color | Gold |
|---|---|---|---|
| Model Number | candle warmer | Application | Bed Room |



Case 1:23-cv-24163

# Defendant No.:117

# Store:

# Shanghai Qijie Electronic Commerce Co., Ltd

# Platform:

# Alibaba



 Alibaba.com Sourcing solutions Services & Membership Help

1 YRS Shanghai Qijie Electronic Commerce C... Favorite supplier

# SHANGHAI QIJIE ELECTRONIC COMMERCE CO.,

The company specializes in the production of aromatherapy candles, craft gifts, anti-wolf key rings, etc...

Home Products Profile Contacts

Contact Supplier

Chat Now!

## Company contact information

Chat Now!

Company country/region: China

Contact supplier Start order

## Company basic information

| | |
|---|---|
| ✓ Company Name: | Shanghai Qijie Electronic Commerce Co., Ltd. |
| ✓ Operational Address: | No. 1, 858 Fenggao Road, Shanghai, China |
| Website on alibaba.com: | shqijie.en.alibaba.com |

### Send message to supplier

To: null null

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - I

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

**Alibaba.com**    My Alibaba

Trade    Development    Account     My Account    English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏠 Shanghai Qijie Electronic Commerce Co., Ltd.



Home Tabletop fragrance SmokeFree Wholesale Perfume Melting Wax Lamp Customized logo Metal Electric Luxury Scented Candle Warmer

MOQ: 10 Pieces

| No specification | USD 17.50 / Piece ⓘ | − 10 + | USD 175.00 |

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

📍 Add shipping address

Add an address

⊗ Shipping address is required

Expected delivery date

Select Date 🗓

Additional notes

**Submit to supplier**



## Know your supplier

Shanghai Qijie Electronic Commerce Co., Ltd.
1 yr · Located in CN

| Response Time | On-time delivery rate | 95 Transactions |
|:---:|:---:|:---:|
| ≤5h | 100.0% | 30,000+ |

**View more products**　　**View profile**

## Product descriptions from the supplier

## Product Description



Case 1:23-cv-24163

# Defendant No.:118

# Store:
# Jianghai Gaoyang Lighting Accessories Factory

# Platform:
# Alibaba







Alibaba.com Sourcing solutions Services & Membership Help

## Jianghai Gaoyang Lighting Accessories Factory

CN 1 YRS

Main categories: Table lamp,Floor lamp,Overhead light,Custom packing,gift

Home | Products | Profile | Contacts | Search in this st

Contact Supplier

Chat Now!

### Company contact information

**Mr. Demarquez Gao**

Chat Now!

Company phone: View details

Company country/region: China

Company province/state: Guangdong

Company city: Zhong Shan

Contact supplier | Start order

### Company basic information

Company Name: Jianghai Gaoyang Lighting Accessories Factory

Operational Address: 4th Floor, Elevator 1, Huahui Building, No. 3 West Fourth Road, Gangnan Industrial Avenue, Guzhen Town, Zhoı Guangdong, China

Website on alibaba.com: gaoyanglamp.en.alibaba.com

### Send message to supplier

To: Demarquez Gao

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Ir

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

Messenger

Alibaba.com | My Alibaba

Trade | Development | Account | My Account | English

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

Jianghai Gaoyang Lighting Accessories Factory

**Factory directly supply good price Candle Warm light Aroma Christmas Wedding party Valentine's Day gift candle warm light**

MOQ: 50 Pieces

Size : Custom ,

Color : Black

USD 9.99 / Piece

− 51 +

USD 509.49

Enter additional customization details

Attach supporting files

Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**

May incur additional service fees (Est. US $118-218)

## Shipping details

Select your delivery preference *

Deliver to my door

Destination address *

Add shipping address

Add an address

Expected delivery date

Select Date

Additional notes

Submit to supplier

Low prices, 60-day money-back policy, and more. Now to Sep 30   Explore now →

**Products** | What ar... | **Search**

Ship to: 🇺🇸 US

All categories | Featured selections | Trade Assurance | Buyer Central | Become a supplier | Help Center | Get

## Factory directly supply good price Candle Warm light Aroma Christmas Wedding party Valentine's Day gift candle warm light

No reviews yet

Share

Jianghai Gaoyang Lighting Accessories Factory · 1 yr · 🇨🇳 CN



Hover to zoom in

Minimum order quantity: 50 pieces

**$9.99 - $39.99**

### Variations

Total options: 20 Color; 3 Size.

**Color**

**Size**

Custom | 5.9"D x 5.9"W x 13.39"H

**Send order request** | Contact supplier

Still deciding? Get samples first! Order sam

### Membership benefits

Quick refunds on orders under US $500 Vi

### Purchase details

Protection with 🛡 Trade Assurance

🚚 **Shipping**

Contact supplier to negotiate shipping detai

Enjoy **On-time Dispatch Guarantee** ⓘ

🛡 **Payments**

VISA · mastercard · P PayPal · Discover · Pay · G Pay · ⋯

Enjoy encrypted and secure payments View

↩ **Returns & Refunds**

Eligible for refunds within 30 days of receivi products. View details

## Key attributes

### Industry-specific attributes

| Material | Metal, Polyresin, Stone, Wood, Glass, Other |
|---|---|

### Other attributes

| Place of Origin | Guangdong, China |
|---|---|
| Brand Name | GAOYANG |
| Model Number | CWLAMP-001 |
| Product Type | Electric Candle Warmer |
| Plug standard | US, AU, EU, CN, South Africa, UK, Korean, Japanese, It, Other |

https://www.alibaba.com/product-detail/Factory-directly-supply-good-price-Candle_1600909337984.html

Messenger

1/11

Case 1:23-cv-24163

# Defendant No.:119

## Store:

## Dehua Listing Trading Co., Ltd

## Platform:

## Alibaba









Alibaba.com Sourcing solutions Services & Membership Help

1 YRS Dehua Listing Trading Co., Ltd. Favorite supplier

# DEHUA LISTING TRADING CO., LT

Professional Team Custom Service Fast Delivery Certificate Authe

Home Products Profile Contacts

Contact Supplier

Chat Now!

## Company contact information

Mr. Feng Jackie

Director/CEO/General Manager

Ceo

Chat Now!

Company mobile: View details

Company country/region: China

Company province/state: Fujian

Company city: Quanzhou

Contact supplier Start order

## Company basic information

Company Name: Dehua Listing Trading Co., Ltd.

Operational Address: No. 15, Chengdong Road, Xunzhong Town, Quanzhou, Fujian, China

Website on alibaba.com: lisiting.en.alibaba.com

### Send message to supplier

To: Feng Jackie

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - I

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

Messenger

SUPER SEPTEMBER Low prices, 60-day money-back policy, and more. Now to Sep 30 Explore now →

Alibaba.com Global trade starts here.™ Shopping cart

tax-exempt status - if you purchase products for resale or production, submit tax information to be verified for tax exemption. Submit now

ect all items (1)

Dehua Listing Trading Co., Ltd. Chat Now!

On-time Dispatch Guarantee

**2023 Hot Sale Fragrance Electric Wax Melt Candle Warmer Lamp For Home Yoga...**

Size : Time switch version ;
Color : white

**USD 10.90**/Piece — 10 + USD 109.00

**Cart subtotal**

Item(s) total

Cart total

(Excluding shipping fee and tax)

Check out(0)

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

Low prices, 60-day money-back policy, and more. Now to Sep 30    Explore now →

**Alibaba.com**    Products ▾ | 2023 ca... 📷 | 🔍 Search    Ship to: 🇺🇸 US

≡ All categories    Featured selections    Trade Assurance      Buyer Central    Become a supplier    Help Center    Get

Ready to Ship

### 2023 Hot Sale Fragrance Electric Wax Melt Candle Warmer Lamp For Home Yoga Spa

No reviews yet · 11 buyers      ⬆ Share

Dehua Listing Trading Co., Ltd. · 1 yr · 🇨🇳 CN



Hover to zoom in

**Minimum order quantity: 2 pieces**

## $9.90 - $10.90

### Variations

Selected options: 1 Color; 1 Size    Ed

**Color**

🕯️ | white | Red

**Size**

Time switch version | No time switch versi

**Start order**    Chat now

Still deciding? Get samples first! Order sam

### Membership benefits

Quick refunds on orders under US $500 Vi

### Purchase details

Protection with 🛡️ Trade Assurance

🚚 **Shipping**

Shipping fee: $45.37(From CN to US)
Guaranteed dispatch within 15 days Ocean
Spot Rate (Economy)

✅ **Payments**

VISA 🟧 PayPal Amex Pay G Pay ...

Enjoy encrypted and secure payments View

↩ **Returns & Refunds**

Eligible for refunds within 30 days of receivi
products. View details

## Other recommendations for your business



2023 New Dimming Bedside Candle Warm...
**$7.56 - $15.12**
Min. order:2 pieces



Wholesale Aroma Mini Colorful Essential Oil...
**$0.45 - $0.72**
Min. order:10 pieces



2023 Aromatherapy Wholesale Golden leaf...
**$3.33 - $3.87**
Min. order:2 pieces



Wax Melt Can colorful moon...
**$0.67 - $0.8**
Min. order:2 p

## Key attributes

### Industry-specific attributes

| Material | Metal |
|---|---|

 Messenger

Case 1:23-cv-24163

# Defendant No.:120

## Store:

## Zhongshan Huangpu Shunchen E-Commerce Firm

## Platform:

## Alibaba



 Alibaba.com Sourcing solutions Services & Membership Help

Shun Chen > E-Commerce <

# Zhongshan Huangpu Shunchen E-Commerce Firm

CN 2YRS

Main categories: lighting,lamp,candle warmer,craftwork lighting,Lighting accessories

Home | Products | Profile | Contacts | Search in this st

## Company contact information

Contact Supplier

Chat Now!

**Mr. Jova Chow**

Chat Now!

Company phone:
Company mobile: View details
Company country/region: China
Company city: zhongshan

Contact supplier

## Company basic information

✓ Company Name: Zhongshan Huangpu Shunchen E-Commerce Firm
✓ Operational Address: Floor 2-5, Block B, No. 78, Chengye Avenue, Dacen Industrial Zone, Huangpu Town, Zhongshan, Guangdong, C
Website on alibaba.com: zsshunchen.en.alibaba.com

### Send message to supplier

To: Jova Chow

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Ir

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

**Alibaba.com** My Alibaba

Trade    Development    Account    My Account    English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏪 Zhongshan Huangpu Shunchen E-Commerce Firm

**Heat Lighting Aromatherapy Lamp New Design Candle Oil Warmer Aroma Wax Melt**

MOQ: 6 Pieces

| Size : 14*14*30CM , | | |
| Color : Black | USD 20.59 / Piece ⓘ | − 6 + | USD 123.54 |

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door                              ⌄

Destination address *

📍 Add shipping address

Add an address

Expected delivery date

Select Date                                      📅

Additional notes

What's next for your purchase?

**Submit to supplier**

Click Here！！！

Get More Information And Discount.



Case 1:23-cv-24163

# Defendant No.:121

# Store:
# Zhongshan Langming Lighting Factory

# Platform:
# Alibaba



 Alibaba.com Sourcing solutions Services & Membership Help

1YRS Zhongshan Langming Lighting Factory Favorite supplier

# Zhongshan Langming Lighting Factory

Main Categories: Solar Lights, LED Spotlights, LED Downlights, LED Bulbs, LED Tubes, Outdoor Lighting

Wechat /WhatsApp:
Tel: +861867534085
Email: 1728760370@

Home | Products | Profile | Contacts

Contact Supplier
Chat Now!

## Company contact information

kelangshi
Zhongshan Langming Lighting Factory

**Li weiming**
经理
Chat Now!

Company country/region: China

Contact supplier | Start order

## Company basic information

| | |
|---|---|
| ✓ Company Name: | Zhongshan Langming Lighting Factory |
| ✓ Operational Address: | Floor 3, No. 16, Qingfeng Street, Sansha Village, Henglan Town, Zhongshan, Guangdong, China |
| Website: | http://kelangshi.en.alibaba.com |
| Website on alibaba.com: | kelangshi.en.alibaba.com |

### Send message to supplier

To: Li weiming

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.
0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - I

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

Messenger

**Alibaba.com** | My Alibaba

Trade   Development   Account    My Account   | English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏪 Zhongshan Langming Lighting Factory

 **Multifunctional dimmable candle melting device with timed candle heating desk lamp suitable for canned candles**

MOQ: 2 Pieces

| Lamp Power(W) : | 35 , |
| Shade color : | White |

USD 10.80 / Piece ⓘ     − 10 +     USD 108.00

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door ⌄

Destination address *

📍 Add shipping address

Add an address

Expected delivery date

Select Date 📅

Additional notes

[ ]

**Submit to supplier**



Low prices, 60-day money-back policy, and more. Now to Sep 30   Explore now →

# Multifunctional dimmable candle melting device with timed candle heating desk lamp suitable for canned candles

No reviews yet                                          ⤴ Share

Zhongshan Langming Lighting Factory · 1 yr · 🇨🇳 CN



Hover to zoom in



| 2 - 499 pieces | 500 - 999 pieces | >= 1 |
|---|---|---|
| **$10.80** | **$9.80** | **$8** |

**Variations**

Total options: 1 Lamp Power(W); 1 Shad…

Lamp Power(W)

35

Shade color

White

**Send order request**     **Contact supplier**

**Membership benefits**

Quick refunds on orders under US $500 Vi…

**Purchase details**

Protection with 🛡 Trade Assurance

🚚 Shipping

Contact supplier to negotiate shipping detai

Enjoy **On-time Dispatch Guarantee** ⓘ

💳 Payments

Enjoy encrypted and secure payments View

↩ Returns & Refunds

Eligible for refunds within 30 days of receivi

products. View details

## Key attributes

### Industry-specific attributes

| Lamp Body Material | Iron |
|---|---|
| Design Style | Modern |
| Shade material | Metal |
| Shade Shape | Cone |

### Other attributes

| Warranty(Year) | 2-Year |
|---|---|
| Light Source | Halogen Bulbs |
| Control Mode | Switch Control |

Case 1:23-cv-24163

# Defendant No.:122

# Store:

# Changchun Ai Kun Technology Co., Ltd

# Platform:

# Alibaba



 Alibaba.com Sourcing solutions Services & Membership Help

3YRS Changchun Ai Kun Technology Co., Ltd. Favorite supplier

AIKUN

Changchun Ai Kun Technology Co.

Home Decor: Scented Candles, Party Supplies

OEM Factory MSDS Certification Good After-sales Service

Home Products Profile Contacts

Contact Supplier

Chat Now!

## Company contact information

**Ms. CoCo Hu**

Chat Now!

Company phone: View details

Company country/region: China

Company province/state: Zhejiang

Company city: Hangzhou

Contact supplier Start order

## Company basic information

✓ Company Name: Changchun Ai Kun Technology Co., Ltd.

✓ Operational Address: 101-32, Room 101, Youth Building, Qingnian Road, North Of Fuyu Road, Kuancheng District, Changchun, Jilin, (

Website on alibaba.com: aikunkeji.en.alibaba.com

**Send message to supplier**

To: CoCo Hu

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Ir

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

My Alibaba

Trade    Development    Account     My Account    English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏪 Changchun Ai Kun Technology Co., Ltd.

**Wholesale without open flame wax and candle warmers**

MOQ: 5 Pieces

| Size : 32.5*16.5CM , | | | |
|---|---|---|---|
| Color : 🟫 1 | USD 11.00 / Piece | −  8  + | USD 88.00 |

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door                                                    ⌄

Destination address *

📍 Add shipping address

Add an address

Expected delivery date

Select Date                                                    🗓

Additional notes

**Submit to supplier**

https://biz.alibaba.com/contract/poBuy.htm?productData=[{"productId":1600688948342,"skuId":103686064835,"quantity":8}]&channelType=PRO…    1/2

     

Low prices, 60-day money-back policy, and more. Now to Sep 30 — Explore now →

**Alibaba.com** | Products ⌄ | candle la... 📷 | 🔍 Search | Ship to: 🇺🇸 US

≡ All categories    Featured selections    Trade Assurance      Buyer Central    Become a supplier    Help Center    Get

## Wholesale without open flame wax and candle warmers

No reviews yet     ⬆ Share

Changchun Ai Kun Technology Co., Ltd. · 3 yrs · 🇨🇳 CN



Hover to zoom in

## Other recommendations for your business

   

| | | | |
|---|---|---|---|
| Candle Warmer Electric Wax Melt Lamp Lanter... | Aromatherapy Candle Melting Wax Lamp Ca... | Electric Candle Warmers Lamp Candl... | No Flame Can Warmer Lamp |
| **$11.00** | **$11.00** | **$11.00** | **$12.00 - $1** |
| Min. order:5 pieces | Min. order:5 pieces | Min. order:2 pieces | Min. order:2 p |

## Key attributes

### Industry-specific attributes

| Material | Metal |
|----------|-------|



>= 5 pieces

# $11.00

## Variations

Total options: 4 Color; 1 Size.

**Color**

**Size**

32.5+16.5CM

**Send order request**    Contact supplier

Still deciding? Get samples first! Order sam

## Membership benefits

Quick refunds on orders under US $500 Vi

## Purchase details

Protection with 🛡 Trade Assurance

🚚 **Shipping**
Contact supplier to negotiate shipping detai
Enjoy **On-time Dispatch Guarantee** ⓘ

✅ **Payments**
VISA 💳 PayPal 🔒 Pay G Pay ...
Enjoy encrypted and secure payments View

🔄 **Returns & Refunds**
Eligible for refunds within 30 days of receivi
products. View details



💬 Messenger ⌃

Case 1:23-cv-24163

# Defendant No.:123

## Store:

# Sichuan Motuo Trading Co., Ltd

## Platform:

# Alibaba



**Alibaba**.com

Sourcing solutions ⌄    Services & Membership ⌄    Help ⌄

1 YRS    Sichuan Motuo Trading Co., Ltd. ⌄    ♡ Favorite supplier

Sichuan Motuo Trading Co., Ltd.
1 YRS    Sichuan, China

Home    Products    Profile    Contacts

Contact Supplier

Chat Now!

## Company contact information

Ms. MoTuo Co
Marketing
Chat Now!

| | |
|---|---|
| Company phone: | View details |
| Company country/region: | China |
| Company province/state: | Guangdong |
| Company city: | Dongguan |

Contact supplier    Start order

## Company basic information

| | |
|---|---|
| ✓ Company Name: | Sichuan Motuo Trading Co., Ltd. |
| ✓ Operational Address: | Room 402, Unit 1, Building 4, Yingzixuan, Vanke Jinyu Huafu Phase 2, Dongguan, Guangdong, China |
| Website: | http://pufoamscrap.com |
| Website on alibaba.com: | motuo.en.alibaba.com |

### Send message to supplier

To:    MoTuo Co

＊Message:    Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

☑ I agree to share my Business Card to the supplier.

🌐 Alibaba.com Site: International · Español · Português · Deutsch · Français · Italiano · हिंदी · Русский · 한국어 · 日本語 · العربية · ภาษาไทย · Türk · Nederlands · tiếng Việt · In

AliExpress · 1688.com · Tmall Taobao World · Alipay · Lazada · Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy · Intellectual Property Protection · Privacy Policy · Terms of Use · User Information Legal Enquiry                                    pliance

💬 Messenger    ⌃



SUPER SEPTEMBER Low prices, 60-day money-back policy, and more. Now to Sep 30 Explore now →

Alibaba.com Global trade starts here.™ Shopping cart

tax-exempt status - if you purchase products for resale or production, submit tax information to be verified for tax exemption. Submit now

ect all items (2)

Sichuan Motuo Trading Co., Ltd. Chat Now!

On-time Dispatch Guarantee · Easy Return

**Fragrance Candle Warmer Lamp with 2 Bulbs Electric Candle Warmer Lamp with...**

Color : Black | **USD 10.68**/Piece | 20 | USD 213.60

Dehua Listing Trading Co., Ltd. Chat Now!

On-time Dispatch Guarantee

**2023 Hot Sale Fragrance Electric Wax Melt Candle Warmer Lamp For Home Yoga...**

Size : Time switch version ; Color : white | **USD 10.90**/Piece | 10 | USD 109.00

**Cart subtotal**

Item(s) total

Cart total

(Excluding shipping fee and tax)

Check out(0)

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

| voltage | 25v/50w | feature | flaming candle b... |
| working | bulb heating | color | black / white |

## Detailed Images

**Candle warmer lamp with timmer**

Candle warmer plate lamp with Timer 2H/ 4H/ 8H and Brightness Adjustable .and Suitable for all candle scents .Candle warmer plate lamp with Timer 2H/ 4H/ 8H and Brightness Adjustable .and Suitable for all candle scents .



16.5CM
32.5CM

## HIGH QUALITY CANDLE WARMER LAMP



High temperature paint process lampshade

2 x 50 watt halogen heating bulb

Solid metal universal candle holding mount

Auto Timer 2/4/8 hr & 3 Levels Dimming

*Note: This product is a candle warmer lamp only and does not include candles.

**Tablet Stand Feature:Tab...**
**Feature:**

Our candle warmer lamps ... enhance your tablet expe... built-in stand, you can pla... it and
enjoy the warm, soothing ... candle while browsing, w... relaxing.Our candle warm... designed to enhance your... experience. With a built-i... place your tablet on it an... enjoy the warm, soothing ... candle while browsing, w... relaxing.

## Product Presentation



Assembly & User Instruction

Socket holes

*Make sure the lamp is unplugged

GU10 bulb

Timing indicator

Timing switch power

Stepless dimmer

Power indicator

1. Insert the bulb pin into the socket hole until it's secured.

2. Adjustable temperature dimmer and timer

3. Enjoy the ... fragrance ... warm ligh...

Case 1:23-cv-24163

# Defendant No.:124

## Store:

## Shenzhen Ratonew Technology Co., Ltd

## Platform:

## Alibaba



Sourcing solutions ⌄    Services & Membership ⌄    Help ⌄



## Shenzhen Ratonew Technology Co., Ltd. ⌄

🇨🇳 CN    🟠 1YRS

Main categories: Table lamp,night light,Led light,silicone light,garden lights



| Home | Products | Profile | Contacts | | Search in this st |

## Company contact information



**Ms. Tina Wang**

Director/CEO/General Manager

😊 Chat Now!

Company phone:

Company mobile:        View details

Company            China
country/region:

Company            Guangdong
province/state:

Company city:      Shenzhen

[ Contact supplier ]    [ Start order ]

## Company basic information

✓ Company Name:        Shenzhen Ratonew Technology Co., Ltd.

✓ Operational Address:   902, Block C, Trading Hall No. 5, Huanan City, Pinghu Street, Shenzhen, Guangdong, China

Website on alibaba.com:   ratonew.en.alibaba.com

## Send message to supplier

To:    Tina Wang

* Message:   Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

[ Send ]

☑ I agree to share my Business Card to the supplier.

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - ไทย - Türk - Nederlands - tiếng Việt - In

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

💬 Messenger                    ⌃





SUPER SEPTEMBER Low prices, 60-day money-back policy, and more. Now to Sep 30 Explore now →

Alibaba.com Global trade starts here.™ Shopping cart

tax-exempt status - if you purchase products for resale or production, submit tax information to be verified for tax exemption. Submit now

ect all items (1)

Shenzhen Ratonew Technology Co., Ltd. Chat Now!

On-time Dispatch Guarantee
**Wholesale Candle Warmer Smokeless Electric Adjustable Temperature Switch C...**

Lamp Power(W) : 6 ;
Body color : Black

**USD 9.90**/Piece

7

USD 69.30

**Cart subtotal**

Item(s) total

Cart total

(Excluding shipping fee and tax)

Check out(0)

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

SUPER SEPTEMBER Low prices, 60-day money-back policy, and more. Now to Sep 30    Explore now →

**Alibaba.com**

| Products ▾ | What ar... 📷 | 🔍 Search |

Ship to: 🇺🇸 US

☰ All categories   Featured selections   Trade Assurance     Buyer Central   Become a supplier   Help Center   Get

Ready to Ship

## Wholesale Candle Warmer Smokeless Electric Adjustable Temperature Switch Candle Warmer Lamp With Timer

No reviews yet      ⬆ Share

Shenzhen Ratonew Technology Co., Ltd. · 1 yr · 🇨🇳 CN



Hover to zoom in



| 2 - 1999 pieces | 2000 - 9999 pieces |
|---|---|
| **$9.90** | **$8.90** |

>= 10000 pieces
**$7.90**

### Variations

Selected options: 1 Body color; 1 La...   Ed

**Body color**

**Lamp Power(W)**
6

[ Start order ]   [ Chat now ]

**Membership benefits**
Quick refunds on orders under US $500 Vi

**Purchase details**
Protection with 🛡 Trade Assurance

🚚 **Shipping**
Shipping fee: $47.24(From CN to US)
Guaranteed dispatch within 8 days Ocean+J
(Standard)

🛡 **Payments**
VISA · Mastercard · PayPal · · Apple Pay · G Pay · ...
Enjoy encrypted and secure payments View

↩ **Returns & Refunds**
Eligible for refunds within 30 days of receivi
products. View details.

## Key attributes

### Industry-specific attributes

| Lamp Body Material | Iron |
|---|---|
| Design Style | Modern |
| Shade material | Metal |
| Shade Shape | Round |

### Other attributes

| Warranty(Year) | 3-Year |
|---|---|
| Light Source | LED |
| Control Mode | Touch Control |



Case 1:23-cv-24163

# Defendant No.:125

# Store:

# Sichuan Jieyuxi Technology Co., Ltd

# Platform:

# Alibaba



Alibaba.com    Sourcing solutions ⌄    Services & Membership ⌄    Help ⌄

2YRS    Sichuan Jieyuxi Technology Co., Ltd. ⌄    ♡ Favorite supplier



JIEYUXI    |    SICHUAN JIEYUXI TECHNOLOGY CO.

Home    Products    Profile    Contacts    Se          st

## Company contact information

Contact Supplier

Chat Now!

**Mr. Jerry Chen**

↻ Chat Now!

| | |
|---|---|
| Company phone: | |
| Company mobile: | View details |
| Company fax: | |
| Company country/region: | China |
| Company province/state: | Sichuan |
| Company city: | chengdu |

[ Contact supplier ]    [ Start order ]

## Company basic information

✓ Company Name:    Sichuan Jieyuxi Technology Co., Ltd.

✓ Operational Address:    No. 1-20-118, Building 2, Chuangxing City, No. 4, Times Avenue, Yantan New District, Zigong, Sichuan, China

Website on alibaba.com:    scjyx.en.alibaba.com

**Send message to supplier**

To:    Jerry Chen

* Message:    Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

[ Send ]

☑ I agree to share my Business Card to the supplier.

🌐 Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - العربية - עברית - Türk - Nederlands - tiếng Việt - In

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

💬 Messenger ⌃

 My Alibaba

Trade    Development    Account     My Account    English ⌄

# Send order request

## Product details

Specify your purchase details and let the supplier know you requirements.

🏬 Sichuan Jieyuxi Technology Co., Ltd.

Home Tabletop Fragrance Smokefree Wholesale Perfume Melting Wax Lamp Electric Luxury Scented Candle Warmer Logo Metal Customized

MOQ: 10 Pieces

| Size : | 220V Chinese Mainland Thailand Philippines General , | USD 12.30 / Piece | − 10 + | USD 123.00 |
| Color : | ▨ Black | | | |

Enter additional customization details

⬆
**Attach supporting files**
Attach supporting files that help the supplier better understand your customization requirements.

☐ **I need inspection service from Alibaba.com (after manufacturing) for this order.**
May incur additional service fees (Est. US $118-218) ⓘ

## Shipping details

Select your delivery preference *

Deliver to my door                                                              ⌄

Destination address *

📍 Add shipping address

Add an address

Expected delivery date

Select Date                                                                    📅

Additional notes

**Submit to supplier**

View more products

View profile

## Product descriptions from the supplier

**Recommended by seller**






Wholesale scented can...
**$5.43 - $5.94** / piece
1 piece

Creative leopard shape...
**$2.35 - $2.82** / piece
1 piece

Nordic Style Soy Wax ...
**$2.17 - $2.63** / piece
1 piece

Home De...
**$1.35 - $**
50 piece






Crystal Aromatherapy ...
**$1.70 - $2.10** / piece
2 pieces

Hotel Home Factory W...
**$3.05 - $3.54** / piece
10 pieces

Hot selling 100% natura...
**$3.18 - $3.64** / piece
10 pieces

Handma...
**$3.39 - $**
10 piece



Home Tabletop fragrance SmokeFree Wholesale Perfume Melting Wax Lamp Customized logo Metal Electric Candle Warmer

Electric Candle Warmer

Table Lamp Aroma Warmer

## Product Description

| Product name | Vintage desktop aromatic wax melting lamp |
|---|---|

Case 1:23-cv-24163

# Defendant No.:126

# Store:
# Yiwu Xingchuan Electronic Commerce Co., Ltd

# Platform:
# Alibaba



Alibaba.com Sourcing solutions Services & Membership Help

3YRS Yiwu Xingchuan Electronic Commerce ... Favorite supplier

Contacts

Search in this store

Contact Supplier

Chat Now!

## Apple pan

General manager

Chat Now!

Company country/region: China

Contact supplier

Start order

✓ Company Name: Yiwu Xingchuan Electronic Commerce Co., Ltd.

✓ Operational Address: Unit 1, Building 6, Dashuifan District 1, Choujiang Street, Jinhua, Zhejiang, China

Website on alibaba.com: ywxingchuan.en.alibaba.com

### Send message to supplier

To: Apple pan

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Pусский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

9Cases 1220ev-241635 RAR Frame Doc Ument 84-1 olesbtered untifil-SD Dat Cocke H11-28/2023 Bectron 519 of

Product details    Company profile                                Report Suspicious Activity!

Product display    Company introduction    logistics    FAQ

The minimum order quantity is 10 piece
0/10 piece          from **$123.00**
                    Lead time **30 days** ⓘ
Shipping            To be negotiated

Yiwu Xingchuan Electronic Com...
Trading Company
🇨🇳 CN · 3ᵞᴿ
Response Time       On-time delivery r...
≤4h                 0.0%



## Company introduction

## ABOUT US

Yiwu xingchuan industry co.,Ltd located in Zhejiang province, China is a professional candle manufacturer. Our factory established in April 2005 is engaged in the research, development, production and foreign trade. We specialized in producing different kinds of handmade candles( glass candles, tin candles, craft candles, votive candles, scented candles, decorative candles, Christmas candles, Wedding candles and etc..) and gift packaging products. Based on 18 years of

Case 1:23-cv-24163

# Defendant 127

## Store:

## Sichuan Lantu Culture Technology Co., Ltd

## Platform:

## Alibaba









SUPER SEPTEMBER SURE SAVINGS. SMART SOURCING.

Alibaba.com Sourcing solutions Services & Membership Help

Verified by Intertek

## Sichuan Lantu Culture Technology Co., Ltd.

CN 1 YRS Verified Multispecialty supplier

Main categories: Scented Candle, Chakra Candle, Reed Diffuser, Candle Warmer, Candle Tool

ODM services available | Finished product inspection | Years in industry(1)

Contact supplier | Chat now | Follow

Home | Products | Profile | Contacts | Search in this store

## Company contact information

**Ms. LANJO CN**

Director/CEO/General Manager

Chat Now!

Company phone: View details

Company mobile:

Company country/region: China

Company province/state: Sichuan

Company city: Chengdu

Contact supplier | Start order

## Company basic information

| | |
|---|---|
| ✓ Company Name: | Sichuan Lantu Culture Technology Co., Ltd. |
| ✓ Operational Address: | No. 1, 25th Floor, Energy Saving Building, 89 Cuihua Road, High-Tech Zone, Chengdu, Sichuan, China |
| Website: | https://cnlanjo.en.alibaba.com/ |
| Website on alibaba.com: | cnlanjo.en.alibaba.com |

**Send message to supplier**

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

SUPER SEPTEMBER Low prices, 60-day money-back policy, and more. Now to Sep 30 Explore now →

View larger image

Add to Compare Share

Super wholesale candle warmer smokeless electric Adjustable temperature Switch candle warmer lamp with timer Popular

9 buyers

| 10 - 499 pieces | 500 - 4999 pieces | >= 5000 pieces |
|---|---|---|
| $10.48 | $9.98 | $9.40 |

SUPER SEPTEMBER
- Extended 60-day money-back protection
- Save up to US $45 with PayPal

Benefits: US $500 coupons View more

Size: 32*16.5cm

Color:

| | | | |
|---|---|---|---|
| Black | $10.48 | 1 |
| white | $10.48 | 1 |
| Golden | $10.48 | 11 |

Samples: 32*16.5cm ,
$10.00/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 200 | > 200 |
|---|---|---|
| Lead time (days) | 30 | To be negotiated |

Customization: Alibaba.com built-in online customization Customize now
Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 500 pieces)
More

## Purchase details

Protection with Trade Assurance

Shipping: Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for refunds within 60 days of receiving products. View details

## Source with confidence

Evaluated as top-rated supplier

13 pieces Details $136.24
Lead time 30 days
Shipping To be negotiated
Total $136.24
Contact supplier
Call us

Verified supplier
Sichuan Lantu Culture Technology C...
Multispecialty supplier
CN 1 YR

| Store rating | On-time delivery rate |
|---|---|
| 4.9/5 | 100.0% |
| Response time | Online revenue |
| ≤2h | $60,000+ |
| Main markets | Collaborating suppl... |
| North America,... | 5 |

Services
Agile supply chain
Design-based customization

Quality control
Raw-material traceability identifi...
Finished product inspection

Certifications
Certificates

Company profile View more products

## You may also like

| Factory Wholesale New Design Flameless Metal… | Glass lamp head Candle Warmer Lamp with Tim… | wholesale luxury home decor flameless wood… | Hot sale timer wax melting burner metal US/EU Plu… | wholesale candle warmer marble lamp base… |
|---|---|---|---|---|
| $8.20 - $9.90 | $6.90 - $13.90 | $9.40 - $12.95 | $8.60 - $9.80 | $7.00 - $9.50 |
| Min. order: 9 pieces | Min. order: 10 pieces | Min. order: 10 pieces | Min. order: 10 pieces | Min. order: 10 pieces |

Product details | Verified information | Company profile

Report Suspicious Activity!

Product Description | Specification | Packing & Delivery | FAQ

## Key attributes

### Industry-specific attributes

Messenger

TOP

Case 1:23-24163

# Defendant No.:128

## Store:

## Shenzhen Lingbao Technology Co., Ltd

## Platform:

## Alibaba













Alibaba.com Sourcing solutions Services & Membership Help

1 YRS Shenzhen Lingbao Technology Co., Ltd. Favorite supplier

Shenzhen Lingbao Technology Co., Ltd.

1 YRS Guangdong, China

Home Products Profile Contacts Search in this store

## Company contact information

**Mr. Steven Zhou**

Sales

Chat Now!

Company phone: View details

Company country/region: China

Company province/state: Guangdong

Company city: shenzhen

Contact supplier Start order

## Company basic information

Company Name: Shenzhen Lingbao Technology Co., Ltd.

Operational Address: 204, Block A, Building 1, Futong V Duhui, Xixiang Street, Shenzhen, Guangdong, China

Website on alibaba.com: lingbool.en.alibaba.com

**Send message to supplier**

To: Steven Zhou

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

SUPER SEPTEMBER Low prices, 60-day money-back policy, and more. Now to Sep 30 Explore now →

View larger image

Add to Compare Share

# Electric Candle Warmer Melter Lamp Decor Diffuser Melting Diy Home Candles heated candle lamp

| 100 - 499 pieces | 500 - 999 pieces | 1000 - 2999 pieces | >= 3000 pieces |
|---|---|---|---|
| $10.50 | $9.65 | $8.90 | $7.84 |

Benefits: Quick refunds on orders under US $1,000 Claim now

Color: Customizable $10.50 0

Lead time:

| Quantity (pieces) | 1 - 1000 | > 1000 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

The minimum order quantity is 100 piece
0/100 piece from $1,050.00
Lead time 15 days
Shipping To be negotiated
Contact supplier

Shenzhen Lingbao Technology C...
Trading Company
CN 1YR
Response Time ≤10h
On-time delivery r... 50.0%

## Purchase details

Protection with Trade Assurance

Shipping: Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee

Payments: VISA, PayPal, Apple Pay, G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for refunds within 30 days of receiving products. View details

Product details | Company profile | Report Suspicious Activity!

Products Description | Recommend Products | OEM&ODM Services | Company Profile | FAQ

## Key attributes

### Industry-specific attributes

| | |
|---|---|
| Material | Metal, Stone, Wood |

### Other attributes

| | |
|---|---|
| Place of Origin | Guangdong, China |
| Model Number | LB-09 |
| Product Type | Electric Candle Warmer |
| Plug standard | Other, US, AU, EU, CN, South Africa, UK, Korean, Japanese |
| Keyword | Candle Warmer Desk Lamp |
| Function | Indoor Incense.Home Decortion |
| OEM /ODM | Support |
| MOQ | 20 Pcs |
| Sample | Avialable |
| Application | Home Office Hotel Yoga Gym |
| Sample Time | 7 Days |
| Power | 110-220v |

## Product details

Case 1:23-cv-24163

# Defendant No.:129

# Store:

# Green Lantern Optoelectronic Light Factory

# Platform:

# Alibaba









SUPER SEPTEMBER SURE SAVINGS. SMART SOURCING.

Alibaba.com Sourcing solutions Services & Membership Help

# Green Lantern Optoelectronic Light Factory

CN 12 YRS

Main categories: LED strip light,LED Neon Flex,LED Controller,holiday light,led grow light

Contact supplier
Chat now
Follow

Home | Products | Profile | Contacts | Search in this store

Contact Supplier
Chat Now!

## Company contact information

**Ms. Faith Wei**

Manager

Chat Now!

Company phone:
Company mobile: View details
Company fax:

Company country/region: China

Company province/state: Guangdong

Company city: Meizhou

Contact supplier | Start order

## Company basic information

| | |
|---|---|
| ✓ Company Name: | Green Lantern Optoelectronic Light Factory |
| ✓ Operational Address: | Rm. 409-410, Floor 4, Yun E-Commerce Eco-City, Fudong 2nd Road, Meizhou, Guangdong, China |
| Website: | http://www.greenlanternled.com<br>http://greenlantern.en.alibaba.com<br>http://lvdengxia.en.alibaba.com |
| Website on alibaba.com: | greenlantern.en.alibaba.com |

### Send message to supplier

To: Faith Wei

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Pусский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

Messenger

Alibaba.com Global trade starts here. Buy Now

Add an address

Green Lantern Optoelectronic Light Factory — Chat with the supplier

Factory wholesale LED Candle Warmer Lamp Electric wax Lantern Night Lamp With Timer Aromatherapy Tabletop lamps for Bedroom Spa

60-day money-back policy

Size : Without Timer Function , Color : SKU-01 — USD 11.75 / Piece — 4 — USD 47.00

Customization Service

The minimum quantity required for customization options is **5000** Pieces.
You currently have **4** Pieces in your cart.

Item(s) total: **USD 47.00**

Logistics information to be confirmed — Chat with the supplier

| | |
|---|---|
| Shipping methods | Express |
| Delivery timeline | Payment — Lead time 7 days — Dispatch (CN) — Delivery date to be confirmed — Received |

Shipping fee: To Be Negotiated

The transaction fee varies depending on the payment method chosen. Processing time and fees

Payment methods: VISA, mastercard, T/T, PayPal, Apple Pay, G Pay, **Online Transfer**

Additional notes (optional): Please fill in 0/2000

**Protections on this order** with Trade Assurance — View details

**Refund policy**

Claim a refund if products are not delivered, missing, or defective within 60 days during Super September

I agree to share my business card with supplier.

**This order is protected** with Trade Assurance View details

Item(s) total: USD 47.00

Order total: To be negotiated

Submit order

Payment Security:

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091

Messenger

Low prices, 60-day money-back policy, and more. Now to Sep 30    Explore now →

**Alibaba.com**     What are you looking for...     🔍 Search

My Alibaba    Messages    Orders    Cart

Home › Home & Garden › Home Decor › Candles & Home Fragrance › Candle Warmers





🔲 View larger image





▶ Share

**Ready to Ship** • ✓ In Stock • ✓ Fast Dispatch

Factory wholesale LED Candle Warmer Lamp Electric wax Lantern Night Lamp With Timer Aromatherapy Tabletop lamps for Bedroom Spa

2 buyers

**$11.75 - $13.50** / piece | 2 piece/pieces (Min. order)

❌ $200.00 OFF  Minimum spend of $10,000.00 (excl. shi...    Get coupon ⌄

| Benefits: | Quick refunds on orders under US $500 | | | View more › |
|---|---|---|---|---|

| Size | Without Timer Function | With Timer Function | | |
|---|---|---|---|---|

| Color | SKU-01 | $11.75 | ⊟ 0 ⊞ |
| | SKU-02 | $11.75 | ⊟ 0 ⊞ |
| | SKU-03 | $11.75 | ⊟ 0 ⊞ |

View all 4 options ⌄

Samples:    With Timer Function ⌄
**$18.00/piece**   Min. order: 1 piece    Get samples

Lead time: ⓘ

| Quantity (pieces) | 1 - 5000 | 5001 - 10000 | > 10000 |
|---|---|---|---|
| Lead time (days) | 7 | 9 | To be negotiated |

Customization:    Customized logo (Min. order 5000 pieces)
Customized packaging (Min. order 5000 pieces)

**Purchase details**    Protection with 🛡 Trade Assurance

Shipping:    Enjoy On-time Delivery Guarantee: Receive by Nov 7 via Ocean + Delivery US (Economy)
Powered by Alibaba.com Logistics

Payments:    VISA 💳 P PayPal 🔵 Pay G Pay ...
Enjoy encrypted and secure payments  View details

Returns & Refunds:    Enjoy Easy Return: Return to local warehouses for free within 60 days of receipt and get full refunds. View details

---

The minimum order quantity is 2 piece
0/2 piece    from **$23.50**
Lead time 7 days ⓘ

Shipping    from **$35.47**
Ocean + Delivery US (Economy) Change

Alibaba.com Logistics
Guaranteed delivery By Nov 7 ⓘ

**Start order**

✉ Contact supplier

📞 Call us

🛒 Add to cart

---

**Green Lantern Optoelectronic Lig...**
Trading Company
🇨🇳 CN 12YR

Response Time    On-time delivery r...
≤4h    96.6%

503 Transactions
300,000+

---

**You may also like**



Modern New design 10 heads crystal Acrylic...
$11.90 - $12.90
Min. order: 5 sets



Wedding Props 10 Head Acrylic Rod Ceiling LED...
$12.80 - $13.80
Min. order: 5 sets



D3" H4" 5" 6" led pillar Candles Rechargeable...
$1.65 - $4.05
Min. order: 5.0 pieces



Outdoor Waterproof...
Ultraviolet Blacklight
$3.01 - $7.40
Min. order: 10 pieces



Hot sale led wedding banquet floor centerpiec...
$11.95 - $12.88
Min. order: 5 sets



**Product details**    Company profile    Transactions    Report Suspicious Activity!

Specification    Product Description    Company Profile    Packing & Delivery    FAQ

## Key attributes

**Industry-specific attributes**

| Material | Metal |
|---|---|

**Other attributes**

Case 1:23-cv-24163

# Defendant No.:130

# Store:

# hongshan Shining Lighting Tech Co., Ltd

# Platform:

# Alibaba









Verified by SGS Group

SLYNN 祥霖
YEARS IN INDUSTRY(15)
Tel: +0086 18125330303
Email: Sales03@shininglighting.net

## Zhongshan Shining Lighting Tech Co., Ltd.

CN 3YRS Verified Custom manufacturer

Main categories: LED Track Light/LED Pendant Light/LED Panel Light/LED Down Light/LED Spot Light

Contact supplier
Chat now
Follow

Home | Products | Profile | Contacts | Search in this store

## Company contact information

**Mr. Steven Chen**
Director/CEO/General Manager
CEO

Chat Now!

Company phone: View details
Company mobile:
Company country/region: China
Company province/state: Guangdong
Company city: Zhongshan

Contact supplier | Start order

## Company basic information

✓ Company Name: Zhongshan Shining Lighting Tech Co., Ltd.
✓ Operational Address: Floor 4, Floor 3-1, Floor 1-2, Bldg. 2, No. 38, Xinmao Ind. Road, Henglan Town, Zhongshan, Guangdong, China
Website: http://www.shininglighting.net
Website on alibaba.com: shiningled.en.alibaba.com

### Send message to supplier

To: Steven Chen

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.
0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

SUPER SEPTEMBER Low prices, 60-day money-back policy, and more. Now to Sep 30 Explore now →

Alibaba.com What are you looking for... Search My Alibaba Messages Orders Cart

Home / Lights & Lighting / Indoor Lighting / Table Lamps

View larger image

Add to Compare Share

# OEM Large Scented Candle Jar Fragrance Table Lamp Gift Height Dimmable Light Electric Top Candle Wax Melter Home Decor

5 buyers

| 50 - 99 pieces | 100 - 299 pieces | >= 300 pieces |
|---|---|---|
| $9.90 | $7.90 | $7.50 |

Benefits: 3-day coupon giveaway: up to US $80 off Claim now ›

Lamp Power(W) 2*50 Watts GU10 Bulbs

Body color

Shade color Others $9.90 0

Samples: 2*50 Watts GU10 Bulbs , , Others

$16.99/piece Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 500 | 501 - 1000 | > 1000 |
|---|---|---|---|
| Lead time (days) | 15 | 30 | To be negotiated |

Customization: Customized logo (Min. order 200 pieces)
Customized packaging (Min. order 200 pieces)
More

## Purchase details

Protection with Trade Assurance

Shipping: Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee

Payments: VISA Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Eligible for refunds within 30 days of receiving products. View details

## Source with confidence

Verified as Custom Manufacturer
Evaluated as top-rated supplier

The minimum order quantity is 50 piece
0/50 piece from $495.00
Lead time 15 days
Shipping To be negotiated
Contact supplier
Call us

Verified supplier
Zhongshan Shining Lighting Tech C...
Custom manufacturer
CN 3 YRS

| Store rating | On-time delivery rate |
|---|---|
| 5.0/5 | 100.0% |
| Response time | Online revenue |
| ≤2h | $20,000+ |
| Floorspace | Staff |
| 8000m² | 103 |

Services
Minor customization
Design-based customization

Quality control
Raw-material traceability identifi...
Finished product inspection

Certifications

Company profile View more products

## You may also like

Electric Wax Warmer Fragrance Candle...
$7.50 - $9.90
Min. order: 50 pieces

Electric Wax Warmer,Metal Wax Melt...
$7.50 - $9.90
Min. order: 50 pieces

Desk Timer Switch Candle Warmer lamp,Table...
$7.50 - $9.90
Min. order: 50 pieces

Desk Lamp Manufactur... Wholesales Decorative
$10.79 - $14.99
Min. order: 1 piece

Drop Shipping Dimmabl... Touch Control Modern
$10.79 - $14.99
Min. order: 1 piece

Product details | Company profile | Transactions | Report Suspicious Activity!

This product has acquired the relevant product qualification(s)/license(s) of certain applicable country/countries.

## Key attributes

### Industry-specific attributes

| | |
|---|---|
| Lamp Body Material | Metal |

Messenger TOP

Case1:23-cv-24163

# Defendant No.:131

# Store:

# Xiamen Axfu Electronic Tech Co., Ltd

# Platform:

# Alibaba



    





SUPER SEPTEMBER Low prices, 60-day money-back policy, and more. Now to Sep 30 Explore now →

View larger image

Add to Compare Share

Super European-style Aromatherapy Candle Warmer Wax Melt Table Aroma Lamp Essential Oil Burner Night Perfumery Decor Lamp

1 buyer

| 10 - 499 pieces | 500 - 4999 pieces | >= 5000 pieces |
|---|---|---|
| $12.20 | $11.03 | $10.10 |

SUPER SEPTEMBER
- Extended 60-day money-back protection
- Save up to US $45 with PayPal

$40.00 OFF Minimum spend of $2,000.00 (excl. ship... Get coupon

Benefits: 3-day coupon giveaway: up to US $80 off View more

Color c1 $12.20 0

Samples:

$12.20/piece | Min. order : 1 piece Get samples

Lead time:

| Quantity (pieces) | 1 - 1 | > 1 |
|---|---|---|
| Lead time (days) | 15 | To be negotiated |

Customization: Customized logo (Min. order 5000 pieces)
Customized packaging (Min. order 5000 pieces)
More

## Purchase details

Protection with Trade Assurance

Shipping: Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee

Payments: VISA PayPal Pay G Pay ...
Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free within 60 days of receipt and get full refunds. View details

## Source with confidence

Verified as Custom Manufacturer
Evaluated as top-rated supplier

The minimum order quantity is 10 piece
0/10 piece from $122.00
Shipping To be negotiated
Contact supplier
Call us

Verified supplier
Xiamen Axfu Electronic Tech Co., Ltd.
Custom manufacturer
CN 3 YRS

| Store rating | On-time delivery rate |
|---|---|
| 4.9/5 | 100.0% |
| Response time | Online revenue |
| ≤2h | $160,000+ |
| Floorspace | Main markets |
| 1370m² | Western Europ... |

Services
Minor customization

Certifications
CE

Company profile View more products

## You may also like

Exquisite Electric Melting Wax Melt Burner Tablet...
$10.10 - $12.20
Min. order: 10 pieces

Aromatherapy melting warmer candle lamp...
$10.80 - $12.80
Min. order: 20 pieces

Wholesale home decor table Glass Lampshade...
$8.10 - $9.80
Min. order: 10 pieces

Hot sale fire-free Lifting essential oil melting wa...
$11.00 - $13.20
Min. order: 10 pieces

aromatherapy wax melting lamp bedroom marble...
$8.90 - $10.80
Min. order: 10 pieces

Product details | Company profile | Transactions

Report Suspicious Activity!

Product Description Specification FAQ

## Key attributes

### Industry-specific attributes

| | |
|---|---|
| Material | Metal, Stone |

Messenger TOP

SUPER SEPTEMBER SURE SAVINGS. SMART SOURCING.

Alibaba.com Sourcing solutions Services & Membership Help

3YRS Verified Xiamen Axfu Electronic Tech Co., Ltd. Favorite supplier Verified Supplier

AXFU
Xiamen AXFU Electronic Tech Co.,Ltd
GS FC RoHS CE EMC

OEM &ODM | SGS Certified Factory | 2 Year Warranty
Free Sample&Tool | Always On Line in CNY

Email : xmcharles@cnaxfu.com Website : www.cnaxfu.com
Tel : +0086-592-7615968 Fax: +0086-592-7615881

Home Products Profile Contacts Search in this store

## Company contact information

AXFU

**Mr. Charles li**

Director/CEO/General Manager
General manager

Chat Now!

Company phone:
Company mobile: View details
Company fax:
Company country/region: China
Company province/state: Fujian
Company city: xiamen

Contact supplier Start order

## Company basic information

| | |
|---|---|
| ✓ Company Name: | Xiamen Axfu Electronic Tech Co., Ltd. |
| ✓ Operational Address: | 1306, Block B, South China Commercial Building, Xiamen, Fujian, China |
| Website: | http://www.axfu.com |
| Website on alibaba.com: | axfu.en.alibaba.com |

### Send message to supplier

To: Charles li

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.
0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Pусский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Case 1:23-cv-24163

# Defendant No.:132

# Store:
# Yanpin Youxi (Deyang) Technology Co., Ltd.

# Platform:
# Alibaba







Home > Home & Garden > Home Decor > Candles & Home Fragrance > Candle Warmers

## Top Down Ins Style Base 220v Wholesale Modern Custom Design Golden Metal Exquisite Dome Lamp With Timer

| 18 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| **$10.68** | **$9.63** | **$7.65** |

The minimum order quantity is 18 piece

0/18 piece · from **$192.24**

Lead time 15 days ⓘ

Shipping · To be negotiated

✉ Contact supplier

**Xiamen Laj Tulips House Co., Ltd.**
Manufacturer,Trading Company,Distrib
🇨🇳 CN · 4YR

| Response Time | On-time delivery r... |
|---|---|
| ≤7h | 100.0% |

13 Transactions
10,000+

Benefits: Quick refunds on orders under US $1,000 — Claim now ›

Color

| | | | |
|---|---|---|---|
| | 1 | $10.68 | − 0 + |
| | 2 | $10.68 | − 0 + |
| | 3 | $10.68 | − 0 + |

View all 5 options ∨

Samples: $15.00/piece · Min. order : 1 piece · Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 200 | 201 - 500 | 501 - 2000 | > 2000 |
|---|---|---|---|---|
| Lead time (days) | 15 | 25 | 35 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 100 pieces)
More ∨

## Purchase details

Protection with Trade Assurance

Shipping: Contact supplier to negotiate shipping details
Enjoy On-time Dispatch Guarantee ⓘ

Payments: VISA · Enjoy encrypted and secure payments View details

Returns & Refunds: Enjoy Easy Return: Return to local warehouses for free within 30 days of receipt and get full refunds. View details



| Product details | Company profile | | | | Report Suspicious Activity! |
|---|---|---|---|---|---|

Application scenario · Product Category · Advantages · FAQ · Contact Information

## Key attributes

### Industry-specific attributes

| Material | Metal, Wood |
|---|---|

### Other attributes

| Place of Origin | Guangdong, China |
|---|---|
| Brand Name | OEM |
| Model Number | LAJTM-201 |
| Product Type | Electric Candle Warmer |
| Plug standard | US, AU, EU, UK |
| Product name | Candle Warmer Lamp |
| Function | Scented Candle Warmer Wax Melter |
| Color | Black/white |
| Packing | Gift Box |

Messenger



Alibaba.com Sourcing solutions Services & Membership Help

4YRS Xiamen Laj Tulips House Co., Ltd. Favorite supplier

XIAMEN LAJ TULIPS HOUSE CO,ITD

+86 18905209161 sales@lajtulipshouse.com laj_tulipshouse

Home Products Profile Contacts Search in this store

Contact Supplier
Chat Now!

## Company contact information

Monica liu

Chat Now!

Company phone:
Company mobile: View details
Company country/region: China

Contact supplier Start order

## Company basic information

| | |
|---|---|
| ✓ Company Name: | Xiamen Laj Tulips House Co., Ltd. |
| ✓ Operational Address: | Room 703, Building 10-1, Second City Happy Life, Xiangdian Li, Xiamen, Fujian, China |
| Website: | https://lajtulipshouse.com/ |
| Website on alibaba.com: | lajtulipshouse.en.alibaba.com |

## Send message to supplier

To: Monica liu

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc.

0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

Case 1:23-cv-24163

# Defendant No.:133

# Store:

# Xiamen Laj Tulips House Co., Ltd.

# Platform:

# Alibaba









Alibaba.com Sourcing solutions Services & Membership Help

4YRS Xiamen Laj Tulips House Co., Ltd. Favorite supplier

XIAMEN LAJ TULIPS HOUSE CO,ITD

+86 18905209161 sales@lajtulipshouse.com laj_tulipshouse

Home Products Profile Contacts Search in this store

Contact Supplier Chat Now!

## Company contact information

Monica liu

Chat Now!

Company phone:
Company mobile: View details
Company country/region: China

Contact supplier Start order

## Company basic information

| | |
|---|---|
| ✓ Company Name: | Xiamen Laj Tulips House Co., Ltd. |
| ✓ Operational Address: | Room 703, Building 10-1, Second City Happy Life, Xiangdian Li, Xiamen, Fujian, China |
| Website: | https://lajtulipshouse.com/ |
| Website on alibaba.com: | lajtulipshouse.en.alibaba.com |

### Send message to supplier

To: Monica liu

* Message: Enter your inquiry details such as product name, color, size, quantity, material, etc. 0/8000

Send

I agree to share my Business Card to the supplier.

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - हिंदी - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Browse Alphabetically: Onetouch | Country Search | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide - Integrity Compliance

© 1999-2023 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091-4

Messenger

Home > Home & Garden > Home Decor > Candles & Home Fragrance > Candle Warmers

## Top Down Ins Style Base 220v Wholesale Modern Custom Design Golden Metal Exquisite Dome Lamp With Timer

| 18 - 499 pieces | 500 - 999 pieces | >= 1000 pieces |
|---|---|---|
| $10.68 | $9.63 | $7.65 |

| Benefits: | Quick refunds on orders under US $1,000 | Claim now › |
|---|---|---|

Color

| | 1 | $10.68 | − 0 + |
|---|---|---|---|
| | 2 | $10.68 | − 0 + |
| | 3 | $10.68 | − 0 + |

View all 5 options ∨

Samples: $15.00/piece    Min. order : 1 piece    Get samples

Lead time ⓘ

| Quantity (pieces) | 1 - 200 | 201 - 500 | 501 - 2000 | > 2000 |
|---|---|---|---|---|
| Lead time (days) | 15 | 25 | 35 | To be negotiated |

Customization: Customized logo (Min. order 100 pieces)
Customized packaging (Min. order 100 pieces)
More ∨

The minimum order quantity is 18 piece
0/18 piece    from **$192.24**
Lead time **15 days** ⓘ
Shipping    To be negotiated

**✉ Contact supplier**

**Xiamen Laj Tulips House Co., Ltd.**
Manufacturer,Trading Company,Distrib
🇨🇳 CN  4YR
Response Time    On-time delivery r...
≤7h    100.0%
13 Transactions
10,000+

## Purchase details

Protection with 🛡 Trade Assurance

| Shipping: | Contact supplier to negotiate shipping details |
|---|---|
| | Enjoy On-time Dispatch Guarantee ⓘ |
| Payments: | VISA 💳 P PayPal 🏦 Pay G Pay ... |
| | Enjoy encrypted and secure payments View details |
| Returns & Refunds | Enjoy Easy Return: Return to local warehouses for free within 30 days of receipt and get full refunds. View details |



| **Product details** | Company profile | | | Report Suspicious Activity! |
|---|---|---|---|---|

Application scenario    Product Category    Advantages    FAQ    Contact Information

### Key attributes

**Industry-specific attributes**

| Material | Metal, Wood |
|---|---|

**Other attributes**

| Place of Origin | Guangdong, China |
|---|---|
| Brand Name | OEM |
| Model Number | LAJTM-201 |
| Product Type | Electric Candle Warmer |
| Plug standard | US, AU, EU, UK |
| Product name | Candle Warmer Lamp |
| Function | Scented Candle Warmer Wax Melter |
| Color | Black/white |
| Packing | Gift Box |