UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-cv-24163-RAR

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL**

  Plaintiff, Fan Chen ("Plaintiff") and Defendant LeeNabao (Defendant No. 13 on Schedule A) advise the Court that they have reached a voluntary resolution of this dispute amongst them and stipulate to a dismissal of this action with prejudice as to the Defendants identified herein only.

  Each party will bear its own attorneys' fees and costs.

Respectfully submitted on this 5th day of January, 2023.

| | |
|---|---|
| */s/ Humberto Rubio* | */s/ Lance Liu* |
| Humberto Rubio, Jr., Esq. | Lance Liu, Esq. |
| Florida Bar No. 36433 | *Admitted Pro Hac Vice* |
| **Law Firm of Rubio & Associates, P.A.** | 15 Minuten Circle |
| 8950 SW 74 Ct., Suite 1804 | Southbury, CT 06488 |
| Miami, FL 33156 | Emai: lanceliu2000@gmail.com |
| Telephone: (786) 220-2061 | Phone: (203) 706-9536 |
| hrubio@rubiolegal.com | *Attorney for Defendants identified herein* |
| *Attorneys for Plaintiff* | |