UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-CV-24163

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

| Defendant No. | Store Name as Identified on Schedule A |
|---|---|
| 29 | wwhgt |
| 44 | shengyuwangluo02 |
| 49 | automaimaimai |
| 50 | autopartstop666 |
| 51 | balalastore8 |
| 52 | bbsryt |
| 54 | bosity |
| 60 | globebestdeal |
| 70 | sfcdirect |
| 75 | tuadvicab |
| 77 | ycmjwangluo66 |
| 78 | zhuliyun-2 |

Respectfully submitted on this 23rd day of January 2024.

1

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: <u>hrubio@rubiolegal.com</u>
Email: <u>frubio@rubiolegal.com</u>
Email: <u>info@rubiolegal.com</u>

By:<u>*/s/ Felipe Rubio*</u>
Felipe Rubio, Esq.
Florida Bar No. 123059
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433