UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-cv-24163-RAR

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses without prejudice all claims against the following Defendants:

| Defendant No. | Store Name as Identified on Schedule A |
|---|---|
| 3 | Chenshibaicaotang |
| 11 | kkddnf |
| 19 | QIGAPAV |
| 27 | WENHUI Store |
| 34 | Aojio team real |
| 36 | IMMEKEY HomeDecor |
| 39 | Gumian E-commerce Co.Ltd |
| 48 | austdafod |
| 55 | dikenjiaju |
| 59 | gayan_onlinemart |
| 62 | jewelry2020_us |
| 64 | liyuli45 |
| 66 | mixed.db.store |
| 68 | myhomepoint |
| 69 | rodeo_01 |

| 71 | shik.shak.shok |
|---|---|
| 76 | weshopping_store |
|  |  |

Respectfully submitted on this 13th day of February, 2024.

                                **LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

By:/s/ *Humberto Rubio*
Felipe Rubio, Esq.
Florida Bar No. 123059
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433