UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 23-cv-24163-RAR

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants[1]:

| Defendant No. | Defendant Seller Name |
|---|---|
| 17 | Mosquito Trade |
| 10 | JIUYUEMAOYI |
| 23 | Sunny Lisa |

Respectfully submitted on this 1st day of March 2024.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

By:*/s/ Humberto Rubio*

---

[1] These Defendants had been inadvertently left out from previous Notice of Voluntary Dismissal.

Felipe Rubio, Esq.
Florida Bar No. 123059
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433